UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>          Plaintiff,<br><br>   v.<br><br>JOHN V. BIVONA, et al.,<br><br>          Defendants. | Case No. 16-cv-01386-EMC<br><br>**ORDER RE HEARING ON PLAINTIFF'S APPLICATION FOR A TEMPORARY RESTRAINING ORDER**<br><br>Docket No. 4 |

On March 22, 2016, Plaintiff Securities and Exchange Commission (SEC) filed the instant complaint against Defendants John V. Bivona, Saddle River Advisors, LLC, SRA Management Associates, LLC, and Frank Gregory Mazzola, and Relief Defendants SRA I LLC, SRA II LLC, SRA III LLC, Felix Investments LLC, Michele J. Mazzola, Anne Bivona, Clear Sailing Group IV LLC, and Clear Sailing Group V LLC. Docket No. 1. Plaintiff also filed a motion for a temporary restraining order (TRO) seeking relief, including to prohibit Defendants from violating the anti-fraud provisions of federal securities law and from directly or indirectly soliciting any person to buy or sell securities; to freeze the assets of the Bivonas, the Mazzolas, and Felix Investments; and to appoint an independent monitor. Docket No. 4 (TRO App.) at 2-3.

///
///
///
///
///
///

The Court will hear the SEC's application for a TRO on **March 23, 2016** at **9:00 A.M. PST**. The SEC is to give all parties notice of the hearing date by the best means practicable, *i.e.* by phone call and/or e-mail notice. Notice should be effectuated by **2:00 P.M. PST**. The SEC shall file a declaration confirming service, and explaining how service was effectuated. Defendants and Relief Defendants shall have until today, **March 22, 2016** at **6:00 P.M. PST** to file opposition papers.

**IT IS SO ORDERED**.

Dated: March 22, 2016

_____
EDWARD M. CHEN
United States District Judge