UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>    v.<br><br>JOHN V. BIVONA, et al.,<br><br>        Defendants. | Case No.  16-cv-01386-EMC<br><br>**ORDER TO FILE OPPOSITION OR STATEMENT OF NONOPPOSITION**<br><br>Docket No. 4 |

On March 28, 2016, this Court approved the parties' stipulated briefing schedule regarding the Securities and Exchange Commission's ("SEC") motion for a preliminary injunction. Docket No. 39. Defendants were to file any oppositions on April 22, 2016. *Id*. Defendants Frank and Michele Mazzola signed the parties' stipulation in pro per. Docket No. 37.

On April 22, 2016, ten Stipulating Defendants stipulated to the entry of the preliminary injunction. Docket No. 59. The Mazzolas did not sign this stipulation. *Id*.

The Courtroom Deputy contacted the Mazzolas on April 29, 2016, copying the SEC and Stipulating Defendants, and gave the Mazzolas until May 4, 2016 to state whether or not they intended to oppose the preliminary injunction. The Mazzolas did not respond.

Now, therefore, the Court orders the Mazzolas to file an opposition or a statement of nonopposition, per Civil Local Rule 7-3, by **Monday, May 9, 2016 at 4:00 P.M.**

**IT IS SO ORDERED**.

Dated: May 6, 2016

_____
EDWARD M. CHEN
United States District Judge