PRATHER LAW OFFICES
EDWIN K. PRATHER (Bar # 190536)
edwin@pratherlawoffices.com
461 Bush Street, Suite 350
San Francisco, California 94108
Telephone: (415)881-7774
edwin@pratherlawoffices.com

Attorneys for Defendant Frank G. Mazzola
 and Relief Defendant Michele J. Mazzola

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br>      v.<br><br>JOHN V. BIVONA, SADDLE RIVER ADVISORS, LLC, SRA MANAGEMENT LLC, FRANK G. MAZZOLA,<br><br>      Defendants, and<br><br>SRA I LLC, SRA II LLC, SRA III LLC, FELIX INVESTMENTS, LLC; MICHELE J. MAZZOLA, ANNE BIVONA, CLEAR SAILING GROUP IV LLC, CLEAR SAILING GROUP V LLC,<br><br>      Relief Defendants. | Case No. 3:16-cv-01386-EMC<br><br>**NOTICE OF APPEARANCE** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Notice is hereby given that Edwin K. Prather, with the law firm Prather Law Offices, hereby enters his appearance as counsel of record for Defendant Frank G. Mazzola and Relief Defendant Michele J. Mazzola.

– 1 –

NOTICE OF APPEARANCE

Mr. Prather has been admitted to practice in the Northern District of California.  Mr. Prather respectfully requests that all pleadings, discovery, orders, notices, correspondence and other material should be served upon counsel at the address referenced below:

> Edwin K. Prather
> Prather Law Offices
> 461 Bush Street, Suite 350
> San Francisco, CA 94108
> Email: edwin@pratherlawoffices.com
> Telephone: 415.881.7774

                                                Respectfully submitted,

Dated: May 9, 2016                        PRATHER LAW OFFICES

                                                By: /S_____
                                                       EDWIN K. PRATHER (Bar # 190536)

                                                Attorneys for Defendant FRANK G.
                                                MAZZOLA and Relief Defendant
                                                MICHELE J. MAZZOLA