UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JOHN V. BIVONA, SADDLE RIVER ADVISORS, LLC, SRA MANAGEMENT LLC, FRANK G. MAZZOLA,<br><br>Defendants, and<br><br>SRA I LLC, SRA II LLC, SRA III LLC, FELIX INVESTMENTS, LLC; MICHELE J. MAZZOLA, ANNE BIVONA, CLEAR SAILING GROUP IV LLC, CLEAR SAILING GROUP V LLC,<br><br>Relief Defendants. | Case No. 3:16-cv-01386-EMC<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Richard J. Babnick, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendant Frank G. Mazzola and Relief Defendant Michele J. Mazzola in the above-entitled action. My local co-counsel in this case is Edwin K. Prather, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br><br>61 Broadway. 32nd Floor<br>New York, New York, 10006 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br><br>401 Bush Street, Suite 350<br>San Francisco, California 94108 |
|---|---|
| MY TELEPHONE # OF RECORD:<br><br>212-930-9700 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br><br>415-881-7774 |
| MY EMAIL ADDRESS OF RECORD:<br><br>rbabnick@srff.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br><br>edwin@pratherlawoffices.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 2802528.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application. I agree to familiarize myself with, and abide by, the

- 1 -

PRO HAC VICE APPLICATION & ORDER

Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: May 9, 2016

_____
RICHARD J. BABNICK JR.

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Richard J. Babnick is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

- 2 -

*PRO HAC VICE* APPLICATION & ORDER



# State of New York
# Supreme Court, Appellate Division
# Third Judicial Department

---

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Richard J. Babnick, Jr.

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **28th day of January, 1997**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **25th day of April, 2016**.

Robert D Mayberger
Clerk