JINA L. CHOI (N.Y. Bar No. 2699718)
ERIN E. SCHNEIDER (Cal. Bar No. 216114)
  schneidere@sec.gov
JOHN S. YUN (Cal. Bar No. 112260)
  yunj@sec.gov
MARC D. KATZ (Cal. Bar No. 189534)
  katzma@sec.gov
JESSICA W. CHAN (Cal. Bar No. 247669)
  chanjes@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
Telephone: (415) 705-2500
Facsimile:  (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JOHN V. BIVONA; SADDLE RIVER ADVISORS, LLC; SRA MANAGEMENT ASSOCIATES, LLC; FRANK GREGORY MAZZOLA,<br><br>Defendants, and<br><br>SRA I LLC; SRA II LLC; SRA III LLC; FELIX INVESTMENTS, LLC; MICHELE J. MAZZOLA; ANNE BIVONA; CLEAR SAILING GROUP IV LLC; CLEAR SAILING GROUP V LLC,<br><br>Relief Defendants. | Case No. 3:16-cv-01386-EMC<br><br>**[PROPOSED] ORDER GRANTING ADDITIONAL EXPEDITED DISCOVERY**<br><br>Date:  May 12, 2016<br>Time:  1:30 p.m.<br>Courtroom:  5<br>Judge:  Edward M. Chen<br><br>Docket No. 83 |

1
## ORDER GRANTING ADDITIONAL EXPEDITED DISCOVERY

2     GOOD CAUSING APPEARING, and there being no opposition presented by any counsel for
3 defendants and/or relief defendants, plaintiff Securities and Exchange Commission ("Commission")
4 is hereby authorized to conduct expedited document discovery, pursuant to Rule 26(d)(1) of the
5 Federal Rules of Civil Procedure, as to third parties Fortuna Fund I, LLC, Fortuna Fund II, LLC,
6 Silverback Fund I SPC, Silverback Fund II Ltd. and Capital Truth Holdings, LLC concerning those
7 third parties' investor lists, share purchases and assets.
8     SO ORDERED.

9

10     This Order disposes of Docket No. 83.

11

12 Dated: May 24, 2016

13

14                                                  IT IS SO ORDERED
                                                    Judge Edward M. Chen

15

16                                                  _____
17                                                  EDWARD M. CHEN
                                                    United States District Judge

18

19

20

21

22

23

24

25

26

27

28