JOHN W. COTTON (SBN 54912)
Email:  JCotton@gghslaw.com
GARTENBERG GELFAND & HAYTON LLP
15260 Ventura Blvd., Suite 1920
Sherman Oaks, CA 91403
(213) 542-2100
(818) 292-0898

Counsel to Independent
Monitor Michael A. Maidy

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN B. BIVONA; SADDLE RIVER ADVISERS, LLC; SRA MANAGEMENT ASSOCIATES, LLC; FRANK GREGORY MAZZOLA<br><br>    Defendants. | Case No.  3:16-cv-1386<br><br>**[PROPOSED] ORDER AND STIPULATION GRANTING THE INDEPENDENT MONITOR AND HIS COUNSEL'S MOTION FOR THE PAYMENT OF FEES**<br><br>Date:  May 12, 2016<br>Time:  1:30 PM<br>Judge:  Edward M. Chen |

      The parties, U.S. Securities & Exchange Commission, and defendants Saddle River Advisers, LLC ("Saddle River") and SRA Management Associates, LLC ("SRA Management"), hereby stipulate and agree to the entry of an order as follows:

      1.) The Independent Monitor in this matter, Michael A. Maidy, and his special counsel John W. Cotton, have each submitted their bills for services and expenses for the period of March 25 to April 30, 2016, in a Motion to the Court dated May 11, 2016 (Docket # 78).

      2.) Pursuant to the Court's TRO order dated March 25, 2016 (Docket # 36), defendants Saddle River and SRA Management shall be responsible for

1

the payment of the reasonable costs, fees and expenses of the Independent Monitor and any attorney hired by him

     3.) The parties to these fee applications, plaintiff U.S. Securities and Exchange Commission and defendants Saddle River and SRA Management, have reviewed the specific bills referred to above in Paragraph 1.  Saddle River and SRA Management hereby give their approval to payment of the specific bills, while the U.S. Securities and Exchange Commission does not oppose the specific bills or their payment.

     4.) The costs, fees and expenses approved by the parties herein shall be paid as soon as is practicable by defendants Saddle River and SRA Management.

SO STIPULATED.

     Pursuant to Civil L.R. 5.1, I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

Dated: May 25, 2016           GARTENBERG GELFAND HAYTON LLP

                          By:   */s/ John W. Cotton*
                                John W. Cotton
                                Special Counsel to the Monitor

*///*

*///*

*///*

*///*

*///*

Dated: May 25, 2016                    Securities & Exchange Commission


                               By:    /s/ John S. Yun
                                      John S. Yun
                                      Counsel for Plaintiff SEC


Dated: May 25, 2016                    Shartis Friese LLP


                               By:    /s/ Jahan P. Raissi
                                      Jahan P. Raissi
                                      Attorneys for Defendant John V.
                                      Bivona, Saddler River Advisers LLC
                                      and Anne Bivona


IT IS SO ORDERED.

DATED:    May __, 2016



IT IS SO ORDERED

Judge Edward M. Chen

Judg__
Unite__

---

3