SHARTSIS FRIESE LLP
JAHAN P. RAISSI (Bar #168599)
jraissi@sflaw.com
One Maritime Plaza, Eighteenth Floor
San Francisco, CA  94111-3598
Telephone:     (415) 421-6500
Facsimile:     (415) 421-2922
jraissi@sflaw.com

Attorneys for Defendants JOHN V. BIVONA,
SADDLE RIVER ADVISORS LLC and
ANNE BIVONA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JOHN V. BIVONA, SADDLE RIVER ADVISORS LLC; SRA MANAGEMENT LLC; FRANK GREGORY MAZZOLA,<br><br>Defendants, and<br><br>SRA I LLC; SRA II LLC; SRA III LLC; FELIX INVESTMENTS, LLC; MICHELE J. MAZZOLA; ANNE BIVONA; CLEAR SAILING GROUP IV LLC; CLEAR SAILING GROUP V LLC,<br><br>Relief Defendants. | Case No. 3:16-cv-01386-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER RE INITIAL CASE MANAGEMENT CONFERENCE DATE** |

The parties hereby submit the following Stipulation and [Proposed] Order to move the Initial Case Management Conference from its currently scheduled date of June 23, 2016, to the proposed new date of June 30, 2016.

## STIPULATION

WHEREAS, the Initial Case Management Conference is presently scheduled for June 23, 2016, at 1:30 p.m.;

WHEREAS, the undersigned counsel for Mr. Bivona and other Defendants and Relief

- 1 -

Defendants (as set forth in the signature block below) is out of town on June 23, 2016; and

WHEREAS, the parties have stipulated as follows and request the Court approve this stipulation:

1.      The current Initial Case Management Conference date of June 23, 2016, at 1:30 p.m. is vacated.  The parties request that the Initial Case Management Conference be scheduled for June 30, 2016, at 1:30 p.m.   The parties recognize that the Court usually holds Case Management Conferences at 9:30 a.m., but due to the unavailability of one of the attorneys in the morning the parties request that the Conference be scheduled at 1:30 p.m. if possible.   If not possible to hold the Conference at that time, the parties request that it be set for July 7, 2016, at 9:30 a.m.

**SO STIPULATED.**

DATED:          May 26, 2016                    SECURITIES AND EXCHANGE
                                                                        COMMISSION


                                                                        By: //s// By permission (Civ. L.R. 5-1(i))
                                                                              JOHN YUN

                                                                        Attorneys for Plaintiff


DATED:          May 26, 2016                    SHARTSIS FRIESE LLP


                                                                        By:
                                                                              JAHAN P. RAISSI

                                                                        Attorneys for Defendants
                                                                        JOHN V. BIVONA, SADDLE RIVER
                                                                        ADVISORS LLC AND ANNE BIVONA

                                                                        And Specially Appearing for
                                                                        SRA MANAGEMENT LLC, SRA I LLC,
                                                                        SRA II LLC, SRA III LLC, FELIX
                                                                        INVESTMENTS, LLC, CLEAR SAILING
                                                                        GROUP IV LLC, AND CLEAR SAILING
                                                                        GROUP V LLC

Case No.
3:16-cv-01386-EMC                    STIPULATION AND [PROPOSED] ORDER RE
                                                INITIAL CMC DATE

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111-3598

DATED:        May 26, 2016                    SICHENZIA ROSS FRIEDMAN FERENCE
                                              LLP

                                              By: //s// By permission (Civ. L.R. 5-1(i))
                                                   RICHARD J. BABNICK JR.

                                              Attorneys for Defendant Frank Mazzola and
                                              Relief Defendant Michelle Mazzola

                              **<u>ORDER</u>**

Based upon the parties' Stipulation, the Initial Case Management Conference is set for

_____July 7_____, 2016, at __9:30 a.m__.

**IT IS SO ORDERED.**

Dated: May 26, 2016

IT IS SO ORDERED
AS MODIFIED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

08755\001\7754026.v2

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111-3598

- 3 -

Case No.                    STIPULATION AND [PROPOSED] ORDER RE
3:16-cv-01386-EMC                   INITIAL CMC DATE