JOHN W. COTTON (SBN 54912)
Email: JCotton@gghslaw.com
GARTENBERG GELFAND & HAYTON LLP
15260 Ventura Blvd., Suite 1920
Sherman Oaks, CA 91403
(213) 542-2100
(818) 292-0898

Counsel to Independent
Monitor Michael A. Maidy

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JOHN B. BIVONA; SADDLE RIVER ADVISERS, LLC; SRA MANAGEMENT ASSOCIATES, LLC; FRANK GREGORY MAZZOLA<br><br>Defendants. | Case No. 3:16-cv-1386<br><br>**MONITOR'S MISCELLANEOUS ADMINISTRATIVE APPLICATION FOR AN ORDER PURSUANT TO LOCAL RULE 7-11 TO PAY FEES FOR MAY 2016**<br><br>Date: No date<br>Time: No time<br>Judge: Edward M. Chen |

## I. INTRODUCTION

The Independent Monitor in the above matter, Michael A. Maidy ("the Monitor") pursuant to this Court's TRO of March 25, 2016 (Dkt. No. 36, "The Order"), was charged certain tasks and responsibilities in acting as the Monitor, and for performing those tasks and responsibilities was to be paid for his services by the Defendants in this matter.

As the Declarations of the Monitor, and his Special Counsel attest, both were careful to adhere to this Court's admonition that each be "as economical

as is reasonably possible in performing their duties, to minimize the costs and expenses incurred."

## II.   NATURE OF WORK PERFORMED

During the month of May 2016, the work of the Monitor chiefly consisted of further investigation of the defendants business activities and the drafting of the final report to the Court, which was presented on May 12th, and attendance at the hearing on the SEC's motion for a preliminary injunction which was heard on that same day.

During the present billing period, the Independent Monitor and the professional staff working for him billed 75.4 hours related chiefly to preparation of the final report and attendance at the hearing, with requisite fees totaling $35,821. To manage costs, the Independent Monitor himself used lower priced staff where possible and personally billed only 7.7 hours.

The Monitor's Special Counsel ("Counsel") performed only those services requested by the Monitor, which chiefly consisted of the review, preparation and filing of the final report, and attendance at the hearing on May 12th. During the present billing period, Counsel spent a total of 20.3 hours at a 10% reduced billing rate of $450 per hour. Therefore the total billing for the month of May 2016 was $9,135 for the Monitor's Counsel.

## III.   REVIEW OF MONITOR'S BILLS BY THE PARTIES

The Monitor provided his and his counsel's billing invoices for services for the month of May 2016 to counsel the parties to the underlying litigation. As the declaration of Cotton accompanying this Application reflects, the U.S. Securities & Exchange Commission has stated it has no objection to the May 2016 fee application, and the defendants' counsel has stated that the defendants approved the May 2016 invoices for payment.

In keeping with the parties' response, Counsel to the Monitor has prepared a stipulated order accompanying this Application, which the parties have approved.

### IV.   CONCLUSION

The Monitor has made every effort to perform his and his staff's services at the most efficient and reasonable rates, and with an eye toward economy. He respectfully requests that this Court approve his and his Counsel's bills for the month of May 2016. Therefore, for the reasons set forth above, and in the accompanying declarations of Michael A. Maidy and John Cotton, the Independent Monitor, Michael A. Maidy, respectfully requests the Court to approve and sign the stipulated Order accompanying this Application

Dated: July 7,  2016                    GARTENBERG GELFAND HAYTON LLP

                              By:   */s/ John W. Cotton*
                                    John W. Cotton
                                    Special Counsel to the Monitor