PRATHER LAW OFFICES
EDWIN K. PRATHER (Bar # 190536)
461 Bush Street, Suite 350
San Francisco, California 94108
Telephone: (415) 881-7774
edwin@pratherlawoffices.com

Richard J. Babnick Jr., *Pro Hac Vice*
Sichenzia Ross Friedman Ference LLP
61 Broadway, 32nd Floor
New York, New York 10006
Telephone: (212) 930-9700
rbabnick@srff.com

Attorneys for Relief Defendant Michele J. Mazzola

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JOHN V. BIVONA, SADDLE RIVER ADVISORS, LLC, SRA MANAGEMENT LLC, FRANK G. MAZZOLA,<br><br>Defendants, and<br><br>SRA I LLC, SRA II LLC, SRA III LLC, FELIX INVESTMENTS, LLC; MICHELE J. MAZZOLA, ANNE BIVONA, CLEAR SAILING GROUP IV LLC, CLEAR SAILING GROUP V LLC,<br><br>Relief Defendants. | Case No. 3:16-cv-01386-EMC<br><br>**[PROPOSED] MODIFIED ORDER AND STIPULATION TO ALLOW MICHELE MAZZOLA TO USE A BANK ACCOUNT AT PNC BANK** |

Whereas, to resolve, in part, Plaintiff's then-pending motion for a preliminary injunction, Plaintiff Securities and Exchange Commission and Relief Defendant Michele Mazzola had

– 1 –

[PROPOSED] MODIFIED ORDER AND STIPULATION

stipulated and agreed to the entry of an Order for Michele Mazzola's use of a PNC Bank Account, which had been So Ordered by the Court (Docket No. 92); and

Whereas, to facilitate the use of the aforementioned bank account for the deposit of payroll earnings to be earned by Frank Mazzola for the use by Michele Mazzola for their family's household necessities, the parties below agree to modify the prior Order as follows:

1. The terms of the Temporary Restraining Order entered by the Court on March 25, 2016, are adopted as the terms of the Preliminary Injunction with the modifications set forth below;

2. Michele Mazzola shall be allowed to utilize the checking account maintained at PNC Bank, ending in No. 6017 captioned "MICHELE E MAZZOLA" (the "Bank Account") subject to the terms and conditions set forth herein. The intent of this Order is to permit Michele Mazzola to use 'untained' funds for household necessities;

3. The existing monies in the Bank Account, namely, $3,220.94, shall remain restrained, and Michele Mazzola shall only be able to disburse monies deposited therein such that the balance of the Bank Account shall never fall below $3,220.94;

4. Michele Mazzola consents to PNC Bank providing a duplicate copy of the monthly account statement for the Bank Account, including copies of cancelled checks, to the Securities and Exchange Commission to allow the Securities and Exchange Commission to monitor the activity in the Bank Account, and Ms. Mazzola will instruct PNC Bank to provide the Commission with these monthly statements and canceled checks, and will ensure that they are delivered to the Commission, directed to the attention of the counsel for the Commission in the signature block below;

5. For any funds deposited into the Bank Account, the depositor of said funds shall provide a Declaration sworn under oath identifying the specific amount of the deposit, the source of the funds deposited (i.e., retirement funds, savings, or earnings), and attest that the funds did not originate from Frank Mazzola, Michele Mazzola, John Bivona, Anne Bivona, Saddle River

[PROPOSED] MODIFIED ORDER AND STIPULATION

Advisors LLC, SRA Management Associates LLC, SRA I LLC, SRA II, LLC, SRA III LLC, Felix Investments LLC, Clear Sailing Group IV LLC, or Clear Sailing Group V LLC; however, if the source of the funds deposited into the Bank Account is from a payroll check issued to Frank Mazzola for current wages and/or earnings, then, rather than provide a Declaration, Michele Mazzola shall provide a copy (front and back) of the check deposited to the Securities and Exchange Commission.

6. The aforementioned Declaration or copy of the payroll check deposited shall be provided to the Securities and Exchange Commission three days before any check may be issued or any funds withdrawn from the Bank Account to expend such deposited funds;

7. Michele Mazzola shall create and maintain a check register for the Bank Account that identifies the payor and/or use of the funds withdrawn, and the Securities and Exchange Commission retains the right to request a copy of the check ledger or specific expenditure information concerning any cash withdrawal(s) in a two week period that amount to more than $500.00.

8. The Parties may petition the Court to modify the terms of the Preliminary Injunction.

SO STIPULATED.                                   SECURITIES AND EXCHANGE COMMISSION

DATED:    September 21, 2016

                                                  By: //s// By permission (Civ. L. R. 5-1(i))
                                                  MARC D. KATZ

Attorneys for Plaintiff

DATED:    September 21, 2016        SICHENZIA ROSS FRIEDMAN FERENCE LLP

                                                  By: _____
                                                  RICHARD J. BABNICK JR.,
                                                  Pro Hac Vice

Attorneys for Relief Defendant Michele Mazzola

[PROPOSED] MODIFIED ORDER AND STIPULATION

1 | **IT IS SO ORDERED.**
2 |
3 | DATED:        September 21, 2016
4 |                                                  _____
5 |                                                  EDWARD M. CHEN
   |                                                  United States District Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*

[PROPOSED] MODIFIED ORDER AND STIPULATION