1  JINA L. CHOI (N.Y. Bar No. 2699718)
   JOHN S. YUN (Cal. Bar No. 112260)
2    yunj@sec.gov
   MARC D. KATZ (Cal. Bar No. 189534)
3    katzma@sec.gov
   JESSICA W. CHAN (Cal. Bar No. 247669)
4    chanjes@sec.gov

5  Attorneys for Plaintiff
   SECURITIES AND EXCHANGE COMMISSION
6  44 Montgomery Street, Suite 2800
   San Francisco, CA 94104
7  Telephone: (415) 705-2500
   Facsimile:  (415) 705-2501

8

9

10

11                    UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13                       SAN FRANCISCO DIVISION

14
   SECURITIES AND EXCHANGE COMMISSION,    Case No. 3:16-cv-01386-EMC
15
                        Plaintiff,        **STIPULATION AND [PROPOSED] ORDER**
16                                        **EXTENDING TIME TO MOVE TO**
             v.                           **AMEND THE COMPLAINT AS TO**
17                                        **POTENTIAL DEFENDANT 1**
   JOHN V. BIVONA; SADDLE RIVER
18 ADVISORS, LLC; SRA MANAGEMENT
   ASSOCIATES, LLC; FRANK GREGORY
19 MAZZOLA,

20                   Defendants, and

21 SRA I LLC; SRA II LLC; SRA III LLC;
   FELIX INVESTMENTS, LLC; MICHELE
22 J. MAZZOLA; ANNE BIVONA; CLEAR
   SAILING GROUP IV LLC; CLEAR
23 SAILING GROUP V LLC,

24                   Relief Defendants.

25

26

27

28

**STIPULATION EXTENDING TIME TO MOVE TO AMEND THE COMPLAINT**

Plaintiff Securities and Exchange Commission ("Commission") and Potential Defendant 1[1] hereby stipulate to extend the Commission's time to file a motion to amend the Complaint to add Potential Defendant 1 as a defendant in this matter until January 31, 2017.

Commission staff, Potential Defendant 1, and Potential Defendant 1's counsel, Jahan Raissi, are currently involved in discussions concerning the possible resolution of the Commission's claims against Potential Defendant 1.  To provide sufficient time to complete these negotiations, the Commission and Potential Defendant 1 stipulate as follows:

The Commission shall have until January 31, 2017 to file a motion to add Potential Defendant 1 to this action.  The deadline for moving to amend the Complaint as to any other claim or defendant remains October 31, 2016.

Dated:  October 5, 2016                    Respectfully submitted,


/s/ Jessica W. Chan_____
Jessica W. Chan
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION


/s/ Jahan P. Raissi                          ___
Jahan P. Raissi
Attorneys for Potential Defendant 1
SHARTSIS FRIESE LLP

The parties having stipulated to the foregoing concerning the Commission's time to move to amend the Complaint with respect to Potential Defendant 1, it is SO ORDERED.


DATED: October __7__, 2016                 _____

EDWARD M.
United States D

IT IS SO ORDERED
Judge Edward M. Chen

---

[1] The Commission's practice is not to identify potential defendants until they have been sued.