COOLEY LLP
PATRICK E. GIBBS (183174) (pgibbs@cooley.com)
ALLISON S. DAVIDSON (267964) (adavidson@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

Attorneys for Non-Party
TELESOFT CAPITAL, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JOHN V. BIVONA; SADDLE RIVER ADVISORS LLC; SRA MANAGEMENT LLC; FRANK GREGORY MAZZOLA,<br><br>Defendants, and<br><br>SRA I LLC; SRA II LLC; SRA III LLC; FELIX INVESTMENTRS, LLC; MICHELE J. MAZZOLA; ANNE BIVONA; CLEAR SAILING GROUP IV LLC; CLEAR SAILING GROUP V LLC,<br><br>Relief Defendants. | Case No. 3:16-cv-01386-EMC<br><br>**STIPULATION AND [P~~ROPO~~SED] ORDER GRANTING NON-PARTY TELESOFT CAPITAL, LLC'S ADMINISTRATIVE MOTION TO REQUEST NOTICE AND AN OPPORTUNITY TO BE HEARD**<br><br>Judge:   Hon. Edward Chen |

1    WHEREAS, on October 11, 2016, the Court entered an order for appointment of Receiver in the above-captioned action ("Receiver Order", Dkt. #142);

WHEREAS, before the Court is an administrative motion to confirm that non-party TeleSoft Capital, LLC (the "Non-Party") is entitled to notice and an opportunity to be heard before the Receiver approves, negotiates for the sale or transfers pre-IPO shares of Palantir Technologies, Inc. ("Palantir"), pursuant to Sections IX and XIV of the Receiver Order (the "Motion");

WHEREAS, Plaintiff and the Receiver do not take any position on the representations made in Non-Party's Motion;

NOW, THEREFORE, Plaintiff, the Receiver and Non-Party, by and through their undersigned counsel, hereby agree and stipulate as follows:

1.   If the Receiver requests the Court's approval for sales of Palantir shares from the Set-Aside Fund, Non-Party is entitled to two-weeks expedited notice, with any opposition by Non-Party due in writing five court days after the Receiver's expedited motion;

2.   In accordance with this Order, the Clerk shall add Non-Party's undersigned counsel to an ECF user in the above-captioned action.

**Respectfully Submitted,**

Dated: October 19, 2016        COOLEY LLP
                               PATRICK E. GIBBS
                               ALLISON S. DAVIDSON


                                          */s/ Patrick E. Gibbs*
                               ─────────────────────────────
                                 PATRICK E. GIBBS (183174)

                               Attorneys for Non-Party
                               TELESOFT CAPITAL, LLC

| | |
|---|---|
| Dated: October 19, 2016 | SECURITIES AND EXCHANGE COMMISSION |

                    */s/ John S. Yun*
                    JOHN S. YUN

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

| | |
|---|---|
| Dated: October 19, 2016 | GARTENBERG, GELFAND & HAYTON LLP<br>JOHN W. COTTON |

                    */s/ John W. Cotton*
                    JOHN W. COTTON

Attorneys for Receiver

## **E-FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5.1(i)(3), the undersigned attests that parties to this Stipulation have concurred in the filing of this STIPULATION AND [PROPOSED] ORDER GRANTING NON-PARTY TELESOFT CAPITAL, LLC'S ADMINISTRATIVE MOTION TO REQUEST NOTICE AND AN OPPORTUNITY TO BE HEARD.

DATED: October 19, 2016            By: */s/ Patrick E. Gibbs*
                                                      Patrick E. Gibbs

**[~~PROPOSED~~] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October 25, 2016

HON. EDWARD C[HEN]
United [States District Judge]



IT IS SO ORDERED
Judge Edward M. Chen