JINA L. CHOI (N.Y. Bar No. 2699718)
JOHN S. YUN (Cal. Bar No. 112260)
  yunj@sec.gov
MARC D. KATZ (Cal. Bar No. 189534)
  katzma@sec.gov
JESSICA W. CHAN (Cal. Bar No. 247669)
  chanjes@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
Telephone: (415) 705-2500
Facsimile:  (415) 705-2501

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 3:16-cv-01386-EMC |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER FOR PRESERVATION OF HARD DRIVE OF COMPUTER IN POSSESSION OF DEFENDANT JOHN V. BIVONA** |
| v. | |
| JOHN V. BIVONA; SADDLE RIVER ADVISORS, LLC; SRA MANAGEMENT ASSOCIATES, LLC; FRANK GREGORY MAZZOLA, | |
| Defendants, and | |
| SRA I LLC; SRA II LLC; SRA III LLC; FELIX INVESTMENTS, LLC; MICHELE J. MAZZOLA; ANNE BIVONA; CLEAR SAILING GROUP IV LLC; CLEAR SAILING GROUP V LLC, | |
| Relief Defendants. | |

Stip. For Order Preserving Hard Drive
08755\001\7865075.v2

Civ. 3:16-cv-01386-EMC

**STIPULATION FOR PRESERVATION OF HARD DRIVE OF COMPUTER**

Consistent with the Court's order to preserve evidence, entered March 25, 2016 (Docket No. 36 at page 5), counsel for plaintiff Securities and Exchange Commission ("Commission"), for defendants John V. Bivona and Saddle River Advisors, LLC ("Saddle River") and for relief defendant Anne Bivona, and for the receivership entities defendant SRA Management, LLC and relief defendants SRA I LLC, SRA II LLC, SRA III LLC, Clear Sailing Group IV LLC and Clear Sailing Group V LLC, as well as third party affiliated entities Felix Multi-Opportunity Fund I LLC, Felix Multi-Opportunity Fund II LLC, Felix Management Associates LLC, NYPA Fund I LLC, NYPA Fund II LLC and NYPA Management Associates LLC, hereby stipulate to the Court's entry of an Order authorizing the Commission's Office of Technical Services ("OTS") to perform, at the Commission's expense, a forensic imaging and copying of the hard drive of the Dell desk top computer (serial number 26600661505) in the possession of defendant John V. Bivona at the current 600 East Crescent Avenue, Saddle River, New Jersey  07458 offices of defendant Saddle River (hereafter, the "Computer Drive") on the following terms and conditions:

1.      The OTS shall conduct forensic imaging on the Computer Drive under the following protocol:

a.      The OTS shall generate a verifiable forensic image of the Computer Drive to preserve any and all potential data on the Computer Drive;

b.      The OTS may take temporary possession of the Computer Drive at the current Saddle River offices for such time as is necessary to perform forensic imaging, searching, and any testing;

c.      Prior to conducting the forensic imaging of the Computer Drive, the OTS shall arrange, with representatives of John Bivona and the Receiver, a time and date for the imaging so that those representatives may, if they desire, be present during the forensic imaging of the Computer Drive;

d.      After the OTS completes its imaging of the Computer Drive, it shall return the source Computer Drive to John Bivona, who may continue to retain and use the desk top computer

1 consistent with the Court's evidence preservation order;

2       e.      Upon completion of its imaging of the Computer Drive, the OTS shall make no

3 more than three additional identical copies of the Computer Drive.  The original image of the

4 Computer Drive and all three identical copies of the Computer Drive (the "Computer Drive Images")

5 will be delivered in a secure manner to Iron Mountain Columbia, 8928 McGaw Court, Columbia,

6 Maryland  21045, telephone: 800-899-4766, for storage, at the expense of the Commission, pending

7 further unanimous written agreement of the parties or order of the Court;

8       f.      Because Mr. Bivona and Saddle River assert that the Computer Drive contains

9 confidential information, at no time in performing the foregoing shall OTS or anyone else review or

