1 | JOHN W. COTTON (SBN 54912)
Email: JCotton@gghslaw.com
2 | GARTENBERG GELFAND & HAYTON LLP
15260 Ventura Blvd., Suite 1920
3 | Sherman Oaks, CA 91403
(213) 542-2100
4 | (818) 292-0898

5 | Counsel to Receiver Sherwood Partners Inc.

6

7 | **UNITED STATES DISTRICT COURT**

8 | **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No.  3:16-cv-1386 |
| Plaintiff, | **[PRO~~POSE~~D] ORDER AND STIPULATION GRANTING THE RECEIVER'S REQUEST FOR AN EXTENSION OF TIME TO FILE A PROPOSED PLAN OF LIQUIDATION** |
| v. | |
| JOHN B. BIVONA; SADDLE RIVER ADVISERS, LLC; SRA MANAGEMENT ASSOCIATES, LLC; FRANK GREGORY MAZZOLA | |
| Defendants.; and | Date:  No Date<br>Time:  No Time<br>Judge: Edward M. Chen |
| SRA I LLC; SRA II LLC; SRA III LLC; FELIX INVESTMENTS, LLC; MICHELE J. MAZZOLA; ANNE BIVONA; CLEAR SAILING GROUP IV LLC; CLEAR SAILING GROUP V LLC, | |
| Relief Defendants | |

1

1  The parties, U.S. Securities & Exchange Commission, counsel for defendants Saddle River Advisers, LLC ("Saddle River") and SRA Management Associates, LLC ("SRA Management"), and counsel for the Receiver hereby stipulate and agree to the entry of an order as follows:

1.) The Receiver in this matter, Sherwood Partners Inc., has only recently been appointed and has not yet been able in the first two months of its appointment to satisfy itself that it is in possession of all material information about the activities of the receivership defendants and relief defendants, necessary to propose a focused and comprehensive plan of liquidation.

2.) The Receiver has only recently fully secured the electronic records of the receivership defendants and relief defendants, and has not yet been able to thoroughly search and digest the information contained in those records, as well the hard copy records of the Receivership estate. The Receiver believes that it will require an additional ninety days beyond January 11, 2017, the current due date, to prepare and file a comprehensive, proposed plan of liquidation.

3.) The, plaintiff U.S. Securities & Exchange Commission and counsel for defendants Saddle River and SRA Management, on being informed of the above by the Receiver's counsel have stated that they do not object to amending the second sentence of Sec. XIII of this Court's Order Appointing the Receiver (Docket No. 142) as follows:

### XIII. Recommendations and Reports

"Within *one hundred and eighty (180) days* of the entry date of this Order, the Receiver shall file the Liquidation Plan in the above-captioned action, with service copies to counsel of record.

4.) Based on the parties' agreement, the Court will amend the language of Sec. XIII as agreed in Paragraph 3 above and issue an amended Order concerning the filing of the plan of liquidation contained in Docket No. 142.

SO STIPULATED.

Pursuant to Civil L.R. 5.1, I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

DATED: December 28, 2016    GARTENBERG GELFAND HAYTON LLP

By:    /s/ *John W. Cotton*
JOHN W. COTTON
Special Counsel to the Monitor

DATED: December 28, 2016    SECURITIES & EXCHANGE COMMISSION

By://s// By Permission (Civ. L.R. 5-1 (i)
JOHN YUN
Attorneys for Plaintiff

DATED: December 28, 2016    DEFENDANTS SADDLE RIVER AND SRA MANAGEMENT

By://s// By Permission (Civ. L.R. 5-1 (i)
JAHAN P. RAISSI
SHARTSIS FRIESE LLP
Attorneys for Defendants Saddle River and SRA Management

IT IS SO ORDERED. Counsel for receiver shall e-file a proposed amended order (as stated on p. 2, line 27) for the Court's approval.

DATED: ~~December __, 2016~~
January 3, 2017

_____
Judge Edward M. Chen
United States

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

3