JINA L. CHOI (N.Y. Bar No. 2699718)
JOHN S. YUN (Cal. Bar No. 112260)
  yunj@sec.gov
MARC D. KATZ (Cal. Bar No. 189534)
  katzma@sec.gov
JESSICA W. CHAN (Cal. Bar No. 247669)
  chanjes@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
Telephone: (415) 705-2500
Facsimile:  (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 3:16-cv-01386-EMC (JCS) |
| Plaintiff, | **STIPULATION AND P~~ROP~~OSED ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| v. | |
| JOHN V. BIVONA; SADDLE RIVER ADVISORS, LLC; SRA MANAGEMENT ASSOCIATES, LLC; FRANK GREGORY MAZZOLA, | Date:  March 9, 2017<br>Time:  10:30 a.m.<br>Courtroom:  5 (Seventeenth Floor)<br>Judge:  Edward M. Chen |
| Defendants, and | |
| SRA I LLC; SRA II LLC; SRA III LLC; FELIX INVESTMENTS, LLC; MICHELE J. MAZZOLA; ANNE BIVONA; CLEAR SAILING GROUP IV LLC; CLEAR SAILING GROUP V LLC, | |
| Relief Defendants. | |

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

Counsel for plaintiff Securities and Exchange Commission ("Commission"), for defendants John V. Bivona, Frank G. Mazzola and Saddle River Advisors, LLC ("Saddle River") and for relief defendants Anne Bivona and Michele J. Mazzola, and for the receivership entities defendant SRA Management, LLC and relief defendants SRA I LLC, SRA II LLC, SRA III LLC, Clear Sailing Group IV LLC and Clear Sailing Group V LLC, as well as third party affiliated entities Felix Multi-Opportunity Fund I LLC, Felix Multi-Opportunity Fund II LLC, Felix Management Associates LLC, NYPA Fund I LLC, NYPA Fund II LLC and NYPA Management Associates LLC, hereby submit this Stipulation to continue, until after April 25, 2017, the case management conference that is now scheduled for Thursday, March 9, 2017.

The March 9th case management conference was scheduled for one month after the anticipated resumption on February 9, 2017 of the mandatory settlement conference before Chief Magistrate Judge Joseph Spero. Chief Magistrate Judge Spero recently agreed to continue the mandatory settlement conference until Tuesday, April 25, 2017. Because the settlement conference is being continued, the parties do not believe that a case management conference would be productive on March 9, 2017.

The parties therefore stipulate to continuing the case management conference until after the April 25th settlement conference, and are available for the continued case management conference on the mornings of Thursday, May 4, May 15, and June 1, 2017. The parties also agree that counsel for Frank Gregory Mazzola and Michele J. Mazzola may attend the case management conference by telephone.

Dated: February 22, 2017

                                                SECURITIES AND EXCHANGE COMMISSION

                                                *John S. Yun*
                                                John S. Yun
                                                Attorneys for Plaintiff
                                                SECURITIES AND EXCHANGE COMMISSION

|   |   |
|---|---|
| 1 | *Jahan P. Raissi  (by email authorization)* |
| 2 | Jahan P. Raissi |
|   | SHARTSIS FRIESE LLP |
| 3 | Attorneys for Defendants JOHN V. BIVONA and SADDLE RIVER ADVISORS, LLC and Relief Defendant ANNE BIVONA |
| 4 |   |
| 5 |   |
| 6 | *John W. Cotton  (by email authorization)* |
|   | John W. Cotton |
| 7 | GARTENBERG, GELFAND & HAYTON LLP |
|   | Attorney for the Receiver |
| 8 | SHERWOOD PARTNERS, INC. for Receivership Entities SRA MANAGEMENT, LLC, SRA I LLC, SRA II LLC, SRA III LLC, CLEAR SAILING GROUP IV LLC, CLEAR SAILING GROUP V LLC, FELIX MANAGEMENT ASSOCIATES LLC, FELIX MULTI-OPPORTUNITY FUND I LLC, FELIX MULTI-OPPORTUNITY FUND II LLC, NYPA MANAGEMENT ASSOCIATES LLC, NYPA FUND I LLC, and NYPA FUND II LLC |

/s/ *Richard Babnick  (by email authorization)*
Richard J. Babnick Jr., Esq.
SICHENZIA ROSS FRIEDMAN FERENCE LLP
Attorneys for Defendants FRANK G. MAZZOLA and Relief Defendant MICHELE J. MAZZOLA

## ORDER CONTINUING CASE MANAGEMENT CONFERENCE

Based upon the parties Stipulation, and good cause appearing, the case management conference now calendared for Thursday, March 9, 2017, is hereby continued to Thursday, __May 5__, 2017 at 10:30 a.m.  The parties shall file an updated joint case management statement at least seven calendar days before the case management conference.  Counsel for Frank Mazzola and Michele Mazzola may appear at the case management conference by telephone.

SO ORDERED.

Dated: February 27, 2017

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA