UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JOHN V. BIVONA, et al.,<br><br>Defendants. | Case No. 16-cv-01386-EMC<br><br>**ORDER GRANTING DEFENDANT FRANK MAZZOLA AND RELIEF-DEFENDANT MICHELE MAZZOLA'S COUNSELS' MOTION TO WITHDRAW AS ATTORNEYS OF RECORD**<br><br>Docket No. 176 |

Counsel for Defendant Franz Mazzola and Relief-Defendant Michele Mazzola move to withdraw as attorneys of record on the ground that Defendants have failed to pay the agreed upon attorneys' fees due and owing. Docket No. 176. Failure to pay attorneys' fees constitutes good cause to withdraw under the California Rules of Professional Conduct. *Kirkland v. Golden Boy Promotions*, 2013 U.S. Dist. LEXIS 198853, *3 (C.D. Cal. May 8, 2013). Defendants do not oppose the instant motion; to the contrary, they previously stipulated to substituting themselves as *pro se* parties. Docket No. 173.

The Court **GRANTS** the motion to withdraw. Defendants are reminded that *pro se* parties are expected to comply with all applicable rules, including the Federal Rules of Civil Procedure and the Civil Local Rules of this District.

This order disposes of Docket No. 176.

**IT IS SO ORDERED**.

Dated: April 25, 2017

_____
EDWARD M. CHEN
United States District Judge