JINA L. CHOI (N.Y. Bar No. 2699718)
JOHN S. YUN (Cal. Bar No. 112260)
  yunj@sec.gov
MARC D. KATZ (Cal. Bar No. 189534)
  katzma@sec.gov
JESSICA W. CHAN (Cal. Bar No. 247669)
  chanjes@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 3:16-cv-01386-EMC (JCS) |
| Plaintiff, | **STIPULATION FOR ORDER SETTING BRIEFING AND HEARING SCHEDULE FOR RECEIVER'S MOTION TO APPROVE DISTRIBUTION PLAN** |
| v. | |
| JOHN V. BIVONA; SADDLE RIVER ADVISORS, LLC; SRA MANAGEMENT ASSOCIATES, LLC; FRANK GREGORY MAZZOLA, | |
| Defendants, and | |
| SRA I LLC; SRA II LLC; SRA III LLC; FELIX INVESTMENTS, LLC; MICHELE J. MAZZOLA; ANNE BIVONA; CLEAR SAILING GROUP IV LLC; CLEAR SAILING GROUP V LLC, | |
| Relief Defendants. | |

Stip. Briefing & Hearing Schedule
08755\001\7865075.v2

**Civ. 3:16-cv-01386-EMC**

| | |
|---|---|
| 1 | **STIPULATED SCHEDULE FOR MOTION TO APPROVE DISTRIBUTION PLAN** |
| 2 | Counsel for plaintiff Securities and Exchange Commission ("Commission"), for defendants |
| 3 | John V. Bivona and Saddle River Advisors, LLC ("Saddle River") and for the Receiver for the |
| 4 | receivership entities defendant SRA Management, LLC and relief defendants SRA I LLC, SRA II |
| 5 | LLC, SRA III LLC, Clear Sailing Group IV LLC and Clear Sailing Group V LLC, as well as third |
| 6 | party affiliated entities Felix Multi-Opportunity Fund I LLC, Felix Multi-Opportunity Fund II LLC, |
| 7 | Felix Management Associates LLC, NYPA Fund I LLC, NYPA Fund II LLC and NYPA |
| 8 | Management Associates LLC, along with in pro per defendant Frank Gregory Mazzola and in pro per |
| 9 | relief defendant Michele J. Mazzola hereby submit this Stipulation for the briefing and hearing |
| 10 | schedule on the Receiver's anticipated Motion for Approval of a Distribution Plan: |
| 11 | The Receiver's Motion for Approval of a Distribution Plan shall be filed and served by |
| 12 | Thursday, June 29, 2017. A copy of the Receiver's Distribution Plan and motion papers, along with a |
| 13 | copy of this Stipulation and Order, shall be promptly posted on the Receiver's website for this case. |
| 14 | The Commission's joinder papers, if any, for the Receiver's Motion shall also be filed and served by |
| 15 | June 29, 2017 and then promptly posted on the Receiver's website. |
| 16 | All opposition papers, objections and proposed amendments to the Receiver's Motion shall be |
| 17 | filed and served by Thursday, July 27, 2017. Such opposition papers, objections and proposed |
| 18 | amendments may be filed by any party to this case, as well as by investors or creditors who believe |
| 19 | that they will be affected by the Distribution Plan. Investors and creditors may also file statements in |
| 20 | support of the Distribution Plan by July 27, 2017. All opposition papers, objections, proposed |
| 21 | amendments and statements in support shall be served upon the Commission and the Receiver's |
| 22 | counsel through email on July 27, 2017 or through hard copy delivery on July 28, 2017. |
| 23 | All reply papers and all proposed amendments by the Receiver or the Commission shall be |
| 24 | filed and served by Thursday, August 17, 2017. The Receiver and the Commission shall serve copies |
| 25 | of their papers upon all investors or creditors who submitted an opposition, objection or proposed |
| 26 | amendment. Email service is authorized if the investor or creditor provided an email address. |
| 27 | |
| 28 | |

The hearing on the Receiver's Motion for Approval of a Distribution Plan shall be heard by this Court on Thursday, August 31, 2017.

Dated: May 31, 2017

*John S. Yun*
John S. Yun
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

*Jahan P. Raissi  (by email authorization)*
Jahan P. Raissi
SHARTSIS FRIESE LLP
Attorneys for Defendants JOHN V. BIVONA and SADDLE RIVER ADVISORS, LLC and Relief Defendant ANNE BIVONA

*John W. Cotton  (by email authorization)*
John W. Cotton
GARTENBERG, GELFAND & HAYTON LLP
Attorney for the Receiver
SHERWOOD PARTNERS, INC. for Receivership Entities
SRA MANAGEMENT, LLC, SRA I LLC,
SRA II LLC, SRA III LLC, CLEAR SAILING GROUP IV LLC, CLEAR SAILING GROUP V LLC, FELIX MANAGEMENT ASSOCIATES LLC, FELIX MULTI-OPPORTUNITY FUND I LLC, FELIX MULTI-OPPORTUNITY FUND II LLC, NYPA MANAGEMENT ASSOCIATES LLC, NYPA FUND I LLC, and NYPA FUND II LLC

*Frank G. Mazzola  (by email authorization)*
Defendants FRANK G. MAZZOLA, in pro per

*Michele J. Mazzola  (by email authorization)*
Relief  Defendant MICHELE J. MAZZOLA, in pro per

**ORDER SETTING SCHEDULE ON MOTION FOR DISTRIBUTION ORDER**

The Court hereby accepts the proposed briefing and hearing schedule for the Receiver's Motion for Approval of Distribution Plan.  The hearing shall be at 1:30p m., on Thursday, August 31,

2017.  Any party desiring to appear by telephone shall make a written request to the Court by August 28, 2017.

SO ORDERED.

Dated: _____June 6_____, 2017

IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen