1  JINA L. CHOI (N.Y. Bar No. 2699718)
   JOHN S. YUN (Cal. Bar No. 112260)
2    yunj@sec.gov
   MARC D. KATZ (Cal. Bar No. 189534)
3    katzma@sec.gov
   JESSICA W. CHAN (Cal. Bar No. 247669)
4    chanjes@sec.gov

5  Attorneys for Plaintiff
   SECURITIES AND EXCHANGE COMMISSION
6  44 Montgomery Street, Suite 2800
   San Francisco, CA 94104
7  Telephone: (415) 705-2500
   Facsimile:  (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 3:16-cv-01386-EMC (JCS) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING DISCOVERY AND MOTION DEADLINES IN ORDER TO FINALIZE SETTLEMENT AGREEMENTS** |
| v. | |
| JOHN V. BIVONA; SADDLE RIVER ADVISORS, LLC; SRA MANAGEMENT ASSOCIATES, LLC; FRANK GREGORY MAZZOLA, | |
| Defendants, and | |
| SRA I LLC; SRA II LLC; SRA III LLC; FELIX INVESTMENTS, LLC; MICHELE J. MAZZOLA; ANNE BIVONA; CLEAR SAILING GROUP IV LLC; CLEAR SAILING GROUP V LLC, | |
| Relief Defendants. | |

| | |
|---|---|
| 1 | **STIPULATION TO CONTINUE DISCOVERY AND MOTION DEADLINES IN ORDER TO** |
| 2 | **FINALIZE SETTLEMENTS** |

Counsel for plaintiff Securities and Exchange Commission ("Commission"), for defendants John V. Bivona and Saddle River Advisors, LLC ("Saddle River") and for the Receiver for the receivership entities defendant SRA Management, LLC and relief defendants SRA I LLC, SRA II LLC, SRA III LLC, Clear Sailing Group IV LLC and Clear Sailing Group V LLC, as well as third party affiliated entities Felix Multi-Opportunity Fund I LLC, Felix Multi-Opportunity Fund II LLC, Felix Management Associates LLC, NYPA Fund I LLC, NYPA Fund II LLC and NYPA Management Associates LLC, along with in pro per defendant Frank Gregory Mazzola and in pro per relief defendant Michele J. Mazzola hereby submit this Stipulation for continuing the current discovery and motion deadlines in order to finalize settlement agreements.

The Commission has now reached tentative agreements with all active defendants and relief defendants. The undersigned are in the process of finalizing the necessary settlement documents. Thereafter, the proposed resolutions will be submitted to the Securities and Exchange Commission for review and approval, and then the settlement papers will be presented to this Court. In order to facilitate this settlement process without incurring unnecessary expense, the parties stipulate to the following continuations of discovery and motion deadlines:

- The July 20, 2017 deadline for completing fact discovery and submitting expert reports would be extended to September 20, 2017;
- The deadline for completing expert discovery would be extended to October 20, 2017; and
- The final day for hearing dispositive motions would be extended to December 14, 2017.

Dated: June 20, 2017

                *Marc Katz*
                Marc D. Katz
                Attorneys for Plaintiff
                SECURITIES AND EXCHANGE COMMISSION

                *Jahan P. Raissi (by email authorization)*
                Jahan P. Raissi
                SHARTSIS FRIESE LLP
                Attorneys for Defendants JOHN V. BIVONA and SADDLE RIVER ADVISORS, LLC and Relief Defendant ANNE BIVONA

                *John W. Cotton (by email authorization)*
                John W. Cotton
                GARTENBERG, GELFAND & HAYTON LLP
                Attorney for the Receiver
                SHERWOOD PARTNERS, INC. for Receivership Entities SRA MANAGEMENT, LLC, SRA I LLC, SRA II LLC, SRA III LLC, CLEAR SAILING GROUP IV LLC, CLEAR SAILING GROUP V LLC, FELIX MANAGEMENT ASSOCIATES LLC, FELIX MULTI-OPPORTUNITY FUND I LLC, FELIX MULTI-OPPORTUNITY FUND II LLC, NYPA MANAGEMENT ASSOCIATES LLC, NYPA FUND I LLC, and NYPA FUND II LLC

                *Frank G. Mazzola (by email authorization)*
                Defendants FRANK G. MAZZOLA, in pro per

                *Michele J. Mazzola (by email authorization)*
                Relief Defendant MICHELE J. MAZZOLA, in pro per

# ORDER CONTINUING DISCOVERY AND MOTION DEADLINES

Based on the stipulation of the parties and their representation that tentative settlement agreements have been reached with all active defendants and relief defendants, the Court hereby amends the prior scheduling order and continues the discovery and motion deadlines as follows:

- The July 20, 2017 deadline for completing fact discovery and submitting expert reports is extended to September 20, 2017;
- The deadline for completing expert discovery is extended to October 20, 2017; and
- The final day for hearing dispositive motions is extended to December 14, 2017.

SO ORDERED.

Dated: ____6/27____, 2017



_____
JUDGE EDWARD M. CHEN
United States District Court