| | |
|---|---|
| 1 | |
| 2 | |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) | Case No. 3:16-cv-1386 |
| Plaintiff, | ) ) ) | **[PROPOSED] ORDER GRANTING THE RECEIVER'S ADMINISTRATIVE APPLICATION FOR AN ORDER PURSUANT TO LOCAL RULE 7-11 TO PAY THE RECEIVER AND HIS COUNSELS FEES FOR THE PERIOD OCTOBER 11, 2016 TO MARCH 31, 2017** |
| v. | ) | |
| JOHN B. BIVONA; SADDLE RIVER ADVISERS, LLC; SRA MANAGEMENT ASSOCIATES, LLC; FRANK GREGORY MAZZOLA | ) ) ) ) | |
| Defendants. | ) ) ) ) ) | |
| | ) ) ) | Date: N/A<br>Time: N/A<br>Judge: Edward M. Chen |

The Receiver in the above matter, Sherwood Partners Inc. ('Sherwood") through its Senior Vice President Peter Hartheimer ("Hartheimer"), requests that this Court approve the First Fee Application pursuant to L.R. 7-11 for Sherwood's services for the period of October 11, 2016 to March 31, 2017.  The Receiver also requests approval to pay the

1

[PROPOSED] ORDER GRANTING APPLICATION REQUESTING THE PAYMENT OF FEES TO
THE RECEIVER AND COUNSEL

1  fees of its counsel, John W. Cotton of Gartenberg, Gelfand & Hayton for the
2  same period.
3        In support, the Receiver has submitted the Declaration of Peter
4  Hartheimer, Sherwoods Senior Vice President, in which he states Sherwood
5  has complied in full with the SEC's "Billing Instructions to Receivers". He
6  has broken out, and reviewed the time spent on each of the various SEC
7  activity categories, and stated under oath that each was reasonable and
8  necessary, and performed by billing personnel of appropriate skill and
9  experience level.
10       The Receiver's Counsel, John W. Cotton, has also submitted his
11 declaration in which he states that he and his firm have broken out, and
12 reviewed the time spent on each of the various SEC activity categories, and
13 stated under oath that each was reasonable and necessary, and performed by
14 billing personnel of appropriate skill and experience level.
15       The SEC, and the defendants' counsel, as well as defendant Frank
16 Mazzola *in pro per*, have reviewed this Application and the accompanying
17 declarations and indicated to the Receiver's counsel that they have no
18 objection to this Court's approval of the requested fee and cost payments.
19
20       GOOD CAUSE APPEARING, the Court hereby authorizes the
21 Receiver in this matter, Sherwood Partners Inc., to pay itself $221,120.67 for
22 the requested fees and expenses for the period October 11, 2016 to March
23 31, 2017.
24       GOOD CAUSE ALSO APPEARING, the Court hereby authorizes the
25 Receiver in this matter, Sherwood Partners Inc., to pay Gartenberg, Gelfand

& Hayton $221,120.67 for the requested fees and expenses for the period October 11, 2016 to March 31, 2017.

IT IS SO ORDERED.

DATED:   July __25_, 2017



3

[PROPOSED] ORDER GRANTING APPLICATION REQUESTING THE PAYMENT OF FEES TO THE RECEIVER AND COUNSEL