# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN B. BIVONA; SADDLE RIVER ADVISERS, LLC; SRA MANAGEMENT ASSOCIATES, LLC; FRANK GREGORY MAZZOLA<br><br>    Defendants. | Case No.  3:16-cv-1386<br><br>[~~PRO~~POSED] AMENDED ORDER GRANTING THE RECEIVER'S ADMINISTRATIVE APPLICATION FOR AN ORDER PURSUANT TO LOCAL RULE 7-11 TO PAY THE RECEIVER AND HIS COUNSELS FEES FOR THE PERIOD OCTOBER 11, 2016 TO MARCH 31, 2017<br><br>Date: N/A<br>Time: N/A<br>Judge: Edward M. Chen |

This Amended Order has been entered to correct Docket No. 207, in which the fees of the Receiver and its counsel in the above matter for the period October 11, 2016 to March 31, 2017 were previously approved by the Court, but as to the Receiver's counsel, in an incorrect amount from what was requested and approved. The incorrect amount was caused by an

---

1

[PROPOSED] AMENDED ORDER GRANTING APPLICATION REQUESTING THE PAYMENT OF FEES TO THE RECEIVER AND COUNSEL

inadvertent drafting error by the Receiver's counsel in the body of Docket No. 207. This Amended Order hereby approves the correct amount of $39,639 for the fees of the Receiver's counsel as reflected below.

The Receiver in the above matter, Sherwood Partners Inc. ('Sherwood") through its Senior Vice President Peter Hartheimer ("Hartheimer"), requests that this Court approve the First Fee Application pursuant to L.R. 7-11 for Sherwood's services for the period of October 11, 2016 to March 31, 2017. The Receiver also requests amended approval to pay the fees of its counsel, John W. Cotton of Gartenberg, Gelfand & Hayton for the same period.

In support, the Receiver has submitted the Declaration of Peter Hartheimer, Sherwoods Senior Vice President, in which he states Sherwood has complied in full with the SEC's "Billing Instructions to Receivers". He has broken out, and reviewed the time spent on each of the various SEC activity categories, and stated under oath that each was reasonable and necessary, and performed by billing personnel of appropriate skill and experience level.

The Receiver's Counsel, John W. Cotton, has also submitted his declaration in which he states that he and his firm have broken out, and reviewed the time spent on each of the various SEC activity categories, and stated under oath that each was reasonable and necessary, and performed by billing personnel of appropriate skill and experience level.

The SEC, and the defendants' counsel, as well as defendant Frank Mazzola *in pro per*, have reviewed this Application and the accompanying declarations and indicated to the Receiver's counsel that they have no objection to this Court's approval of the requested fee and cost payments.

1  GOOD CAUSE APPEARING, the Court hereby authorizes the
2  Receiver in this matter, Sherwood Partners Inc., to pay itself $221,120.67 for
3  the requested fees and expenses for the period October 11, 2016 to March
4  31, 2017.

5  GOOD CAUSE ALSO APPEARING, the Court hereby authorizes the
6  Receiver in this matter, Sherwood Partners Inc., to pay Gartenberg, Gelfand
7  & Hayton $39,639 for the requested fees and expenses for the period
8  October 11, 2016 to March 31, 2017.

10  IT IS SO ORDERED.

11  DATED:   ~~July~~ 8/11 ___, 2017



3
[PROPOSED] AMENDED ORDER GRANTING APPLICATION REQUESTING THE PAYMENT OF
FEES TO THE RECEIVER AND COUNSEL