JOHN W. COTTON (SBN 54912)
Email: JCotton@gghslaw.com
GARTENBERG, GELFAND & HAYTON LLP
15260 Ventura Blvd., Suite 1920
Sherman Oaks, CA 91403
(213) 542-2100
(818) 292-0898

Counsel to Receiver Sherwood Partners Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN B. BIVONA; SADDLE RIVER ADVISERS, LLC; SRA MANAGEMENT ASSOCIATES, LLC; FRANK GREGORY MAZZOLA<br><br>    Defendants. | Case No. 3:16-cv-1386<br><br>**RECEIVER'S ADMINISTRATIVE APPLICATION FOR AN ORDER PURSUANT TO LOCAL RULE 7-11 FOR THE APPROVAL OF FEES FOR THE PERIOD APRIL 1, 2017 TO JUNE 30, 2017 FOR THE RECEIVER AND COUNSEL**<br><br>Date: N/A<br>Time: N/A<br>Judge: Edward M. Chen |

**I. Background**

On October 11, 2016, this Honorable Court issued an Order of Appointment of Receiver ("the Order') and thereby appointed Sherwood Partners Inc. ("Sherwood") as Receiver in this matter. The Order also appointed John W. Cotton ("Cotton") of Gartenberg, Gelfand & Hayton LLP as Counsel to the Receiver. By this Administrative Application, Sherwood through its Senior Vice President Peter Hartheimer ("Hartheimer"), requests that this Court approve Sherwood's Second Fee Application (the Application") as well as that of its Counsel, for the time period April 1, 2017

to and including June 30, 2017. The Application consists of the Declaration of Peter Hartheimer, the time records and work summary of Sherwood (Exhibits A and B to the Declaration of Hartheimer) the SEC's Standard Fund Accounting Record ("SFAR", Exhibit C to the Declaration of Hartheimer), and the Declaration of John W. Cotton with accompanying billing statements from his firm.[1] As required by LR 7-11, this Application is unopposed by the parties to this action, plaintiff SEC, and counsel for defendants John Bivona and SRA Advisers and defendant Frank Mazzola, *in pro per*.

## II. The Fee Application of Sherwood

As the Declaration of Peter Hartheimer of Sherwood sets forth, the period for which it makes this Second Fee Application is April 1, to June 30, 2017. Sherwood's total charge for time and disbursements in this Application is $143,417. This represents a total of 345.10 hours, or 115 hours per month. Hartheimer Decl., at ¶ 3. Sherwood has applied a 15% reduction to its standard rate and has only used personnel appropriate to the level of work being undertaken. Hartheimer Decl., at ¶ 3. Hartheimer has personally reviewed all the time spent by Sherwood personnel on receivership tasks and has attested to the accuracy and appropriateness of the time billed and has set forth the major work categories in which time was spent. Hartheimer Decl., at ¶ 4. Finally, Hartheimer has prepared the

---

[1] Exhibit B to the Declaration of Hartheimer contains unilateral fact characterizations by Sherwood to which defendants reserve their right to object. Defendants and their counsel do not object to the amounts requested for the time spent.

required SEC "SFAR", or Standard Fund Accounting Report for the period covered by this Application. Hartheimer Decl., at ¶ 5.

### III. The Fee Application of Sherwood's Counsel

As the Declaration of John Cotton of Gartenberg Gelfand & Hayton sets forth, the period for which it makes its first fee application is April 1 to June 30, 2017. All billed time spent on Receivership legal matters was undertaken by Cotton alone. Gartenberg's total charge for time and disbursements in this Application is $26,807.[2] This represents a total of 59.97 hours, or 20 hours per month. Cotton Decl., at ¶ 3. Gartenberg has applied a 15% reduction to its standard rate and has only used personnel appropriate to the level of work being undertaken. Cotton Decl., at ¶ 3. Cotton has personally reviewed all the time spent by Gartenberg personnel on receivership tasks and has attested to the accuracy and appropriateness of the time billed and has set forth the major work categories in which time was spent. Cotton Decl., at ¶ ¶4 to 6.

### IV. Conclusion

For the forgoing reasons, the Receiver and his counsel request that the Court approve their Second Fee Application by signing the attached Proposed Order.

Dated: October 17, 2017              GARTENBERG GELFAND HAYTON LLP

By:   /s/ John W. Cotton
       John W. Cotton
       Counsel to the Receiver

---

[2] This final amount includes a $5,040 write-off for travel time to a court settlement conference and meeting at the SEC offices, requested by the SEC, and agreed to by the Gartenberg firm. Cotton Decl. at ¶ 4.