UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN V. BIVONA, et al.,<br><br>    Defendants. | Case No. 16-cv-01386-EMC<br><br>**ORDER REGARDING NOVEMBER 16, 2017 STATUS CONFERENCE AND PROPOSED CLAIM FORM**<br><br>Docket No. 265, 268 |

The parties should be prepared to discuss the following issues at the November 16, 2017 status conference:

1. The Court's proposed revisions to the proposed claim form, attached to this order.

2. Whether, to reduce the burden on potential claimants, the Receiver can pre-populate notices to investors whose identities or investments are already known.

3. Whether the Receiver has sent demand letters to all persons to whom Square shares are believed to have been over-distributed; whether the Receiver is satisfied with the two responses received thus far; and what action, if any, the Receiver proposes to take with respect to any persons who have not responded or any persons whose responses it deemed unsatisfactory.

**IT IS SO ORDERED**.

Dated: November 14, 2017

_____
EDWARD M. CHEN
United States District Judge