UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN B. BIVONA; SADDLE RIVER ADVISERS, LLC; SRA MANAGEMENT ASSOCIATES, LLC; FRANK GREGORY MAZZOLA<br><br>　　　　Defendants. | Case No. 3:16-cv-1386<br><br>[PROPOSED] ORDER GRANTING THE RECEIVER'S ADMINISTRATIVE APPLICATION PURSUANT TO L.R. 7-11 FOR THE RETENTION OF A CLAIMS ADMINISTRATOR<br><br>Date: N/A<br>Time: N/A<br>Judge: Edward M. Chen |

　　The Receiver in the above matter, Sherwood Partners, Inc. ('Sherwood"), requests that this Court approve its Application pursuant to L.R. 7-11 for the retention of JND Corporate as Claims Administrator on the terms set forth in <u>Exhibit A</u> to the accompanying Declaration of Hartheimer.

　　The Receiver makes this application on the basis that a claims administrator, like JND, will more efficiently and economically conduct the process of accepting and administering a claims notice process, and the resulting responses in the form of claim applications. The Receiver has observed the work of JND in other, similar matters and bases its recommendations, in part, on that experience all as more specifically set forth in the declaration of Sherwood's principal in this matter, Peter Hartheimer, which accompanies the Application.

The Receiver also represents that the affected parties to this matter have been involved in the selection of JND and no affected party opposes its retention on the terms set forth in <u>Exhibit A</u> attached to the Declaration of Hartheimer.

GOOD CAUSE APPEARING, the Court hereby authorizes the Receiver to retain the firm of JND on the terms set forth in <u>Exhibit A</u> to the Declaration of Hartheimer. **The Receiver shall seek the Court's approval before approving additional work by the administrator if the total expenses have exceeded $15,000.**

IT IS SO ORDERED.

DATED: December 7, 2017



*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen

2

~~[PROPOSED]~~ ORDER GRANTING APPLICATION FOR RETENTION OF CLAIMS ADMINISTRATOR