JOHN W. COTTON (SBN 54912)
Email: JCotton@gghslaw.com
GARTENBERG, GELFAND & HAYTON LLP
15260 Ventura Blvd., Suite 1920
Sherman Oaks, CA 91403
(213) 542-2100
(818) 292-0898

Counsel to Receiver Sherwood Partners, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JOHN B. BIVONA; SADDLE RIVER ADVISERS, LLC; SRA MANAGEMENT ASSOCIATES, LLC; FRANK GREGORY MAZZOLA<br><br>Defendants. | Case No.  3:16-cv-1386<br><br>**RECEIVER'S ADMINISTRATIVE APPLICATION FOR AN ORDER PURSUANT TO LOCAL RULE 7-11 FOR THE APPROVAL OF FEES FOR THE PERIOD JULY 1 TO SEPTEMBER 30, 2017, FOR THE RECEIVER AND COUNSEL**<br><br>Date: N/A<br>Time: N/A<br>Judge: Edward M. Chen |

**I. Background**

On October 11, 2016, this Honorable Court issued an Order of Appointment of Receiver ("the Order') and thereby appointed Sherwood Partners Inc. ("Sherwood") as Receiver in this matter.  The Order also appointed John W. Cotton ("Cotton") of Gartenberg, Gelfand & Hayton LLP as Counsel to the Receiver.  Previously the Receiver and his counsel submitted interim applications for fees and expenses for the time

1

RECEIVER'S (THIRD) INTERIM APPLICATION FOR THE PAYMENT OF FEES PURSUANT TO LR 7-11

periods October 11, 2016 to March 31, 2017 (First Quarterly Fee Application filed on July 13, 2017 and approved on July 25, 2017); and April 1, 2017 to June 30, 2017 (Second Quarterly Fee Application filed on October 19, 2017 and approved, but with a 20% holdback for Sherwood, on November 16, 2017). The total fees and expenses of the Receiver approved by the Court and paid to date are $291,630.14 and the total fees and expenses of the Receiver's counsel approved by the Court and paid to date are $66,446. (The Court ordered a 20% holdback of all the Receiver's fees to date in the amount of $72,907.53) The total fees and expenses of the Receiver being requested in this Third Quarterly Application (the "Application") are $118,220 and the total fees and expenses of the Receiver's counsel requested in this Third Application, are $30,455.

     In this Application, Sherwood through its Senior Vice President Peter Hartheimer ("Hartheimer"), requests that this Court approve its Third Quarterly fees and expenses as well as that of its Counsel, for the time period July 1, 2017 to and including September 30, 2017. The Application consists of the accompanying Declaration of Peter Hartheimer, the time records of Sherwood (Exhibit A to the Declaration of Hartheimer), a narrative of the work performed by Sherwood (Exhibit B to the Declaration of Hartheimer) and the SEC's Standard Fund Accounting Record ("SFAR", Exhibit C to the Declaration of Hartheimer). The Receiver also requests approval for the fees of his counsel, John W. Cotton for the current time period. The Declaration of John W. Cotton with accompanying billing statements from his firm

(Exhibit A to the Declaration of Cotton) also accompanies this Application.[1]

## II. The Fee Application of Sherwood

As the Declaration of Peter Hartheimer of Sherwood sets forth, the interim period for which it makes this Application is July 1, 2017 to September 30, 2017. During this time period, the personnel who worked on this matter, and their discounted hourly rates include Mr. Michael Maidy ($595); Peter Hartheimer ($510), Georgiana Nertea ($295); Nicolas Hernandez ($ 295) and Alexander Brandtneris ($195). Sherwood's total charge for time and disbursements in this interim Application is $118,220. This represents a total of 325.2 hours, or 108 hours per month. Hartheimer Decl., at ¶ 3. Sherwood has applied a 15% reduction to its standard rate and has only used personnel appropriate to the level of work being undertaken. Hartheimer Decl., at ¶ 3. Hartheimer has personally reviewed all the time spent by Sherwood personnel on receivership tasks and has attested to the accuracy and appropriateness of the time billed and has set forth the major work categories in which time was spent. Hartheimer Decl., at ¶¶ 3 and 4. Finally, Hartheimer has prepared the required SEC Standard Fund Accounting Report, or "SFAR", for the period covered by this Application. Hartheimer Decl., at ¶ 5.

## III. The Fee Application of Sherwood's Counsel

---

[1] Exhibit A to the Declaration of Hartheimer may contain unilateral fact characterizations by Sherwood to which defendants reserve their right to object.

As the Declaration of John Cotton of Gartenberg Gelfand & Hayton ("GG&H") sets forth, the period for which it makes its third interim fee application is July1, 2017 to September 30, 2017. All time spent on Receivership legal matters were undertaken by Cotton alone, at a reduced billing rate of $450 an hour. GG &H 's total charge for time and disbursements in this Application is $ 30,455. This represents a total of 64.4 hours, or 22 hours per month. Cotton Decl., at ¶ 3. GG & H has applied a 15% reduction to its standard rate and has only used personnel appropriate to the level of work being undertaken. Cotton Decl., at ¶ 3. Cotton has personally reviewed all the time spent on receivership tasks and has attested to the accuracy and appropriateness of the time billed and has set forth the major work categories in which time was spent. Cotton Decl., at ¶ ¶4 to 6.

During the time period of this interim Application, the work performed by Cotton consisted of the following work categories: responding to and advising the Receiver (19 hours); responding to and meeting with the SEC concerning SRA IG investor group concerns and the Joint Plan of Distribution (6.1 hours); review, preparation of and filing court documents (37.4 hours); and responding to and attending investor and Defendants' counsel calls and related questions (5.2hours). Cotton Declaration at ¶ 4.

**IV. All Parties Have No Objection to this Fee Application**

All the parties to this matter have indicated to Sherwood's counsel that they do not oppose the Application. The fees and expenses being requested herein for Sherwood and its counsel were submitted to the SEC prior to this submission, and the SEC provided several recommended reductions, which were accepted by Sherwood and

resulted in a reduced fee request. All parties received copies of the modified Sherwood bills showing the SEC's recommended reductions during a meet and confer exchange, and therefore do not oppose the Application as presented.

## V. Conclusion

For the forgoing reasons, the Receiver and his counsel request that the Court approve the Application for Third Quarterly Fees by signing the attached Proposed Order.

Dated: December 21, 2017

GARTENBERG GELFAND HAYTON LLP

By: */s/ John W. Cotton*
John W. Cotton
Counsel to the Receiver

RECEIVER'S (THIRD) INTERIM APPLICATION FOR THE PAYMENT OF FEES PURSUANT TO LR 7-11