UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN B. BIVONA; SADDLE RIVER ADVISERS, LLC; SRA MANAGEMENT ASSOCIATES, LLC; FRANK GREGORY MAZZOLA<br><br>　　　　Defendants. | Case No. 3:16-cv-1386<br><br>[PROPOSED] ORDER GRANTING THE RECEIVER'S REQUEST FOR THE PAYMENT OF LOCAL COUNSEL FEES FOR THE PERIOD OCTOBER 2016 TO NOVEMBER 2017<br><br>Date: January 25, 2018<br>Time: 10:30 AM<br>Courtroom: 5<br>Judge: Edward M. Chen |

　　　　The Receiver in the above matter, Sherwood Partners, Inc. ('Sherwood"), requests that this Court approve its Motion to Pay the Fees and Expenses of Local Counsel retained by it pursuant to this Court's orders of October 26 and November 3, 2016, Docket No's 147 and 153, for the period October 2016 to November 2017.

　　　　The Receiver makes this Motion based upon the accompanying Declaration of Nertea, and Exhibits A, B and C attached thereto. The Declaration of Nertea states that (i) the fees and expenses of the local counsel were reasonable and necessary; (ii) that the work of the local counsel was at all times only the work that was authorized in advance by the Receiver; (iii) that the fees and expenses of the local counsel at all times followed the guidelines of the SEC in its "Billing Instructions for Receivers".

1

[PROPOSED] ORDER GRANTING MOTION FOR THE FEES AND EXPENSES OF RECEIVER'S LOCAL COUNSEL

     The amounts requested by the firm of DiConza Traurig and Kadish LLP totalled $36,958.12 for the period October 2016 to November 2017, and consisted substantially in representing the Receiver's interest in connection with the ongoing Chapter 7 bankruptcy proceeding of Defendant John Bivona pending in the U.S. Bankruptcy Court for the Southern District of New York and the protection of Receivership assets deposited with TD Bank.

     The amounts requested by the firms of McDonnell and Crowley LLC and Ashby and Geddes, totalled $1,922.50 and $1,326.35, respectively, and consisted entirely of time spent in registering the Complaint in this matter and the Order of this Court dated October 11, 2016, Docket No. 142, with the federal district courts of New Jersey and Delaware pursuant to 18 U.S.C. §754.

     GOOD CAUSE APPEARING, the Court hereby authorizes the Receiver to pay the above amounts to the three firms that acted as its local counsel.

IT IS SO ORDERED.

DATED: ~~December~~ 1/25, 2017



Judge Edward M. Chen
United States District Judge

---

2
[PROPOSED] ORDER GRANTING MOTION FOR THE FEES AND EXPENSES OF RECEIVER'S LOCAL COUNSEL