JOHN W. COTTON (SBN 54912)
Email: JCotton@gghslaw.com
GARTENBERG, GELFAND & HAYTON LLP
15260 Ventura Blvd., Suite 1920
Sherman Oaks, CA 91403
(213) 542-2100
(818) 292-0898

Counsel to Receiver Sherwood Partners, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> JOHN B. BIVONA; SADDLE RIVER ADVISERS, LLC; SRA MANAGEMENT ASSOCIATES, LLC; FRANK GREGORY MAZZOLA <br><br> Defendants. | Case No. 3:16-cv-1386 <br><br> **RECEIVER'S ADMINISTRATIVE APPLICATION FOR AN ORDER PURSUANT TO LOCAL RULE 7-11 FOR THE APPROVAL OF FEES FOR THE PERIOD OCTOBER 1 TO DECEMBER 31, 2017, FOR THE RECEIVER AND COUNSEL** <br><br> Date: N/A <br> Time: N/A <br> Judge: Edward M. Chen |

**I. Background**

On October 11, 2016, this Honorable Court issued an Order of Appointment of Receiver ("the Order') and thereby appointed Sherwood Partners, Inc. ("Sherwood") as Receiver in this matter. The Order also appointed John W. Cotton ("Cotton") of Gartenberg, Gelfand & Hayton LLP as Counsel to the Receiver. Previously the Receiver and his counsel submitted interim applications for fees and expenses for the time

1

periods October 11, 2016, to March 31, 2017 (See: Docket No. 215, First Quarterly Fee Application filed on July 13, 2017, and approved on July 25, 2017); April 1 to June 30, 2017 (See: Docket No. 275, Second Quarterly Fee Application filed on October 19, 2017 and approved, but with a 20% holdback for Sherwood on *both* the first (retroactive) and second fee applications, on November 16, 2017); and July 1 to September 30, 2017 (See: Docket No. 303, Third Quarterly Fee Application, filed on December 26, 2017 and approved by the Court on January 25, 2018.) The total fees and expenses of the Receiver approved by the Court and paid to date total $409,849 and the total fees and expenses of the Receiver's counsel approved by the Court and paid to date are $98,521. The total fees and expenses of the Receiver being requested in this Fourth Quarterly Application (the "Application") are $125,796.89 and the total fees and expenses of the Receiver's counsel requested in this Fourth Application, are $33,902.00.

   In this Application, Sherwood through its Senior Vice President Peter Hartheimer ("Hartheimer"), requests that this Court approve its Fourth Quarterly fees and expenses as well as that of its Counsel, for the time period October 1, 2017 to and including December 31, 2017. The Application consists of the accompanying Declaration of Peter Hartheimer, the time records of Sherwood (Exhibit A to the Declaration of Hartheimer), a narrative of the work performed by Sherwood (Exhibit B to the Declaration of Hartheimer) and the SEC's Standard Fund Accounting Record ("SFAR", Exhibit C to the Declaration of Hartheimer). The Receiver also requests approval for the fees of his counsel, John W. Cotton for the same time period. The Declaration of John W. Cotton with accompanying billing statements from his firm

2
RECEIVER'S (FOURTH) INTERIM APPLICATION FOR THE PAYMENT OF FEES PURSUANT TO LR 7-11

(Exhibit A to the Declaration of Cotton) also accompanies this Application.[1]

## II. The Fee Application of Sherwood

As the Declaration of Peter Hartheimer of Sherwood sets forth, the interim period for which it makes this Application is October 1, 2017 to December 31, 2017. During this time period, the personnel who worked on this matter, and their discounted hourly rates include Mr. Michael Maidy ($595); Peter Hartheimer ($510), Georgiana Nertea ($295); Nicolas Hernandez ($ 295) and Alexander Brandtneris ($195). Sherwood's total charge for time and disbursements in this interim Application is $125,796.89. This represents a total of 301.8 hours, or 100.6 hours per month. Hartheimer Decl., at ¶ 3.

Sherwood has applied a 15% reduction to its standard rate and has only used personnel appropriate to the level of work being undertaken. Hartheimer Decl., at ¶ 3. Sherwood has also billed all travel at one half the normal billing rate, as required by the SEC Guidelines to Receivers. Hartheimer Decl., at ¶ 3.  Hartheimer has personally reviewed all the time spent by Sherwood personnel on receivership tasks and has attested to the accuracy and appropriateness of the time billed and has set forth the major work categories in which time was spent. Hartheimer Decl., at ¶¶ 3 and 4. Finally, Hartheimer has prepared the required SEC Standard Fund Accounting Report, or "SFAR", for the period covered by this Application. Hartheimer Decl., at ¶ 5.

---

[1] Exhibit A to the Declaration of Hartheimer may contain unilateral fact characterizations by Sherwood to which defendants reserve their right to object.

Hartheimer has broken down the total billed hours of 301.8 to the following organized task categories: Asset management (33.4 hours); Investor relations (96.0 hours); Records Management (6.1 hours); Case Support and Administration (134.5 hours); SEC support (11.4 hours) and Claims and litigation (20.4 hours). Hartheimer Decl., at ¶ 4.

### III. The Fee Application of Sherwood's Counsel

As the Declaration of John Cotton of Gartenberg Gelfand & Hayton ("GG&H") sets forth, the period for which it makes its fourth interim fee application is October1, 2017 to December 31, 2017. All time spent on Receivership legal matters were undertaken by Cotton alone, at a reduced billing rate of $450 an hour. GG &H 's total charge for time and disbursements in this Application is $ 33,902. This represents a total of 77 hours, or 25.6 hours per month. Cotton Decl., at ¶ 3. GG & H has applied a 15% reduction to its standard rate and has only used personnel appropriate to the level of work being undertaken. Cotton Decl., at ¶ 3. Cotton has personally reviewed all the time spent on receivership tasks and has attested to the accuracy and appropriateness of the time billed and has set forth the major work categories in which time was spent. Cotton Decl., at ¶ ¶4 to 6.

During the time period of this interim Application, the work performed by Cotton consisted of the following work categories: responding to and advising the Receiver (22. 7 hours); responding to and meeting with the SEC concerning SRA IG investor group concerns and the Joint Plan of Distribution (8.4 hours); review, preparation of and filing court documents (31.7 hours); and responding to and attending investor and Defendants' counsel calls and related questions (13.2 hours). Cotton Declaration at ¶ 4.

**IV. All Parties Have No Objection to this Fee Application**

All the now remaining parties to this matter have indicated to Sherwood's counsel pursuant to a meet and confer process that they do not oppose this Application. At the request of the SRA Investors Group, the accompanying proposed order has left blank the amount requested by the Receiver, in order that the Court may, if it so determines as necessary, apply any holdback amount it deems proper.

**V. Conclusion**

For the forgoing reasons, the Receiver and his counsel request that the Court approve the Application for Fourth Quarterly Fees by completing as to the Receiver's fee amount and then signing the attached Proposed Order.

Dated: February 28, 2018             GARTENBERG GELFAND HAYTON LLP

                                By:   /s/ John W. Cotton
                                      John W. Cotton
                                      Counsel to the Receiver