UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br><br>  v.<br><br>JOHN B. BIVONA; SADDLE RIVER ADVISERS, LLC; SRA MANAGEMENT ASSOCIATES, LLC; FRANK GREGORY MAZZOLA<br><br>  Defendants. | Case No. 3:16-cv-1386<br><br>[PROPOSED] ORDER GRANTING THE RECEIVER'S ADMINISTRATIVE APPLICATION FOR AN ORDER PURSUANT TO LOCAL RULE 7-11 TO PAY THE RECEIVER AND HIS COUNSEL'S FEES FOR THE PERIOD OCTOBER 1, 2017 TO DECEMBER 31, 2017<br><br>Date: N/A<br>Time: N/A<br>Judge: Edward M. Chen |

The Receiver in the above matter, Sherwood Partners Inc. ('Sherwood") through its Senior Vice President Peter Hartheimer ("Hartheimer"), requests that this Court approve the Fourth (Interim) Fee Application pursuant to L.R. 7-11, for Sherwood's services for the period of October 1, 2017 to December 31, 2017. The Receiver also requests approval

1

[PROPOSED] ORDER GRANTING APPLICATION REQUESTING THE PAYMENT OF FEES TO THE RECEIVER AND COUNSEL

to pay the fees of its counsel, John W. Cotton of Gartenberg, Gelfand & Hayton LLP for the same period.

In support, the Receiver has submitted the Declaration of Peter Hartheimer, Sherwood's Senior Vice President, in which he states Sherwood has complied in full with the SEC's "Billing Instructions to Receivers". He has broken out, and reviewed the time spent on each of the various SEC activity categories, and stated under oath that each was reasonable and necessary, and performed by billing personnel of appropriate skill and experience.

The Receiver's Counsel, John W. Cotton, has also submitted his declaration in which he states that he has broken out, and reviewed the time spent on each of the various SEC activity categories, and stated under oath that each was reasonable and necessary, and performed by billing personnel of appropriate skill and experience.

The SEC, and all parties remaining in this matter have reviewed this fourth fee application and the accompanying declarations and indicated to the Receiver's counsel that they have no objection to this Court's approval of the requested fee and cost payments.

GOOD CAUSE APPEARING, the Court hereby authorizes the Receiver in this matter, Sherwood Partners Inc., to pay itself for the requested fees and expenses for the period October 1, 2017 to December 31, 2017, in the amount of $ 125,796.89 .

GOOD CAUSE ALSO APPEARING, the Court hereby authorizes the Receiver in this matter, Sherwood Partners Inc., to pay Gartenberg, Gelfand & Hayton LLP for the requested fees and expenses for the period October 1, 2017 to December 31, 2017 in the amount of $30, 455.

[PROPOSED] ORDER GRANTING APPLICATION REQUESTING THE PAYMENT OF FEES TO THE RECEIVER AND COUNSEL

1
2  IT IS SO ORDERED.
3  DATED:   March __12__, 2018
4
5  _____
   Judge
6  United States District Court

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

[PROPOSED] ORDER GRANTING APPLICATION REQUESTING THE PAYMENT OF FEES TO THE RECEIVER AND COUNSEL