1
2
3
4  UNITED STATES DISTRICT COURT
5  NORTHERN DISTRICT OF CALIFORNIA
6
7  SECURITIES AND EXCHANGE COMMISSION,

Case No. 16-cv-01386-EMC

8
9  Plaintiff,

**ORDER RE: PROPOSED DISTRIBUTION PLAN AND CLAIMS PROCESS**

10  v.

11  SRA MANAGEMENT ASSOCIATES, LLC, et al.,

Docket No. 317, 319

12  Defendants.

13

14   Pending before the Court is the SEC's revised proposed distribution plan, set to be heard

15  on April 5, 2018. *See* Docket No. 317. However, the claims process must be completed before

16  the Court can pass on a distribution plan because clarity is needed about the existence and extent

17  of any shortfalls. The Receiver previously estimated that the process would be complete within

18  four weeks of February 8, 2018. *See* Docket No. 309. Its report, filed today, indicates that only

19  41% of submitted claims have thus far been validated and that additional time and follow-up with

20  claimants is needed to process the remaining claims. *See* Docket No. 319. In light of the

21  unanticipated delays, the April 5, 2018 hearing is **VACATED** and the SEC's motion is **DENIED**

22  without prejudice to re-filing after completion of the claims process.

23   The Receiver should act expeditiously to have the claims administrator follow-up with

24  prospective claimants as proposed in its report. *See* Docket No. 319, Ex. A at 7. The Court sets a

25  Case Management Conference on **May 3, 2018** at **10:30 a.m.** to discuss the status of the claims

26  process, assuming it has not yet been completed. If the process is complete before that date, the

27  Receiver shall notify the Court with a complete report. If not, then the Receiver shall file a

28  progress report with the Court 7 days prior to the case management conference.

Once the Receiver notifies the Court that the claims process is complete, the SEC shall renew its motion on a normal 35-day calendar under the Local Rules. The SRA Investor Group and any other interested parties should file objections or oppositions, if any, in compliance with the local rules.

This order disposes of Docket No. 317.

**IT IS SO ORDERED**.

Dated: March 21, 2018

_____
EDWARD M. CHEN
United States District Judge