# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## AMENDED CIVIL MINUTES

**Date:** 7/16/2018  **Time:** 1 hour 34 minutes  **Judge:** EDWARD M. CHEN

**Case No.:** 16-cv-01386-EMC  **Case Name:** SEC v. Bivona, et al.

**Attorney for Plaintiff:** John Yun, Ellen Chen, and Patricia Schrage (phone)
**Attorney for Defendant:** John Cotton, Andrew DeCamara (phone) and Georgiana Nertea (phone) (Receiver)
Elizabeth Pritzker (SRA Funds)
Theodore Griffinger (Global Generation and Benchmark)
Tim Miller and Avi Israeli (Progresso Ventures)

**Deputy Clerk:** Betty Lee  **Court Reporter:** N/A

## PROCEEDINGS

- Plaintiff's Motion to Establish Shortfalls #353
- Progresso's Motion re: Classification of Claims #360
- Further CMC

## SUMMARY

Court took matter under submission and to issue order. Hearing on Receiver's and Tax Preparer's Motions for Fees is reset from 8/9/18 to 8/16/18 at 1:30 p.m. Further CMC set for 8/16/18 at 1:30 p.m. An updated joint CMC statement shall be filed by 8/9/18.