JINA L. CHOI (N.Y. Bar No. 2699718)
JOHN S. YUN (Cal. Bar No. 112260)
  yunj@sec.gov
MARC D. KATZ (Cal. Bar No. 189534)
  katzma@sec.gov
JESSICA W. CHAN (Cal. Bar No. 247669)
  chanjes@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
Telephone: (415) 705-2500

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JOHN V. BIVONA; SADDLE RIVER ADVISORS, LLC; SRA MANAGEMENT ASSOCIATES, LLC; FRANK GREGORY MAZZOLA,<br><br>Defendants, and<br><br>SRA I LLC; SRA II LLC; SRA III LLC; FELIX INVESTMENTS, LLC; MICHELE J. MAZZOLA; ANNE BIVONA; CLEAR SAILING GROUP IV LLC; CLEAR SAILING GROUP V LLC,<br><br>Relief Defendants. | Case No. 3:16-cv-01386-EMC<br><br>**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF EXCHANGE OF AMENDED PROPOSED JOINT DISTRIBUTION PLAN**<br><br>Date:  October 23, 2018<br>Time:  1:30 p.m.<br>Courtroom:  5<br>Judge:  Edward M. Chen |

1 **NOTICE OF EXCHANGE OF AMENDED JOINT DISTRIBUTION PLAN**

2   In accordance with the Court's Minute Order of August 16, 2015 (ECF 395), plaintiff
3 Securities and Exchange Commission ("the SEC" or "the Commission") hereby advises the Court
4 that it has exchanged the Commission's and Receiver Amended Proposed Joint Distribution Plan
5 ("Amended Joint Plan") by emailing a clean copy and red-lined copy to counsel for the Receiver, the
6 SRA Investor Group, Global Generation Group, LLC and Benchmark Capital, LLC, Progresso
7 Ventures, LLC and Telesoft Capital, LLC.  Based upon the wording of the Court's Minute Order
8 directing the parties to "exchange" plans, the Commission has not filed a copy of the Amended Joint
9 Plan with the Court, but will do so promptly upon the Court's request.

10 Dated:  August 30, 2018                    Respectfully submitted,
11
12                                            /s/ *John S. Yun*
                                              John S. Yun
13                                            Marc Katz
                                              Jessica W. Chan
14                                            Attorneys for the Plaintiff Securities and Exchange
                                              Commission