JONATHAN K. LEVINE (SBN: 220289)
ELIZABETH C. PRITZKER (SBN: 146267)
BETHANY L. CARACUZZO (SBN: 190687)
**PRITZKER LEVINE LLP**
180 Grand Avenue, Suite 1390
Oakland, CA 94612
Telephone: (415) 692-0772
Facsimile: (415) 366-6110
Email: jkl@pritzkerlevine.com
       ecp@pritzkerlevine.com
       bc@pritzkerlevine.com

Attorneys for the SRA Funds Investor Group

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN V. BIVONA; SADDLE RIVER ADVISORS, LLC; SRA MANAGEMENT LLC; FRANK GREGORY MAZZOLA,<br><br>Defendants, and<br><br>SRA I LLC; SRA II LLC; SRA III LLC; FELIX INVESTMENTS, LLC; MICHELE J. MAZZOLA; ANNE BIVONA; CLEAR SAILING GROUP IV LLC; CLEAR SAILING GROUP V LLC,<br><br>Relief Defendants. | Case No: 3:16-cv-01386-EMC<br><br>**THE SRA FUNDS INVESTOR GROUP'S NOTICE OF EXCHANGE OF PROPOSED ALTERNATIVE DISTRIBUTION PLAN**<br><br>Date: October 23, 2018<br>Time: 1:30 PM<br>Courtroom: 5<br>Judge: Hon. Edward M. Chen |

1   In accordance with the Court's August 16, 2018 Minute Order (Dkt. No. 395), interested
2   party the SRA Funds Investor Group (the "Investor Group") hereby advises the Court that it has
3   exchanged the Investor Group's Proposed Alternative Distribution Plan by emailing a copy to
4   counsel for the Receiver, the SEC, Global Generation Group, LLC, Progresso Ventures, LLC, and
5   Telesoft Capital, LLC.  Based on the wording of the Court's August 18 Order directing the parties
6   to "exchange" plans, the Investor Group has not filed a copy of its Alternative Distribution Plan with
7   the Court, but will do so promptly upon the Court's request.

Respectfully submitted,

DATED:  August 30, 2018            PRITZKER LEVINE LLP


By:    /s/ Jonathan K. Levine
       Jonathan K. Levine
       Elizabeth C. Pritzker
       Bethany Caracuzzo

       Attorneys for the SRA Funds Investor Group