JOHN W. COTTON (SBN 54912)
Email: JCotton@gghslaw.com
GARTENBERG, GELFAND & HAYTON LLP
15260 Ventura Blvd., Suite 1920
Sherman Oaks, CA 91403
(213) 542-2100
(818) 292-0898

Counsel to Receiver Sherwood Partners, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> JOHN B. BIVONA; SADDLE RIVER ADVISERS, LLC; SRA MANAGEMENT ASSOCIATES, LLC; FRANK GREGORY MAZZOLA <br><br> Defendants. | Case No. 3:16-cv-1386 <br><br> **RECEIVER'S ADMINISTRATIVE APPLICATION FOR AN ORDER PURSUANT TO LOCAL RULE 7-11 FOR THE APPROVAL OF FEES FOR THE PERIOD JULY 1 TO SEPTEMBER 30, 2018, FOR THE RECEIVER AND COUNSEL** <br><br> Date: December 13, 2018 <br> Time: 1:30 PM <br> Courtroom: 5 <br> Judge: Edward M. Chen |

**APPLICATION FOR PAYMENT OF RECEIVER'S AND COUNSEL'S FEES**

**I. Background**

On October 11, 2016, this Honorable Court issued an Order of Appointment of Receiver (the "Order") and thereby appointed Sherwood Partners, Inc. ("Sherwood") as Receiver in this matter. The Order also appointed John W. Cotton ("Cotton") of Gartenberg, Gelfand & Hayton LLP as Counsel to the Receiver. Previously, the Receiver and its counsel submitted interim applications for fees and expenses for the time periods

1

October 11, 2016, to March 31, 2017 (See: Docket Nos. 207 and 215, First Quarterly Fee Application filed on July 13, 2017, and approved on July 25, 2017 and August 11, 2017); April 1 to June 30, 2017 (See: Docket No. 275, Second Quarterly Fee Application filed on October 19, 2017 and approved, but with a 20% holdback for Sherwood on *both* the first (retroactive) and second fee applications, on November 16, 2017); July 1 to September 30, 2017 (See: Docket No. 303,Third Quarterly Fee Application, filed on December 26, 2017 and approved by the Court on January 25, 2018); October 1 to December 31,2017 (See: Docket No. 315, Fourth Quarterly Fee Application, approved by the Court on March 13, 2018); January 1 to March 31, 2018 (See: Docket No. 387, Fifth Quarterly Fee Application, approved by the Court on August 2, 2018, but with an additional hold-back of 10% or $7,507) and April 1 to June 30, 2018 (See: Docket No. 413, Sixth Quarterly Fee Application, approved by the Court on October 23, 2018, but with an additional hold-back of 50% or $35,888.58)..

    The total fees and expenses of the Receiver approved by the Court to date total $639,845.00[1] and the total fees and expenses of the Receiver's counsel approved by the Court and paid to date are $214,349.50. The total fees and expenses of the Receiver being requested in this Seventh Quarterly Application (the "Application") are $70,853.35, as set forth in Sec. II below. The total fees and expenses of the Receiver's counsel requested in this Application, are $27,065.50 as set forth in Sec. III below.

    Sherwood has, after discussion with the staff of plaintiff SEC, agreed to a holdback of 30% of the fees requested in this Application, in the dollar

---

[1] This amount is exclusive of the amount paid to Sherwood for work performed during the period March to October, 2016, $203,925.53, when it acted as Independent Monitor. The Court ordered holdbacks to the Receiver's approved fee applications, which currently total $116,303.11 and have not been paid to the Receiver.

amount of $21,256.01. This amount if approved by the Court, when added to the previous amount of holdbacks, brings the total amount of holdbacks to $137,559.12.

In this Application, Sherwood through Georgiana Nertea ("Nertea"), requests that this Court approve its Seventh Quarterly fees and expenses as well as that of its Counsel, for the time period July 1, 2018 to and including September 30, 2018. The Application consists of the accompanying Declaration of Nertea, the time records of Sherwood (Exhibit A to the Declaration of Nertea ), a narrative of the work performed by Sherwood (Exhibit B to the Declaration of Nertea) and the SEC's Standard Fund Accounting Report ("SFAR", Exhibit C to the Declaration of Nertea). The Receiver also requests approval for the fees of his counsel, John W. Cotton for the same time period. The Declaration of John W. Cotton with accompanying billing statements from his firm (Exhibit A to the Declaration of Cotton) also accompanies this Application.

## II. The Fee Application of Sherwood

As the Declaration of Nertea sets forth, the interim period for which it makes this Application is July 1, 2018 to and including September 30, 2018. During this time period, the personnel who worked on this matter, and their discounted hourly rates include Mr. Andrew De Camara ($510), and Georgiana Nertea ($295). Sherwood's total charge for time and disbursements in this interim fee request is $70,853.35. This represents a total of 229.90 hours, or 76.63 hours per month. Nertea Decl. at ¶ 3.

