JOHN W. COTTON (SBN 54912)
Email:  JCotton@gghslaw.com
GARTENBERG, GELFAND & HAYTON LLP
15260 Ventura Blvd., Suite 1920
Sherman Oaks, CA 91403
(213) 542-2100
(818) 292-0898

Counsel to Former Receiver, Sherwood Partners, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN B. BIVONA; SADDLE RIVER ADVISERS, LLC; SRA MANAGEMENT ASSOCIATES, LLC; FRANK GREGORY MAZZOLA<br><br>    Defendants. | Case No.  3:16-cv-1386<br><br>**FORMER RECEIVER'S ADMINISTRATIVE APPLICATION FOR AN ORDER PURSUANT TO LOCAL RULE 7-11 FOR THE APPROVAL OF FEES FOR THE PERIOD OCTOBER 1 TO DECEMBER 31, 2018, FOR THE FORMER RECEIVER AND COUNSEL**<br><br>Date: No Date<br>Time:<br>Courtroom: 5<br>Judge:  Edward M. Chen |

**APPLICATION FOR PAYMENT OF FORMER RECEIVER AND ITS COUNSEL'S FEES**

 **I. Background**

On October 11, 2016, this Honorable Court issued an Order of Appointment of Receiver (the "Order") and thereby appointed Sherwood Partners, Inc. ("Sherwood") as Receiver in this matter. However, as the Court is aware, on February 28, 2019, it substituted the new Receiver, Kathy Phelps Esq., for Sherwood.  The previous Order also appointed John

1
FORMER RECEIVER'S (EIGHTH) INTERIM QUARTERLY APPLICATION FOR THE PAYMENT OF FEES

W. Cotton ("Cotton") of Gartenberg, Gelfand & Hayton LLP as Counsel to the now former Receiver, Sherwood.  Previously, Sherwood and its counsel submitted interim applications for fees and expenses for the time periods October 11, 2016, to March 31, 2017 (See: Docket Nos. 207 and 215, First Quarterly Fee Application filed on July 13, 2017, and approved on July 25, 2017 and August 11, 2017); April 1 to June 30, 2017 (See: Docket No. 275, Second Quarterly Fee Application filed on October 19, 2017 and approved, but with a 20% holdback for Sherwood on *both* the first (retroactive) and second fee applications, on November 16, 2017); July 1 to September 30, 2017 (See: Docket No. 303,Third Quarterly Fee Application, filed on December 26, 2017 and approved by the Court on January 25, 2018); October 1 to December 31,2017 (See: Docket No. 315, Fourth Quarterly Fee Application, approved by the Court on March 13, 2018); January 1 to March 31, 2018 (See: Docket No. 387, Fifth Quarterly Fee Application, approved by the Court on August 2, 2018, but with an additional hold-back of 10% or $7,507) and April 1 to June 30, 2018 (See: Docket No. 413, Sixth Quarterly Fee Application, approved by the Court on October 23, 2018, but with an additional hold-back of 50% or $35,888.58); and the Seventh Quarterly Fee Application, July 1 to September 30, 2018, approved by the Court on December 13, 2018.

  The total fees and expenses of the Sherwood approved by the Court to date total $689,442.85[1] and the total fees and expenses of the former Receiver's counsel approved by the Court and paid to date are

---

[1] This amount is exclusive of the amount paid to Sherwood for work performed during the period March to October, 2016, $203,925.53, when it acted as Independent Monitor. The Court ordered holdbacks to the Receiver's approved fee applications, which currently total $137,559.12 and have not been paid to the Receiver.

$214,349.50.[2] The total fees and expenses of Sherwood being requested in this Quarterly Application (the "Application") are $ 35,341.96, as set forth in Sec. II below. The total fees and expenses of the Sherwood's counsel requested in this Application are $15,235.22, as set forth in Sec. III below.

Sherwood has, after discussion with the staff of plaintiff SEC, agreed to a holdback of 20% of the fees requested in this Application, in the dollar amount of $7,068.39. This amount if approved by the Court, when added to the previous amount of holdbacks, will bring the total amount of Sherwood's fee holdbacks to $144, 627.51.

In this Application, Sherwood through Georgiana Nertea ("Nertea"), requests that this Court approve its Eighth Quarterly fees and expenses as well as that of its Counsel, for the time period October 1 to and including December 31, 2018. The Application consists of the accompanying Declaration of Nertea, the time records of Sherwood (<u>Exhibit A</u> to the Declaration of Nertea), a narrative of the work performed by Sherwood (<u>Exhibit B</u> to the Declaration of Nertea) and the SEC's Standard Fund Accounting Report ("SFAR", <u>Exhibit C</u> to the Declaration of Nertea). The former Receiver also requests approval for the fees of its counsel, John W. Cotton for the same time period. The Declaration of John W. Cotton with accompanying billing statements from his firm (<u>Exhibit A</u> to the Declaration of Cotton) also accompanies this Application.

