# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JOHN B. BIVONA; SADDLE RIVER ADVISERS, LLC; SRA MANAGEMENT ASSOCIATES, LLC; FRANK GREGORY MAZZOLA<br><br>Defendants. | Case No. 3:16-cv-1386<br><br>[PROPOSED] ORDER GRANTING THE FORMER RECEIVER'S APPLICATION FOR AN ORDER TO PAY ITS AND ITS' COUNSEL'S FEES FOR THE PERIOD OCTOBER 1 TO DECEMBER 31, 2018<br><br>Date: No Date<br>Time:<br>Courtroom: 5<br>Judge: Edward M. Chen |

The former Receiver in the above matter, Sherwood Partners Inc. ('Sherwood") through its Senior Vice President Georgiana Nertea ("Nertea"), requests that this Court approve the Application by Sherwood for its services and expenses for the period of October 1 to December 31, 2018.

1

[PROPOSED] ORDER GRANTING MOTION REQUESTING THE PAYMENT OF FEES TO THE
FORMER RECEIVER AND COUNSEL

1  Sherwood also requests approval to pay the fees of its counsel, John W.
2  Cotton of Gartenberg, Gelfand & Hayton LLP for the same period.
3      In support, the Sherwood has submitted the Declaration of Georgiana
4  Nertea, one of Sherwood's senior supervising personnel, in which she states
5  Sherwood has complied in full with the SEC's "Billing Instructions to
6  Receivers". She has broken out, and reviewed the time spent on each of the
7  various SEC activity categories, and stated under oath that each was
8  reasonable and necessary, and performed by billing personnel of appropriate
9  skill and experience.  She has also attached the required SEC Standard Form
10 Accounting Report, or "SFAR" for the requested time period.
11     The former Receiver's Counsel, John W. Cotton, has also submitted
12 his declaration in which he states that he has broken out, and reviewed the
13 time spent on each of the various SEC activity categories, and stated under
14 oath that each was reasonable and necessary, and performed by billing
15 personnel of appropriate skill and experience.
16     The SEC has reviewed this Eighth Quarterly Fee Motion, and after
17 substantive discussion with Sherwood's counsel, has proposed certain
18 reductions in amount to its invoices, which were acceptable to it.  The SEC
19 has however requested, and the Receiver has agreed to, a fee holdback of
20 20%, as permitted by Sec. XIV of this Court's Order of October 11, 2016, in
21 the amount of $7,068.39. This amount, when added to previous fee and
22 expense holdbacks ordered by the Court, bring the total amount of holdback
23 for Sherwood to $144,627.51.
24     GOOD CAUSE APPEARING, the Court hereby authorizes that the
25 former Receiver in this matter, Sherwood Partners Inc., be paid by the
26 current Receiver for its requested fees and expenses for the period October 1

2

[PROPOSED] ORDER GRANTING MOTION REQUESTING THE PAYMENT OF FEES TO THE
FORMER RECEIVER AND COUNSEL

1  to December 31, 2018, in the total amount of $28,273.57. An additional
2  amount of $7,068.39 is approved as to amount only by the Court, but shall
3  remain as a part of a "hold back" amount until the conclusion of this matter,
4  or as earlier ordered by the Court.
5       GOOD CAUSE ALSO APPEARING, the Court hereby authorizes the
6  current Receiver in this matter, to pay Gartenberg, Gelfand & Hayton LLP
7  for its requested fees and expenses for the period October 1 to December 31,
8  2018 in the amount of $15,235.22. The SEC and the other interested parties
9  have stated to the former Receiver's counsel that they do not oppose this
10 request.

12 IT IS SO ORDERED.

13 DATED:   April  25 , 2019

15                                Judge Edward M. Chen
                                  United States District Court