LESLEY ANNE HAWES (117101)
DIAMOND McCARTHY LLP
150 California Street, Suite 2200
San Francisco, CA 94111
Phone: (415) 692-5200
Email: lhawes@diamondmccarthy.com

Counsel for Receiver, Kathy Bazoian Phelps

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JOHN V. BIVONA; SADDLE RIVER ADVISORS, LLC; SRA MANAGEMENT ASSOCIATES, LLC; FRANK GREGORY MAZZOLA,<br><br>Defendants, and<br><br>SRA I LLC; SRA II LLC; SRA III LLC; FELIX INVESTMENTS, LLC; MICHELE J. MAZZOLA; ANNE BIVONA; CLEAR SAILING GROUP IV LLC; CLEAR SAILING GROUP V LLC,<br><br>Relief Defendants. | Case No. 3:16-cv-01386-EMC<br><br>[PROPOSED] ORDER APPROVING FIRST INTERIM ADMINISTRATIVE MOTION FOR AN ORDER PURSUANT TO LOCAL RULE 7-11 FOR THE APPROVAL OF FEES AND EXPENSES FOR THE SUCCESOR RECEIVER AND COUNSEL FROM THE INCEPTION OF THE SUCCESSOR RECEIVER'S ACTIVITIES THROUGH MARCH 31, 2019<br><br>Date:  No Hearing Set<br>Time:  No Hearing Set<br>Judge:  Edward M. Chen |

The successor receiver in this matter appointed pursuant to the Court's Revised Order Appointing Receiver (Dock. No. 469), Kathy Bazoian Phelps (the "Receiver"), has moved he Court for an order granting her First Interim Administrative Motion for an Order Pursuant to Local Rule 7-11 for the Approval of Fees and Expenses for the Successor Receiver and Counsel

1

ORDER APPROVING FIRST INTERIM ADMINISTRATIVE MOTION FOR FEES AND EXPENSES

from the Inception of the Successor Receiver's Activities Through March 31, 2019 (the "Motion").

The Motion is supported by the Declaration of the Receiver, in which she states that the fees and expenses requested by the Receiver are true and correct and the Motion complies with the Billing Instructions for Receivers in Civil Actions Commenced by the U.S. Securities and Exchange Commission. The Receiver also submits that the fees charged are reasonable, necessary, and commensurate with the skills and experience required for the activity performed.

The Motion is also supported by the Declaration of counsel for the Receiver, Lesley Anne Hawes of Diamond McCarthy. In her declaration, Ms. Hawes states that that the fees and expenses requested by the Diamond McCarthy are true and correct and the Motion complies with the Billing Instructions for Receivers in Civil Actions Commenced by the U.S. Securities and Exchange Commission. In the declaration, she also states that the fees charged are reasonable, necessary, and commensurate with the skills and experience required for the activity performed.

The Receiver through her declaration represented that she has conferred with counsel for the Securities and Exchange Commission, and counsel for the SRA Funds Investor Group, who have each confirmed that they do not oppose the Motion.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED;

2. The Receiver's fees in the amount of $46,287.00 for services rendered from the inception of her activities through March 31, 2019 and costs in the amount of $3,030.33 are approved.

3. The Receiver is authorized to pay from assets of the receivership estate $3,030.33 for reimbursement of costs approved and $37,029.60 of the fees approved. The sum of $9,257.40 of the approved fees shall be held back as the agreed 20% hold back to be held in the estate until further order of the Court.

4. Diamond McCarthy's fees in the amount of $16,802.80 for services rendered from February 1, 2019 through March 31, 2019 and costs in the amount of $524.67 are approved.

5. The Receiver is authorized to pay from assets of the receivership estate $524.67 for reimbursement of costs approved and $13,442.24 of the fees approved. The sum of 3,360.56 of the approved fees shall be held back as the agreed 20% hold back to be held in the estate until further order of the Court.

Dated: June 6, 2019

_____
Honorable Edward M. Chen
United States District Court