**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JOHN B. BIVONA; SADDLE RIVER ADVISERS, LLC; SRA MANAGEMENT ASSOCIATES, LLC; FRANK GREGORY MAZZOLA<br><br>Defendants. | Case No. 3:16-cv-1386<br><br>[PROPOSED] ORDER GRANTING THE FORMER RECEIVER'S APPLICATION FOR AN ORDER TO PAY ITS AND ITS' COUNSEL'S FEES FOR THE PERIOD JANUARY 1 TO MARCH 31, 2019<br><br>Date: June 27, 2019<br>Time: 1:30 PM<br>Courtroom: 5<br>Judge: Edward M. Chen |

The former Receiver in the above matter, Sherwood Partners Inc. ('Sherwood") through its Senior Vice President Georgiana Nertea ("Nertea"), requests that this Court approve the Application by Sherwood for its services and expenses for the period of January 1 to March 31, 2019.

1

[PROPOSED] ORDER GRANTING MOTION REQUESTING THE PAYMENT OF FEES TO THE FORMER RECEIVER AND COUNSEL

1  Sherwood also requests approval to pay the fees of its counsel, John W.
2  Cotton of Gartenberg, Gelfand & Hayton LLP for the same period.
3    In support, the Sherwood has submitted the Declaration of Georgiana
4  Nertea, one of Sherwood's senior supervising personnel, in which she states
5  Sherwood has complied in full with the SEC's "Billing Instructions to
6  Receivers". She has broken out, and reviewed the time spent on each of the
7  various SEC activity categories, and stated under oath that each was
8  reasonable and necessary, and performed by billing personnel of appropriate
9  skill and experience.  She has also attached the required SEC Standard Form
10 Accounting Report, or "SFAR" for the requested time period.
11   The former Receiver's Counsel, John W. Cotton, has also submitted
12 his declaration in which he states that he has broken out, and reviewed the
13 time spent on each of the various SEC activity categories, and stated under
14 oath that each was reasonable and necessary, and performed by billing
15 personnel of appropriate skill and experience.
16   The SEC, the newly-appointed Receiver and all involved parties, have
17 reviewed this Ninth Quarterly Fee Application and none have any objection
18 to its being approved.
19   GOOD CAUSE APPEARING, the Court hereby authorizes that the
20 former Receiver in this matter, Sherwood Partners Inc., be paid by the
21 current Receiver for its requested fees and expenses for the period January 1
22 to March 31, 2019, in the total amount of $17,716.14,
23   GOOD CAUSE ALSO APPEARING, the Court hereby authorizes the
24 current Receiver in this matter, to pay Gartenberg, Gelfand & Hayton LLP
25 for its requested fees and expenses for the period October 1 to December 31,
26 2018 in the amount of $16,315. The SEC, the newly appointed Receiver and

1 the other interested parties have stated to the former Receiver's counsel that
2 they do not oppose this request.

4 IT IS SO ORDERED.

DATED:   June 11, 2019

_____
Judge Edward M. Chen
United States District Court

[PROPOSED] ORDER GRANTING MOTION REQUESTING THE PAYMENT OF FEES TO THE FORMER RECEIVER AND COUNSEL