1  JOHN W. COTTON (SBN 54912)
   Email: JCotton@gghslaw.com
2  GARTENBERG GELFAND & HAYTON LLP
   15260 Ventura Blvd., Suite 1920
3  Sherman Oaks, CA 91403
   (213) 542-2100
4  (818) 292-0898

5  Counsel to Receiver Sherwood Partners, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 3:16-cv-1386 |
| Plaintiff, | **FORMER RECEIVER'S REQUEST FOR AMENDED ORDER REGARDING ITS NINTH QUARTERLY FEE APPLICATION** |
| v. | |
| JOHN V. BIVONA; SADDLE RIVER ADVISERS, LLC; SRA MANAGEMENT ASSOCIATES, LLC; FRANK GREGORY MAZZOLA | Date: June 27, 2019<br>Time: 1:30 PM<br>Judge: Edward M. Chen<br>Courtroom: 5 |
| Defendants. | |

## **REQUEST FOR AMENDED ORDER**

Counsel to Sherwood Partners Inc., ("the Former Receiver"), John W. Cotton ("Cotton") hereby requests that the Court amend Docket No. 492, in which the Court approved the Ninth Quarterly Fee Application of the Former Receiver and its Counsel, by signing the accompanying Proposed Amended Order. Due to a drafting error, counsel to the Former Receiver made two drafting errors in preparing the initial proposed order submitted with the application, which in turn were carried over to the final order signed by the Court. Those two errors are corrected in italics, and noted as such in the

1

REQUEST FOR AMENDED ORDER

1  accompanying Proposed Amended Order regarding the Ninth Quarterly Fee
2  Application.
3      Counsel to the Former Receiver apologizes to the Court for the error and
4  respectfully submits the accompanying Amended Proposed Order to correct it.

6  Dated: June 21, 2019         GARTENBERG GELFAND HAYTON LLP

8              By:   /s/  *John W. Cotton*
                     JOHN W. COTTON
9                    Counsel to the Receiver