UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JOHN B. BIVONA; SADDLE RIVER ADVISERS, LLC; SRA MANAGEMENT ASSOCIATES, LLC; FRANK GREGORY MAZZOLA<br><br>Defendants. | Case No. 3:16-cv-1386<br><br>[AMENDED ~~PROPOSED~~] ORDER GRANTING THE FORMER RECEIVER'S APPLICATION FOR AN ORDER TO PAY ITS AND ITS' COUNSEL'S FEES FOR THE PERIOD JANUARY 1 TO MARCH 31, 2019<br><br>Date:  June 27, 2019<br>Time:  1:30 PM<br>Courtroom: 5<br>Judge:  Edward M. Chen |

The former Receiver in the above matter, Sherwood Partners Inc. ('Sherwood") through its Senior Vice President Georgiana Nertea ("Nertea"), requests that this Court approve the Application by Sherwood for its services and expenses for the period of January 1 to March 31, 2019.

1

[~~PROPOSED~~] ORDER GRANTING MOTION REQUESTING THE PAYMENT OF FEES TO THE
FORMER RECEIVER AND COUNSEL

Sherwood also requests approval to pay the fees of its counsel, John W. Cotton of Gartenberg, Gelfand & Hayton LLP for the same period.

In support, the Sherwood has submitted the Declaration of Georgiana Nertea, one of Sherwood's senior supervising personnel, in which she states Sherwood has complied in full with the SEC's "Billing Instructions to Receivers". She has broken out, and reviewed the time spent on each of the various SEC activity categories, and stated under oath that each was reasonable and necessary, and performed by billing personnel of appropriate skill and experience. She has also attached the required SEC Standard Form Accounting Report, or "SFAR" for the requested time period.

The former Receiver's Counsel, John W. Cotton, has also submitted his declaration in which he states that he has broken out, and reviewed the time spent on each of the various SEC activity categories, and stated under oath that each was reasonable and necessary, and performed by billing personnel of appropriate skill and experience.

The SEC, the newly-appointed Receiver and all involved parties, have reviewed this Ninth Quarterly Fee Application and none have any objection to its being approved.

The original proposed order which the Court signed on June 11, 2019 (Docket No. 492) which was prepared by the former Receiver's counsel, contained errors page 2, lines 25 and 26, which are hereby corrected in italics below.

GOOD CAUSE APPEARING, the Court hereby authorizes that the former Receiver in this matter, Sherwood Partners Inc., be paid by the current Receiver for its requested fees and expenses for the period January 1 to March 31, 2019, in the total amount of $17,716.14,

GOOD CAUSE ALSO APPEARING, the Court hereby authorizes the current Receiver in this matter, to pay Gartenberg, Gelfand & Hayton LLP for its requested fees and expenses for the period *January 1 to March 31, 2019* in the amount of *$6,315*. The SEC, the newly appointed Receiver and the other interested parties have stated to the former Receiver's counsel that they do not oppose this request.

IT IS SO ORDERED.

DATED:   June  24 , 2019

_____
Judge Edward M. Chen
United States District Court