1  KATHY BAZOIAN PHELPS (State Bar No. 155564)
2  *kphelps@diamondmccarthy.com*
   DIAMOND MCCARTHY LLP
3  1999 Avenue of the Stars, Suite 1100
   Los Angeles, California 90067-4402
4  Telephone:    (310) 651-2997

5  *Successor Receiver*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>    v.<br><br>JOHN V. BIVONA; SADDLE RIVER ADVISORS, LLC; SRA MANAGEMENT ASSOCIATES, LLC; FRANK GREGORY MAZZOLA,<br><br>            Defendants, and<br><br>SRA I LLC; SRA II LLC; SRA III LLC; FELIX INVESTMENTS, LLC; MICHELE J. MAZZOLA; ANNE BIVONA; CLEAR SAILING GROUP IV LLC; CLEAR SAILING GROUP V LLC,<br><br>            Relief Defendants. | Case No. 3:16-cv-01386-EMC<br><br>**ORDER AS MODIFIED GRANTING ADMINISTRATIVE MOTION BY RECEIVER KATHY BAZOIAN PHELPS PURSUANT TO LOCAL CIVIL RULE 7-11 TO (1) EXCUSE DEADLINE RE TAX OPINION; AND (2) SHORTEN TIME FOR NOTICE ON MOTION TO EMPLOY PROFESSIONALS AND FOR INSTRUCTIONS**<br><br>Date:    No Hearing Set<br>Time:   No Hearing Set<br>Judge:  Edward M. Chen |

Kathy Bazoian Phelps, the successor receiver (the "Receiver") in this matter appointed pursuant to the Court's Revised Order Appointing Receiver (the "Receiver Order") (Doc. No. 469), requests that the Court grant her Administrative Motion Pursuant to Local Civil Rule 7-11

1

Case No. 3:16-cv-01386-EMC; ORDER GRANTING ADMINISTRATIVE MOTION BY RECEIVER K. PHELPS TO (1) EXCUSE DEADLINE RE TAX OPINION; AND (2) SHORTEN TIME FOR NOTICE ON MOTION TO EMPLOY PROFESSIONALS AND FOR INSTRUCTIONS

to Excuse Deadline re Tax Opinion and Shorten Time for Notice on Motion to Employ Professionals and for Instructions.  The Receiver through her declaration has represented that she has conferred with counsel for the Securities and Exchange Commission, counsel for the SRA Investor Group, and counsel for Progresso Ventures LLC and that none of them expressed any opposition to the Motion.

The Receiver has represented in her Motion and declaration the basis for the request to be excused from the August 9, 2019 suggested deadline and the basis for the request to shorten time for notice on her proposed motion to employ tax and securities professionals and for instruction.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED AS MODIFIED THAT:

1. The Motion is granted.
2. The Receiver is excused from providing a tax opinion by the Court's earlier suggested deadline of August 9, 2019.
3. The Receiver may file a motion to employ tax and securities professionals and to seek instructions no later than August 15, 2019 for a hearing date of September 12, 2019 specially set at 10:30 a.m.  Any opposition to the motion is due no later than August 27, 2019, and any reply brief is due no later than September 3, 2019.

DATED:__8/13/2019_____

_____
EDWARD M. CHEN
United States District Judge

Case No. 3:16-cv-01386-EMC; ORDER GRANTING ADMINISTRATIVE MOTION BY RECEIVER K. PHELPS TO (1) EXCUSE DEADLINE RE TAX OPINION; AND (2) SHORTEN TIME FOR NOTICE ON MOTION TO EMPLOY PROFESSIONALS AND FOR INSTRUCTIONS