LESLEY ANNE HAWES (117101)
DIAMOND McCARTHY LLP
150 California Street, Suite 2200
San Francisco, CA 94111
Phone: (415) 692-5200
Email: lhawes@diamondmccarthy.com

Counsel for Receiver, Kathy Bazoian Phelps

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JOHN V. BIVONA; SADDLE RIVER ADVISORS, LLC; SRA MANAGEMENT ASSOCIATES, LLC; FRANK GREGORY MAZZOLA,<br><br>Defendants, and<br><br>SRA I LLC; SRA II LLC; SRA III LLC; FELIX INVESTMENTS, LLC; MICHELE J. MAZZOLA; ANNE BIVONA; CLEAR SAILING GROUP IV LLC; CLEAR SAILING GROUP V LLC,<br><br>Relief Defendants. | Case No. 3:16-cv-01386-EMC<br><br>[PROPOSED] ORDER APPROVING SECOND INTERIM ADMINISTRATIVE MOTION FOR AN ORDER PURSUANT TO LOCAL RULE 7-11 FOR THE APPROVAL OF FEES AND EXPENSES FOR THE SUCCESOR RECEIVER AND COUNSEL FROM APRIL 1, 2019 THROUGH JUNE 30, 2019 AND FOR CLAIMS AGENT STRETTO FROM JUNE 18, 2018 THROUGH FEBRUARY 28, 2019<br><br>Date:     No Hearing Set<br>Time:    No Hearing Set<br>Judge:   Edward M. Chen |

The successor receiver in this matter appointed pursuant to the Court's Revised Order Appointing Receiver (the "Receiver Order") (Dkt. No. 469), Kathy Bazoian Phelps (the "Receiver"), requests that the Court grant her *Second Administrative Motion for an Order Pursuant to Local Rule 7-11 for the Approval of Fees and Expenses for the Successor Receiver and Counsel from April 1, 2019 through June 30, 2019 and for Claims Agent Stretto from June 18, 2018 through February 28, 2019* (the "Motion").

1

The Motion is supported by the Declaration of the Receiver, in which she states that the fees and expenses requested by the Receiver and her claims agent Stretto are true and correct and the Motion complies with the Billing Instructions for Receivers in Civil Actions Commenced by the U.S. Securities and Exchange Commission. The Receiver also submits that the fees charged are reasonable, necessary, and commensurate with the skills and experience required for the activities performed.

The Motion is also supported by the Declaration of counsel for the Receiver Lesley Anne Hawes of the firm Diamond McCarthy LLP.  In her declaration, Ms. Hawes states that the fees and expenses requested by Diamond McCarthy LLP are true and correct and that the Motion complies with the Billing Instructions for Receivers in Civil Actions Commenced by the U.S. Securities and Exchange Commission.  Additionally, that the fees charged by Diamond McCarthy LLP are reasonable, necessary, and commensurate with the skills and experience required for the activities performed.

The Receiver has also represented that she has conferred with counsel for the Securities and Exchange Commission, and counsel for the SRA Investor Group, who have each confirmed that they do not oppose the Motion.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that:

1. The Motion is GRANTED;

2. The Receiver's fees in the amount of $85,735.50 and reimbursement of expenses in the amount of $185.93 for services rendered and costs incurred from April 1, 2019 through June 30, 2019 are approved;

3. The Receiver is authorized to pay from assets of the receivership estate $185.93 for reimbursement of costs approved and $68,588.40 of the fees approved.  The sum of $17,147.10 of the approved fees shall be held back as the agreed 20% hold back to be held in the estate until further order of the Court.

4. Diamond McCarthy's fees in the amount of $30,625.00 and reimbursement of expenses in the amount of $1,924.16 for services rendered and costs incurred from April 1, 2019 through June 30, 2019 are approved;

5.     The Receiver is authorized to pay from assets of the receivership estate $1,924.16 for reimbursement of costs approved and $24,500.00 of the fees approved. The sum of $6,125.00 of the approved fees shall be held back as the agreed 20% hold back to be held in the estate until further order of the Court;

6.     Stretto's fees in the amount of $2,958.40 for services rendered during the period of June 18, 2018 through February 28, 2019 are approved and the Receiver is authorized to pay Stretto said amount from the assets of the receivership estate.

Dated: _8/13/2019_____          _____
                                 Honorable Edward M. Chen
                                 United States District Court