LESLEY ANNE HAWES (117101)
DIAMOND McCARTHY LLP
150 California Street, Suite 2200
San Francisco, CA 94111
Phone: (415) 692-5200
Email: lhawes@diamondmccarthy.com

Counsel for Receiver, Kathy Bazoian Phelps

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JOHN V. BIVONA; SADDLE RIVER ADVISORS, LLC; SRA MANAGEMENT ASSOCIATES, LLC; FRANK GREGORY MAZZOLA,<br><br>Defendants, and<br><br>SRA I LLC; SRA II LLC; SRA III LLC; FELIX INVESTMENTS, LLC; MICHELE J. MAZZOLA; ANNE BIVONA; CLEAR SAILING GROUP IV LLC; CLEAR SAILING GROUP V LLC,<br><br>Relief Defendants. | Case No. 3:16-cv-01386-EMC<br><br>[~~PROPOSED~~] ORDER APPROVING THIRD INTERIM ADMINISTRATIVE MOTION FOR AN ORDER PURSUANT TO LOCAL RULE 7-11 FOR THE APPROVAL OF FEES AND EXPENSES FOR THE SUCCESOR RECEIVER AND COUNSEL FROM JULY 1, 2019 THROUGH SEPTEMBER 30, 2019; FOR THE APPROVAL OF FEES FOR SHERWOOD PARTNERS, INC. FROM APRIL 1, 2019 THROUGH JUNE 30, 2019; AND FOR THE APPROVAL OF FEES FOR GROBSTEIN TEEPLE, LLC FROM MARCH 8, 2019 THROUGH SEPTEMBER 30, 2019<br><br>Date:     No Hearing Set<br>Time:    No Hearing Set<br>Judge:   Edward M. Chen |

The successor receiver in this matter appointed pursuant to the Court's Revised Order Appointing Receiver (the "Receiver Order") (Dkt. No. 469), Kathy Bazoian Phelps (the "Receiver"), requests that the Court grant her *Third Interim Administrative Motion for an Order Pursuant to Local Rule 7-11 for the Approval of Fees and Expenses for the Successor Receiver and Counsel from July 1, 2019 through September 30, 2019; for the Approval of Fees for Sherwood Partners, Inc. from April 1, 2019 through June 30, 2019; and for the Approval of Fees*

1

*for Grobstein Teeple, LLC from March 8, 2019 through September 30, 2019* (the "Motion").

The Motion is supported by the Declaration of the Receiver, in which she states that the fees and expenses requested by the Receiver and Sherwood Partners, Inc. ("Sherwood") are true and correct, the Motion complies with the Billing Instructions for Receivers in Civil Actions Commenced by the U.S. Securities and Exchange Commission ("Billing Instructions"), and that that the fees charged are reasonable, necessary, and commensurate with the skills and experience required for the activities performed.

The Motion is also supported by the Declaration of counsel for the Receiver Lesley Anne Hawes of the firm Diamond McCarthy LLP ("Diamond McCarthy").  In her declaration, Ms. Hawes states that the fees and expenses requested by Diamond McCarthy are true and correct, that the Motion complies with the Billing Instructions, and that the fees charged by Diamond McCarthy are reasonable, necessary, and commensurate with the skills and experience required for the activities performed.  Additionally, the Motion is supported by the Declaration of Howard B. Grobstein of Grobstein Teeple, LLC ("Grobstein Teeple"), in which he provides that all the fees and expenses requested are true and correct, the fees charged are reasonable, necessary, and commensurate with the skill and experience required, and the Motion complies with the Billing Instructions.

The Receiver has also represented that she has conferred with counsel for the Securities and Exchange Commission, and counsel for the SRA Investor Group, who have each confirmed that they do not oppose the Motion.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that:

1. The Motion is GRANTED;

2. The Receiver's fees in the amount of $40,349.40 and reimbursement of expenses in the amount of $542.73 for services rendered and costs incurred from July 1, 2019 through September 30, 2019 are approved;

3. The Receiver is authorized to pay from assets of the receivership estate $542.73 for reimbursement of costs approved and $32,279.52 of the fees approved.  The sum of $8,069.88 of the approved fees shall be held back as the agreed 20% hold back subject to further Court

approval.

4. Diamond McCarthy's fees in the amount of $4,450.90 and reimbursement of expenses in the amount of $131.35 for services rendered and costs incurred from July 1, 2019 through September 30, 2019 are approved;

5. The Receiver is authorized to pay from assets of the receivership estate $131.35 for reimbursement of costs approved and $3,560.72 of the fees approved. The sum of $890.18 of the approved fees shall be held back as the agreed 20% hold back subject to further Court approval;

6. Sherwood's fees in the amount of $5,280.50 for services rendered during the period of April 1, 2019 through June 30, 2019 are approved and the Receiver is authorized to pay Sherwood said amount from the assets of the receivership estate; and

7. Grobstein Teeple's fees in the amount of $3,540.50 for services rendered during the period of March 8, 2019 through September 30, 2019 are approved and the Receiver is authorized to pay Grobstein Teeple said amount from the assets of the receivership estate.

Dated: 11/22/2019

_____
Honorable Edward M. Chen
United States District Court