JONATHAN K. LEVINE (SBN: 220289)
ELIZABETH C. PRITZKER (SBN: 146267)
BETHANY L. CARACUZZO (SBN: 190687)
**PRITZKER LEVINE LLP**
180 Grand Avenue, Suite 1390
Telephone: (415) 692-0772
Facsimile: (415) 366-6110
Email: jkl@pritzkerlevine.com
        ecp@pritzkerlevine.com
        bc@pritzkerlevine.com

Attorneys for the SRA Funds Investor Group

[Additional counsel appear on signature pages]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No: 3:16-cv-01386-EMC |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER MODIFYING BRIEFING AND HEARING SCHEDULE ON RECEIVER'S MOTION TO EMPLOY PROFESSIONALS AND FOR INSTRUCTIONS** |
| JOHN V. BIVONA; SADDLE RIVER ADVISORS, LLC; SRA MANAGEMENT LLC; FRANK GREGORY MAZZOLA, | |
| Defendants, and | Date: January 16, 2020 |
| | Time: 1:30 p.m. |
| SRA I LLC; SRA II LLC; SRA III LLC; FELIX INVESTMENTS, LLC; MICHELE J. MAZZOLA; ANNE BIVONA; CLEAR SAILING GROUP IV LLC; CLEAR SAILING GROUP V LLC, | Courtroom: 5 |
| | Judge: Hon. Edward M. Chen |
| Relief Defendants. | |

STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING AND HEARING
SCHEDULE

Successor Receiver Kathy Bazoian Phelps and counsel for plaintiff Securities and Exchange Commission ("Commission") and the SRA Funds Investor Group ("Investor Group") hereby submit this Stipulation and [Proposed] Order to modify the briefing and hearing schedule on Ms. Phelp's pending motion to employ certain professionals and for instructions (Dkt. Nos. 516 and 538)

## STIPULATION

On August 15, 2019, Ms. Phelps filed a motion seeking Court approval to hire a tax advisor and securities counsel to provide advice with respect to the implementation of a distribution plan in this case. *See* Dkt. No. 516.

On December 16, 2019, Ms. Phelps filed a supplemental brief in connection with that pending motion. *See* Dkt. No. 538. Under the current schedule, the Investor Group's response to the supplemental brief is due on December 30, 2019, with a reply on January 6, 2020, and a hearing on January 16, 2020.

Having reviewed the contents of Ms. Phelps' supplemental brief, and in light of the impending holidays, which makes it difficult to consult with clients and advisors, counsel for the Investor Group has requested an additional two weeks in which to file a response. Ms. Phelps and the Commission do not object to extending the briefing schedule and hearing date on the pending motion.

Ms. Phelps and counsel for the Commission and the Investor Group have conferred and agreed that, subject to Court approval, the briefing schedule and hearing date on the pending motion should be modified as follows: Any opposition by the Investor Group will be filed by January 13, 2020, with a reply filed by January 21, 2020, and a hearing at 1:30 p.m. on January 30, 2020.


DATED: December 24, 2019

*Jonathan K. Levine*_____
Jonathan K. Levine
PRITZKER LEVINE LLP
Attorneys for the SRA Funds Investor Group

STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING AND HEARING SCHEDULE AND RESCHEDULING CASE MANAGEMENT CONFERENCE

Case No. 3:16-cv-01386-EMC

*John S. Yun*
John S. Yun
Attorneys for Plaintiff Securities and
Exchange Commission

*Kathy Bazoian Phelps*
Kathy Bazoian Phelps
DIAMOND MCCARTHY LLP
Successor Receiver

## ORDER

The Court hereby accepts the modified briefing and hearing schedule set forth in the Stipulation above and orders as follows:

1.      Any opposition by the Investor Group to the Successor Receiver's pending motion (Dkt. Nos. 516 and 538) must be filed on or before January 13, 2020.

2.      Any reply by the Successor Receiver must be filed on or before January 21, 2020.

3.      A hearing on the motion will held at 1:30 p.m. on January 30, 2020.


SO ORDERED

Dated: ___December 26___, 2019

Judge Edward M. Chen
United States District Court

STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING AND HEARING
SCHEDULE AND RESCHEDULING CASE MANAGEMENT CONFERENCE

Case No. 3:16-cv-01386-EMC