ERIN E. SCHNEIDER (Cal. Bar No. 216114)
JOHN S. YUN (Cal. Bar No. 112260)
  yunj@sec.gov
MARC D. KATZ (Cal. Bar No. 189534)
  katzma@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
Telephone: (415) 705-2500

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JOHN V. BIVONA; SADDLE RIVER ADVISORS, LLC; SRA MANAGEMENT ASSOCIATES, LLC; FRANK GREGORY MAZZOLA,<br><br>Defendants, and<br><br>SRA I LLC; SRA II LLC; SRA III LLC; FELIX INVESTMENTS, LLC; MICHELE J. MAZZOLA; ANNE BIVONA; CLEAR SAILING GROUP IV LLC; CLEAR SAILING GROUP V LLC,<br><br>Relief Defendants. | Case No. 3:16-cv-01386-EMC<br><br>**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S REQUEST AND** ~~PROPOSED~~ **ORDER TO ALLOW TELEPHONIC APPEARANCE OF COUNSEL FROM THE NEW YORK REGIONAL OFFICE**<br><br>Date:  January 30, 2020<br>Time:  1:30 p.m.<br>Courtroom:  5<br>Judge:  Edward M. Chen |

## REQUEST FOR TELEPHONIC APPEARANCE

Pursuant to the Local Rules of the Northern District of California, Plaintiff Securities and Exchange Commission ("the SEC" or "the Commission") hereby requests that the Court allow Patricia Schrage, Esq., a bankruptcy counsel for the Commission in its New York Regional Office, to appear by telephone for the proceedings in this case on January 30, 2020.  Ms. Schrage has been advising the Commission's counsel on receivership, distribution and other issues, which are the subject of the hearing.  Although she has sometimes appeared in person during the motion hearings, considerations of travel time and expense strongly favor having Ms. Schrage appear by telephone on January 30, 2020.  Ms. Schrage wishes to attend telephonically using the Court Call dial in system.  If that is not possible, the Court can reach Ms. Schrage during the hearing at her direct dial number of (212) 336-0163.

Dated:  January 21, 2020                    Respectfully submitted,

/s/ *John S. Yun*
John S. Yun
Marc Katz
Attorneys for the Plaintiff Securities and Exchange Commission

## ORDER AUTHORIZING TELEPHONIC APPEARANCE

Good cause appearing, the Court hereby authorizes the appearance by telephone of Patricia Schrage, Esq., a bankruptcy counsel for the Commission in its New York Regional Office, for the proceedings in this case on January 30, 2020.  The Courtroom Deputy is authorized to allow Ms. Schrage to appear using the Court Call dial in system.

SO ORDERED.

Dated:  January  22 , 2020

JUDGE EDWARD M. CHEN
United States District Court