1  KATHY BAZOIAN PHELPS (State Bar No. 155564)
   *kphelps@diamondmccarthy.com*
2  DIAMOND MCCARTHY LLP
3  1999 Avenue of the Stars, Suite 1100
   Los Angeles, California 90067-4402
4  Telephone:    (310) 651-2997

5  *Successor Receiver*

6

7

8                    **UNITED STATES DISTRICT COURT**

9                **NORTHERN DISTRICT OF CALIFORNIA**

10                    **SAN FRANCISCO DIVISION**

11  SECURITIES AND EXCHANGE            Case No. 3:16-cv-01386-EMC
12  COMMISSION,
                                       **[PROPOSED] ORDER APPROVING**
13             Plaintiff,              **FOURTH INTERIM ADMINISTRATIVE**
                                       **MOTION FOR AN ORDER PURSUANT TO**
14      v.                             **LOCAL RULE 7-11 FOR THE APPROVAL**
                                       **OF FEES AND EXPENSES FOR THE**
15  JOHN V. BIVONA; SADDLE             **SUCCESOR RECEIVER AND COUNSEL**
   RIVER ADVISORS, LLC; SRA            **FROM OCTOBER 1, 2019 THROUGH**
16  MANAGEMENT ASSOCIATES,            **DECEMBER 31, 2019; FOR THE**
   LLC; FRANK GREGORY                  **APPROVAL OF FEES FOR MILLER**
17  MAZZOLA,                           **KAPLAN ARASE LLP FROM AUGUST**
                                       **2019 THROUGH DECEMBER 31, 2019;**
18             Defendants, and         **AND FOR THE APPROVAL OF FEES FOR**
                                       **SCHINNER & SHAIN  THROUGH**
19  SRA I LLC; SRA II LLC; SRA III     **DECEMBER  31, 2019**
   LLC; FELIX INVESTMENTS, LLC;
20  MICHELE J. MAZZOLA; ANNE
   BIVONA; CLEAR SAILING
21  GROUP IV LLC; CLEAR SAILING
   GROUP V LLC,                        Date:    No Hearing Set
22                                     Time:    No Hearing Set
              Relief Defendants.       Judge:   Edward M. Chen
23

24

25

26

27

28

The successor receiver in this matter appointed pursuant to the Court's Revised Order Appointing Receiver (the "Receiver Order") (Dkt. No. 469), Kathy Bazoian Phelps (the "Receiver"), requests that the Court grant her *Fourth Interim Administrative Motion for an Order Pursuant to Local Rule 7-11 for the Approval of Fees and Expenses for the Successor Receiver and Counsel from October 1, 2019 through December 31, 2019; for the Approval of Fees for Miller Kaplan Arase LLP from August 2019 through December 31, 2019; and for the Approval of Fees for Schinner & Shain through December 31, 2019* (the "Motion").

The Motion is supported by the Declaration of the Receiver, in which she states that the fees and expenses requested by the Receiver and her professionals are true and correct, the Motion complies with the Billing Instructions for Receivers in Civil Actions Commenced by the U.S. Securities and Exchange Commission ("Billing Instructions"), and that that the fees charged are reasonable, necessary, and commensurate with the skills and experience required for the activities performed.

The Motion is also supported by the Declaration of counsel for the Receiver Christopher Sullivan of the firm Diamond McCarthy LLP ("Diamond McCarthy").  In his declaration, Mr. Sullivan states that the fees and expenses requested by Diamond McCarthy are true and correct, that the Motion complies with the Billing Instructions, and that the fees charged by Diamond McCarthy are reasonable, necessary, and commensurate with the skills and experience required for the activities performed.  Additionally, the Motion is supported by the Declaration of Julia Damasco of Miller Kaplan Arase LLC ("Miller Kaplan"), in which she provides that all the fees and expenses requested are true and correct, and the fees charged are reasonable, necessary, and commensurate with the skill and experience required. The Motion is also supported by the Declaration of Fred Koenen of Schinner & Shain ("Schinner & Shain"), in which he provides that all the fees and expenses requested are true and correct, and the fees charged are reasonable, necessary, and commensurate with the skill and experience required.

The Receiver has also represented that she has conferred with counsel for the Securities and Exchange Commission, and counsel for the SRA Investor Group, who have each confirmed that they do not oppose the Motion.

1

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that:

1.      The Motion is GRANTED;

2.      The Receiver's fees in the amount of $50,187.30 and reimbursement of expenses in the amount of $27.00 for services rendered and costs incurred from October 1, 2019 through December 31, 2019 are approved;

3.      The Receiver is authorized to pay herself from assets of the receivership estate $27.00 for reimbursement of costs approved and $35,131.11 of the fees approved.  The sum of $15,056.19 of the approved fees shall be held back as the agreed 30% hold back subject to further Court approval.

4.      Diamond McCarthy's fees in the amount of $12,550.00 for services rendered and costs incurred from October 1, 2019 through December 31, 2019 are approved;

5.      The Receiver is authorized to pay Diamond McCarthy LLP from assets of the receivership estate $8,785.00 of the fees approved. The sum of $3,765.00 of the approved fees shall be held back as the agreed 30% hold back subject to further Court approval;

6.      Miller Kaplan's fees in the amount of $42,465.60 for services rendered during the period of August 2019 through December 31, 2019 are approved;

7.      The Receiver is authorized to pay Miller Kaplan from assets of the receivership estate $33,972.48 of the fees approved. The sum of $8,493.12 of the approved fees shall be held back as the agreed 20% hold back subject to further Court approval;

8.      Schinner & Shain's fees in the amount of $18,806.20 for services rendered through December 31, 2019 are approved

9.      The Receiver is authorized to pay Schinner & Shain  from assets of the receivership estate $5,044.96 of the fees approved and Schinner & Shain may apply the $10,000 retainer previously paid to the firm. The sum of $3,761.24 of the approved fees shall be held back as the agreed 20% hold back subject to further Court approval;

Dated:  February 19, 2020

_____
Honorable Edward M. Chen
United States District Court

2

[PROPOSED] ORDER APPROVING FOURTH INTERIM
ADMINISTRATIVE MOTION