# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>      v.<br><br>JOHN V. BIVONA; SADDLE RIVER ADVISORS, LLC; SRA MANAGEMENT ASSOCIATES, LLC; FRANK GREGORY MAZZOLA,<br><br>            Defendants, and<br><br>SRA I LLC; SRA II LLC; SRA III LLC; FELIX INVESTMENTS, LLC; MICHELE J. MAZZOLA; ANNE BIVONA; CLEAR SAILING GROUP IV LLC; CLEAR SAILING GROUP V LLC,<br><br>            Relief Defendants. | Case No. 3:16-cv-01386-EMC<br><br>**[PROPOSED] ORDER APPROVING EIGHTH INTERIM ADMINISTRATIVE MOTION FOR AN ORDER PURSUANT TO LOCAL RULE 7-11 FOR THE APPROVAL OF FEES AND EXPENSES FOR THE SUCCESOR RECEIVER, DIAMOND MCCARTHY LLP, AND MILLER KAPLAN ARASE LLP FROM OCTPBER 1, 2020 THROUGH DECEMBER 31, 2020**<br><br>Date:   No Hearing Set<br>Time:  No Hearing Set<br>Judge: Edward M. Chen |

The successor receiver in this matter appointed pursuant to the Court's Revised Order Appointing Receiver (the "Receiver Order") (Dkt. No. 469), Kathy Bazoian Phelps (the "Receiver"), requests that the Court grant the *Eighth Interim Administrative Motion for an Order Pursuant to Local Rule 7-11 for the Approval of Fees and Expenses for the Successor Receiver, Diamond McCarthy LLP, and Miller Kaplan Arase LLP from October 1, 2020 Through December 31, 2020* ("Motion").

The Motion is supported by the Declaration of the Receiver, in which she states that the fees and expenses requested by the Receiver are true and correct, the Motion complies with the Billing Instructions for Receivers in Civil Actions Commenced by the U.S. Securities and Exchange Commission ("Billing Instructions"), and that that the fees charged are reasonable, necessary, and commensurate with the skills and experience required for the activities performed.

The Motion is also supported by the Declarations of general counsel for the Receiver Christopher D. Sullivan of the firm Diamond McCarthy LLP ("Diamond McCarthy"), and Julia Damasco of Miller Kaplan Arase LLP ("Miller Kaplan"), tax advisors for the Receiver, in which they provide that the respective fees and expenses requested are true and correct, and the fees charged are reasonable, necessary, and commensurate with the skill and experience required.

The Receiver has also represented that she has conferred with counsel for the Securities and Exchange Commission, and counsel for the SRA Investor Group, who have each confirmed that they do not oppose the Motion.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that:

1. The Motion is GRANTED;

2. The Receiver's fees in the amount of $32,571.50 for services rendered and costs incurred from October 1, 2020 to December 31, 2020 are approved.

3. The Receiver is authorized to pay from assets of the receivership estate $26,057.20 of the fees approved. The sum of $6,514.30 of the approved fees shall be held back as the agreed 20% hold back subject to further Court approval.

4. Diamond McCarthy's fees in the amount of $43,559.20 and reimbursement of expenses in the amount of $9.60 for services rendered and costs incurred during the Motion

1  Period are approved, and the Receiver is authorized to pay from assets of the receivership estate
2  $9.60 for reimbursement of costs approved and $43,559.20 for the fees approved.
3      5.   Miller Kaplan's fees in the amount of $3,555.60 are approved.  The Receiver is
4  authorized to pay from the assets of the receivership estate $3,555.60 for the fees approved.
5  Miller Kaplan's costs in the amount of $99.03 incurred during the Third Quarter 2020 (see Doc.
6  No. 632-3) are approved, and the Receiver is authorized to pay from the assets of the receivership
7  estate $99.03 for the reimbursement of costs.

Dated: February 16, 2021

_____
Honorable Edward M. Chen
United States District Court