**RAINES FELDMAN LLP**
David Castleman (State Bar No. 326812)
  dcastleman@raineslaw.com
1800 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 440-4100
Facsimile: (310) 691-1367

*Counsel to Receiver Kathy Bazoian Phelps*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiffs,<br><br>  v.<br><br>JOHN V. BIVONA; SADDLE RIVER ADVISORS, LLC; SRA MANAGEMENT ASSOCIATES, LLC; FRANK GREGORY MAZZOLA,<br><br>  Defendants, and<br><br>SRA I LLC; SRA II LLC; SRA III LLC; FELIX INVESTMENTS, LLC; MICHELE J. MAZZOLA; ANNE BIVONA; CLEAR SAILING GROUP IV LLC; CLEAR SAILING GROUP V LLC,<br><br>  Relief Defendants. | Case No.:  3:16-cv-01386-EMC<br><br>**TENTH INTERIM ADMINISTRATIVE MOTION FOR AN ORDER PURSUANT TO LOCAL RULE 7-11 FOR THE APPROVAL OF FEES AND EXPENSES FOR THE SUCCESOR RECEIVER, RAINES FELDMAN LLP, AND MILLER KAPLAN ARASE LLP FROM APRIL 1, 2021 THROUGH JUNE 30, 2021**<br><br>Date:    No Hearing Set<br>Time:    No Hearing Set<br>Judge:   Edward M. Chen |

2908662.1

**I.  Relief Requested**

Pursuant to Local Rule 7-11, through this Motion, the Receiver seeks approval of compensation and reimbursement of expenses for herself and her professionals for the period of April 1, 2021 through June 30, 2021 ("Motion Period") in the following amounts:

Receiver: Fees $19,596.00;[1] Costs $55.50.

Diamond McCarthy LLP ("Diamond McCarthy"): Fees $4149.60; Costs $178.39.

Raines Feldman LLP ("Raines Feldman"): Fees $12,090.00.

Miller Kaplan Arase LLP ("Miller Kaplan"): Fees $6,227.40.

This Motion is supported by the Declarations of the Receiver, David Castleman of Raines Feldman, and Julia Damasco of Miller Kaplan.

The Receiver has conferred with counsel for the Securities and Exchange Commission ("SEC"), and counsel for Progresso Ventures, and the Receiver is advised that they do not oppose the Motion. A stipulation with all parties was deemed impractical given, among other things, the entry of judgment against defendants and pending bankruptcy of John Bivona. (L.R. 7-11(a)).

**II.  Previous Fee Motions**

Fees and expenses have previously been granted as set forth in the addendum to the Receiver's Declaration, filed concurrently herewith.

As of June 30, 2021, there are outstanding fee holdbacks from the prior fee applications in the following amounts:

| | |
|---|---|
| Sherwood Partners, Former Receiver | $144,627.50 |
| Kathy Bazoian Phelps, Receiver | $108,070.07 |
| **Total** | **$252,697.57** |

As of June 30, 2021, the Receiver was currently holding cash in the following amounts in the following accounts:

| | |
|---|---|
| Checking | $6,174.82 |
| Brokerage cash sweep | $1,275,857.70 |

---

[1] The Receiver has agreed to a holdback of 20% of this amount ($3,919.20) and therefore requests authority to pay $15,676.80.

| | |
|---|---|
| Anna Bivona Funds | $502,458.27 |
| Plan Fund checking | $250,000.00 |
| Tax Holding checking | $250,000.00 |
| Palantir Reserve checking | $250,000.00 |
| Mongo Reserve checking | $249,925.00 |
| Plan Fund ICS | $4,127,447.08 |
| Tax Holding ICS | $4,262,686.51 |
| Palantir Reserve ICS | $12,878,630.20 |

### III.  Case Status

The Court approved the Receiver's Plan of Distribution ("Plan") on May 25, 2020 (Dkt. No. 613). Upon the Plan's approval, the Receiver began taking the steps necessary to implement the Plan, including preparing distribution schedules and communicating with investors regarding their account information. The Receiver worked with Miller Kaplan to address the proper manner of calculating the sale and distributions of the publicly traded securities. The Receiver filed a motion seeking Court authority to sell securities to fund the Plan Fund and the Tax Holding Account and to make interim distributions to investors holding allowed claims. The motion was approved on July 20, 2020 (Dkt. No. 619), and the Receiver has largely completed the first interim distributions of publicly traded securities, with just one more investor to receive shares when the investor provides necessary account information.

The Receiver also sought authority to sell the necessary Palantir shares upon notification of Palantir's direct listing, and the sales process was completed in early October 2020, resulting in net proceeds to the Estate of $9,854,109.90.  In November 2020, the Receiver transferred the remaining $94,419.56 in the money market account into the checking account.  The Receiver sought authority to make an interim distribution to Class 3 Claimants in the amount of $7,721,752.95, which was completed in January 2021.

The Receiver also sold or distributed the estate's remaining position in Palantir after the lockup restrictions were lifted, resulting in net proceeds of $44,042,943.99 for the estate (largely to pay and reserve for taxes), and the distribution or equivalent of nearly 3,000,000 shares of Palantir to 240 claimants.  In June 2021, the Receiver also sold or distributed the

estate's remaining position in Airbnb, selling 8,626 shares resulting in net proceeds of $1,275,805.29 for the estate and the distribution of the remaining 13,624 shares to claimants.

