1

**RAINES FELDMAN LLP**
David Castleman (State Bar No. 326812)

2
  *dcastleman@raineslaw.com*
1800 Avenue of the Stars, 12th Floor

3
Los Angeles, California 90067
Telephone: (310) 440-4100

4
Facsimile: (310) 691-1367

5
*Counsel to Receiver Kathy Bazoian Phelps*

6

7

8
                    **UNITED STATES DISTRICT COURT**

9
                  **NORTHERN DISTRICT OF CALIFORNIA**

10
                      **SAN FRANCISCO DIVISION**

11
SECURITIES AND EXCHANGE              Case No.:   3:16-cv-01386-EMC
COMMISSION,

12

13
              Plaintiffs,            **DECLARATION OF KATHY**
                                     **BAZOIAN PHELPS IN SUPPORT OF**

14
      v.                             **TENTH INTERIM**
                                     **ADMINISTRATIVE MOTION FOR**

15
JOHN V. BIVONA; SADDLE RIVER        **AN ORDER PURSUANT TO LOCAL**
ADVISORS, LLC; SRA MANAGEMENT       **RULE 7-11 FOR THE APPROVAL**

16
ASSOCIATES, LLC; FRANK GREGORY      **OF FEES AND EXPENSES FOR THE**
MAZZOLA,                            **SUCCESOR RECEIVER, RAINES**

17
                                     **FELDMAN LLP, DIAMOND**
              Defendants, and        **MCCARTHY LLP, AND MILLER**

18
                                     **KAPLAN ARASE LLP FROM APRIL**
SRA I LLC; SRA II LLC; SRA III LLC; **1, 2021 THROUGH JUNE 30, 2021**

19
FELIX INVESTMENTS, LLC; MICHELE J.
MAZZOLA; ANNE BIVONA; CLEAR

20
SAILING GROUP IV LLC; CLEAR SAILING
GROUP V LLC,                         Date:       No Hearing Set

21
                                     Time:       No Hearing Set
              Relief Defendants.     Judge:      Edward M. Chen

22

23

24

25

26

27

28

2908666.1

I, Kathy Bazoian Phelps, declare:

1.    Pursuant to this Court's Revised Order Appointing Receiver, entered on February 28, 2019, I was appointed as the successor receiver ("Receiver") in this case.  I am also an attorney duly licensed to practice in the State of California and am partner at the firm of Raines Feldman LLP ("Raines Feldman").  I have personal knowledge of the matters set forth below and if called as a witness, I would and could testify competently to the matters stated herein.

2.    This declaration is made in support of the Tenth Interim Administrative Motion for an Order Pursuant to Local Rule 7-11 for the Approval of Fees and Expenses for the Successor Receiver, Raines Feldman LLP, Diamond McCarthy LLP, and Miller Kaplan Arase LLP from April 1, 2021 through June 30, 2021 ("Motion").

3.    Attached hereto as Exhibit "1" is a financial summary of the receivership estate for the second quarter 2021, as of June 30, 2021. The financial summary sets forth the cash on hand in the estate. The summary also includes the known accrued but unpaid administration expenses through June 30, 2021, and the net unencumbered cash of the estate after deducting the known incurred expenses, including the fees and costs subject to this Motion and including holdbacks.

4.    Attached hereto as Exhibit "2" is the Standardized Fund Accounting Report for the Motion Period, prepared on the form requested by the SEC to reflect the cash activity in the case during this period.

5.    Pursuant to my proposal for my appointment, and in recognition of the efficiencies and benefits to the estate in my role as Receiver that I can also address legal issues arising in the estate, I have divided my time between various billing categories.  When I was employed by Diamond McCarthy LLP ("Diamond McCarthy"), until April 22, 2021, those categories were:

2598-00011 – Case Administration

2598-00012 – Receiver Administrative Services

2598-00016 – Plan Implementation

6.     The detailed time entries reflecting the time spent in each of these categories from April 1, 2021 to April 22, 2021 (the "DM Motion Period") is attached hereto as Exhibit "3A." The total fees charged in the DM Motion Period are $4,550.00.  While my standard hourly rate is $675.00, I have discounted my hourly rate to $425.00 for Matters 11 and 16, thereby generating savings to the estate.  For Matter 2598-00012, I have discounted my hourly rate to $130.00.

7.     On April 23, 2021, I began employment at the firm Raines Feldman, and used the following categories:

B110 – Case Administration

B320 – Plan Implementation

B160 – Fee and Employment Applications

E124 – Receiver Administrative Services

8.     The detailed time entries reflecting the time spent in each of these categories from April 23, 2021 to June 30, 2021 (the "RF Motion Period") is attached hereto as Exhibit "3B." The total fees charged in the RF Motion Period are $15,046.00.  While my standard hourly rate is $675.00, I have discounted my hourly rate to $465.00, thereby generating savings to the estate.

2598-00011 / B110 - Case Administration

9.     As set forth in Exhibit 3A, during the DM Motion Period, with respect to Category 2598-00011, I performed 6.90 hours of services for total fees of $2,932.50.  As set forth in Exhibit 3B, during the RF Motion Period, with respect to category B110, I performed 13.00 hours of services for total fees of $6,247.00.

10.     During the DM and RF Motion Periods, I have continued to take actions to manage the administration of the case, including issues dealing with financial reporting and banking. I review the statements for the multiple accounts in this case on a monthly basis and monitor the financial transactions throughout the month. I manage the funds of the

3

1   receivership estate and handle banking and the accounts at Wells Fargo Bank and East West

2   Bank.

3           11.     During the DM Motion Period, I prepared a status report through the first of

4   2021 to apprise the Court of developments in the receivership and my activities in the case and

5   also prepared the affiliated cash disbursement schedules and the Standard Fund Accounting

6   Report for the SEC.

7           12.     During the DM and RF Motion Periods, I communicated with the SEC

8   regarding the status of the receivership.

9           13.     During the DM and RF Motion Periods, I also worked with my accountants to

10  finalize the estate's tax returns. I reviewed and analyzed tax reporting documents and

11  participated in discussions with my accountants.

12          14.     During the RF Motion Period, I worked with my advisers and accountants to

13  analyze the estimated tax payments required to be made by the estate.  As a result of those

14  efforts, I caused the estate to make an estimated tax payment of $21,900,000 to the United

15  States Treasury and an estimated tax payment of $5,900,000 to the California Franchise Tax

16  Board.  I also worked with my advisers and accountants on other tax issues.

17  <u>2598-00012 / E124 – Administrative Services</u>

18          15.     I have billed the administrative services that I, as well as my paralegals,

19  provided to the estate to this category.  As set forth in Exhibit 3A, during the DM Motion

20  Period, with respect to Category 2598-00012, my team and I performed 1.00 hours of services,

21  at the discounted rate of $130 per hour, for total fees of $130.00.  As set forth in Exhibit 3B,

22  during the RF Motion Period, with respect to Category E124, at the discounted rate of $160

23  per hour, my team and I performed 0.50 hours of services for total fees of $80.00.

24          16.     Services performed in this category during the DM and RF Motion Periods

25  related to the maintenance of the receiver's website.

26  <u>2598-00016 / B320 – Plan Implementation</u>

27          17.     As set forth in Exhibit 3A, during the DM Motion Period, with respect to

28

4

DECLARATION OF KATHY BAZOIAN PHELPS
                                                       ISO MOTION FOR FEES AND EXPENSES

1  Category 2598-00016, I performed 3.50 hours of services for total fees of $1,487.50.  As set

2  forth in Exhibit 3B, during the RF Motion Period, with respect to category B320, I performed

3  17.70 hours of services for total fees of $8,230.50.

4       18.     This category includes services provided to the estate in connection with the Plan

5  of Distribution ("Plan") approved by the Court on May 25, 2020 (Dkt. No. 613).

6       19.     Following approval of the Plan, I reviewed, analyzed, and worked with my

7  accountants in finalizing distribution schedules. I evaluated the tax implications of the Plan

8  and tax liabilities from the distributions and communicated with my accountants on these

9  matters.

10       20.     With the assistance of my counsel, on May 25, 2021, I filed a motion to make

11  a distribution to Class 4 Airbnb claimants and to modify the Plan to hold the Airbnb

12  Administrative Reserve in cash (Dkt. No. 657).  That motion set forth the detailed schedule of

13  the proposed sale and distribution of the 22,250 shares in the estate, and set forth a

14  modification to the Plan to liquidate the Airbnb administrative reserve such that a much

15  smaller administrative reserve (in terms of percentage of holdings) could be maintained while

16  still fully protecting the estate.  The Court granted that motion on June 6, 2021 (Dkt. No. 659).

