**RAINES FELDMAN LLP**
David Castleman (State Bar No. 326812)
    dcastleman@raineslaw.com
1800 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 440-4100
Facsimile: (310) 691-1367

*Counsel to Receiver Kathy Bazoian Phelps*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>          Plaintiffs,<br><br>     v.<br><br>JOHN V. BIVONA; SADDLE RIVER ADVISORS, LLC; SRA MANAGEMENT ASSOCIATES, LLC; FRANK GREGORY MAZZOLA,<br><br>          Defendants, and<br><br>SRA I LLC; SRA II LLC; SRA III LLC; FELIX INVESTMENTS, LLC; MICHELE J. MAZZOLA; ANNE BIVONA; CLEAR SAILING GROUP IV LLC; CLEAR SAILING GROUP V LLC,<br><br>          Relief Defendants. | Case No.:   3:16-cv-01386-EMC<br><br>**ELEVENTH INTERIM ADMINISTRATIVE MOTION FOR AN ORDER PURSUANT TO LOCAL RULE 7-11 FOR THE APPROVAL OF FEES AND EXPENSES FOR THE SUCCESOR RECEIVER, RAINES FELDMAN LLP, MILLER KAPLAN ARASE LLP, AND SCHINNER & SHAIN LLP FROM JULY 1, 2021 THROUGH SEPTEMBER 30, 2021**<br><br>Date:      No Hearing Set<br>Time:     No Hearing Set<br>Judge:    Edward M. Chen |

Kathy Bazoian Phelps, the successor receiver herein (the "Receiver") of SRA Management Associates, LLC, SRA I, LLC, SRA II, LLC, SRA III, LLC, SRA Management Associates, Clear Sailing Group IV, LLC, Clear Sailing Group V, LLC, Felix Multi-Opportunity Fund I, LLC, Felix Multi-Opportunity Fund II, LLC, Felix Management Associates, LLC, NYPA Fund I, LLC, NYPA Fund II, LLC, NYPA Management Associates, LLC and Solis Associates Fund LLC hereby files this Administrative Motion under Local Civil Rule 7-11 for Order approving fees and expenses for the Receiver, Raines Feldman LLP, Miller Kaplan Arase LLP, and Schinner & Shain LLP the period of July 1, 2021 through September 30, 2021 (the "Motion").[1]

## I. RELIEF REQUESTED

The Receiver seeks approval of compensation and reimbursement of expenses for herself and her professionals for the period of July 1, 2021 through September 30, 2021 ("Motion Period") in the following amounts:

Receiver: Fees $29,155.50.[2]

Raines Feldman LLP ("Raines Feldman"): Fees $37,894.65.

Miller Kaplan Arase LLP ("Miller Kaplan"): Fees $1,332.00.

Schinner & Shain LLP ("Schinner"): Fees $3,053.25.

This Motion is supported by the Declarations of the Receiver, David Castleman of Raines Feldman, and Julia Damasco of Miller Kaplan, and Fred Koenen of Schinner.

## II. PREVIOUS FEE MOTIONS AND HOLDBACKS

Fees and expenses have previously been granted as set forth in the Addendum to the

---

[1] The Notice of Motion, the Motion, and supporting documents will be served on all interested parties pursuant to Civil Local Rule 66-6 and will be posted the papers on the Receivership website at https://www.raineslaw.com/saddle-river-receiver/. The Receiver has conferred with counsel for the Securities and Exchange Commission and the Investor Advisory Committee, who each do not oppose the Motion, and with counsel for Progresso Ventures LLC who does not express any comment or opposition in response. A stipulation with all parties was deemed impractical given, among other things, the entry of judgment against the defendants and pending bankruptcy of defendant John Bivona. L.R. 7-11(1)(a).

[2] The Receiver has agreed to a holdback of 20% of this amount ($5,831.10) and therefore requests authority to pay $23,324.40.

Receiver's Declaration, filed concurrently herewith. As of September 30, 2021, there are outstanding fee holdbacks from the prior fee applications for $256,616.77 as follows: (i) Sherwood Partners, the former receiver, in the amount of $144,627.50; (ii) the Receiver in the amount of $108,980.07 when she was employed by Diamond McCarthy LLP; and (iii) the Receiver in the amount of $3,009.20 since her employment at Raines Feldman.

## III.  CASE STATUS

The Court approved the Receiver's Plan of Distribution ("Plan") on May 25, 2020 (Dkt. No. 613). Upon the Plan's approval, the Receiver began taking the steps necessary to implement the Plan, including preparing distribution schedules and communicating with investors regarding their account information. The Receiver worked with Miller Kaplan to address the proper manner of calculating the sale and distributions of the publicly traded securities. The Receiver filed a motion seeking Court authority to sell securities to fund the Plan Fund and the Tax Holding Account and to make interim distributions to investors holding allowed claims in eight different publicly traded securities. The motion was approved on July 20, 2020 (Dkt. No. 619), and the Receiver has completed the first interim distributions of publicly traded securities. The Receiver moved the Court in August 2021 to complete the distribution of securities to investors and to hold the necessary administrative reserves as cash, which was approved on August 22, 2021 (Doc. 665). The Receiver and her team completed that distribution in September 2021, and the estate has now either distributed or sold all of its publicly traded securities.

The Receiver also sought authority to sell the necessary Palantir shares upon notification of Palantir's direct listing, and the sales process was completed in early October 2020, resulting in net proceeds to the Estate of $9,854,109.90. In November 2020, the Receiver transferred the remaining $94,419.56 in the money market account into the checking account. The Receiver sought authority to make an interim distribution to Class 3 Claimants in the amount of $7,721,752.95, which was completed in January 2021.

