1

**RAINES FELDMAN LLP**
David Castleman (State Bar No. 326812)

2
    *dcastleman@raineslaw.com*
1800 Avenue of the Stars, 12th Floor

3
Los Angeles, California 90067
Telephone: (310) 440-4100

4
Facsimile: (310) 691-1367

5
*Counsel to Receiver Kathy Bazoian Phelps*

6

7

8
### UNITED STATES DISTRICT COURT

9
### NORTHERN DISTRICT OF CALIFORNIA

10
### SAN FRANCISCO DIVISION

11
SECURITIES AND EXCHANGE
COMMISSION,

12

Case No.:   3:16-cv-01386-EMC

13
                    Plaintiffs,

14
            v.

15
JOHN V. BIVONA; SADDLE RIVER
ADVISORS, LLC; SRA MANAGEMENT
ASSOCIATES, LLC; FRANK GREGORY

16
MAZZOLA,

17
                    Defendants, and

18
SRA I LLC; SRA II LLC; SRA III LLC;
FELIX INVESTMENTS, LLC; MICHELE J.

19
MAZZOLA; ANNE BIVONA; CLEAR
SAILING GROUP IV LLC; CLEAR SAILING

20
GROUP V LLC,

21
                    Relief Defendants.

**DECLARATION OF KATHY
BAZOIAN PHELPS IN SUPPORT OF
ELEVENTH INTERIM
ADMINISTRATIVE MOTION FOR
AN ORDER PURSUANT TO LOCAL
RULE 7-11 FOR THE APPROVAL
OF FEES AND EXPENSES FOR THE
SUCCESOR RECEIVER, RAINES
FELDMAN LLP, MILLER KAPLAN
ARASE LLP, AND SCHINNER &
SHAIN LLP FROM JULY 1, 2021
THROUGH SEPTEMBER 30, 2021**

Date:       No Hearing Set
Time:       No Hearing Set
Judge:      Edward M. Chen

22

23

24

25

26

27

28

I, Kathy Bazoian Phelps, declare:

1.      Pursuant to this Court's Revised Order Appointing Receiver, entered on February 28, 2019, I was appointed as the successor receiver ("Receiver") in this case.  I am also an attorney duly licensed to practice in the State of California and am partner at the firm of Raines Feldman LLP ("Raines Feldman").  I have personal knowledge of the matters set forth below and if called as a witness, I would and could testify competently to the matters stated herein.

2.      This declaration is made in support of the Eleventh Interim Administrative Motion for an Order Pursuant to Local Rule 7-11 for the Approval of Fees and Expenses for the Successor Receiver, Raines Feldman LLP, Miller Kaplan Arase LLP, and Schinner & Shain LLP from July 1, 2021 through September 30, 2021 ("Motion").

3.      Attached hereto as Exhibit "1" is a financial summary of the receivership estate for the third quarter 2021, as of September 30, 2021. The financial summary sets forth the cash on hand in the estate. The summary also includes the known accrued but unpaid administration expenses through September 30, 2021, and the net unencumbered cash of the estate after deducting the known incurred expenses, including the fees and costs subject to this Motion and including holdbacks.

4.      Attached hereto as Exhibit "2" is the Standardized Fund Accounting Report for the Motion Period, prepared on the form requested by the SEC to reflect the cash activity in the case during this period.

5.      Pursuant to my proposal for my appointment, and in recognition of the efficiencies and benefits to the estate in my role as Receiver that I can also address legal issues arising in the estate, I have divided my time between various billing categories.  For the period of July 1, 2021 through September 30, 2021 (the "Motion Period"), I performed services between the following three billing categories:

B110 – Case Administration

B120 – Asset Analysis and Recovery

B320 – Plan Implementation

6.      In the interests of the estate and pursuant to the Employment Order, I have discounted my hourly rate to $465.00 from my standard hourly rate is $675.00, thereby generating savings to the estate. Attached hereto as Exhibit "3" are true and correct copies of the billing statements itemizing the legal services provided and the costs incurred by me in this case during the Motion Period.

B110 - Case Administration

7.      As set forth in Exhibit 3, during the Motion Period, with respect to Category B110, I performed 20.00 hours of services for total fees of $9,300.00 in administering the estate.

8.      During the Motion Period, I have continued to take actions to manage the administration of the case, including issues dealing with financial reporting and banking. I review the statements for the multiple accounts in this case on a monthly basis and monitor the financial transactions throughout the month. I manage the funds of the receivership estate and handle banking and the accounts at Wells Fargo Bank and East West Bank.

9.      During the Motion Period, I prepared a status report through the second quarter of 2021 to apprise the Court of developments in the receivership and my activities in the case and also prepared the affiliated cash disbursement schedules and the Standard Fund Accounting Report for the SEC.

10.      During the Motion Period, I communicated with the SEC regarding the status of the receivership.

11.      During the Motion Period, I worked with my advisers and accountants to analyze the estimated tax payments required to be made by the estate.  As a result of those efforts, I caused the estate to make an estimated tax payment of $760,000 to the United States Treasury and an estimated tax payment of $195,000 to the California Franchise Tax Board.  I also worked with my advisers and accountants on other tax issues.

B120 – Asset Analysis and Recovery

12.      As set forth in Exhibit 3, during the Motion Period, with respect to Category B120, I performed 0.80 hours of services for total fees of $372.00 in the category of asset

1   analysis and recovery.

2        13.     During the Motion Period, I coordinated with counsel for Ben Sabrin on the

3   continued implementation of that settlement agreement and payments to the estate.

4   <u>B320 – Plan Implementation</u>

5        14.     As set forth in Exhibit 3, during the Motion Period, with respect to Category

6   B320, I performed 41.90 hours of services for total fees of $19,483.50.

7        15.     This category includes services provided to the estate in connection with the Plan

8   of Distribution ("Plan") approved by the Court on May 25, 2020 (Dkt. No. 613).

9        16.     Following approval of the Plan, I reviewed, analyzed, and worked with my

10  accountants in finalizing distribution schedules. I evaluated the tax implications of the Plan

11  and tax liabilities from the distributions and communicated with my accountants on these

12  matters.

13       17.     With the assistance of my counsel, on August 6, 2021, I filed a motion to

14  make a distribution to Class 4 claimants and to modify the Plan to hold the remaining

15  Administrative Reserves for all publicly traded securities in cash (Dkt. No. 663).  The Court

16  granted that motion on August 22, 2021 (Dkt. No. 665).  Over the course of the following few

17  weeks, I sold thousands of shares in seven different securities to fund the Tax Holding

18  Account, and the various Administrative Reserves, which are currently being held in the Tax

19  Holding Account pending the filing of a final return for 2021.  I also worked with my brokers

20  and counsel to distribute thousands of shares to Class 4 claimants. As of the end of the quarter

21  that distribution is complete, and the estate no longer holds any publicly traded securities.

22       18.     I communicated with financial institutions on the sale and distribution of

23  securities. I received a considerable number of interested party and investor inquiries, which I

24  responded to.  I also apprised the SEC and the Investment Advisory Committee of matters

25  pertaining to implementation of the Plan, tax consequences of the Plan, distributions under the

26  Plan, and transfers of publicly traded securities.

27                    *          *          *

28       19.     I have read the Motion and the billing statements attached to my declaration.

4

To the best of my knowledge, information and belief formed after reasonable inquiry, all the fees and expenses requested in the attached billing statements are true and correct and the Motion complies with the Billing Instructions for Receivers in Civil Actions Commenced by the U.S. Securities and Exchange Commission.

20.     The fees that I and my staff have charged are reasonable, necessary, and commensurate with the skill and experience required for the activity performed.  I respectfully submit that neither I nor my staff has expended time unnecessarily and that I have rendered efficient and effective services.

21.     In seeking reimbursement of services for which I purchased or contracted for from a third party, I have only requested reimbursement for the amount billed by the third-party vendor and paid to the vendor.  I have not made a profit on such reimbursable services.  I have not included in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment, or capital outlay.

22.     The detail relating to the fees of Raines Feldman LLP are set forth in the Declaration of David Castleman filed concurrently herewith.  I have reviewed their billing statements and believe that the fees and expenses charged are reasonable and were necessary in this case. To the best of my knowledge, information and belief formed after reasonable inquiry, all the fees and expenses requested in their billing statements are true and correct and the Motion complies with the Billing Instructions for Receivers in Civil Actions Commenced by the U.S. Securities and Exchange Commission.

23.     The detail relating to the fees of Miller Kaplan Arase LLP are set forth in the Declaration of Julia Damasco filed concurrently herewith.  I have reviewed their billing statements and believe that the fees and expenses charged are reasonable and were necessary in this case. To the best of my knowledge, information and belief formed after reasonable inquiry, all the fees and expenses requested in their billing statements are true and correct and the Motion complies with the Billing Instructions for Receivers in Civil Actions Commenced by the U.S. Securities and Exchange Commission.