10 access the information on the Computer Drive or Computer Drive Images.  Neither OTS, the

11 Receiver, nor any party (except Mr. Bivona and Iron Mountain) shall retain a copy of the Computer

12 Drive, in whole or part, following the creation of the Computer Drive Images as set forth above;

13       g.      Following completion of the foregoing tasks, the OTS shall prepare and deliver

14 to the parties to this Stipulation a sworn declaration describing the steps that it has undertaken to

15 image the Computer Drive, prepare identical copies of the image of the Computer Drive and to

16 deliver the Computer Drive Images to Iron Mountain.

17       2.      Because Mr. Bivona and Saddle River assert that the Computer Drive contains

18 confidential information, the Computer Drive Images, and the data contained therein, shall not be

19 accessed by any party or anyone else while held at Iron Mountain, or at any other time, except by

20 unanimous written agreement of the parties to this Stipulation or by order of the Court;

21       3.      Mr. Bivona and Saddle River Advisors have asserted that the Computer Drive contains

22 privileged, confidential, and irrelevant materials, and the imaging of the Computer Drive and the

23 safekeeping of the Computer Drive Images at Iron Mountain (or any other custodian) shall therefore

24 not be deemed to be a waiver by Mr. Bivona or Saddle River  of any applicable privileges, doctrines,

25 or other objections to the production of any materials that Mr. Bivona or Saddle River might assert

26 with respect to the Computer Drive and Computer Drive Images;

27

28

4.     By entering into this Stipulation, the Commission and the Receiver do not waive any claims that they might have regarding the ownership of the Computer Drive and Computer Drive Images, regarding the absence of any privilege or confidentiality with respect to some or all of the contents of the Computer Drive and Computer Drive Images and regarding the right to seek court authorization to access the contents of the Computer Drive and Computer Drive Images.

5.     Unless otherwise ordered by the Court or unanimously agreed to in writing by the parties to this stipulation, the Computer Drive Images shall be destroyed upon the conclusion of this litigation and the receivership.

Dated:  December 15, 2016

SECURITIES AND EXCHANGE COMMISSION


*John S. Yun*
John S. Yun
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION


SHARTSIS FRIESE LLP


*Jahan P. Raissi  (by email authorization)*
Jahan P. Raissi
Attorneys for Defendants JOHN V. BIVONA and SADDLE RIVER ADVISORS, LLC and Relief Defendant ANNE BIVONA


*John W. Cotton  (by email authorization)*
John W. Cotton
GARTENBERG, GELFAND & HAYTON LLP
Attorney for the Receiver
SHERWOOD PARTNERS, INC. for Receivership Entities
SRA MANAGEMENT, LLC, SRA I LLC,
SRA II LLC, SRA III LLC, CLEAR SAILING GROUP IV LLC, CLEAR SAILING GROUP V LLC, FELIX MANAGEMENT ASSOCIATES LLC, FELIX MULTI-OPPORTUNITY FUND I LLC, FELIX MULTI-OPPORTUNITY FUND II LLC, NYPA MANAGEMENT ASSOCIATES LLC, NYPA FUND I LLC, and NYPA FUND II LLC

1
## ORDER

2    The parties having stipulated to this Order,

3    SO ORDERED.

4  DATED:  December 19, 2016

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



1

<u>CERTIFICATE OF SERVICE</u>

2

I, Eric Pease, hereby certify on December 15, 2016, I served a copy of the attached:

3

4
**STIPULATION AND PROPOSED ORDER FOR PRESERVATION OF HARD DRIVE OF**
**COMPUTER IN POSSESSION OF DEFENDANT JOHN V. BIVONA**

5

6
via Email and UPS mail service scheduled for overnight delivery to:

7

8

John V. Bivona
9
Representative for relief defendant Felix Investments
Email: johnv@bivonalaw.com
10
600 East Crescent Ave
Suite 205
11
Upper Saddle River NJ 07458

12

13
Eric Pease

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28