Sherwood has applied a 15% reduction to its standard rate. Nertea Decl., at ¶ 3.  Nertea has personally reviewed all the time spent by Sherwood personnel on Receivership tasks and has attested to the accuracy and appropriateness of the time billed and has set forth the

major work categories in which time was spent. Nertea Decl., at ¶4. Finally, Nertea has prepared the required SEC Standard Fund Accounting Report, or "SFAR", for the period covered by this Application. Nertea Decl., at ¶ 5.

Nertea has broken down the total billed hours to the following organized task categories: Asset management (63.3 hours); Investor and Creditor relations (20 hours); Investors' Group Communications (17.6 hours) Records Management (7.1 hours); Case Support and Administration (40.6 hours); SEC support (9.70 hours); Claims and litigation (13 hours); Solis Funds Associates, LLC (2 hours); and Tax Related Matters (56.6) Nertea Decl., at ¶ 4.

### III. The Fee Application of Sherwood's Counsel

As the Declaration of John Cotton of Gartenberg, Gelfand & Hayton ("GG&H") sets forth, the period for which it makes its Seventh interim fee application is July 1, 2018 to and including September 30, 2018. Nearly all the time spent on Receivership legal matters were undertaken by Cotton alone, at a reduced billing rate of $450 an hour.[2] GG &H's total charge for time ($29,647.50) and disbursements ($418) in this Application is $30,065.50. This represents a total of 66.81 hours, or 22.27 hours per month. Cotton Decl. at ¶ 3. GG & H has applied a 15% courtesy reduction to its standard rate and has only used personnel appropriate to the level of work being undertaken. Cotton Decl., at ¶ 3. Cotton has personally reviewed all the time spent on Receivership tasks and has attested to the accuracy and appropriateness of the time billed and has set forth the major work categories in which time was spent. Cotton Decl. at ¶ ¶4 to 6.

---

[2] Another member of the Gartenberg firm, Rebecca Gundzik, spent 3.3 hours of time drafting a complaint to be used against a forward contract seller who had defaulted. Her time was billed at an hourly rate lower than Mr. Cotton's.

During the time period of this Application, the work performed by Cotton consisted of the following work categories: responding to and advising the Receiver (18.3 hours); responding to and meeting with the SEC concerning SRA IG investor group concerns and the Joint Plan of Distribution (11.7 hours); review, preparation of and filing court documents (15 hours); responding to and attending investor and Defendants' counsel calls and related questions (5 hours); and handling issues and communications regarding Estate investments: Mongo DB, EAC, Practice Fusion, etc. (16.8 hours) . Cotton Declaration at ¶ 4.

As set forth in the Declaration of Cotton, at ¶ 6, after review and discussion with the SEC, Cotton and his firm have agreed to a write-off of $3,000 from the current invoice total of $30,065.50, which represents a negotiated amount for time spent on the current and prior fee applications of the Receiver in connection with its bills and accompanying write-offs and holdbacks. It was the SEC's position that such time of counsel, while perhaps benefitting the Receiver, did not directly benefit the receivership estate or its beneficiaries. As a result, it was agreed by the Receiver's counsel and the plaintiff SEC that the deduction of $3,000 which was acceptable to counsel, would accomplish the goal of not penalizing the estate.  Therefore, the total amount being applied for by the Receiver's counsel in this Application is $27,065.50.

**IV. The SEC Has Reviewed the Accompanying Fee Invoices**

The Receiver and its counsel timely submitted their accompanying fee applications to the Plaintiff SEC for its initial review as required by the Court on October 15, 2018. The SEC and Receiver, held a subsequent, substantive conversation regarding the Receiver and Counsel's invoices, as a result of which the Receiver has agreed to a 30% holdback and the Receiver's counsel has agreed to a negotiated write off

of $3,000. Nertea Declaration at ¶ 4; and Cotton Declaration at ¶ 6. As a result of the foregoing, the SEC has indicated that it has no objection to the fees now applied for in this Application, for either the Receiver, or its counsel. The Receiver has agreed to this holdback amount. At this time the SEC is not recommending any holdback for the Receiver's counsel. (The amount of holdback is set forth in the accompanying proposed order.) The SEC has also agreed that in order to hear this application at the December 13, 2018 hearing, that it would not oppose the use of L.R. 7-11 to hear this application on shortened time. Counsel for the Receiver has obtained the approval of all other parties' counsel to the use of L.R. 7-11 as well.

### V. Conclusion

For the forgoing reasons, the Receiver and his counsel request that the Court approve the Application for Seventh Quarterly Fees by signing the attached Proposed Order.

Dated: November 16, 2018

GARTENBERG GELFAND HAYTON LLP

By: /s/ John W. Cotton
John W. Cotton
Counsel to the Receiver