**II. The Fee Application of Sherwood**

As the Declaration of Nertea sets forth, the interim period for which it makes this Application is October 1, 2018 to and including

---

[2] Through administrative oversight, Sherwood did not pay its counsel the Court approved fees and expenses for the Third Quarter 2018 in the amount of $27,065.50. Sherwood has notified the new Receiver, Kathy Phelps, of this oversight and requested that she make the approved payment to Gartenberg, Gelfand & Hayton LLP.

December 31, 2018. During this time period, the personnel who worked on this matter, and their discounted hourly rates include Georgiana Nertea (at a $295 regular billing rate and a $195 reduced billing rate). Sherwood's total charge for time and disbursements in this interim fee request is $35,341.96. This represents a total of 122.7 hours, or 40.9 hours per month. Nertea Decl. at ¶ 3.

Sherwood has applied a 15% reduction to its standard rate. Nertea Decl., at ¶ 3.  Nertea has personally reviewed all the time spent by Sherwood personnel on Receivership tasks and has attested to the accuracy and appropriateness of the time billed and has set forth the major work categories in which time was spent. Nertea Decl., at ¶4. Finally, Nertea has prepared the required SEC Standard Fund Accounting Report, or "SFAR", for the period covered by this Application. Nertea Decl., at ¶ 5.

Nertea has broken down the total billed hours to the following organized task categories: Asset management (25.10 hours); Investor and Creditor relations (16 hours); Investors' Group Communications ( .80 hours) Records Management (4.8 hours); Case Support and Administration (49.1 hours); SEC support (6.2 hours); Claims and litigation (19.8 hours); Solis Funds Associates, LLC (0 hours); and Tax Related Matters (.90 hours) Nertea Decl., at ¶ 4.

**III. The Fee Application of Sherwood's Counsel**

As the Declaration of John Cotton of Gartenberg, Gelfand & Hayton ("GG&H") sets forth, the period for which it makes its Eighth interim fee application is October 1 to and including December 31, 2018. All the time spent on Receivership legal matters were undertaken by Cotton alone, at a reduced billing rate of $450 an hour. GG &H's total charge for time ($14,692.50) and disbursements ($ 542.72) in this Application is

$15,235.22. This represents a total of 36.9 hours, or 12.3 hours per month. Cotton Decl. at ¶ 3. GG & H has applied a 15% courtesy reduction to its standard rate and has only used personnel appropriate to the level of work being undertaken. Cotton Decl., at ¶ 3. Cotton has personally reviewed all the time spent on Receivership tasks and has attested to the accuracy and appropriateness of the time billed and has set forth the major work categories in which time was spent. Cotton Decl. at ¶ ¶4 to 6.

During the time period of this Application, the work performed by Cotton consisted of the following work categories: responding to and advising the Receiver (4.3 hours); responding to and meeting with the SEC concerning SRA IG investor group concerns and the Joint Plan of Distribution (3.3 hours); review, preparation of and filing court documents (18 hours); responding to and attending investor and Defendants' counsel calls and related questions (5 hours); and handling issues and communications regarding Estate investments: Mongo DB, EAC, Practice Fusion, etc. (6.3 hours) . Cotton Declaration at ¶ 4.

**IV. The SEC Has Reviewed the Accompanying Fee Invoices**

Sherwood and its counsel timely submitted their accompanying fee applications to the Plaintiff SEC for its initial review in January 2019, as required by the Court on October 15, 2018. The SEC and Sherwood held subsequent, substantive communications regarding its current invoice, as a result of which Sherwood has agreed to a 20% holdback. Nertea Declaration at ¶ 4. As a result of the foregoing, the SEC has indicated that it has no objection to the fees now applied for in this Application, for either Sherwood, or its counsel. And Sherwood has agreed to the holdback amount of $7,068.39. Counsel for Sherwood has

obtained the approval of all interested parties' counsel to the use of L.R. 7-11 for this fee application.

### V. Conclusion

For the forgoing reasons, Sherwood and it's counsel request that the Court approve the Application for Eighth Quarterly Fees by signing the attached Proposed Order.

Dated: April 17, 2019

GARTENBERG GELFAND HAYTON LLP

By: */s/ John W. Cotton*
John W. Cotton
Counsel to the Receiver