In June 2021, the Receiver made estimated tax payments of $21,900,000 to the United States Treasury and $5,900,000 to the California Franchise Tax Board.  Moreover, the Receiver, with the assistance of Diamond McCarthy, settled the lawsuit against Ben Sabrin for the return of 6,250 shares of MongoDB, in exchange for cash payments totaling $402,000.

As of June 30, 2021, the receivership estate has $6,174.82 in cash on hand in a checking account, $1,275,857.70 in the cash sweep of its brokerage account (which has since been paid into the Plan Fund, Tax Holding Account, and Airbnb Reserve pursuant to prior orders), $502,458.27 in the segregated Anna Bivona funds, $4,377,447.08 in the Plan Fund, $4,512,686.51 in the Tax Holding Account, $13,128,630.20 in the Palantir Administrative Reserve, and $249,925.00 in the MongoDB Administrative Reserve.  There are known accrued expenses and unpaid expenses of $42,296.89 through June 30, 2021 for fourth quarter fees and expenses, and holdbacks of $252,697.57. Attached to the Declaration of the Receiver as Exhibit "1" is a financial summary showing the cash status of the estate as of June 30, 2021. Funds in the amount of $138,698.57 representing first quarter 2021 fees and expenses were disbursed during this period. The Standardized Fund Accounting Report required by the SEC for the first quarter 2021 is attached to the Receiver's Declaration as Exhibit "2."

**IV.     The Receiver's Fee Request**

As detailed in the Declaration of the Receiver, pursuant to the Receiver's proposal for her appointment, and in recognition of the efficiencies and benefits to the estate, the Receiver has established separate billing categories for services provided.  For services provided with respect to legal issues, the Receiver has discounted her hourly rate of $675.00 to $465.00 ($425.00 for services up until April 23, 2021, which was increased pursuant to Court approval as of that date), thereby generating significant savings to the estate.  The Receiver has agreed to charge $160.00 per hour for herself and her assistants for administrative services. The billing statements itemizing the services provided and expenses incurred are contained in

Exhibits "3A" and "3B" attached to the Declaration of the Receiver. The Receiver incurred costs of $55.50 and performed services for each category as follows:

| Category / Matter[2] | Hours | Fees |
|---|---|---|
| Case Administration (B110 / 2598-00011) | 19.90 | $8,947.00 |
| Administrative Services (E124 / 2598-00012) | 1.50 | $210.00 |
| Plan Implementation (B320 / 2598-00016) | 21.20 | $9,718.00 |
| Fee and Employment Applications (B160) | 2.60 | $721.00 |
| **TOTAL** | 45.20 | **$19,596.00** |

The Receiver's fees are divided as $4,550.00 incurred while she was at Diamond McCarthy as set forth in Exhibit "3A" and $15,046.00 while at Raines Feldman as set forth in Exhibit "3B."

V.   **Diamond McCarthy's Fee Request**

As detailed in the Declaration of David Castleman, Diamond McCarthy established billing categories for tasks performed and has significantly discounted its billing rates with senior attorneys capping their hourly rate at $425.00.  Diamond McCarthy was terminated as counsel as of April 22, 2021.  The billing statements itemizing the services provided and expenses incurred are attached as Exhibit "4A" to the Castleman Declaration.  Diamond McCarthy incurred costs of $178.39 and performed services for each category are as follows:

| Matter | Hours | Fees |
|---|---|---|
| Case Administration (2622-00011) | 3.60 | $1,344.60 |
| Plan Implementation (2622-00013) | 6.60 | $2.805.00 |
| **TOTAL** | 10.20 | **$4,149.60** |

VI.   **Raines Feldman's Fee Request**

As detailed in the Declaration of David Castleman, Raines Feldman has established billing categories for tasks performed and has significantly discounted its billing rates with senior attorneys capping their hourly rate at $465.00.  Raines Feldman was appointed as counsel as of April 23, 2021 pursuant to Court order (Doc No. 651).  The billing statements

---

[2] Includes time during the Motion Period when the Receiver was employed by Diamond McCarthy (April 1-22) and by Raines Feldman (April 23-June 30), as set forth in more detail in the Receiver's declaration.

itemizing the services provided and expenses incurred are attached as Exhibit "4B" to the Castleman Declaration. Raines Feldman performed services for each category are as follows:

| Category | Hours | Fees |
|---|---:|---:|
| Case Administration (B110) | 6.00 | $2,790.00 |
| Plan Implementation (B320) | 20.00 | $9,300.00 |
| **TOTAL** | **26.00** | **$12,090.00** |

### VII. Miller Kaplan's Fee Request

As detailed in the Declaration of Julia Damasco and the billing statements attached as Exhibit "5" to her Declaration, Miller Kaplan has incurred $6,227.40 in fees in connection with providing tax services to the Receiver. The services performed by Miller Kaplan were necessary in implementing the Plan and in finalizing 2020 tax return and making the required estimated tax payments for 2021.

**WHEREFORE**, the Receiver seeks entry of an order granting this Motion in all respects.

Dated:  July 26, 2021                           RAINES FELDMAN LLP

                                                By:   */s/ David Castleman*
                                                      David Castleman

                                                *Counsel for Receiver Kathy Bazoian Phelps*