17  Over the course of the following week, I sold 8,626 shares to fund the Plan Fund, the Tax

18  Holding Account, and the Airbnb Administrative Reserve.  I also worked with my brokers and

19  counsel to distribute 13,624 shares of Airbnb to Class 4 claimants, and as of the end of the

20  quarter that distribution is complete.  I also worked with my brokers and counsel to finalize the

21  Palantir distribution, and that distribution is now complete.

22       21.     I communicated with financial institutions on the sale and distribution of

23  securities. I received a considerable number of interested party and investor inquiries, which I

24  responded to.  I also apprised the SEC and the Investment Advisory Committee of matters

25  pertaining to implementation of the Plan, tax consequences of the Plan, distributions under the

26  Plan, and transfers of publicly traded securities and Palantir.

27  B160 – Fee and Employment Applications

28

3:16-CV-01386-EMC                DECLARATION OF KATHY BAZOIAN PHELPS
                                      ISO MOTION FOR FEES AND EXPENSES

22.     As set forth in Exhibit 3B, during the RF Motion Period, with respect to category B160, my team and I performed 2.6 hours of services for total fees of $721.00.

23.     Services in this category consisted of finalizing and filing the motion to employ Raines Feldman as counsel and my continued service as Receiver as an employee of Raines Feldman.

Expenses

24.     As set forth in Exhibit 3B, Raines Feldman incurred costs of $55.50 in connection with the services rendered to the Receiver.  Those costs are itemized in Exhibit 3B.

*                    *                    *

25.     I have read the Motion and the billing statements attached to my declaration. To the best of my knowledge, information and belief formed after reasonable inquiry, all the fees and expenses requested in the attached billing statements are true and correct and the Motion complies with the Billing Instructions for Receivers in Civil Actions Commenced by the U.S. Securities and Exchange Commission.

26.     The fees that I and my staff have charged are reasonable, necessary, and commensurate with the skill and experience required for the activity performed.  I respectfully submit that neither I nor my staff has expended time unnecessarily and that I have rendered efficient and effective services.

27.     In seeking reimbursement of services for which I purchased or contracted for from a third party, I have only requested reimbursement for the amount billed by the third-party vendor and paid to the vendor.  I have not made a profit on such reimbursable services.  I have not included in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment, or capital outlay.

28.     The detail relating to the fees of Miller Kaplan Arase LLP are set forth in the Declaration of Julia Damasco filed concurrently herewith.  I have reviewed their billing statements and believe that the fees and expenses charged are reasonable and were necessary in this case. To the best of my knowledge, information and belief formed after reasonable

inquiry, all the fees and expenses requested in their billing statements are true and correct and the Motion complies with the Billing Instructions for Receivers in Civil Actions Commenced by the U.S. Securities and Exchange Commission.

29.     I have agreed to a 20% holdback of my fees requested in this Motion. The SEC has agreed not to require a holdback for my professionals in this Motion so I will pay 80% of my allowed fees and 100% of the allowed fees of my professionals in connection with this Motion.

30.     I have conferred with counsel for the Securities and Exchange Commission and counsel for Progresso Ventures, and I am advised that they do not oppose the Motion. A stipulation with all parties was deemed impractical given, among other things, the entry of judgment against defendants and pending bankruptcy of defendant John Bivona.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 26th day of July 2021 at Los Angeles, California.


                                        */s/ Kathy Bazoian Phelps*
                                        Kathy Bazoian Phelps

1

## **Addendum:  Prior Fee Applications**

2

3        Order on First Interim Motion (Dkt. 485): Receiver fees of $46,287.00 and costs of

4   $3,033.33 and Diamond McCarthy fees of $16,802.80 and costs of $524.67 (fees subject to

5   20% hold back).

6

7        Order on Second Interim Motion (Dkt. No. 515): Receiver fees of $85,735.50 and costs

8   of $185.93 and Diamond McCarthy fees of $30,625.00 and costs of $1,924.16 (fees subject to

9   20% hold back).

10

11        Order on Third Interim Motion (Dkt. No. 537): Receiver fees in the amount of

12   $40,349.40 and costs of $542.73 and Diamond McCarthy fees of $4,450.90 and costs of

13   $131.35 (fees subject to 20% hold back).

14

15        Order on Fourth Interim Motion (Dkt. No. 567): Receiver fees in the amount of

16   $50,187.30 and costs of $27.00 and Diamond McCarthy fees of $12,550.00 (fees subject to

17   30% holdback); Miller Kaplan fees of $42,465.60 and Schinner fees of $5,044.96 (fees subject

18   to 20% holdback).

19

20        Order on the Fifth Interim Motion (Dkt No. 615): Receiver fees in the amount of

21   $75,058.00 and costs of $145.00 and Diamond McCarthy fees of $32,454.00 (fees subject to

22   20% holdback); Schinner fees of $2,450.00 and costs of $622.06.

23

24        Order on Sixth Interim Motion (Dkt. No. 621): Receiver fees in the amount of

25   $43,904.00 and costs of $388.39, Diamond McCarthy fees of $29,398.90 and costs of $919.78,

26   and Miller Kaplan fees of $16,399.20 (subject to 20% holdback); Schinner fees of $900.

27

28

8

DECLARATION OF KATHY BAZOIAN PHELPS
                                                ISO MOTION FOR FEES AND EXPENSES

Order on Seventh Interim Motion (Dkt. No. 633): Receiver fees in the amount of $83,732.00 and costs of $388.39 (fees subject to 20% holdback), Diamond McCarthy fees of $82,500.50 and costs of $508.60, Miller Kaplan fees of $25,996.40; and Schinner fees of $11,371.50.  The Order further authorized the payment of the following holdbacks: $26,511.32 for Diamond McCarthy, $11,772.96 for Miller Kaplan, and $3,761.24 for Schinner.

Order on Eighth Interim Motion (Dkt. No. 636): Receiver fees in the amount of $32,571.50 (subject to 20% holdback), Diamond McCarthy fees of $43,559.20 and costs of $9.60, and Miller Kaplan fees of $3,555.60 and costs of $99.30.

Order on Ninth Interim Motion (Dkt. No. 651): Receiver fees in the amount of $57,434.00 (subject to 20% holdback) and costs of $222.18, Diamond McCarthy fees of $84,931 and costs of $39.59, Miller Kaplan fees of $6,720.60 and costs of $50.00, Schinner fees of $828.00.

9

DECLARATION OF KATHY BAZOIAN PHELPS
ISO MOTION FOR FEES AND EXPENSES

# EXHIBIT 1

**Receivership Estate of SRA Management Associates, LLC et al**
**2nd Quarter 2021 - Cash Receipts and Disbursements**

**Checking #0063**

| Date | Notes | Deposits | Withdrawals | Balance |
|------|-------|----------|-------------|---------|
| 4/1/2021 | Opening Balance | | | **$6,174.82** |
| 6/30/2021 | Ending Balance | | | **$6,174.82** |

**Brokerage #2849 (Brokerage with Stocks and Mutual Fund)**

| Date | Notes | Deposits | Withdrawals | Balance |
|------|-------|----------|-------------|---------|
| 4/1/2021 | Opening Balance (Cash Sweep Only) | | | **$44.72** |
| 6/7/2021 | Sale of Airbnb Stock (8,626 shares) | $1,275,805.29 | | $1,275,850.01 |
| 6/30/2021 | Interest | $7.69 | | $1,275,857.70 |
| 6/30/2021 | Ending Balance (Cash Sweep Only) | | | **$1,275,857.70** |

**Brokerage #7306 (Anna Bivona funds)**

| Date | Notes | Deposits | Withdrawals | Balance |
|------|-------|----------|-------------|---------|
| 4/1/2021 | Opening Balance | | | **$502,445.74** |
| 4/30/2021 | Interest | $4.13 | | $502,449.87 |
| 5/28/2021 | Interest | $4.27 | | $502,454.14 |
| 6/30/2021 | Interest | $4.13 | | $502,458.27 |
| 6/30/2021 | Ending Balance | | | **$502,458.27** |