The Receiver also sold or distributed the estate's remaining position in Palantir after

the lockup restrictions were lifted, resulting in net proceeds of $44,042,943.99 for the estate (largely to pay and reserve for taxes), and the distribution or equivalent of nearly 3,000,000 shares of Palantir to 240 claimants.  In June 2021, the Receiver also sold or distributed the estate's remaining position in Airbnb, selling 8,626 shares resulting in net proceeds of $1,275,805.29 for the estate and the distribution of the remaining 13,624 shares to claimants.

In 2021, the Receiver made estimated tax payments to the United States Treasury ($21,900,000 in June and $760,000 in September) and to the California Franchise Tax Board ($5,900,000 in June and $195,000 in September).  The Receiver also settled the lawsuit against Ben Sabrin for cash payments totaling $402,000.

Now that the distribution of publicly traded securities is complete, the Receiver and her team are currently evaluating the estate's options for disposition of the remaining four pre-IPO securities: Addepar, Evernote, Lookout, and ZocDoc.

## IV.    CASH ON HAND AND ACCRUED EXPENSES

As of September 30, 2021, the receivership estate has cash on hand as follows:

| Account | Amount |
|---|---|
| Wells Fargo Checking | $6,176.37 |
| Anne Bivona Funds | $502,470.94 |
| Plan Fund Account | $4,592,711.39 |
| Tax Holding Account | $5,578,982.16 |
| Palantir Administrative Reserve | $13,130,352.23 |
| MongoDB Administrative Reserve | $300,695.90 |
| Airbnb Administrative Reserve | $118,172.34 |
| **Total Cash on Hand** | **$24,229,561.33** |

There are known accrued expenses and unpaid expenses of $71,435.40 through September 30, 2021 for third quarter fees and expenses, and holdbacks of $256,616.77. Attached to the Declaration of the Receiver as Exhibit "1" is a financial summary showing the cash status of the estate as of September 30, 2021.  Funds in the amount of $38,377.69 representing second quarter 2021 fees and expenses were disbursed during this period. The Standardized Fund Accounting Report required by the SEC for the third quarter 2021 is attached to the Receiver's Declaration as Exhibit "2."

## V. THE RECEIVER'S FEE REQUEST

As detailed in the Declaration of the Receiver, pursuant to the Receiver's proposal for her appointment, and in recognition of the efficiencies and benefits to the estate, the Receiver has established separate billing categories for services provided.  For services provided with respect to legal issues, the Receiver has discounted her hourly rate of $675.00 to $465.00, thereby generating significant savings to the estate.  The Receiver has agreed to charge $160.00 per hour for herself and her assistants for administrative services. The billing statements itemizing the services provided and expenses incurred are contained in Exhibit "3" attached to the Declaration of the Receiver. The Receiver performed services for each category as follows:

| Category | Hours | Fees |
| --- | --- | --- |
| Case Administration (B110) | 20.00 | $9,300.00 |
| Asset Analysis and Recovery (B120) | 0.80 | $372.00 |
| Plan Implementation (B320) | 41.90 | $19,483.50 |
| **TOTAL** | **62.70** | **$29,155.50** |

During the Motion Period, the Receiver moved for an interim distribution for the remaining publicly traded securities, then implemented and completed that distribution. The Receiver also coordinated with the SEC and with her advisers and tax counsel in managing the estate and making all necessary tax payments, communicated with and provided information to claimants, and analyzed the disposition of the estate's pre-IPO securities.

## VI. RAINES FELDMAN'S FEE REQUEST

As detailed in the Declaration of David Castleman, Raines Feldman has established billing categories for tasks performed and has significantly discounted its billing rates with senior attorneys capping their hourly rate at $465.00.  Raines Feldman was appointed as counsel as of April 23, 2021 pursuant to Court order (Doc No. 651).  The billing statements itemizing the services provided and expenses incurred are attached as Exhibit "4" to the Castleman Declaration. Raines Feldman performed services for each category are as follows:

| Category | Hours | Fees |
|---|---|---|
| Case Administration (B110) | 19.00 | $8,759.25 |
| Asset Disposition (B130) | 21.90 | $9,977.40 |
| Plan Implementation (B320) | 41.20 | $19,158.00 |
| **TOTAL** | 82.10 | **$37,894.65** |

During the Motion Period, Raines Feldman assisted the Receiver in moving for an interim distribution for the remaining publicly traded securities, in implementing and completing that distribution, in responding to numerous questions from claimants, and in analyzing the disposition of the estate's pre-IPO securities.

### VII. MILLER KAPLAN'S FEE REQUEST

As detailed in the Declaration of Julia Damasco and the billing statements attached as Exhibit "5" to her Declaration, Miller Kaplan has incurred $1,332.00 in fees in connection with providing tax services to the Receiver. The services performed by Miller Kaplan were necessary in implementing the Plan and in assisting the Receiver to pay the correct quarterly estimated tax payments.

### VIII. SCHINNER & SHAIN'S FEE REQUEST

As detailed in the Declaration of Frederick Koenen and the billing statements attached as Exhibit "6" to his Declaration, Schinner has incurred $3,053.25 in fees in connection with providing securities law advice to the Receiver. The services performed by Schinner were necessary in implementing the Plan by providing the Receiver and her counsel with advice concerning the disposition of the estate's pre-IPO securities.

**WHEREFORE**, the Receiver seeks entry of an order granting this Motion in all respects.

Dated: November 2, 2021             RAINES FELDMAN LLP

                                    By:   /s/ David Castleman
                                          David Castleman

                                    *Counsel for Receiver Kathy Bazoian Phelps*