24.     The detail relating to the fees of Schinner & Shain LLP are set forth in the

Declaration of Frederick Koenen filed concurrently herewith.  I have reviewed their billing statements and believe that the fees and expenses charged are reasonable and were necessary in this case. To the best of my knowledge, information and belief formed after reasonable inquiry, all the fees and expenses requested in their billing statements are true and correct and the Motion complies with the Billing Instructions for Receivers in Civil Actions Commenced by the U.S. Securities and Exchange Commission.

25.     I have agreed to a 20% holdback of my fees requested in this Motion. The SEC has agreed not to require a holdback for my professionals in this Motion so I will pay 80% of my allowed fees and 100% of the allowed fees of my professionals in connection with this Motion.

26.     I have conferred with counsel for the Securities and Exchange Commission and counsel for Progresso Ventures, and I am advised that they do not oppose the Motion. A stipulation with all parties was deemed impractical given, among other things, the entry of judgment against defendants and pending bankruptcy of defendant John Bivona.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 29th day of October 2021 at Los Angeles, California.

*/s/ Kathy Bazoian Phelps*
Kathy Bazoian Phelps

6

1

**Addendum:  Prior Fee Applications**

2

3       Order on First Interim Motion (Dkt. 485): Receiver fees of $46,287.00 and costs of

4   $3,033.33 and Diamond McCarthy fees of $16,802.80 and costs of $524.67 (fees subject to

5   20% hold back).

6

7       Order on Second Interim Motion (Dkt. No. 515): Receiver fees of $85,735.50 and costs

8   of $185.93 and Diamond McCarthy fees of $30,625.00 and costs of $1,924.16 (fees subject to

9   20% hold back).

10

11       Order on Third Interim Motion (Dkt. No. 537): Receiver fees in the amount of

12   $40,349.40 and costs of $542.73 and Diamond McCarthy fees of $4,450.90 and costs of

13   $131.35 (fees subject to 20% hold back).

14

15       Order on Fourth Interim Motion (Dkt. No. 567): Receiver fees in the amount of

16   $50,187.30 and costs of $27.00 and Diamond McCarthy fees of $12,550.00 (fees subject to

17   30% holdback); Miller Kaplan fees of $42,465.60 and Schinner fees of $5,044.96 (fees subject

18   to 20% holdback).

19

20       Order on the Fifth Interim Motion (Dkt No. 615): Receiver fees in the amount of

21   $75,058.00 and costs of $145.00 and Diamond McCarthy fees of $32,454.00 (fees subject to

22   20% holdback); Schinner fees of $2,450.00 and costs of $622.06.

23

24       Order on Sixth Interim Motion (Dkt. No. 621): Receiver fees in the amount of

25   $43,904.00 and costs of $388.39, Diamond McCarthy fees of $29,398.90 and costs of $919.78,

26   and Miller Kaplan fees of $16,399.20 (subject to 20% holdback); Schinner fees of $900.

27

28

Order on Seventh Interim Motion (Dkt. No. 633): Receiver fees in the amount of $83,732.00 and costs of $388.39 (fees subject to 20% holdback), Diamond McCarthy fees of $82,500.50 and costs of $508.60, Miller Kaplan fees of $25,996.40; and Schinner fees of $11,371.50.  The Order further authorized the payment of the following holdbacks: $26,511.32 for Diamond McCarthy, $11,772.96 for Miller Kaplan, and $3,761.24 for Schinner.

Order on Eighth Interim Motion (Dkt. No. 636): Receiver fees in the amount of $32,571.50 (subject to 20% holdback), Diamond McCarthy fees of $43,559.20 and costs of $9.60, and Miller Kaplan fees of $3,555.60 and costs of $99.30.

Order on Ninth Interim Motion (Dkt. No. 651): Receiver fees in the amount of $57,434.00 (subject to 20% holdback) and costs of $222.18, Diamond McCarthy fees of $84,931 and costs of $39.59, Miller Kaplan fees of $6,720.60 and costs of $50.00, Schinner fees of $828.00.

Order on Tenth Interim Motion (Dkt. No. 662): Receiver fees in the amount of $19,596.00 (subject to 20% holdback) and costs of $55.50, Diamond McCarthy fees of $4,149.60 and costs of $178.39, Raines Feldman fees of $12,090.00, and Miller Kaplan fees of $6,227.40.

# EXHIBIT 1

**Receivership Estate of SRA Management Associates, LLC et al**
**3rd Quarter 2021 - Cash Receipts and Disbursements**

**Checking #0063**

| Date | Notes | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| 7/1/2021 | Opening Balance | | | **$6,174.82** |
| 9/14/2021 | transfer from brokerage | $1.55 | | $6,176.37 |
| 9/30/2021 | Ending Balance | | | **$6,176.37** |

**Brokerage #2849 (Brokerage with Stocks and Mutual Fund)**

| Date | Notes | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| 7/1/2021 | Opening Balance (Cash Sweep Only) | | | **$1,275,857.70** |
| 7/13/2021 | Transfer to East West Bank | | $1,275,831.90 | $25.80 |
| 7/13/2021 | Wire Fee | | $30.00 | ($4.20) |
| 7/14/2021 | Interest | $4.54 | | $0.34 |
| 8/24/2021 | Sale of Bloom (THA) | $269,068.55 | | $269,068.89 |
| 8/24/2021 | Sale of Dropbox (THA) | $130,424.09 | | $399,492.98 |
| 8/24/2021 | Sale of Dropbox (Eliv) | $14,982.00 | | $414,474.98 |
| 8/24/2021 | Sale of Lyft (THA) | $5,070.97 | | $419,545.95 |
| 8/24/2021 | Sale of MongoDB (THA/Eliv) | $283,808.32 | | $703,354.27 |
| 8/24/2021 | Sale of Pinterest (THA) | $46,089.14 | | $749,443.41 |
| 8/24/2021 | Sale of Snapchat (THA) | $377,319.23 | | $1,126,762.64 |
| 8/24/2021 | Sale of Cloudera (THA) | $4,945.63 | | $1,131,708.27 |
| 8/31/2021 | Interest | $1.86 | | $1,131,710.13 |
| 9/7/2021 | Transfer to East West Bank | | $1,115,541.92 | $16,168.21 |
| 9/7/2021 | Wire to NYND (Eliv Distribution) | | $16,108.83 | $59.38 |
| 9/7/2021 | Wire Fee | | $30.00 | $29.38 |
| 9/7/2021 | Wire Fee | | $30.00 | ($0.62) |
| 9/8/2021 | Interest | $2.17 | | $1.55 |
| 9/14/2021 | transfer to WF checking | | $1.55 | $0.00 |
| 9/30/2021 | Ending Balance (Cash Sweep Only) | | | **$0.00** |

**Brokerage #7306 (Anna Bivona funds)**

| Date | Notes | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| 7/1/2021 | Opening Balance | | | **$502,458.27** |
| 7/30/2021 | Interest | $4.27 | | $502,462.54 |
| 8/31/2021 | Interest | $4.27 | | $502,466.81 |
| 9/30/2021 | Interest | $4.13 | | $502,470.94 |
| 9/30/2021 | Ending Balance | | | **$502,470.94** |

**East West #0704 (Tax Holding Account)**

| Date | Notes | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| 7/1/2021 | Opening Balance | | | **$250,000.00** |
| 7/7/2021 | transfer in from ICS | $25.00 | | $250,025.00 |
| 7/7/2021 | maintenance fee | | $25.00 | $250,000.00 |
| 7/13/2021 | transfer from Plan Fund (Airbnb tax reserve) | $904,836.75 | | $1,154,836.75 |
| 7/13/2021 | transfer to ICS | | $904,836.75 | $250,000.00 |
| 7/20/2021 | Reverse ICS Fee 2020 | $100.00 | | $250,100.00 |
| 7/20/2021 | Reverse ICS Fee 2021 | $175.00 | | $250,275.00 |
| 7/20/2021 | transfer to ICS | | $275.00 | $250,000.00 |
| 7/26/2021 | Reverse CMS fee | $25.00 | | $250,025.00 |
| 7/26/2021 | transfer to ICS | | $25.00 | $250,000.00 |
| 9/7/2021 | transfer from Wells Fargo (PTS 2nd distrib sale | $1,115,541.92 | | $1,365,541.92 |
| 9/7/2021 | IRS -- Airbnb estimated taxes | | $760,000.00 | $605,541.92 |
| 9/7/2021 | transfer to ICS | | $355,541.92 | $250,000.00 |
| 9/15/2021 | transfer from ICS | $195,000.00 | | $445,000.00 |
| 9/15/2021 | CA FTB -- Airbnb estimated taxes | | $195,000.00 | $250,000.00 |

**Receivership Estate of SRA Management Associates, LLC et al**
**3rd Quarter 2021 - Cash Receipts and Disbursements**

9/30/2021 Ending Balance                                                                    **$250,000.00**