**East West #0704 (Tax Holding Account)**

| Date | Notes | Deposits | Withdrawals | Balance |
|------|-------|----------|-------------|---------|
| 4/1/2021 | Opening Balance | | | **$250,000.00** |
| 4/5/2021 | transfer in from ICS | $25.00 | | $250,025.00 |
| 4/5/2021 | maintenance fee | | $25.00 | $250,000.00 |
| 5/5/2021 | transfer in from ICS | $25.00 | | $250,025.00 |
| 5/5/2021 | maintenance fee | | $25.00 | $250,000.00 |
| 6/2/2021 | transfer in from ICS | $25.00 | | $250,025.00 |
| 6/2/2021 | maintenance fee | | $25.00 | $250,000.00 |
| 6/14/2021 | transfer from ICS (Fed Tax Pmt) | $21,900,000.00 | | $22,150,000.00 |
| 6/14/2021 | Federal Estimated Tax Payment 2021 | | $21,900,000.00 | $250,000.00 |
| 6/23/2021 | transfer from ICS (State Tax Pmt) | $5,900,000.00 | | $6,150,000.00 |
| 6/23/2021 | State Estimated Tax Payment 2021 | | $5,900,000.00 | $250,000.00 |
| 6/30/2021 | Ending Balance | | | **$250,000.00** |

**East West #0697 (Plan Fund)**

| Date | Notes | Deposits | Withdrawals | Balance |
|------|-------|----------|-------------|---------|
| 4/1/2021 | Opening Balance | | | **$250,000.00** |
| 4/5/2021 | transfer in from ICS | $25.00 | | $250,025.00 |
| 4/5/2021 | maintenance fee | | $25.00 | $250,000.00 |
| 5/5/2021 | transfer in from ICS | $45,972.20 | | $295,972.20 |
| 5/5/2021 | Receiver Phelps Fees (Check 1032) | | $45,947.20 | $250,025.00 |
| 5/5/2021 | maintenance fee | | $25.00 | $250,000.00 |
| 5/11/2021 | transfer in from ICS | $85,152.77 | | $335,152.77 |
| 5/11/2021 | Receiver Phelps Costs (Check 1033) | | $222.18 | $334,930.59 |
| 5/11/2021 | Diamond McCarthy Fees (Check 1038) | | $84,891.00 | $250,039.59 |
| 5/11/2021 | Diamond McCarthy Costs (Check 1035) | | $39.59 | $250,000.00 |
| 5/13/2021 | transfer in from ICS | $7,598.60 | | $257,598.60 |
| 5/13/2021 | Miller Kaplan Fees (Check 1036) | | $6,720.60 | $250,878.00 |
| 5/13/2021 | Miller Kaplan Costs (Check 1037) | | $50.00 | $250,828.00 |
| 5/13/2021 | Schinner Shain Fees (Check 1039) | | $828.00 | $250,000.00 |
| 6/2/2021 | transfer in from ICS | $25.00 | | $250,025.00 |
| 6/2/2021 | maintenance fee | | $25.00 | $250,000.00 |
| 6/30/2021 | Ending Balance | | | **$250,000.00** |

**Receivership Estate of SRA Management Associates, LLC et al**
**2nd Quarter 2021 - Cash Receipts and Disbursements**

**East West #1264 (MongoDB Admin Reserve Account)**

| Date | Notes | Deposits | Withdrawals | Balance |
|------|-------|----------|-------------|---------|
| 4/1/2021 | Opening Balance | | | **$250,000.00** |
| 4/5/2021 | maintenance fee | | $25.00 | $249,975.00 |
| 5/5/2021 | maintenance fee | | $25.00 | $249,950.00 |
| 6/2/2021 | maintenance fee | | $25.00 | $249,925.00 |
| 6/30/2021 | Ending Balance | | | **$249,925.00** |

**East West #1257 (Palantir Admin Reserve Account)**

| Date | Notes | Deposits | Withdrawals | Balance |
|------|-------|----------|-------------|---------|
| 4/1/2021 | Opening Balance | | | **$250,000.00** |
| 4/5/2021 | transfer in from ICS | $25.00 | | $250,025.00 |
| 4/5/2021 | maintenance fee | | $25.00 | $250,000.00 |
| 5/5/2021 | transfer in from ICS | $25.00 | | $250,025.00 |
| 5/5/2021 | maintenance fee | | $25.00 | $250,000.00 |
| 6/2/2021 | transfer in from ICS | $25.00 | | $250,025.00 |
| 6/2/2021 | maintenance fee | | $25.00 | $250,000.00 |
| 6/30/2021 | Ending Balance | | | **$250,000.00** |

**East West #1070 (ICS Cash Sweep for Tax Holding Account)**

| Date | Notes | Deposits | Withdrawals | Balance |
|------|-------|----------|-------------|---------|
| 4/1/2021 | Opening balance | | | **$32,059,303.67** |
| 4/6/2021 | transfer to Plan Fund checking for fee | | $25.00 | $32,059,278.67 |
| 4/30/2021 | interest | $1,316.70 | | $32,060,595.37 |
| 5/6/2021 | transfer to Tax Holding checking for fee | | $25.00 | $32,060,570.37 |
| 5/28/2021 | interest | $1,360.62 | | $32,061,930.99 |
| 6/3/2021 | transfer to Tax Holding checking for fee | | $25.00 | $32,061,905.99 |
| 6/15/2021 | Transfer to checking (fed tax pmt) | | $21,900,000.00 | $10,161,905.99 |
| 6/24/2021 | Transfer to checking (fed tax pmt) | | $5,900,000.00 | $4,261,905.99 |
| 3/31/2021 | interest | $780.52 | | $4,262,686.51 |
| 3/31/2021 | Ending balance | | | **$4,262,686.51** |

**East West #1062 (ICS Cash Sweep for Plan Fund)**

| Date | Notes | Deposits | Withdrawals | Balance |
|------|-------|----------|-------------|---------|
| 4/1/2021 | Opening Balance | | | **$4,265,699.11** |
| 4/6/2021 | transfer to Plan Fund checking for fee | | $25.00 | $4,265,674.11 |
| 4/30/2021 | interest | $175.18 | | $4,265,849.29 |
| 5/6/2021 | transfer to Plan Fund checking for professional and bank fees | | $45,972.20 | $4,219,877.09 |
| 5/12/2021 | transfer to Plan Fund checking for professional fees | | $85,152.77 | $4,134,724.32 |
| 5/14/2021 | transfer to Plan Fund checking for professional fees | | $7,598.60 | $4,127,125.72 |
| 5/28/2021 | interest | $176.88 | | $4,127,302.60 |
| 6/3/2021 | transfer to Plan Fund checking for fee | | $25.00 | $4,127,277.60 |
| 6/30/2021 | interest | $169.48 | | $4,127,447.08 |
| 6/30/2021 | Ending Balance | | | **$4,127,447.08** |

**East West #1120 (ICS Cash Sweep for Palantir Admin Reserve)**

| Date | Notes | Deposits | Withdrawals | Balance |
|------|-------|----------|-------------|---------|
| 4/1/2021 | Opening balance | | | **$12,877,101.05** |
| 4/6/2021 | Transfer to checking for fee | | $25.00 | $12,877,076.05 |
| 4/30/2021 | interest | $528.87 | | $12,877,604.92 |
| 5/6/2021 | Transfer to checking for fee | | $25.00 | $12,877,579.92 |
| 5/28/2021 | interest | $546.49 | | $12,878,126.41 |
| 6/3/2021 | Transfer to checking for fee | | $25.00 | $12,878,101.41 |

**Receivership Estate of SRA Management Associates, LLC et al**
**2nd Quarter 2021 - Cash Receipts and Disbursements**

| | | |
|---|---|---|
| 6/30/2021 interest | $528.79 | $12,878,630.20 |
| 6/30/2021 Ending balance | | **$12,878,630.20** |

**Cash Position of Receivership Estate of SRA Management Associates, LLC et al**
**As of June 30, 2021**

**Cash**

| | | |
|---|---|---|
| WF Checking | | $6,174.82 |
| WF Brokerage | | $1,275,857.70 |
| Anna Bivona Funds | | $502,458.27 |
| Plan Fund checking | | $250,000.00 |
| Tax Holding checking | | $250,000.00 |
| Palantir Admin Reserve checking | | $250,000.00 |
| Mongo Admin Reserve checking | | $249,925.00 |
| Plan Fund ICS | | $4,127,447.08 |
| Tax Holding ICS | | $4,262,686.51 |
| Palantir Admin Reserve ICS | | $12,878,630.20 |
| | Subtotal | **$24,053,179.58** |

**Holdbacks (incl thru 1Q 2021)**

| | | |
|---|---|---|
| Sherwood Partners, Former Receiver | | $144,627.50 |
| Kathy Bazoian Phelps, Receiver | | $108,070.07 |
| | Subtotal | **$252,697.57** |