**East West #0697 (Plan Fund)**

| Date | Notes | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| 7/1/2021 | Opening Balance | | | **$250,000.00** |
| 7/7/2021 | transfer in from ICS | $25.00 | | $250,025.00 |
| 7/7/2021 | maintenance fee | | $25.00 | $250,000.00 |
| 7/13/2021 | transfer in from Wells Fargo (Airbnb) | $1,275,831.90 | | $1,525,831.90 |
| 7/13/2021 | transfer to tax holding account | | $904,836.75 | $620,995.15 |
| 7/13/2021 | transfer to Airbnb reserve | | $118,172.34 | $502,822.81 |
| 7/13/2021 | transfer to ICS | | $252,822.81 | $250,000.00 |
| 7/20/2021 | Reverse ICS Fee 2020 | $100.00 | | $250,100.00 |
| 7/20/2021 | Reverse ICS Fee 2021 | $175.00 | | $250,275.00 |
| 7/20/2021 | transfer to ICS | | $275.00 | $250,000.00 |
| 7/26/2021 | Reverse CMS fee | $25.00 | | $250,025.00 |
| 7/26/2021 | transfer to ICS | | $25.00 | $250,000.00 |
| 8/4/2021 | Transfer from ICS (Prof Fees Part 1 of 2) | $28,231.09 | | $278,231.09 |
| 8/4/2021 | Payment of Fees to K. Phelps (DM) part 1 of 2 | | $2,730.00 | $275,501.09 |
| 8/4/2021 | Payment of Fees to K. Phelps (RF) part 1 of 2 | | $9,027.60 | $266,473.49 |
| 8/4/2021 | Payment of Costs to K. Phelps (RF) | | $55.50 | $266,417.99 |
| 8/4/2021 | Payment of Fees to Diamond McCarthy | | $4,149.60 | $262,268.39 |
| 8/4/2021 | Payment of Costs to Diamond McCarthy | | $178.39 | $262,090.00 |
| 8/4/2021 | Payment of Fees to Raines Feldman | | $12,090.00 | $250,000.00 |
| 8/5/2021 | Transfer from ICS (Prof Fees Part 2 of 2) | $10,146.60 | | $260,146.60 |
| 8/5/2021 | Payment of Fees to K. Phelps (DM) part 2 of 2 | | $910.00 | $259,236.60 |
| 8/5/2021 | Payment of Fees to K. Phelps (DM) part 2 of 2 | | $3,009.20 | $256,227.40 |
| 8/5/2021 | Payment of Fees to Miller Kaplan | | $6,227.40 | $250,000.00 |
| 9/30/2021 | Ending Balance | | | **$250,000.00** |

**East West #1264 (MongoDB Admin Reserve Account)**

| Date | Notes | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| 7/1/2021 | Opening Balance | | | **$249,925.00** |
| 7/6/2021 | Wire transfer in (Sabrin payment) | $35,000.00 | | $284,925.00 |
| 7/6/2021 | Wire transfer service charge | | $10.00 | $284,915.00 |
| 7/6/2021 | Transfer to ICS | | $34,925.00 | $249,990.00 |
| 7/7/2021 | Transfer from ICS | $35.00 | | $250,025.00 |
| 7/7/2021 | maintenance fee | | $25.00 | $250,000.00 |
| 7/20/2021 | Reverse ICS Fee 2021 | $100.00 | | $250,100.00 |
| 7/20/2021 | Reverse wire transfer fee | $10.00 | | $250,110.00 |
| 7/20/2021 | transfer to ICS | | $110.00 | $250,000.00 |
| 7/26/2021 | Reverse CMS fee | $25.00 | | $250,025.00 |
| 7/26/2021 | transfer to ICS | | $25.00 | $250,000.00 |
| 9/23/2021 | Wire transfer in (Sabrin payment) | $15,666.66 | | $265,666.66 |
| 9/23/2021 | transfer to ICS | | $15,666.66 | $250,000.00 |
| 9/30/2021 | Ending Balance | | | **$250,000.00** |

**East West #1257 (Palantir Admin Reserve Account)**

| Date | Notes | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| 7/1/2021 | Opening Balance | | | **$250,000.00** |
| 7/7/2021 | Transfer from ICS | $25.00 | | $250,025.00 |
| 7/7/2021 | maintenance fee | | $25.00 | $250,000.00 |
| 7/20/2021 | Reverse ICS Fee 2021 | $100.00 | | $250,100.00 |
| 7/20/2021 | transfer to ICS | | $100.00 | $250,000.00 |
| 7/26/2021 | Reverse CMS fee | $25.00 | | $250,025.00 |

**Receivership Estate of SRA Management Associates, LLC et al**
**3rd Quarter 2021 - Cash Receipts and Disbursements**

| Date | Notes | Deposits | Withdrawals | Balance |
|------|-------|---------:|------------:|--------:|
| 7/26/2021 | transfer to ICS | | $25.00 | $250,000.00 |
| 9/30/2021 | Ending Balance | | | **$250,000.00** |

**East West #1432 (Airbnb Admin Reserve Account)**

| Date | Notes | Deposits | Withdrawals | Balance |
|------|-------|---------:|------------:|--------:|
| 7/1/2021 | Opening Balance | | | **$0.00** |
| 7/13/2021 | Transfer from Plan Fund Account | $118,172.34 | | $118,172.34 |
| 9/30/2021 | Ending Balance | | | **$118,172.34** |

**East West #1070 (ICS Cash Sweep for Tax Holding Account)**

| Date | Notes | Deposits | Withdrawals | Balance |
|------|-------|---------:|------------:|--------:|
| 7/1/2021 | Opening balance | | | **$4,262,686.51** |
| 7/8/2021 | transfer to Plan Fund checking for fee | | $25.00 | $4,262,661.51 |
| 7/14/2021 | Deposit from checking (Airbnb sale) | $904,836.75 | | $5,167,498.26 |
| 7/21/2021 | transfer from checking for fee refund | $275.00 | | $5,167,773.26 |
| 7/27/2021 | transfer from checking for fee refund | $25.00 | | $5,167,798.26 |
| 7/30/2021 | interest | $203.19 | | $5,168,001.45 |
| 8/31/2021 | interest | $219.33 | | $5,168,220.78 |
| 9/8/2021 | transfer from checking (PTS 2nd Distrib sale less abnb IRS pmt) | $355,541.92 | | $5,523,762.70 |
| 9/16/2021 | transfer to checking (abnb FTB payment) | | $195,000.00 | $5,328,762.70 |
| 9/30/2021 | interest | $219.46 | | $5,328,982.16 |
| 9/30/2021 | Ending balance | | | **$5,328,982.16** |

**East West #1062 (ICS Cash Sweep for Plan Fund)**

| Date | Notes | Deposits | Withdrawals | Balance |
|------|-------|---------:|------------:|--------:|
| 7/1/2021 | Opening Balance | | | **$4,127,447.08** |
| 7/8/2021 | transfer to Plan Fund checking for fee | | $25.00 | $4,127,422.08 |
| 7/14/2021 | Deposit from checking (Airbnb sale) | $252,822.81 | | $4,380,244.89 |
| 7/21/2021 | transfer from checking for fee refund | $275.00 | | $4,380,519.89 |
| 7/27/2021 | transfer from checking for fee refund | $25.00 | | $4,380,544.89 |
| 7/30/2021 | interest | $181.39 | | $4,380,726.28 |
| 8/5/2021 | Transfer to checking for prof fees (pt 1 of 2) | | $28,231.09 | $4,352,495.19 |
| 8/6/2021 | Transfer to checking for prof fees (pt 2 of 2) | | $10,146.60 | $4,342,348.59 |
| 8/31/2021 | interest | $184.47 | | $4,342,533.06 |
| 9/30/2021 | interest | $178.33 | | $4,342,711.39 |
| 9/30/2021 | Ending Balance | | | **$4,342,711.39** |

**East West #1120 (ICS Cash Sweep for Palantir Admin Reserve)**

| Date | Notes | Deposits | Withdrawals | Balance |
|------|-------|---------:|------------:|--------:|
| 7/1/2021 | Opening balance | | | **$12,878,630.20** |
| 7/8/2021 | Transfer to checking for fee | | $25.00 | $12,878,605.20 |
| 7/21/2021 | transfer from checking for fee refund | $100.00 | | $12,878,705.20 |
| 7/27/2021 | transfer from checking for fee refund | $25.00 | | $12,878,730.20 |
| 7/30/2021 | interest | $546.52 | | $12,879,276.72 |
| 8/31/2021 | interest | $546.55 | | $12,879,823.27 |
| 9/30/2021 | interest | $528.96 | | $12,880,352.23 |
| 9/30/2021 | Ending balance | | | **$12,880,352.23** |

**East West #1161 (ICS Cash Sweep for MongoDB Admin Reserve)**

| Date | Notes | Deposits | Withdrawals | Balance |
|------|-------|---------:|------------:|--------:|
| 7/1/2021 | Opening balance | | | **$0.00** |
| 7/7/2021 | Transfer from checking | $34,925.00 | | $34,925.00 |
| 7/8/2021 | transfer to checking for fees | | $35.00 | $34,890.00 |
| 7/21/2021 | transfer from checking for fee refund | $110.00 | | $35,000.00 |