**Accrued Fees for 2nd Qtr 2021**

| | | |
|---|---|---|
| Kathy Bazoian Phelps, Receiver | | $19,596.00 |
| Costs | | $55.50 |
| Diamond McCarthy | | $4,149.60 |
| Costs | | $178.39 |
| Raines Feldman | | $12,090.00 |
| Costs | | $0.00 |
| Miller Kaplan | | $6,227.40 |
| Costs | | $0.00 |
| Schinner & Shain | | $0.00 |
| | | **$42,296.89** |

# EXHIBIT 2

**STANDARDIZED FUND ACCOUNTING REPORT for SRA Management LLC, et al. - Cash Basis**
Receivership; Civil Court Docket No. 3:16-cv-01386-EMC
Reporting Period 4/1/2021 to 6/30/2021

| | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| **FUND ACCOUNTING (See Instructions):** | | | | |
| **Line 1** | **Beginning Balance (As of 4/1/2021):** | | | $ 50,710,769.11 |
| | Wells Fargo Bank Checking | | 6,174.82 | |
| | Wells Fargo Brokerage (Mutual Fund and Cash Sweep) | | 44.72 | |
| | Wells Fargo Bank -- Anna Bivona funds | | 502,445.74 | |
| | East West Bank -- Plan Fund Checking | | 250,000.00 | |
| | East West Bank -- Plan Fund ICS | | 4,265,699.11 | |
| | East West Bank -- Palantir Checking | | 250,000.00 | |
| | East West Bank -- Palantir ICS | | 12,877,101.05 | |
| | East West Bank -- MongoDB Checking | | 250,000.00 | |
| | East West Bank -- Tax Holding Account Checking | | 250,000.00 | |
| | East West Bank -- Tax Holding Account ICS | | 32,059,303.67 | |
| | **Increases In Fund Balance:** | | | |
| **Line 2** | **Business Income** | | | |
| **Line 3** | **Cash and Securities** | | | |
| **Line 4** | **Interest/Dividend Income** | | | |
| | Checking | | | |
| | Brokerage Account | 7.69 | | $ 7.69 |
| | Anna Bivona funds | 12.53 | | $ 12.53 |
| | Plan Fund ICS Interest | 521.54 | | $ 521.54 |
| | Tax Holding Account ICS Interest | 3457.84 | | $ 3,457.84 |
| | Palantir Reserve ICS Interest | 1604.15 | | $ 1,604.15 |
| **Line 5** | **Business Asset Liquidation** | | | |
| | **Publicly Traded Stock sales proceeds** | 1,278,968.39 | | $ 1,278,968.39 |
| **Line 6** | **Personal Asset Liquidation** | | | |
| **Line 7** | **Third-Party Litigation Income** | | | $ - |
| **Line 8** | **Miscellaneous - Other (transfer from Mutual Fund)** | | | |
| | **Total Funds Available (Lines 1-8):** | | | $ 51,995,341.25 |
| | *Decreases In Fund Balance:* | | | $ 27,942,161.67 |
| **Line 9** | **Disbursements to Investors** | 0.00 | | $ 3,463.10 |
| | **Wire Fee** | 0.00 | | |
| | **Bank Fees** | 300.00 | | |
| | **Commission on sale of stock** | 3,163.10 | | |
| **Line 10** | **Disbursements for Receivership Operations** | | | |
| Line 10a | *Disbursements to Receiver or Other Professionals* | | 138,698.57 | |
| Line 10b | *Business Asset Expenses* | | | |
| Line 10c | *Personal Asset Expenses* | | | |
| Line 10d | *Investment Expenses* | | | |
| Line 10e | *Third-Party Litigation Expenses* | | | |
| | *1. Attorney Fees* | | | |
| | 2. Litigation Expenses | | | |
| | Total Third-Party Litigation Expenses | | | |
| Line 10f | *Tax Administrator Fees and Bonds* | | | |
| Line 10g | *Federal and State Tax Payments* | | 27,800,000.00 | |
| | Other (Transfer from Mutual Fund to Checking | | | |
| | **Total Disbursements for Receivership Operations** | | | $ 27,938,698.57 |
| **Line 11** | **Disbursements for Distribution Expenses Paid by the Fund:** | | | N/A |
| Line 11a | *Distribution Plan Development Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administration............................................................ | | | |
| | Independent Distribution Consultation (IDC)............................................ | | | |
| | Distribution Agent............................................................... | | | |
| | Consultants............................................................... | | | |

**STANDARDIZED FUND ACCOUNTING REPORT for SRA Management LLC, et al. - Cash Basis**
Receivership; Civil Court Docket No. 3:16-cv-01386-EMC
Reporting Period 4/1/2021 to 6/30/2021

|  |  |  |  |  |
|---|---|---|---|---|
| | Legal Advisors................................................................ | | | |
| | Tax Advisors................................................................... | | | |
| | 2.  Administrative Expenses | | | |
| | 3.  Miscellaneous | | | |
| | Total Plan Development Expenses | | | |
| Line 11b | *Distribution Plan Implementation Expenses:* | | | |
| | 1.  Fees | | | |
| | Fund Administrator........................................................ | | | |
| | IDC............................................................................ | | | |
| | Distribution Agent......................................................... | | | |
| | Consultants.................................................................... | | | |
| | Legal Advisors............................................................... | | | |
| | Tax Advisors.................................................................. | | | |
| | 2.  Administrative Expenses | | | |
| | 3.  Investor Identification: | | | |
| | Notice/Publishing Approved Plan | | | |
| | Claimant Identification | | | |
| | Claims Processing | | | |
| | Web Site Maintenance/Call Center | | | |
| | 4.  Fund Administrator Bond | | | |
| | 5.  Miscellaneous | | | |
| | 6.  Federal Account for Investor Restitution | | | |
| | (FAIR) Reporting Expenses | | | |
| | *Total Plan Implementation Expenses* | | | |
| | **Total Disbursements for Distribution Expenses Paid by the Fund** | | | |
| **Line 12** | **Disbursements to Court/Other:** | | | |
| Line 12a | *Investment Expenses/Court Registry Investment* | | | |
| | *System (CRIS) Fees* | | | |
| Line 12b | *Federal Tax Payments* | | | |
| | **Total Disbursements to Court/Other** | | | |
| | **Total Funds Disbursed (Lines 9-11)** | | | $  27,942,161.67 |
| **Line 13** | **Ending Balance (As of 3/31/2021)** | | | $  24,053,179.58 |
| **Line 14** | **Ending Balance of Fund - Not Assets:** | | | |
| Line 14a | *Cash & Cash Equivalents* | | | |
| | Checking | 6,174.82 | | $        6,174.82 |
| | Brokerage Cash Sweep | 1,275,857.70 | | $   1,275,857.70 |
| | Anna Bivona funds | 502,458.27 | | $      502,458.27 |
| | Plan Fund | 250,000.00 | | $      250,000.00 |
| | Plan Fund ICS account | 4,127,447.08 | | $   4,127,447.08 |
| | Tax Holding Account | 250,000.00 | | $      250,000.00 |
| | Tax Holding Account ICS account | 4,262,686.51 | | $   4,262,686.51 |
| | Palantir Administrative Reserve account | 250,000.00 | | $      250,000.00 |
| | Palantir Administrative Reserve ICS account | 12,878,630.20 | | $ 12,878,630.20 |
| | MongoDB Administrative Reserve account | 249,925.00 | | $      249,925.00 |
| Line 14b | *Investments* | | | |
| Line 14c | *Other Assets or Uncleared Funds* | | | |
| | **Total Ending Balance of Fund - Not Assets** | | | $ 24,053,179.58 |

**OTHER SUPPLEMENTAL INFORMATION:**

| | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| | *Report of Items NOT To Be Paid by the Fund:* | | | |
| **Line 15** | **Disbursements for Plan Administration Expenses Not Paid by the Fund:** | | | N/A |
| Line 15a | *Plan Development Expenses Not Paid by the Fund:* | | | |
| | 1.  Fees | | | |
| | Fund Administrator............................................................ | | | |
| | IDC.................................................................................. | | | |
| | Distribution Agent............................................................. | | | |
| | Consultants....................................................................... | | | |