**Receivership Estate of SRA Management Associates, LLC et al**
**3rd Quarter 2021 - Cash Receipts and Disbursements**

| | | |
|---|---:|---:|
| 7/27/2021  transfer from checking for fee refund | $25.00 | $35,025.00 |
| 7/30/2021  interest | $1.19 | $35,026.19 |
| 8/30/2021  interest | $1.48 | $35,027.67 |
| 9/24/2021  Transfer from checking | $15,666.66 | $50,694.33 |
| 9/30/2021  interest | $1.57 | $50,695.90 |
| 9/30/2021  Ending balance | | **$50,695.90** |

**Cash Position of Receivership Estate of SRA Management Associates, LLC et al**
**As of September 30, 2021**

**Cash**

| | | |
|---|---|---:|
| WF Checking | | $6,176.37 |
| WF Brokerage | | $0.00 |
| Anna Bivona Funds | | $502,470.94 |
| Plan Fund checking | | $250,000.00 |
| Tax Holding checking | | $250,000.00 |
| Palantir Admin Reserve checking | | $250,000.00 |
| Mongo Admin Reserve checking | | $250,000.00 |
| Plan Fund ICS | | $4,342,711.39 |
| Tax Holding ICS | | $5,328,982.16 |
| Palantir Admin Reserve ICS | | $12,880,352.23 |
| Mongo Admin Reserve ICS | | $50,695.90 |
| Airbnb Reserve | | $118,172.34 |
| | Total | **$24,229,561.33** |

**Holdbacks (incl thru 2Q 2021)**

| | | |
|---|---|---:|
| Sherwood Partners, Former Receiver | | $144,627.50 |
| Kathy Bazoian Phelps, Receiver (Diamond McCarthy) | | $108,980.07 |
| Kathy Bazoian Phelps, Receiver (Raines Feldman) | | $3,009.20 |
| | Total | **$256,616.77** |

**Accrued Fees for 3rd Qtr 2021**

| | | |
|---|---|---:|
| Kathy Bazoian Phelps, Receiver | | $29,155.50 |
| Costs | | $0.00 |
| Raines Feldman | | $37,894.65 |
| Costs | | $0.00 |
| Miller Kaplan | | $1,332.00 |
| Costs | | $0.00 |
| Schinner & Shain | | $3,053.25 |
| | Total | **$71,435.40** |

# EXHIBIT 2

**STANDARDIZED FUND ACCOUNTING REPORT for SRA Management LLC, et al. - Cash Basis**
Receivership; Civil Court Docket No. 3:16-cv-01386-EMC
Reporting Period 7/1/2021 to 9/30/2021

| FUND ACCOUNTING (See Instructions): | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (As of 7/1/2021): | | | $ 24,053,179.58 |
| | Wells Fargo Bank Checking | | $ 6,174.82 | |
| | Wells Fargo Brokerage (Mutual Fund and Cash Sweep) | | $ 1,275,857.70 | |
| | Wells Fargo Bank - Anna Bivona funds | | $ 502,458.27 | |
| | East West Bank -- Plan Fund Checking | | $ 250,000.00 | |
| | East West Bank -- Plan Fund ICS | | $ 4,127,447.08 | |
| | East West Bank -- Palantir Checking | | $ 250,000.00 | |
| | East West Bank -- Palantir ICS | | $ 12,878,630.20 | |
| | East West Bank -- MongoDB Checking | | $ 249,925.00 | |
| | East West Bank -- Tax Holding Account Checking | | $ 250,000.00 | |
| | East West Bank -- Tax Holding Account ICS | | $ 4,262,686.51 | |
| | Increases In Fund Balance: | | | |
| Line 2 | Business Income | | | |
| Line 3 | Cash and Securities | | | |
| Line 4 | Interest/Dividend Income | | | |
| | Checking | | | |
| | Brokerage Account | $ 8.57 | | $ 8.57 |
| | Anna Bivona funds | $ 12.67 | | $ 12.67 |
| | Plan Fund ICS Interest | $ 544.19 | | $ 544.19 |
| | Tax Holding Account ICS Interest | $ 641.98 | | $ 641.98 |
| | Palantir Reserve ICS Interest | $ 1,622.03 | | $ 1,622.03 |
| | Mongo Reserve ICS Interest | $ 4.24 | | $ 4.24 |
| Line 5 | Business Asset Liquidation | | | |
| | Publicly Traded Stock sales proceeds | $ 1,131,707.93 | | $ 1,131,707.93 |
| Line 6 | Personal Asset Liquidation | | | |
| Line 7 | Third-Party Litigation Income | $ 50,666.66 | | $ 50,666.66 |
| Line 8 | Miscellaneous - Other | | | |
| | Bank Fees Refunds | $ 860.00 | | $ 860.00 |
| | **Total Funds Available (Lines 1-8):** | | | $ 25,239,247.85 |
| | *Decreases In Fund Balance:* | | | $ 1,009,686.52 |
| Line 9 | **Disbursements to Investors** | | 16,108.83 | $ 16,308.83 |
| | **Wire Fee** | | 90.00 | |
| | **Bank Fees** | | 110.00 | |
| | **Commission on sale of stock** | | 0.00 | |
| Line 10 | **Disbursements for Receivership Operations** | | | |
| Line 10a | Disbursements to Receiver or Other Professionals | | 38,377.69 | |
| Line 10b | Business Asset Expenses | | | |
| Line 10c | Personal Asset Expenses | | | |
| Line 10d | Investment Expenses | | | |
| Line 10e | Third-Party Litigation Expenses | | | |
| | 1. Attorney Fees | | | |
| | 2. Litigation Expenses | | | |
| | Total Third-Party Litigation Expenses | | | |
| Line 10f | Tax Administrator Fees and Bonds | | | |
| Line 10g | Federal and State Tax Payments | | 955,000.00 | |
| | Other (Transfer from Mutual Fund to Checking) | | | |
| | **Total Disbursements for Receivership Operations** | | | $ 993,377.69 |
| Line 11 | **Disbursements for Distribution Expenses Paid by the Fund:** | | | N/A |
| Line 11a | *Distribution Plan Development Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administration…………………………………………………… | | | |
| | Independent Distribution Consultation (IDC)…………………………………… | | | |

**STANDARDIZED FUND ACCOUNTING REPORT for SRA Management LLC, et al. - Cash Basis**
Receivership; Civil Court Docket No. 3:16-cv-01386-EMC
Reporting Period 7/1/2021 to 9/30/2021

|  |  |  |  |  |
|---|---|---|---|---|
|  | Distribution Agent…………………………………………………… |  |  |  |
|  | Consultants…………………………………………………………… |  |  |  |
|  | Legal Advisors……………………………………………………… |  |  |  |
|  | Tax Advisors………………………………………………………… |  |  |  |
|  | 2. Administrative Expenses |  |  |  |
|  | 3. Miscellaneous |  |  |  |
|  | Total Plan Development Expenses |  |  |  |
| Line 11b | *Distribution Plan Implementation Expenses:* |  |  |  |
|  | 1. Fees |  |  |  |
|  |   Fund Administrator……………………………………………… |  |  |  |
|  |   IDC………………………………………………………………… |  |  |  |
|  |   Distribution Agent……………………………………………… |  |  |  |
|  |   Consultants……………………………………………………… |  |  |  |
|  |   Legal Advisors………………………………………………… |  |  |  |
|  |   Tax Advisors…………………………………………………… |  |  |  |
|  | 2. Administrative Expenses |  |  |  |
|  | 3. Investor Identification: |  |  |  |
|  |   Notice/Publishing Approved Plan |  |  |  |
|  |   Claimant Identification |  |  |  |
|  |   Claims Processing |  |  |  |
|  |   Web Site Maintenance/Call Center |  |  |  |
|  | 4. Fund Administrator Bond |  |  |  |
|  | 5. Miscellaneous |  |  |  |
|  | 6. Federal Account for Investor Restitution (FAIR) Reporting Expenses |  |  |  |
|  | *Total Plan Implementation Expenses* |  |  |  |
|  | **Total Disbursements for Distribution Expenses Paid by the Fund** |  |  |  |
| Line 12 | **Disbursements to Court/Other:** |  |  |  |
| Line 12a | *Investment Expenses/Court Registry Investment System (CRIS) Fees* |  |  |  |
| Line 12b | *Federal Tax Payments* |  |  |  |
|  | **Total Disbursements to Court/Other** |  |  |  |
|  | **Total Funds Disbursed (Lines 9-11)** |  |  | $    1,009,686.52 |
| Line 13 | **Ending Balance (As of 9/30/2021)** |  |  | $  24,229,561.33 |
| Line 14 | **Ending Balance of Fund - Not Assets:** |  |  |  |
| Line 14a | *Cash & Cash Equivalents* |  |  |  |
|  | Checking | $       6,176.37 |  | $         6,176.37 |
|  | Brokerage Cash Sweep | $             0.00 |  | $                0.00 |
|  | Anna Bivona funds | $     502,470.94 |  | $      502,470.94 |
|  | Plan Fund | $     250,000.00 |  | $      250,000.00 |
|  | Plan Fund ICS account | $  4,342,711.39 |  | $   4,342,711.39 |
|  | Tax Holding Account | $     250,000.00 |  | $      250,000.00 |
|  | Tax Holding Account ICS account | $  5,328,982.16 |  | $   5,328,982.16 |
|  | Palantir Administrative Reserve account | $     250,000.00 |  | $      250,000.00 |
|  | Palantir Administrative Reserve ICS account | $ 12,880,352.23 |  | $ 12,880,352.23 |
|  | MongoDB Administrative Reserve account | $     250,000.00 |  | $      250,000.00 |
|  | MongoDB Administrative Reserve ICS account | $       50,695.90 |  | $        50,695.90 |
|  | Airbnb Administrative Reserve account | $     118,172.34 |  | $      118,172.34 |
| Line 14b | *Investments* |  |  |  |
| Line 14c | *Other Assets or Uncleared Funds* |  |  |  |
|  | **Total Ending Balance of Fund - Not Assets** |  |  | $  24,229,561.33 |