<b>STANDARDIZED FUND ACCOUNTING REPORT for SRA Management LLC, et al. - Cash Basis</b><br>
Receivership; Civil Court Docket No. 3:16-cv-01386-EMC<br>
<b>Reporting Period 4/1/2021 to 6/30/2021</b>

| | | | | |
|---|---|---|---|---|
| | Legal Advisors………………………………………………… | | | |
| | Tax Advisors………………………………………………….. | | | |
| | 2. Administrative Expenses | | | |
| | 3. Miscellaneous | | | |
| | *Total Plan Development Expenses Not Paid by the Fund* | | | |
| *Line 15b* | *Plan Implementation Expenses Not Paid by the Fund:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator……………………………………… | | | |
| | IDC……………………………………………………… | | | |
| | Distribution Agent……………………………………… | | | |
| | Consultants……………………………………………… | | | |
| | Legal Advisors………………………………………… | | | |
| | Tax Advisors…………………………………………… | | | |
| | 2. Administrative Expenses | | | |
| | 3. Investor Identification: | | | |
| | Notice/Publishing Approved Plan……………………………… | | | |
| | Claimant Identification………………………………………… | | | |
| | Claims Processing……………………………………………… | | | |
| | Web Site Maintenance/Call Center…………………………… | | | |
| | 4. Fund Administrator Bond | | | |
| | 5. Miscellaneous | | | |
| | 6. FAIR Reporting Expenses | | | |
| | *Total Plan Implementation Expenses Not Paid by the Fund* | | | |
| *Line 15c* | *Tax Administrator Fees & Bonds Not Paid by the Fund* | | | |
| | **Total Disbursements for Plan Administration Expenses Not Paid by the Fund** | | | |
| **Line 16** | **Disbursements to Court/Other Not Paid by the Fund:** | | | N/A |
| *Line 16a* | *Investment Expenses/CRIS Fees* | | | |
| *Line 16b* | *Federal Tax Payments* | | | |
| | **Total Disbursements to Court/Other Not Paid by the Fund:** | | | |
| **Line 17** | **DC & State Tax Payments** | | | |
| **Line 18** | **No. of Claims:** | | | |
| *Line 18a* | *# of Claims Received This Reporting Period*…………………………………………………… | | | |
| *Line 18b* | *# of Claimants Since Inception of Fund*………………………………………………… | | | |
| **Line 19** | **No. of Claimants/Investors:** | | | |
| *Line 19a* | *# of Claimants/Investors Paid This Reporting Period*………………………………… | | | |
| *Line 19b* | *# of Claimants/Investors Paid Since Inception of Fund*……………………………… | | | |

Receiver:

By: */s/ Kathy Bazoian Phelps*

(signature)

_____

Kathy Bazoian Phelps

_____

Receiver

Date: 07.___.21

EXHIBIT 3A

| 6/15/2021 4:17:23 PM | Diamond McCarthy LLP | | Page 1 |
|---|---|---|---|
| | Draft for Work-In-Process Through 4/30/2021 | | |
| | **Matter ID: 2598-00011** | | Draft Seq #        1 |

Billing Attorney: 48 - Phelps, Kathy B.

Kathy Bazoian Phelps, Receiver
Diamond McCarthy LLP
1999 Avenue of the Stars, 11th Floor
Los Angeles, CA  90067

Bill Format:        9010
Billing Cycle:    M

**Re: SEC v. Saddle River Advisors, LLC**

| Alternate Billing Rules | |
|---|---|
| Imaging: | Print images based on rules |

### Billing & Payment Recap

| | | | |
|---|---|---|---|
| Total Billed Fees: | 110,805.30 | Combined Adv. Deposit Bal.: | 0.00 |
| Total Billed Costs: | 3,930.99 | Fee Adv. Deposit Bal.: | 0.00 |
| Total Billed Interest: | 0.00 | Cost Adv. Deposit Bal.: | 0.00 |
| Total Billed Retainer: | 0.00 | Trust Funds 1: | 0.00 |
| Total Collected: | 79,526.95 | Trust Funds 2: | 0.00 |
| Last Bill: | 04/08/21    6,715.00 | Trust Funds 3: | 0.00 |
| Last Payment: | 11/20/20    7,514.00 | Trust Funds 4: | 0.00 |
| Last Write-Off: | | | |

### WIP & A/R Aging

| | | | | | | Aging | | | |
|---|---|---|---|---|---|---|---|---|---|
| As of 4/30/2021 | Total | Fees | Cost | Interest | Retainer | 0-30 | 31-60 | 61-90 | 91+ |
| WIP | 2,932.50 | 2,932.50 | 0.00 | 0.00 | 0.00 | 2,932.50 | 0.00 | 0.00 | 0.00 |
| A/R | 35,209.34 | 35,209.34 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,715.00 | 28,494.34 |
| **Totals** | **38,141.84** | **38,141.84** | **0.00** | **0.00** | **0.00** | **2,932.50** | **0.00** | **6,715.00** | **28,494.34** |

### Fee Recap - Actual Hourly Rate

| | | | | | On Hold | | | To Bill | |
|---|---|---|---|---|---|---|---|---|---|
| Timekeeper | Hours | Rate | Amount | Hours | Rate | Amount | Hours | Rate | Amount |
| KBP | 6.90 | 425.00 | 2,932.50 | | | | 6.90 | 425.00 | 2,932.50 |
| **Total WIP Fees** | **6.90** | | **2,932.50** | | | | **6.90** | | **2,932.50** |
| **Total WIP** | | | **2,932.50** | | **0.00** | | | | **2,932.50** |

### Billing Instructions

| | | | |
|---|---|---|---|
| Bill Fees: ____ | Write off Fees: ____ | Bill Costs: ____ | Write off Costs: ____ |
| Do Not Bill: ____ | Apply Advance Deposit: All ____ or Other Amount _____ | | Send Statement Only: ____ |

### Fee Detail

| Fee ID | Date | Atty | Description | Task:Act Hold | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 772705 | 04/01/21 | KBP | Set up EFTPS account for IRS estimated taxes | | 0.40 | 425.00 | 170.00 |
| 772717 | 04/01/21 | KBP | review and download Wells Fargo brokerage and checking statements | | 0.40 | 425.00 | 170.00 |
| 772722 | 04/02/21 | KBP | Download and review Wells Fargo statement | | 0.30 | 425.00 | 127.50 |
| 772726 | 04/05/21 | KBP | Review and respond to email re Cilano | | 0.10 | 425.00 | 42.50 |

6/15/2021 4:17:23 PM                          Diamond McCarthy LLP                                    Page 2
                                    Draft for Work-In-Process Through 4/30/2021

**Matter ID: 2598-00011**                                                    Draft Seq #        1

| Fee ID | Date | Atty | Description | Task:Act | Hold | Hours | Rate | Amount |
|--------|------|------|-------------|----------|------|-------|------|--------|
| | | | claim | | | | | |
| 772734 | 04/06/21 | KBP | Review and respond to email from D. Risley re audit confirmation for investor | | | 0.20 | 425.00 | 85.00 |
| 772735 | 04/06/21 | KBP | Communicate with accountant re estimated taxes | | | 0.20 | 425.00 | 85.00 |
| 772741 | 04/07/21 | KBP | Review revised tax return, communicate with accountants | | | 0.40 | 425.00 | 170.00 |
| 772744 | 04/07/21 | KBP | Review emails re tax analysis for estimated taxes, email from accountants | | | 0.30 | 425.00 | 127.50 |
| 772748 | 04/07/21 | KBP | Review draft tax return for 2020 | | | 0.40 | 425.00 | 170.00 |
| 772749 | 04/07/21 | KBP | Review and respond to emails re estate bank statements, records for returns | | | 0.20 | 425.00 | 85.00 |
| 772759 | 04/08/21 | KBP | Review and respond to email from accountants re filing tax return, change of address | | | 0.20 | 425.00 | 85.00 |
| 772765 | 04/08/21 | KBP | Draft Status report for first quarter, review and verify cash disbursement schedule | | | 1.20 | 425.00 | 510.00 |
| 772766 | 04/08/21 | KBP | Communication with counsel re status of cash disbursements, accounting | | | 0.30 | 425.00 | 127.50 |
| 772781 | 04/10/21 | KBP | Finalize status report and communicate with SEC re report | | | 0.20 | 425.00 | 85.00 |
| 772792 | 04/12/21 | KBP | Review Status Report for first quarter | | | 0.30 | 425.00 | 127.50 |
| 772793 | 04/13/21 | KBP | Review and execute federal and state tax returns 2020 | | | 0.70 | 425.00 | 297.50 |
| 772818 | 04/15/21 | KBP | Tel conf with P. Schrage re status report, fee application, disposition of stock | | | 0.30 | 425.00 | 127.50 |
| 772834 | 04/16/21 | KBP | Download and review Wells Fargo brokerage account information | | | 0.30 | 425.00 | 127.50 |
| 772835 | 04/16/21 | KBP | Communications with Wells Fargo re set up for receipt of Anne BIvona funds | | | 0.20 | 425.00 | 85.00 |
| 772836 | 04/16/21 | KBP | Review and respond to email from SEC re transfer of funds to Anne BIvona account | | | 0.10 | 425.00 | 42.50 |
| 772850 | 04/20/21 | KBP | Call with SEC and finalized status report for filing | | | 0.20 | 425.00 | 85.00 |

|  | | | | **Total Fees** | | **6.90** | | **2,932.50** |

| 6/15/2021 4:18:57 PM | Diamond McCarthy LLP | Page 1 |
|---|---|---|

Draft for Work-In-Process Through 4/30/2021

| **Matter ID: 2598-00016** | **Draft Seq #** | **1** |
|---|---|---|

Billing Attorney: 48 - Phelps, Kathy B.   Bill Format:  9010

Kathy Bazoian Phelps, Receiver   Billing Cycle: M
Diamond McCarthy LLP
1999 Avenue of the Stars, 11th Floor
Los Angeles, CA  90067