**OTHER SUPPLEMENTAL INFORMATION:**

|  |  | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
|  | ***Report of Items NOT To Be Paid by the Fund:*** |  |  |  |
| Line 15 | **Disbursements for Plan Administration Expenses Not Paid by the Fund:** |  |  | N/A |
| Line 15a | *Plan Development Expenses Not Paid by the Fund:* |  |  |  |
|  | 1. Fees |  |  |  |

**STANDARDIZED FUND ACCOUNTING REPORT for SRA Management LLC, et al. - Cash Basis**
Receivership; Civil Court Docket No. 3:16-cv-01386-EMC
**Reporting Period 7/1/2021 to 9/30/2021**

|  |  |  |  |  |
|---|---|---|---|---|
|  | Fund Administrator…………………………………………………………… |  |  |  |
|  | IDC…………………………………………………………………………… |  |  |  |
|  | Distribution Agent………………………………………………………… |  |  |  |
|  | Consultants……………………………………………………………….. |  |  |  |
|  | Legal Advisors…………………………………………………………….. |  |  |  |
|  | Tax Advisors…………………………………………………………….. |  |  |  |
|  | 2. Administrative Expenses |  |  |  |
|  | 3. Miscellaneous |  |  |  |
|  | *Total Plan Development Expenses Not Paid by the Fund* |  |  |  |
| *Line 15b* | *Plan Implementation Expenses Not Paid by the Fund:* |  |  |  |
|  | 1. Fees: |  |  |  |
|  | Fund Administrator……………………………………………… |  |  |  |
|  | IDC………………………………………………………………… |  |  |  |
|  | Distribution Agent……………………………………………… |  |  |  |
|  | Consultants……………………………………………………… |  |  |  |
|  | Legal Advisors………………………………………………… |  |  |  |
|  | Tax Advisors…………………………………………………… |  |  |  |
|  | 2. Administrative Expenses |  |  |  |
|  | 3. Investor Identification: |  |  |  |
|  | Notice/Publishing Approved Plan……………………………… |  |  |  |
|  | Claimant Identification………………………………………… |  |  |  |
|  | Claims Processing……………………………………………… |  |  |  |
|  | Web Site Maintenance/Call Center…………………………… |  |  |  |
|  | 4. Fund Administrator Bond |  |  |  |
|  | 5. Miscellaneous |  |  |  |
|  | 6. FAIR Reporting Expenses |  |  |  |
|  | *Total Plan Implementation Expenses Not Paid by the Fund* |  |  |  |
| *Line 15c* | *Tax Administrator Fees & Bonds Not Paid by the Fund* |  |  |  |
|  | **Total Disbursements for Plan Administration Expenses Not Paid by the Fund** |  |  |  |
| **Line 16** | **Disbursements to Court/Other Not Paid by the Fund:** |  |  | N/A |
| *Line 16a* | *Investment Expenses/CRIS Fees* |  |  |  |
| *Line 16b* | *Federal Tax Payments* |  |  |  |
|  | **Total Disbursements to Court/Other Not Paid by the Fund:** |  |  |  |
| **Line 17** | **DC & State Tax Payments** |  |  |  |
| **Line 18** | **No. of Claims:** |  |  |  |
| *Line 18a* | *# of Claims Received This Reporting Period………………………………………………………………………* |  |  |  |
| *Line 18b* | *# of Claimants Since Inception of Fund…………………………………………………………………* |  |  |  |
| **Line 19** | **No. of Claimants/Investors:** |  |  |  |
| *Line 19a* | *# of Claimants/Investors Paid This Reporting Period…………………………………………………* |  |  |  |
| *Line 19b* | *# of Claimants/Investors Paid Since Inception of Fund……………………………………………* |  |  |  |

Receiver:


By: */s/ Kathy Bazoian Phelps*

   (signature)

_____

Kathy Bazoian Phelps


_____

Receiver

Date: 10.29.21

# EXHIBIT 3



1800 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

**Invoice Date: 10/11/2021**
**Invoice Number: 0**

Kathy Bazoian Phelps - SRA Management Assoc LLC
1800 Avenue of the Stars
12th Floor
Los Angeles, CA 90067

**4665-002 / SRA Management Receiver (Receiver file)**

| Professional Services | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/01/2021 | KBP | B110 | Review email to accountants regarding budget for closing statement, taxes and fees | 0.10 | 465.00 | 46.50 |
| 07/02/2021 | KBP | B110 | Review and respond to B. Sabrin re payment of settlement | 0.10 | 465.00 | 46.50 |
| 07/03/2021 | KBP | B110 | Download and review June bank statements for WFB and EWB | 0.50 | 465.00 | 232.50 |
| 07/12/2021 | KBP | B110 | Telephone conference with C. Combs regarding tax filing, logistics of final return | 1.30 | 465.00 | 604.50 |
| 07/12/2021 | KBP | B110 | Draft instructions to bank regarding Airbnb funds, reserve account | 0.30 | 465.00 | 139.50 |
| 07/13/2021 | KBP | B110 | Telephone conf with P. Schrage regarding tax and distribution matters | 0.60 | 465.00 | 279.00 |
| 07/13/2021 | KBP | B110 | Review and execute forms for new AIrbnb reserve account, transfer of funds | 0.50 | 465.00 | 232.50 |
| 07/13/2021 | KBP | B110 | Calls with Wells Fargo and emails with East West regarding transfer of funds | 0.30 | 465.00 | 139.50 |
| 07/13/2021 | KBP | B110 | Meeting with K. Dellinger CPA regarding tax questions regarding timing and closing case | 0.80 | 465.00 | 372.00 |
| 07/13/2021 | KBP | B110 | Review and respond to email regarding cost basis, custodian's position | 0.20 | 465.00 | 93.00 |
| 07/13/2021 | KBP | B110 | Review and revise Status Report for second quarter 2021 | 1.40 | 465.00 | 651.00 |
| 07/15/2021 | KBP | B110 | Review emails with investor regarding cost basis | 0.10 | 465.00 | 46.50 |
| 07/15/2021 | KBP | B110 | Review SFAR and cash disbursement report | 1.10 | 465.00 | 511.50 |
| 07/15/2021 | KBP | B110 | Draft memo to East West Bank regarding waiver of maintenance fees | 0.10 | 465.00 | 46.50 |
| 07/16/2021 | KBP | B110 | Telephone conf with V. Owens regarding East West bank fees | 0.20 | 465.00 | 93.00 |
| 07/16/2021 | KBP | B110 | Telephone conference with J. Damasco regarding tax issues, closing case, distributions | 0.30 | 465.00 | 139.50 |
| 07/16/2021 | KBP | B110 | Telephone conference with D. Castleman regarding tax issues, closing letter, distributions | 0.40 | 465.00 | 186.00 |