**Re: Plan Implementation**

| Alternate Billing Rules | |
|---|---|
| Imaging: | Print images based on rules |

### Billing & Payment Recap

| | | | |
|---|---|---|---|
| Total Billed Fees: | 251,825.90 | Combined Adv. Deposit Bal.: | 0.00 |
| Total Billed Costs: | 0.00 | Fee Adv. Deposit Bal.: | 0.00 |
| Total Billed Interest: | 0.00 | Cost Adv. Deposit Bal.: | 0.00 |
| Total Billed Retainer: | 0.00 | Trust Funds 1: | 0.00 |
| Total Collected: | 151,068.47 | Trust Funds 2: | 0.00 |
| Last Bill: | 04/08/21 | 40,757.50 | Trust Funds 3: | 0.00 |
| Last Payment: | 11/20/20 | 45,628.00 | Trust Funds 4: | 0.00 |
| Last Write-Off: | | | |

### WIP & A/R Aging

| As of 4/30/2021 | Total | Fees | Cost | Interest | Retainer | 0-30 | 31-60 | 61-90 | 91+ |
|---|---|---|---|---|---|---|---|---|---|
| WIP | 1,487.50 | 1,487.50 | 0.00 | 0.00 | 0.00 | 1,487.50 | 0.00 | 0.00 | 0.00 |
| A/R | 100,757.43 | 100,757.43 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 40,757.50 | 59,999.93 |
| **Totals** | **102,244.9** | **102,244.9** | **0.00** | **0.00** | **0.00** | **1,487.50** | **0.00** | **40,757.50** | **59,999.93** |

### Fee Recap - Actual Hourly Rate

| | | On Hold | | | To Bill | | |
|---|---|---|---|---|---|---|---|
| Timekeeper | Hours | Rate | Amount | Hours | Rate | Amount | Hours | Rate | Amount |
| KBP | 3.50 | 425.00 | 1,487.50 | | | | 3.50 | 425.00 | 1,487.50 |
| **Total WIP Fees** | **3.50** | | **1,487.50** | | | | **3.50** | | **1,487.50** |
| **Total WIP** | | | **1,487.50** | | | **0.00** | | | **1,487.50** |

### Billing Instructions

Bill Fees: ____ Write off Fees: ____  Bill Costs: ____  Write off Costs: ____

Do Not Bill: ____ Apply Advance Deposit: All ____ or Other Amount _____  Send Statement Only: ____

### Fee Detail

| Fee ID | Date | Atty | Description | Task:Act Hold | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 772707 | 04/01/21 | KBP | Review correspondence from ZocDo re no buy back program | | 0.10 | 425.00 | 42.50 |
| 772708 | 04/01/21 | KBP | Prepare memo re calculation of estimated tax payments to be paid for first quarter | | 0.20 | 425.00 | 85.00 |
| 772711 | 04/01/21 | KBP | Review emails re remaining few Palantir distributions | | 0.20 | 425.00 | 85.00 |
| 772729 | 04/06/21 | KBP | Review and respond to email from investor | | 0.20 | 425.00 | 85.00 |

6/15/2021 4:18:57 PM                     Diamond McCarthy LLP                          Page 2
                              Draft for Work-In-Process Through 4/30/2021
                              **Matter ID: 2598-00016**                    Draft Seq #          1

| Fee ID | Date | Atty | Description | Task:Act | Hold | Hours | Rate | Amount |
|--------|------|------|-------------|----------|------|-------|------|--------|
| | | | re plan, Palantir distribution | | | | | |
| 772740 | 04/07/21 | KBP | Tel conf with D. Castleman re worksheet for accountants re estimated taxes from Palantir distribution, review email re summary of distribution | | | 0.30 | 425.00 | 127.50 |
| 772756 | 04/08/21 | KBP | Review and monitor emails re remaining Palantir distributions | | | 0.30 | 425.00 | 127.50 |
| 772762 | 04/08/21 | KBP | Draft memo re evaluation of Cilano's asserted claim based on information re investors | | | 0.30 | 425.00 | 127.50 |
| 772770 | 04/09/21 | KBP | Tel conf with C. Pope re Addepar, other pre-IPO shares | | | 0.30 | 425.00 | 127.50 |
| 772772 | 04/09/21 | KBP | Review information on Addepar, valuation and current status | | | 0.20 | 425.00 | 85.00 |
| 772775 | 04/09/21 | KBP | Review investor emails re Addepar, communicate with counsel | | | 0.20 | 425.00 | 85.00 |
| 772777 | 04/09/21 | KBP | Review and respond to emails re Addepar, possible liquidation and IPO | | | 0.20 | 425.00 | 85.00 |
| 772806 | 04/15/21 | KBP | Review email inquiries re plan, response | | | 0.20 | 425.00 | 85.00 |
| 772813 | 04/15/21 | KBP | Review and respond to email from A. Israeli re payment to unsecured creditors, Plan Fund | | | 0.20 | 425.00 | 85.00 |
| 772844 | 04/19/21 | KBP | Review emails re remaining Palantir distribution | | | 0.30 | 425.00 | 127.50 |
| 772845 | 04/19/21 | KBP | Review analysis of tax amount from Palantir distribution | | | 0.10 | 425.00 | 42.50 |
| 772846 | 04/19/21 | KBP | Review emails from SEC and Wells Fargo re transfer of funds to Anne Bivona account | | | 0.10 | 425.00 | 42.50 |
| 772883 | 04/22/21 | KBP | Review emails re Palantir transfers | | | 0.10 | 425.00 | 42.50 |
| | | | | **Total Fees** | | **3.50** | | **1,487.50** |

| 6/15/2021 4:18:19 PM | Diamond McCarthy LLP | Page 1 |
|---|---|---|

Draft for Work-In-Process Through 4/30/2021

| **Matter ID: 2598-00012** | | Draft Seq # | 1 |
|---|---|---|---|

| Billing Attorney: 48 - Phelps, Kathy B. | Bill Format: | 9010 |
|---|---|---|
| | Billing Cycle: | M |

Kathy Bazoian Phelps, Receiver
Diamond McCarthy LLP
1999 Avenue of the Stars, 11th Floor
Los Angeles, CA  90067

**Re: Receiver Administrative Services**

| **Billing Comments** | **Internal Comments** |
|---|---|
| | All timekeepers at $130 for Mtr 12 only |

### Alternate Billing Rules

| Imaging: | Print images based on rules |
|---|---|

### Billing & Payment Recap

| Total Billed Fees: | 34,435.50 | Combined Adv. Deposit Bal.: | 0.00 |
|---|---|---|---|
| Total Billed Costs: | 0.00 | Fee Adv. Deposit Bal.: | 0.00 |
| Total Billed Interest: | 0.00 | Cost Adv. Deposit Bal.: | 0.00 |
| Total Billed Retainer: | 0.00 | Trust Funds 1: | 0.00 |
| Total Collected: | 22,176.80 | Trust Funds 2: | 0.00 |
| Last Bill: | 04/08/21 5,499.00 | Trust Funds 3: | 0.00 |
| Last Payment: | 11/20/20 6,125.60 | Trust Funds 4: | 0.00 |
| Last Write-Off: | | | |