| 07/19/2021 | KBP | B110 | Telephone conf with D. Castleman regarding motion regarding stock, status report | 0.20 | 465.00 | 93.00 |
|---|---|---|---|---|---|---|
| 07/19/2021 | KBP | B110 | Review and revise Status Report for second quarter, send to SEC | 0.50 | 465.00 | 232.50 |
| 07/20/2021 | KBP | B110 | Review email from East West regarding waiver of fees | 0.10 | 465.00 | 46.50 |
| 07/21/2021 | KBP | B110 | Review emails regarding status updates for investors | 0.20 | 465.00 | 93.00 |
| 07/21/2021 | KBP | B110 | Review correspondence with AUSA regarding Eliv claim and reporting | 0.10 | 465.00 | 46.50 |
| 07/23/2021 | KBP | B110 | Draft memo to A. Israeli regarding application, motion to sell stock reserve | 0.10 | 465.00 | 46.50 |
| 07/23/2021 | KBP | B110 | Emails to IAC, A. Israeli and J. Damasco regarding finalizing status report and fee application | 0.30 | 465.00 | 139.50 |
| 07/23/2021 | KBP | B110 | Tel conf with D. Castleman regarding state tax, LLCS | 0.20 | 465.00 | 93.00 |
| 07/26/2021 | KBP | B110 | Final review and communications with parties regarding status report and fee application | 0.30 | 465.00 | 139.50 |
| 07/26/2021 | KBP | B110 | Review email re service issues for certain investors, respond regarding review of addresses | 0.20 | 465.00 | 93.00 |
| 07/27/2021 | KBP | B110 | Review communications from investors regarding status of case | 0.20 | 465.00 | 93.00 |
| 07/27/2021 | KBP | B110 | Review and respond to emails regarding contact with investors | 0.20 | 465.00 | 93.00 |
| 07/29/2021 | KBP | B110 | Review and respond to email from SEC re additional funds for Anne Bivona account | 0.50 | 465.00 | 232.50 |
| 08/02/2021 | KBP | B110 | Review entered order regarding fees | 0.10 | 465.00 | 46.50 |
| 08/02/2021 | KBP | B110 | Prepare instructions re payment of fees and costs | 0.40 | 465.00 | 186.00 |
| 08/04/2021 | KBP | B110 | Review and execute transfer form for Bloom investor, wire instructions for fee | 0.30 | 465.00 | 139.50 |
| 08/04/2021 | KBP | B110 | Tel conf with East West Bank regarding confirming wires | 0.10 | 465.00 | 46.50 |
| 08/04/2021 | KBP | B110 | Prepare instructions, communications with professionals re payments | 0.30 | 465.00 | 139.50 |
| 08/05/2021 | KBP | B110 | Download, review and save monthly bank statements | 0.50 | 465.00 | 232.50 |
| 08/05/2021 | KBP | B110 | Review and revise FAQs and communication with investors | 0.80 | 465.00 | 372.00 |
| 08/05/2021 | KBP | B110 | Additional communications regarding wire transfers | 0.30 | 465.00 | 139.50 |
| 08/16/2021 | KBP | B110 | Review and respond to email from S. Hughes regarding receiver website forwarding | 0.10 | 465.00 | 46.50 |
| 08/19/2021 | KBP | B110 | Draft memo regarding Airbnb tax payment | 0.10 | 465.00 | 46.50 |
| 08/31/2021 | KBP | B110 | Telephone conf with counsel, review email to accountants regarding calculation of estimated taxes | 0.20 | 465.00 | 93.00 |
| 09/01/2021 | KBP | B110 | Review emails re payment of tax liability | 0.20 | 465.00 | 93.00 |
| 09/01/2021 | KBP | B110 | Review tax documents from accountant re estimated taxes | 0.10 | 465.00 | 46.50 |
| 09/01/2021 | KBP | B110 | Review email regarding contacts regarding pre-IPO shares | 0.10 | 465.00 | 46.50 |
| 09/02/2021 | KBP | B110 | Review emails regarding status of distributions | 0.20 | 465.00 | 93.00 |

| 09/02/2021 | KBP | B110 | Communications re transfer of funds to tax holding account, instructions regarding Eliv | 0.30 | 465.00 | 139.50 |
|---|---|---|---|---|---|---|
| 09/02/2021 | KBP | B110 | Review and respond to emails regarding tax calculations | 0.20 | 465.00 | 93.00 |
| 09/03/2021 | KBP | B110 | Review email from J. Corbin regarding tax calculation | 0.10 | 465.00 | 46.50 |
| 09/03/2021 | KBP | B110 | Communications with banks regarding transfer of funds, tax payment | 0.20 | 465.00 | 93.00 |
| 09/03/2021 | KBP | B110 | Review and complete wire transfer forms, communicate with bank and counsel | 0.30 | 465.00 | 139.50 |
| 09/03/2021 | KBP | B110 | Make IRS estimated tax payment for Airbnb | 0.40 | 465.00 | 186.00 |
| 09/03/2021 | KBP | B110 | Tel conf with Y. Li regarding wire of funds, closing out cash in brokerage account | 0.20 | 465.00 | 93.00 |
| 09/03/2021 | KBP | B110 | Communications with accountants regarding deadlines for tax payments | 0.20 | 465.00 | 93.00 |
| 09/03/2021 | KBP | B110 | Review communications with investor regarding Bloom distribution | 0.10 | 465.00 | 46.50 |
| 09/03/2021 | KBP | B110 | Download and review monthly bank statements | 0.50 | 465.00 | 232.50 |
| 09/03/2021 | KBP | B110 | Draft memo to D. Castleman regarding cash reserves, accounting | 0.10 | 465.00 | 46.50 |
| 09/06/2021 | KBP | B110 | Review and comment on memo regarding timeline for case, exit strategy for case, tax holding and plan fund issues | 0.40 | 465.00 | 186.00 |
| 09/07/2021 | KBP | B110 | Tel conf with Wells Fargo, review wire advice re wire to tax holding account | 0.20 | 465.00 | 93.00 |
| 09/08/2021 | KBP | B110 | Review confirmations of wires to Eliv and EWB | 0.10 | 465.00 | 46.50 |
| 09/14/2021 | KBP | B110 | Review and respond to email from J. Huang re status of Wells Fargo accounts | 0.20 | 465.00 | 93.00 |
| 09/21/2021 | KBP | B110 | Review and respond to email from C. Klein re status of case | 0.40 | 465.00 | 186.00 |
| 09/21/2021 | KBP | B110 | Review information for investors, approve language for dissemination to investors | 0.50 | 465.00 | 232.50 |
| 09/22/2021 | KBP | B110 | Review and approve update language for investors | 0.20 | 465.00 | 93.00 |
| 09/30/2021 | KBP | B110 | Telephone conf with D. Castleman regarding Cilano's claim, calculation of investor losses | 0.20 | 465.00 | 93.00 |
| | | | | **B110** | | **9,300.00** |
| 07/01/2021 | KBP | B120 | Emails regarding collection from Ben Sabrin regarding installment payment | 0.30 | 465.00 | 139.50 |
| 09/22/2021 | KBP | B120 | Review and analyze valuations for pre-IPO shares | 0.20 | 465.00 | 93.00 |
| 09/22/2021 | KBP | B120 | Review memo regarding forward contract | 0.10 | 465.00 | 46.50 |
| 09/23/2021 | KBP | B120 | Review notice of wire, settlement, draft email to counsel regarding Sabrin partial payment | 0.20 | 465.00 | 93.00 |
| | | | | **B120** | | **372.00** |
| 07/15/2021 | KBP | B160 | Revise fee application (NO CHARGE) | 0.00 | 465.00 | No Charge |
| | | | | **B160** | | **0.00** |
| 07/01/2021 | KBP | B320 | Further review of motion regarding administrative reserve, draft memo to counsel regarding reserves | 0.70 | 465.00 | 325.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 07/01/2021 | KBP | B320 | Telephone conference with counsel regarding spreadsheets regarding reserves, tax accounting, motion re plan distribution | 0.90 | 465.00 | 418.50 |
| 07/09/2021 | KBP | B320 | Tel conference with counsel regarding motion to convert administrative stock reserves | 0.30 | 465.00 | 139.50 |
| 07/12/2021 | KBP | B320 | Review memo regarding Airbnb funds, payments to Plan Fund and tax holding account, communications with banks | 0.50 | 465.00 | 232.50 |
| 07/13/2021 | KBP | B320 | Review and respond to proposed response to Addepar investor | 0.20 | 465.00 | 93.00 |
| 07/13/2021 | KBP | B320 | Telephone conference with D. Castleman regarding tax issues, motion to convert administrative stock | 0.30 | 465.00 | 139.50 |
| 07/19/2021 | KBP | B320 | Review email from investor regarding undistributed shares | 0.10 | 465.00 | 46.50 |
| 07/19/2021 | KBP | B320 | Draft memo to B. Clark regarding sale of pre-IPO shares | 0.40 | 465.00 | 186.00 |
| 07/20/2021 | KBP | B320 | Telephone conf with P. Schrage regarding pre-IPO shares, motion regarding administrative stock reserves | 0.40 | 465.00 | 186.00 |
| 07/20/2021 | KBP | B320 | Review and respond to emails regarding sale of preIPO shares | 0.20 | 465.00 | 93.00 |
| 07/20/2021 | KBP | B320 | Communication with counsel regarding contact with secondary market brokers re sale of preIPO shares | 0.20 | 465.00 | 93.00 |
| 07/20/2021 | KBP | B320 | Review and approve DTC form for late Bloom investor transfer | 0.20 | 465.00 | 93.00 |
| 07/20/2021 | KBP | B320 | Telephone conference with Matt of SharesPost regarding sale of preIPO shares | 0.60 | 465.00 | 279.00 |
| 07/21/2021 | KBP | B320 | Review and respond to email from EquityZen regarding sale of preIPO shares | 0.10 | 465.00 | 46.50 |
| 07/23/2021 | KBP | B320 | Review emails regarding last Bloom transfer, difficulties with international transfer | 0.20 | 465.00 | 93.00 |
| 07/25/2021 | KBP | B320 | Review Motion and Order regarding administrative stock reserve, draft memo regarding comments | 1.60 | 465.00 | 744.00 |
| 07/26/2021 | KBP | B320 | Tel conf with D. Castleman regarding Motion regarding administrative stock reserve | 0.80 | 465.00 | 372.00 |
| 07/26/2021 | KBP | B320 | Review emails regarding inability to make Bloom transfer | 0.10 | 465.00 | 46.50 |
| 07/27/2021 | KBP | B320 | Review multiple communications with investors regarding distributions questions | 0.30 | 465.00 | 139.50 |
| 07/27/2021 | KBP | B320 | Review email from Wells Fargo, download new form for investor transfer, review and communicate with counsel | 0.30 | 465.00 | 139.50 |
| 07/27/2021 | KBP | B320 | Review communication with investor regarding inquiries regarding Palantir distribution | 0.10 | 465.00 | 46.50 |
| 07/27/2021 | KBP | B320 | Review and comment on motion to convert administrative stock reserve | 1.50 | 465.00 | 697.50 |
| 07/29/2021 | KBP | B320 | Tel conf with counsel regarding motion to convert stock reserve | 0.20 | 465.00 | 93.00 |
| 07/29/2021 | KBP | B320 | Further revisions on motion to convert stock reserve | 0.70 | 465.00 | 325.50 |
| 07/29/2021 | KBP | B320 | Review and respond to email from EquityZen regarding preIPO shares | 0.10 | 465.00 | 46.50 |
| 07/29/2021 | KBP | B320 | Finalize motion regarding administrative stock reserve motion, send email to SEC | 0.40 | 465.00 | 186.00 |
| 07/30/2021 | KBP | B320 | Call with EquityZen regarding pre-IPO securities | 0.40 | 465.00 | 186.00 |