### WIP & A/R Aging

| | | | | | | — Aging — | | | |
|---|---|---|---|---|---|---|---|---|---|
| As of 4/30/2021 | Total | Fees | Cost | Interest | Retainer | 0-30 | 31-60 | 61-90 | 91+ |
| WIP | 130.00 | 130.00 | 0.00 | 0.00 | 0.00 | 130.00 | 0.00 | 0.00 | 0.00 |
| A/R | 12,258.70 | 12,258.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,499.00 | 6,759.70 |
| **Totals** | **12,388.70** | **12,388.70** | **0.00** | **0.00** | **0.00** | **130.00** | **0.00** | **5,499.00** | **6,759.70** |

### Fee Recap - Actual Hourly Rate

| | | | | — On Hold — | | | — To Bill — | | |
|---|---|---|---|---|---|---|---|---|---|
| Timekeeper | Hours | Rate | Amount | Hours | Rate | Amount | Hours | Rate | Amount |
| KBP | 0.20 | 130.00 | 26.00 | | | | 0.20 | 130.00 | 26.00 |
| HDN | 0.80 | 130.00 | 104.00 | | | | 0.80 | 130.00 | 104.00 |
| **Total WIP Fees** | **1.00** | | **130.00** | | | | **1.00** | | **130.00** |
| **Total WIP** | | | **130.00** | | | **0.00** | | | **130.00** |

### Billing Instructions

| Bill Fees: ____ | Write off Fees: ____ | Bill Costs: ____ | Write off Costs: ____ |
|---|---|---|---|
| Do Not Bill: ____ | Apply Advance Deposit: All ____ or Other Amount _____ | | Send Statement Only: ____ |

### Fee Detail

| Fee ID | Date | Atty | Description | Task:Act | Hold | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 772855 | 04/20/21 | KBP | Manage website content, post new filings | | | 0.20 | 130.00 | 26.00 |
| 773456 | 04/20/21 | HDN | Review KBP request to upload 6 documents to the SRA filings page; add 1 | | | 0.80 | 130.00 | 104.00 |

6/15/2021 4:18:19 PM                           Diamond McCarthy LLP                                  Page 2
                                    Draft for Work-In-Process Through 4/30/2021
                                     **Matter ID: 2598-00012**                         Draft Seq #        1

| Fee ID | Date | Atty | Description | Task:Act | Hold Hours | Rate | Amount |
|--------|------|------|-------------|----------|------------|------|--------|
| | | | status report under the Status Report section; download and save all documents to database; upload to webpage and create links. Check live site for functionality and errors; correspondence to KBP regarding updates. | | | | |

|  |  |  |  | **Total Fees** | **1.00** | | **130.00** |

EXHIBIT 3B



**RAINES**FELDMAN

1800 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

Federal Tax ID: 20-4515337

**Invoice Date: 7/14/2021**
**Invoice Number: 0**

Kathy Bazoian Phelps - SRA Management Assoc LLC
1800 Avenue of the Stars
12th Floor
Los Angeles, CA 90067

**4665-002 / SRA Management Receiver (Receiver file)**

| Professional Services | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 4/26/2021 | B110 | KBP | Review and respond to email from Sherwood regarding holdbacks. | 0.1 | 465 | 46.5 |
| 4/26/2021 | B110 | KBP | Review and execute forms for East West Bank. | 0.2 | 465 | 93 |
| 4/26/2021 | B110 | KBP | Review email from P. Schrage regarding employment app. | 0.4 | 465 | 186 |
| 4/27/2021 | B110 | KBP | Review and forward motion to A. Israeli for approval. | 0.2 | 465 | 93 |
| 4/29/2021 | B110 | BC | E-file Supplemental Declaration of K. Phelps in support of Motion to Employ Raines Feldman. | 0.1 | 160 | 16 |
| 5/2/2021 | B110 | KBP | Download, review and save Wells Fargo statements for April. | 0.4 | 465 | 186 |
| 5/3/2021 | B110 | KBP | Review updates to receiver website, notices to investors. | 0.2 | 465 | 93 |
| 5/9/2021 | B110 | KBP | Download, review April bank statements . | 0.4 | 465 | 186 |
| 5/13/2021 | B110 | KBP | Emails regarding access to bank statements for East West Bank. | 0.2 | 465 | 93 |
| 5/27/2021 | B110 | KBP | Download and review amended 1099, draft memo to accountants. | 0.3 | 465 | 139.5 |
| 5/27/2021 | B110 | KBP | Review emails from accountant and Wells Fargo regarding amended 1099, cost basis. | 0.2 | 465 | 93 |
| 6/1/2021 | B110 | KBP | Communications with accountants re payments of estimated taxes. | 0.2 | 465 | 93 |
| 6/2/2021 | B110 | KBP | Download and review May bank statements. | 0.5 | 465 | 232.5 |
| 6/2/2021 | B110 | KBP | Review memo regarding payment of estimated taxes. | 0.1 | 465 | 46.5 |
| 6/2/2021 | B110 | KBP | Review analysis of tax payments to be made. | 0.5 | 465 | 232.5 |
| 6/2/2021 | B110 | KBP | Review memo regarding call with Wells Fargo regarding cost basis , meeting with counsel. | 0.3 | 465 | 139.5 |
| 6/3/2021 | B110 | KBP | Review and respond to email from J. Corbin regarding bank statements, information requested by accountants. | 0.2 | 465 | 93 |

| Date | Code | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 6/3/2021 | B110 | KBP | Review and respond to counsel request for information regarding Fortuna. | 0.3 | 465 | 139.5 |
| 6/3/2021 | B110 | KBP | Review email from J. Damasco regarding payment of estimated taxes. | 0.1 | 465 | 46.5 |
| 6/4/2021 | B110 | KBP | Review investor email regarding cost basis question. | 0.1 | 465 | 46.5 |
| 6/8/2021 | B110 | KBP | Review emails regarding Palantir distribution to prepare for estimated payments. | 0.2 | 465 | 93 |
| 6/10/2021 | B110 | KBP | Review emails with counsel and accountants regarding estimated tax payments. | 0.3 | 465 | 139.5 |
| 6/11/2021 | B110 | KBP | Review multiple emails with counsel and accountants re estimated tax payments. | 0.5 | 465 | 232.5 |
| 6/11/2021 | B110 | KBP | Draft emails to J. Damasco and J. Peevy regarding payment of taxes. | 0.2 | 465 | 93 |
| 6/11/2021 | B110 | KBP | Call with accountants, online payment for IRS, trip to East West Bank for FTB payment of 2021 estimated taxes. | 2.4 | 465 | 1,116.00 |
| 6/13/2021 | B110 | KBP | Review and respond to J. Peevey regarding Tax Holding account payments. | 0.1 | 465 | 46.5 |
| 6/14/2021 | B110 | KBP | Delivery ofFTB check regarding estimated taxes. | 0.8 | 465 | 372 |
| 6/18/2021 | B110 | KBP | Work with East West Bank regarding access to ICS statements . | 0.8 | 465 | 372 |
| 6/18/2021 | B110 | KBP | Tel confwith East West bank regarding ICS account, confirmation of payment to IRS | 0.5 | 465 | 232.5 |
| 6/21/2021 | B110 | KBP | Review and respond to email inquiry regarding QSF tax return consequences. | 0.2 | 465 | 93 |
| 6/22/2021 | B110 | KBP | Review email from accountant regarding QSF, tax basis. | 0.1 | 465 | 46.5 |
| 6/24/2021 | B110 | KBP | Review communications regarding tax election issue, draft response. | 0.3 | 465 | 139.5 |
| 6/24/2021 | B110 | KBP | Multiple emails regarding QSF tax election, response to investor. | 0.3 | 465 | 139.5 |
| 6/24/2021 | B110 | KBP | Tel confwith accountants regarding QSF, and tax questions by investor re grantor trust election , other tax issues. | 0.8 | 465 | 372 |
| 6/24/2021 | B110 | KBP | Review and respond to proposed language to investor on QSF issue. | 0.2 | 465 | 93 |
| 6/28/2021 | B110 | KBP | Review and respond to email from investor regarding tax question, particulars of investment. | 0.3 | 465 | 139.5 |
| | | | | **B110** | | **6014.5** |
| 4/23/2021 | B160 | KBP | Prepare motion to employ firm. | 1 | 465 | 465 |
| 4/24/2021 | B160 | BC | Revise Motion to Employ Raines Feldman and supporting pleadings and exhibits. | 0.8 | 160 | 128 |
| 4/26/2021 | B160 | BC | Revise and finalize Motion to Employ Raines Feldman and supporting pleadings and exhibits. | 0.6 | 160 | 96 |
| 4/27/2021 | B160 | BC | Finalize Motion to Employ Raines Feldman. | 0.2 | 160 | 32 |