| 07/30/2021 | KBP | B320 | Telephone conference D. Castleman regarding regarding preIPO shares, sales, documentation | 0.30 | 465.00 | 139.50 |
|---|---|---|---|---|---|---|
| 08/02/2021 | KBP | B320 | Review emails regarding distributions of shares | 0.20 | 465.00 | 93.00 |
| 08/02/2021 | KBP | B320 | Review and respond to email regarding secondary market regarding preIP shares | 0.10 | 465.00 | 46.50 |
| 08/02/2021 | KBP | B320 | Draft email to IAC re administrative stock motion | 0.20 | 465.00 | 93.00 |
| 08/02/2021 | KBP | B320 | Review and respond to inquiry regarding Palantir distribution | 0.10 | 465.00 | 46.50 |
| 08/02/2021 | KBP | B320 | Review responses from IAC members regarding motion to convert administrative reserve | 0.10 | 465.00 | 46.50 |
| 08/02/2021 | KBP | B320 | Review memo from P. Schrage regarding administrative stock motion | 0.10 | 465.00 | 46.50 |
| 08/03/2021 | KBP | B320 | Communication with counsel regarding motion re stock reserve, SEC position | 0.20 | 465.00 | 93.00 |
| 08/03/2021 | KBP | B320 | Telephone conf with SEC regarding motion to convert administrative stock reserve | 0.80 | 465.00 | 372.00 |
| 08/03/2021 | KBP | B320 | Telephone conf with D. Castleman re motion re admin reserve, preIPO shares | 0.30 | 465.00 | 139.50 |
| 08/03/2021 | KBP | B320 | Review and comment on revised motion regarding administrative stock reserve | 0.90 | 465.00 | 418.50 |
| 08/03/2021 | KBP | B320 | Telephone conf with J. Day and counsel regarding EquityZen transaction regarding preIPO shares | 0.50 | 465.00 | 232.50 |
| 08/03/2021 | KBP | B320 | Review and respond to memo regarding schedules for administrative stock reserve motion, review exhibit | 0.20 | 465.00 | 93.00 |
| 08/03/2021 | KBP | B320 | Draft email to M. Winthrop regarding Oxis Capital, preIPO shares | 0.10 | 465.00 | 46.50 |
| 08/03/2021 | KBP | B320 | Review email from M. Winthrop regarding sale of preIPO shares | 0.10 | 465.00 | 46.50 |
| 08/03/2021 | KBP | B320 | Review of additional exhibits and information regarding administrative reserve motion | 0.40 | 465.00 | 186.00 |
| 08/03/2021 | KBP | B320 | Review email regarding ZocDoc share confirmation | 0.10 | 465.00 | 46.50 |
| 08/03/2021 | KBP | B320 | Review analysis from counsel for ZocDoc regarding stock interest | 0.30 | 465.00 | 139.50 |
| 08/03/2021 | KBP | B320 | Draft email to counsel regarding ZocDoc securities | 0.10 | 465.00 | 46.50 |
| 08/03/2021 | KBP | B320 | Review and respond to emails and revised exhibits re schedules of shares for second distribution | 0.30 | 465.00 | 139.50 |
| 08/03/2021 | KBP | B320 | Review email to securities counsel, draft follow up memo regarding sale of securities | 0.50 | 465.00 | 232.50 |
| 08/03/2021 | KBP | B320 | Draft email to SEC regarding revised motion to admin stock reserve | 0.20 | 465.00 | 93.00 |
| 08/03/2021 | KBP | B320 | Draft email to Zanbato regarding sale of preIPO shares | 0.10 | 465.00 | 46.50 |
| 08/04/2021 | KBP | B320 | Review emails regarding Airbnb distribution | 0.20 | 465.00 | 93.00 |
| 08/05/2021 | KBP | B320 | Review and respond to email from F. Koenen regarding preIPO shares | 0.10 | 465.00 | 46.50 |
| 08/05/2021 | KBP | B320 | Telephone conf with Matt of Sharespost regarding pre-IPO shares | 0.60 | 465.00 | 279.00 |
| 08/05/2021 | KBP | B320 | Telephone conference with D. Castleman regarding pre-IPO shares | 0.40 | 465.00 | 186.00 |