| Date | | | Description | B160 | | 721 |
|------|---|---|-------------|------|-----|-----|
| 4/26/2021 | B320 | KBP | Review and monitor emails with investors re inquiry regarding distributions . | 0.2 | 465 | 93 |
| 4/28/2021 | B320 | KBP | Review and respond to investor inquiries. | 0.2 | 465 | 93 |
| 4/28/2021 | B320 | KBP | Review correspondence from interested party, meeting with counsel regarding response regarding outstanding claims . | 0.2 | 465 | 93 |
| 4/28/2021 | B320 | KBP | Review and respond to investor inquiry regarding tax consequences. | 0.2 | 465 | 93 |
| 4/28/2021 | B320 | KBP | Review and respond to investor inquiry regarding IRA, tax consequences. | 0.2 | 465 | 93 |
| 4/29/2021 | B320 | KBP | Review communications with investor regarding Bloom shares. | 0.1 | 465 | 46.5 |
| 4/29/2021 | B320 | KBP | Review investor email. | 0.2 | 465 | 93 |
| 4/29/2021 | B320 | KBP | Review and respond to J. Syron regarding distribution, dispute with counsel . | 0.1 | 465 | 46.5 |
| 5/3/2021 | B320 | KBP | Review and forward email regarding Palantir investor. | 0.1 | 465 | 46.5 |
| 5/4/2021 | B320 | KBP | Review and respond to emails from investors regarding distributions. | 0.3 | 465 | 139.5 |
| 5/6/2021 | B320 | KBP | Review and respond to email from M. Labouisse regarding Airbnb shares. | 0.2 | 465 | 93 |
| 5/6/2021 | B320 | KBP | Review email from investor, research files, send requested documentation regarding Palantir investment. | 0.3 | 465 | 139.5 |
| 5/11/2021 | B320 | KBP | Telephone conference re transfer of Airbnb shares, transfer from Fidelity. | 0.3 | 465 | 139.5 |
| 5/11/2021 | B320 | KBP | Review communications with financial institutions regarding transfer of shares . | 0.2 | 465 | 93 |
| 5/14/2021 | B320 | KBP | Review communications regarding Palantir distribution. | 0.1 | 465 | 46.5 |
| 5/14/2021 | B320 | KBP | Review and respond to email from Monroe L. Regarding transfer of Airbnb shares, communication with counsel regarding number of shares. | 0.5 | 465 | 232.5 |
| 5/19/2021 | B320 | KBP | Review and respond to email re transfer of Airbnb shares. | 0.2 | 465 | 93 |
| 5/19/2021 | B320 | KBP | Communications with forward contract party regarding transfer of Airbnb. | 0.2 | 465 | 93 |
| 5/19/2021 | B320 | KBP | Draft memo regarding motion to distribute Airbnb. | 0.2 | 465 | 93 |
| 5/20/2021 | B320 | KBP | Review and monitor communications regarding Airbnb distributions. | 0.3 | 465 | 139.5 |
| 5/21/2021 | B320 | KBP | Review draft motion regarding Airbnb shares, prepare comments. | 0.9 | 465 | 418.5 |
| 5/23/2021 | B320 | KBP | Review and comment on motion to sell and distribute Airbnb shares. | 1.2 | 465 | 558 |

| 5/23/2021 | B320 | KBP | Draft email to accountants regarding tax issues regarding Airbnb. | 0.2 | 465 | 93 |
| 5/24/2021 | B320 | KBP | Draft memo to counsel regarding estimated tax payment calculation. | 0.1 | 465 | 46.5 |
| 5/24/2021 | B320 | KBP | Review memo from counsel regarding Airbnb motion, tax calculation. | 0.1 | 465 | 46.5 |
| 5/24/2021 | B320 | KBP | Review and send emails regarding arrival of Airbnb shares, restrictions. | 0.2 | 465 | 93 |
| 5/25/2021 | B320 | KBP | Review email from Wells Fargo regarding sale of Airbnb shares. | 0.1 | 465 | 46.5 |
| 5/25/2021 | B320 | KBP | Communications with IAC and others regarding motion to sell Airbnb shares. | 0.2 | 465 | 93 |
| 5/25/2021 | B320 | KBP | Review email regarding instructions regarding distribution forms for Airbnb. | 0.2 | 465 | 93 |
| 5/25/2021 | B320 | KBP | Review responses from A. Israeli and IAC regarding Airbnb motion. | 0.1 | 465 | 46.5 |
| 5/27/2021 | B320 | KBP | Communication with SEC and counsel regarding Airbnb motion. | 0.2 | 465 | 93 |
| 5/27/2021 | B320 | KBP | Review and approve motion regarding Airbnb, review emails to investors regarding distribution. | 0.4 | 465 | 186 |
| 5/28/2021 | B320 | KBP | Review and respond to email regarding tax basis question regarding Palantir. | 0.2 | 465 | 93 |
| 5/28/2021 | B320 | KBP | Review communications with investors regarding Airbnb, cost basis question . | 0.2 | 465 | 93 |
| 6/1/2021 | B320 | KBP | Review Bloom investor email regarding transfer of shares. | 0.1 | 465 | 46.5 |
| 6/7/2021 | B320 | KBP | Call with counsel, Wells Fargo, review and execute forms for Airbnb distribution. | 1 | 465 | 465 |
| 6/7/2021 | B320 | KBP | Review email regarding Airbnb stock sale. | 0.1 | 465 | 46.5 |
| 6/7/2021 | B320 | KBP | Telephone conference with D. Castleman, re-sign letters regarding distribution of Airbnb | 0.4 | 465 | 186 |
| 6/7/2021 | B320 | KBP | Review email from Wells Fargo regarding distribution of Airbnb shares. | 0.1 | 465 | 46.5 |
| 6/8/2021 | B320 | KBP | Review emails regarding distributions of Airbnb. | 0.2 | 465 | 93 |
| 6/16/2021 | B320 | KBP | Review information from C. Pope regarding Addepar status. | 0.2 | 465 | 93 |
| 6/16/2021 | B320 | KBP | Review and respond to email from C. Klein regarding status of case, pre-IPO shares. | 0.2 | 465 | 93 |
| 6/16/2021 | B320 | KBP | Communications regarding pre- IPO shares, amounts. | 0.3 | 465 | 139.5 |
| 6/22/2021 | B320 | KBP | Telephone confwith D. Castleman regarding pre-IPO shares and stock reserves . | 0.2 | 465 | 93 |
| 6/22/2021 | B320 | KBP | Telephone conference with C. Klein regarding sale ofpre-IPO shares. | 0.5 | 465 | 232.5 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 6/24/2021 | B320 | KBP | Telephone conference with D. Castleman regarding motion regarding administrative stock reserve, tax issues . | 0.4 | 465 | 186 |
| 6/26/2021 | B320 | KBP | Research regarding sale of pre-IPO shares, set up account at EquityZen. | 1.9 | 465 | 883.5 |
| 6/29/2021 | B320 | KBP | Prepare analysis ofpre-IPO shares, confirm amounts and documentation. | 1 | 465 | 465 |
| 6/29/2021 | B320 | KBP | Evaluate plan regarding stock and cash reserves, review distributions, research regarding tax procedure . | 1.3 | 465 | 604.5 |
| 6/30/2021 | B320 | KBP | Review and comment on motion re administrative stock reserves. | 1.2 | 465 | 558 |
| | | | | **B320** | | **8230.5** |
| 4/28/2021 | E124 | KBP | Review and revise webpages for website. | 0.3 | 160 | 48 |
| 4/29/2021 | E124 | KBP | Website Management. | 0.2 | 160 | 32 |
| | | | | **E124** | | **80** |

|  |  | Sub-total Fees: | $15,046.00 |

### Rate Summary

| Kathy B. Phelps | 31.60 hours at $465.00/hr | $14,694.00 |
| Bambi Clark | 1.70 hours at $160.00/hr | $272.00 |
| Kathy B. Phelps | 0.50 hours at $160.00/hr | $80.00 |
| Total hours: | 33.80 | $15,046.00 |

| Expenses | Amount |
|---|---|
| 05/15/2021 First Legal Network LLC: **PDF** courtesy delivery on 4/28/2021 - USDC San Francisco (Order# 4658121); Inv. # 10399981 | 26.25 |
| 05/15/2021 First Legal Network LLC: **PDF** courtesy delivery on 4/28/2021 - USDC San Francisco (Order# 4658092); Inv. # 10399981 | 29.25 |

|  | Sub-total Expenses: | $55.50 |

| Total Current Billing: | $15,101.50 |
| **Total Now Due:** | **$15,101.50** |