| 08/05/2021 | KBP | B320 | Review and respond to email from EquityZen regarding proposal regarding pre-IPO shares | 0.30 | 465.00 | 139.50 |
| 08/05/2021 | KBP | B320 | Review memo regarding additional issues regarding pre-IPO shares, EAC's interest | 0.20 | 465.00 | 93.00 |
| 08/05/2021 | KBP | B320 | Review emails re forward contract on preIPO shares | 0.20 | 465.00 | 93.00 |
| 08/05/2021 | KBP | B320 | Review memos from counsel regarding securities issues regarding preIPO shares, Lookout | 0.20 | 465.00 | 93.00 |
| 08/06/2021 | KBP | B320 | Telephone conf with D. Castleman regarding finalizing motion for administrative stock reserve conversion | 0.20 | 465.00 | 93.00 |
| 08/12/2021 | KBP | B320 | Review and respond to emails regarding Feldman, Lookout stock | 0.20 | 465.00 | 93.00 |
| 08/17/2021 | KBP | B320 | Review detailed analysis of preIPO shares, strategy | 0.50 | 465.00 | 232.50 |
| 08/17/2021 | KBP | B320 | Review memo regarding securities counsel view of preIPO shares | 0.10 | 465.00 | 46.50 |
| 08/19/2021 | KBP | B320 | Telephone conf with Zanbato and counsel regarding pre-IPO shares | 0.50 | 465.00 | 232.50 |
| 08/19/2021 | KBP | B320 | Telephone conf with counsel regarding due diligence materials for preIPO shares | 0.40 | 465.00 | 186.00 |
| 08/19/2021 | KBP | B320 | Draft emails to potential brokers regarding preIPO shares regarding due diligence and terms | 0.30 | 465.00 | 139.50 |
| 08/19/2021 | KBP | B320 | Draft memo to counsel regarding preIPO securities | 0.20 | 465.00 | 93.00 |
| 08/20/2021 | KBP | B320 | Review analysis of preIPO shares and quote from A. Guleria | 0.50 | 465.00 | 232.50 |
| 08/22/2021 | KBP | B320 | Review order regarding distribution, emails with counsel regarding distribution | 0.30 | 465.00 | 139.50 |
| 08/23/2021 | KBP | B320 | Review and respond to Arnav email regarding due diligence, sales process for preIPO shares | 0.30 | 465.00 | 139.50 |
| 08/23/2021 | KBP | B320 | Review and comment on due diligence materials regarding preIPO shares | 0.80 | 465.00 | 372.00 |
| 08/23/2021 | KBP | B320 | Prepare memo regarding NDA regarding preIPO shares | 0.30 | 465.00 | 139.50 |
| 08/23/2021 | KBP | B320 | Review correspondence with securities counsel regarding preIPO shares | 0.10 | 465.00 | 46.50 |
| 08/23/2021 | KBP | B320 | Review communications with Wells Fargo re imminent distribution | 0.20 | 465.00 | 93.00 |
| 08/23/2021 | KBP | B320 | Tel conf with D. Castleman regarding distribution of publicly traded securities | 0.20 | 465.00 | 93.00 |
| 08/23/2021 | KBP | B320 | Review and analyze distribution analysis | 0.50 | 465.00 | 232.50 |
| 08/24/2021 | KBP | B320 | Communications regarding sale of securities for second distribution, email directions to Wells Fargo Bank | 0.50 | 465.00 | 232.50 |
| 08/24/2021 | KBP | B320 | Review and execute distribution instructions for second distribution of publicly traded securities | 1.10 | 465.00 | 511.50 |
| 08/24/2021 | KBP | B320 | Telephone conf with J. Huang regarding instructions re sale of securities | 0.20 | 465.00 | 93.00 |
| 08/24/2021 | KBP | B320 | Review and analyze sales report on securities, commissions | 0.20 | 465.00 | 93.00 |
| 08/24/2021 | KBP | B320 | Communications with counsel regarding sale of securities | 0.30 | 465.00 | 139.50 |
| 08/24/2021 | KBP | B320 | Review and revise NDA regarding preIPO shares, communicate with Zanbato | 0.50 | 465.00 | 232.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 08/24/2021 | KBP | B320 | Draft memo regarding securities proceeds, tax holding account | 0.20 | 465.00 | 93.00 |
| 08/24/2021 | KBP | B320 | Review emails regarding distribution of publicly traded securities | 0.20 | 465.00 | 93.00 |
| 08/25/2021 | KBP | B320 | Review communications re distributions of publicly traded securities | 0.40 | 465.00 | 186.00 |
| 08/25/2021 | KBP | B320 | Telephone conference with D. Castleman regarding preIPO shares | 0.50 | 465.00 | 232.50 |
| 08/25/2021 | KBP | B320 | Review and analyze spreadsheet scenarios regarding preIPO share sales | 0.80 | 465.00 | 372.00 |
| 08/27/2021 | KBP | B320 | Review and execute additional distribution forms | 0.40 | 465.00 | 186.00 |
| 08/27/2021 | KBP | B320 | Review and respond to memos regarding pre-IPO share due diligence | 0.40 | 465.00 | 186.00 |
| 08/29/2021 | KBP | B320 | Review and forward email from creditor regarding status of distribution to cash claimant | 0.20 | 465.00 | 93.00 |
| 08/30/2021 | KBP | B320 | Review additional information regarding payment of unsecured cash claim, respond to counsel | 0.20 | 465.00 | 93.00 |
| 08/30/2021 | KBP | B320 | Review memo from counsel regarding preIPO shares, draft email to SEC | 0.20 | 465.00 | 93.00 |
| 08/31/2021 | KBP | B320 | Tel conf with D. Castleman regarding preIPO shares, strategy | 0.30 | 465.00 | 139.50 |
| 08/31/2021 | KBP | B320 | Review and respond to memo from EquityZen regarding preIPO shares | 0.10 | 465.00 | 46.50 |
| 09/01/2021 | KBP | B320 | Review summary of pre-IPO analysis | 0.20 | 465.00 | 93.00 |
| 09/01/2021 | KBP | B320 | Telephone conference with SEC regarding strategy regarding pre-IPO shares | 1.00 | 465.00 | 465.00 |
| 09/01/2021 | KBP | B320 | Draft memo to IAC regarding meeting regarding pre-IPO shares | 0.10 | 465.00 | 46.50 |
| 09/01/2021 | KBP | B320 | Telephone conf with counsel re pre-IPO shares | 0.20 | 465.00 | 93.00 |
| 09/01/2021 | KBP | B320 | Review and respond to email from secondary market operator regarding pre-IPO shares | 0.10 | 465.00 | 46.50 |
| 09/01/2021 | KBP | B320 | Download and review trading activity from securities sale and distribution | 0.50 | 465.00 | 232.50 |
| 09/03/2021 | KBP | B320 | Telephone conf with Investment Advisory Committee re pre-IPO shares | 0.80 | 465.00 | 372.00 |
| 09/03/2021 | KBP | B320 | Telephone conf with counsel regarding preIPO shares, distributions | 0.40 | 465.00 | 186.00 |
| 09/03/2021 | KBP | B320 | Review articles regarding ZocDoc and Lookout prospectx | 0.20 | 465.00 | 93.00 |
| 09/03/2021 | KBP | B320 | Review communications regarding payment to Eliv | 0.10 | 465.00 | 46.50 |
| 09/03/2021 | KBP | B320 | Draft email to Zanbato regarding sale of pre-IPO shares | 0.10 | 465.00 | 46.50 |
| 09/06/2021 | KBP | B320 | Review email to IAC regarding pre-IPO shares | 0.10 | 465.00 | 46.50 |
| 09/07/2021 | KBP | B320 | Review emails and response regarding distribution, number of shares | 0.20 | 465.00 | 93.00 |
| 09/14/2021 | KBP | B320 | Download and review recent brokerage transactions, email to counsel | 0.40 | 465.00 | 186.00 |
| 09/14/2021 | KBP | B320 | Review emails regarding distribution of securities | 0.20 | 465.00 | 93.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 09/16/2021 | KBP | B320 | Review and respond to email from Zanbato regarding preIPO shares | 0.10 | 465.00 | 46.50 |
| 09/16/2021 | KBP | B320 | Review email regarding Eliv and Valente, status of distributions | 0.10 | 465.00 | 46.50 |
| 09/16/2021 | KBP | B320 | Review correspondence re language regarding Eliv distribution | 0.10 | 465.00 | 46.50 |
| 09/17/2021 | KBP | B320 | Telephone conf with Arnav from Zanbato regarding preIPO shares | 0.20 | 465.00 | 93.00 |
| 09/18/2021 | KBP | B320 | Review and analyze memo and spreadsheets regarding second stock distribution | 0.60 | 465.00 | 279.00 |
| 09/18/2021 | KBP | B320 | Telephone conf with D. Castleman regarding preIPO shares, distribution schedules | 0.30 | 465.00 | 139.50 |
| 09/19/2021 | KBP | B320 | Review and approve spreadsheets regarding two distributions | 0.60 | 465.00 | 279.00 |
| 09/19/2021 | KBP | B320 | Review and analyze deficiency analysis | 0.60 | 465.00 | 279.00 |
| 09/21/2021 | KBP | B320 | Telephone conference with investor re status of distribution | 0.20 | 465.00 | 93.00 |
| 09/21/2021 | KBP | B320 | Communications with C. Klein regarding sale of pre-IPO shares | 0.20 | 465.00 | 93.00 |
| 09/22/2021 | KBP | B320 | Review and respond to inquiry from investor K.L. Regarding distribution | 0.20 | 465.00 | 93.00 |
| 09/23/2021 | KBP | B320 | Review research regarding ZocDoc obligee | 0.10 | 465.00 | 46.50 |
| 09/23/2021 | KBP | B320 | Telephone conference with D. Castleman regarding sale of pre-IPO shares, EAC offer | 0.20 | 465.00 | 93.00 |
| 09/23/2021 | KBP | B320 | Telephone conf with C. Klein regarding pre-IPO shares | 0.30 | 465.00 | 139.50 |
| 09/23/2021 | KBP | B320 | Telephone conference with counsel regarding Lookout shares, logistics regarding sale | 0.20 | 465.00 | 93.00 |
| 09/23/2021 | KBP | B320 | Review email regarding forward contract on ZocDoc | 0.10 | 465.00 | 46.50 |
| 09/23/2021 | KBP | B320 | Review and respond to email with counsel regarding Lookout shares | 0.20 | 465.00 | 93.00 |
| 09/24/2021 | KBP | B320 | Communications regarding distributions regarding Palantir, Bloom and AIrbnb | 0.20 | 465.00 | 93.00 |
| 09/30/2021 | KBP | B320 | Tel conf with D. Castleman regarding sale of preIPO shares, Lookout | 0.20 | 465.00 | 93.00 |
| 09/30/2021 | KBP | B320 | Review and respond to email from EquityZen regarding sale of pre-IPO shares | 0.10 | 465.00 | 46.50 |

|  |  |
|---|---|
| **B320** | **19,483.50** |
| Sub-total Fees: | $29,155.50 |

### Rate Summary

| | | | |
|---|---|---|---|
| Kathy B. Phelps | 62.70 hours at $465.00/hr | | $29,155.50 |
| | Total hours: | 62.70 | $29,155.50 |

**Payments**

| | | | |
|---|---|---|---|
| 08/04/2021 | Payment | Wire In | 55.50 |
| 08/05/2021 | Write-off | Write off | 3,009.20 |

| 08/05/2021 | Payment | Wire In | 12,036.80 |
| --- | --- | --- | --- |
| | | Sub-total Payments: | $15,101.50 |

| | |
| --- | --- |
| Total Current Billing: | $29,155.50 |
| Previous Balance Due: | $15,101.50 |
| Total Payments: | ($15,101.50) |
| **Total Now Due:** | **$29,155.50** |