1

**RAINES FELDMAN LLP**
David Castleman (State Bar No. 326812)

2

*dcastleman@raineslaw.com*
1800 Avenue of the Stars, 12th Floor

3

Los Angeles, California 90067
Telephone: (310) 440-4100

4

Facsimile: (310) 691-1367

5

*Counsel to Receiver Kathy Bazoian Phelps*

6

7

8

**UNITED STATES DISTRICT COURT**

9

**NORTHERN DISTRICT OF CALIFORNIA**

10

**SAN FRANCISCO DIVISION**

11

SECURITIES AND EXCHANGE
COMMISSION,

12

13

Plaintiffs,

14

v.

15

JOHN V. BIVONA; SADDLE RIVER
ADVISORS, LLC; SRA MANAGEMENT
ASSOCIATES, LLC; FRANK GREGORY
MAZZOLA,

16

17

Defendants, and

18

SRA I LLC; SRA II LLC; SRA III LLC;
FELIX INVESTMENTS, LLC; MICHELE J.
MAZZOLA; ANNE BIVONA; CLEAR
SAILING GROUP IV LLC; CLEAR SAILING
GROUP V LLC,

19

20

21

Relief Defendants.

22

Case No.:  3:16-cv-01386-EMC

**DECLARATION OF KATHY BAZOIAN PHELPS IN SUPPORT OF TWELFTH INTERIM ADMINISTRATIVE MOTION FOR AN ORDER PURSUANT TO LOCAL RULE 7-11 FOR THE APPROVAL OF FEES AND EXPENSES FOR THE SUCCESOR RECEIVER, RAINES FELDMAN LLP, MILLER KAPLAN ARASE LLP, AND SCHINNER & SHAIN LLP FROM OCTOBER 1, 2021 THROUGH DECEMBER 31, 2021**

Date:       No Hearing Set
Time:       No Hearing Set
Judge:      Edward M. Chen

23

24

25

26

27

28

I, Kathy Bazoian Phelps, declare:

1.     Pursuant to this Court's Revised Order Appointing Receiver, entered on February 28, 2019, I was appointed as the successor receiver ("Receiver") in this case.  I am also an attorney duly licensed to practice in the State of California and am partner at the firm of Raines Feldman LLP ("Raines Feldman").  I have personal knowledge of the matters set forth below and if called as a witness, I would and could testify competently to the matters stated herein.

2.     This declaration is made in support of the Twelfth Interim Administrative Motion for an Order Pursuant to Local Rule 7-11 for the Approval of Fees and Expenses for the Successor Receiver, Raines Feldman LLP, Miller Kaplan Arase LLP, and Schinner & Shain LLP from October 1, 2021 through December 31, 2021 ("Motion").

3.     Attached hereto as Exhibit "1" is a financial summary of the receivership estate for the fourth quarter 2021, as of December 31, 2021. The financial summary sets forth the cash on hand in the estate. The summary also includes the known accrued but unpaid administration expenses through December 31, 2021, and the net unencumbered cash of the estate after deducting the known incurred expenses, including the fees and costs subject to this Motion and including holdbacks.

4.     Attached hereto as Exhibit "2" is the Standardized Fund Accounting Report for the fourth quarter 2021, prepared on the form requested by the SEC to reflect the cash activity in the case during this period.

5.     Attached hereto as Exhibit "3" is a list of prior fee applications I have made to this Court, all of which have been approved.

6.     Pursuant to my proposal for my appointment, and in recognition of the efficiencies and benefits to the estate in my role as Receiver that I can also address legal issues arising in the estate, I have divided my time between various billing categories.  For the period of October 1, 2021 through December 31, 2021 (the "Motion Period"), I performed services between the following three billing categories:

B110 – Case Administration

B120 – Asset Analysis and Recovery

B320 – Plan Implementation

7.      In the interests of the estate and pursuant to the Employment Order, I have discounted my hourly rate to $465.00 from my standard hourly rate is $675.00, thereby generating savings to the estate. Attached hereto as Exhibit "4" are true and correct copies of the billing statements itemizing the legal services provided and the costs incurred by me in this case during the Motion Period.

B110 - Case Administration

8.      As set forth in Exhibit "4," during the Motion Period, with respect to Category B110, I performed 18.00 hours of services for total fees of $8,370.00 in administering the estate.

9.      During the Motion Period, I have continued to take actions to manage the administration of the case, including issues dealing with financial reporting and banking. I review the statements for the multiple accounts in this case on a monthly basis and monitor the financial transactions throughout the month. I manage the funds of the receivership estate and handle banking and the accounts at Wells Fargo Bank and East West Bank.

10.      During the Motion Period, I prepared a status report through the third quarter of 2021 to apprise the Court of developments in the receivership and my activities in the case and also prepared the affiliated cash disbursement schedules and the Standard Fund Accounting Report for the SEC.

11.      During the Motion Period, I communicated with the SEC regarding the status of the receivership.

12.      During the Motion Period, I worked with my advisers and accountants to analyze the estimated tax payments required to be made by the estate.  As a result of those efforts, I caused the estate to make an estimated tax payment of $655,000.00 to the United States Treasury and an estimated tax payment of $170,000.00 to the California Franchise Tax Board.  I also worked with my advisers and accountants on other tax issues.

B120 – Asset Analysis and Recovery

13.     As set forth in Exhibit "4," during the Motion Period, with respect to Category B120, I performed 19.20 hours of services for total fees of $8,928.00 in the category of asset analysis and recovery.

14.     During the Motion Period, I analyzed the estate's options with respect to the sale or distribution of the remaining four pre-IPO securities (Addepar, Inc., Evernote Corporation, Lookout, Inc., and ZocDoc, Inc.), including potential tax issues.

15.     As a result, I identified a potential opportunity for the disposition of Evernote Corporation ("Evernote"), working with the purchaser and counsel for Evernote to complete the transaction in 2021. I moved the Court for approval to complete the transaction, which I expect will provide substantial tax benefits to the estate, and that approval was granted. The Evernote transaction closed in December 2021.

16.     During the Motion Period, I coordinated with counsel for Ben Sabrin on the continued implementation of that settlement agreement and payments to the estate.

B320 – Plan Implementation

17.     As set forth in Exhibit "4," during the Motion Period, with respect to Category B320, I performed 2.00 hours of services for total fees of $930.00.

18.     This category includes services provided to the estate in connection with the Plan of Distribution ("Plan") approved by the Court on May 25, 2020 (Dkt. No. 613).

19.     During the Motion Period, I analyzed issues related to the future waterfall of distributions and related to the potential Cilano claim.

*               *               *

19.     I have read the Motion and the billing statements attached to my declaration. To the best of my knowledge, information and belief formed after reasonable inquiry, all the fees and expenses requested in the attached billing statements are true and correct and the Motion complies with the Billing Instructions for Receivers in Civil Actions Commenced by the U.S. Securities and Exchange Commission.

20.     The fees that I and my staff have charged are reasonable, necessary, and

4

commensurate with the skill and experience required for the activity performed. I respectfully submit that neither I nor my staff has expended time unnecessarily and that I have rendered efficient and effective services.

21.     In seeking reimbursement of services for which I purchased or contracted for from a third party, I have only requested reimbursement for the amount billed by the third-party vendor and paid to the vendor. I have not made a profit on such reimbursable services. I have not included in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment, or capital outlay.

22.     The detail relating to the fees of Raines Feldman LLP are set forth in the Declaration of David Castleman filed concurrently herewith. I have reviewed their billing statements and believe that the fees and expenses charged are reasonable and were necessary in this case. To the best of my knowledge, information and belief formed after reasonable inquiry, all the fees and expenses requested in their billing statements are true and correct and the Motion complies with the Billing Instructions for Receivers in Civil Actions Commenced by the U.S. Securities and Exchange Commission.

23.     The detail relating to the fees of Miller Kaplan Arase LLP are set forth in the Declaration of Julia Damasco filed concurrently herewith. I have reviewed their billing statements and believe that the fees and expenses charged are reasonable and were necessary in this case. To the best of my knowledge, information and belief formed after reasonable inquiry, all the fees and expenses requested in their billing statements are true and correct and the Motion complies with the Billing Instructions for Receivers in Civil Actions Commenced by the U.S. Securities and Exchange Commission.

24.     The detail relating to the fees of Schinner & Shain LLP are set forth in the Declaration of Frederick Koenen filed concurrently herewith. I have reviewed their billing statements and believe that the fees and expenses charged are reasonable and were necessary in this case. To the best of my knowledge, information and belief formed after reasonable inquiry, all the fees and expenses requested in their billing statements are true and correct and the Motion complies with the Billing Instructions for Receivers in Civil Actions Commenced

by the U.S. Securities and Exchange Commission.

25.     I have agreed to a 20% holdback of my fees requested in this Motion. The SEC has agreed not to require a holdback for my professionals in this Motion so I will pay 80% of my allowed fees and 100% of the allowed fees of my professionals in connection with this Motion.

26.     I have conferred with counsel for the Securities and Exchange Commission and counsel for Progresso Ventures, and I am advised that they do not oppose the Motion. A stipulation with all parties was deemed impractical given, among other things, the entry of judgment against defendants and pending bankruptcy of defendant John Bivona.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 24th day of January 2022 at Los Angeles, California.

_/s/ Kathy Bazoian Phelps_____
Kathy Bazoian Phelps

# EXHIBIT 1

**Receivership Estate of SRA Management Associates, LLC et al**
**4th Quarter 2021 - Cash Receipts and Disbursements**

**Checking #0063**

| Date | Notes | Deposits | Withdrawals | Balance |
|------|-------|----------|-------------|---------|
| 10/1/2021 | Opening Balance | | | **$6,176.37** |
| 12/31/2021 | Ending Balance | | | **$6,176.37** |

**Brokerage #2849 (Brokerage with Stocks and Mutual Fund)**

| Date | Notes | Deposits | Withdrawals | Balance |
|------|-------|----------|-------------|---------|
| 10/1/2021 | Opening Balance (Cash Sweep Only) | | | **$0.00** |
| 12/31/2021 | Ending Balance (Cash Sweep Only) | | | **$0.00** |

**Brokerage #7306 (Anna Bivona funds)**

| Date | Notes | Deposits | Withdrawals | Balance |
|------|-------|----------|-------------|---------|
| 10/1/2021 | Opening Balance | | | **$502,470.94** |
| 10/29/2021 | Interest | $4.27 | | $502,475.21 |
| 11/17/2021 | From SEC re claim in John Bivona bankruptcy | $32,039.21 | | $534,514.42 |
| 11/30/2021 | Interest | $4.25 | | $534,518.67 |
| 12/31/2021 | Interest | $4.54 | | $534,523.21 |
| 12/31/2021 | Ending Balance | | | **$534,523.21** |

**East West #0704 (Tax Holding Account)**

| Date | Notes | Deposits | Withdrawals | Balance |
|------|-------|----------|-------------|---------|
| 10/1/2021 | Opening Balance | | | **$250,000.00** |
| 12/15/2021 | transfer in from ICS | $655,000.00 | | $905,000.00 |
| 12/15/2021 | Estimated tax payment (second distribution - federal) | | $655,000.00 | $250,000.00 |
| 12/20/2021 | transfer to ICS | $170,000.00 | | $420,000.00 |
| 12/20/2021 | Estimated tax payment (second distribution - state) | | $170,000.00 | $250,000.00 |
| 12/31/2021 | Ending Balance | | | **$250,000.00** |

**East West #0697 (Plan Fund)**

| Date | Notes | Deposits | Withdrawals | Balance |
|------|-------|----------|-------------|---------|
| 10/1/2021 | Opening Balance | | | **$250,000.00** |
| 11/4/2021 | Transfer from ICS (Prof Fees Part 1 of 2) | $62,551.05 | | $312,551.05 |
| 11/4/2021 | Payment of Fees to K. Phelps (RF) | | $23,324.40 | $289,226.65 |
| 11/4/2021 | Payment of Fees to Raines Feldman | | $37,894.65 | $251,332.00 |
| 11/4/2021 | Payment of Fees to Miller Kaplan | | $1,332.00 | $250,000.00 |
| 12/6/2021 | Transfer from ICS (Prof Fees Part 2 of 2) | $3,053.25 | | $253,053.25 |
| 12/6/2021 | Payment of Fees to Schinner Shain (Check 1040) | | $3,053.25 | $250,000.00 |
| 12/31/2021 | Ending Balance | | | **$250,000.00** |

**East West #1264 (MongoDB Admin Reserve Account)**

| Date | Notes | Deposits | Withdrawals | Balance |
|------|-------|----------|-------------|---------|
| 10/1/2021 | Opening Balance | | | **$250,000.00** |
| 12/31/2021 | Ending Balance | | | **$250,000.00** |

**East West #1257 (Palantir Admin Reserve Account)**

| Date | Notes | Deposits | Withdrawals | Balance |
|------|-------|----------|-------------|---------|
| 10/1/2021 | Opening Balance | | | **$250,000.00** |
| 12/31/2021 | Ending Balance | | | **$250,000.00** |

**East West #1432 (Airbnb Admin Reserve Account)**

| Date | Notes | Deposits | Withdrawals | Balance |
|------|-------|----------|-------------|---------|
| 10/1/2021 | Opening Balance | | | **$118,172.34** |
| 12/31/2021 | Ending Balance | | | **$118,172.34** |

**Receivership Estate of SRA Management Associates, LLC et al**
**4th Quarter 2021 - Cash Receipts and Disbursements**

**East West #1432 (Airbnb Admin Reserve Account)**

| Date | Notes | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| 12/13/2021 | Opening Balance | | | **$0.00** |
| 12/14/2021 | Sale of Evernote securities | $96,108.00 | | **$96,108.00** |
| 12/31/2021 | Ending Balance | | | **$96,108.00** |

**East West #1070 (ICS Cash Sweep for Tax Holding Account)**

| Date | Notes | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| 10/1/2021 | Opening balance | | | **$5,328,982.16** |
| 10/29/2021 | interest | $226.13 | | $5,329,208.29 |
| 11/30/2021 | interest | $218.87 | | $5,329,427.16 |
| 12/16/2021 | transfer to checking (2nd Dist IRS payment) | | $655,000.00 | $4,674,427.16 |
| 12/21/2021 | transfer to checking (2nd Dist FTB payment) | | $170,000.00 | $4,504,427.16 |
| 12/31/2021 | interest | $209.26 | | $4,504,636.42 |
| 12/31/2021 | Ending balance | | | **$4,504,636.42** |

**East West #1062 (ICS Cash Sweep for Plan Fund)**

| Date | Notes | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| 10/1/2021 | Opening Balance | | | **$4,342,711.39** |
| 10/29/2021 | interest | $184.26 | | $4,342,895.65 |
| 11/5/2021 | Transfer to checking for prof fees (pt 1 of 2) | | $62,551.05 | $4,280,344.60 |
| 11/30/2021 | interest | $176.11 | | $4,280,520.71 |
| 12/7/2021 | Transfer to checking for prof fees (pt 2 of 2) | | $3,053.25 | $4,277,467.46 |
| 12/31/2021 | interest | $181.48 | | $4,277,648.94 |
| 12/31/2021 | Ending Balance | | | **$4,277,648.94** |

**East West #1120 (ICS Cash Sweep for Palantir Admin Reserve)**

| Date | Notes | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| 10/1/2021 | Opening balance | | | **$12,880,352.23** |
| 10/29/2021 | interest | $546.59 | | $12,880,898.82 |
| 11/30/2021 | interest | $528.99 | | $12,881,427.81 |
| 12/31/2021 | interest | $546.62 | | $12,881,974.43 |
| 12/31/2021 | Ending balance | | | **$12,881,974.43** |

**East West #1161 (ICS Cash Sweep for MongoDB Admin Reserve)**

| Date | Notes | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| 10/1/2021 | Opening balance | | | **$50,695.90** |
| 10/29/2021 | interest | $2.11 | | $50,698.01 |
| 11/30/2021 | interest | $2.06 | | $50,700.07 |
| 12/31/2021 | interest | $2.15 | | $50,702.22 |
| 12/31/2021 | Ending balance | | | **$50,702.22** |

**Cash Position of Receivership Estate of SRA Management Associates, LLC et al**
**As of December 31, 2021**

**Cash**

| | |
|---|---|
| WF Checking | $6,176.37 |
| WF Brokerage | $0.00 |
| Anna Bivona Funds | $534,523.21 |
| Plan Fund checking | $250,000.00 |
| Tax Holding checking | $250,000.00 |
| Palantir Admin Reserve checking | $250,000.00 |
| Mongo Admin Reserve checking | $250,000.00 |
| Plan Fund ICS | $4,277,648.94 |

**Receivership Estate of SRA Management Associates, LLC et al**
**4th Quarter 2021 - Cash Receipts and Disbursements**

| | | |
|---|---|---:|
| Tax Holding ICS | | $4,504,636.42 |
| Palantir Admin Reserve ICS | | $12,881,974.43 |
| Mongo Admin Reserve ICS | | $50,702.22 |
| Airbnb Reserve | | $118,172.34 |
| Evernote Reserve | | $96,108.00 |
| | Total | **$23,469,941.93** |
| | | |
| **Holdbacks (incl thru 3Q 2021)** | | |
| Sherwood Partners, Former Receiver | | $144,627.50 |
| Kathy Bazoian Phelps, Receiver (Diamond McCarthy) | | $108,980.07 |
| Kathy Bazoian Phelps, Receiver (Raines Feldman) | | $8,840.30 |
| | Total | **$262,447.87** |
| | | |
| **Accrued Fees for 4th Qtr 2021** | | |
| Kathy Bazoian Phelps, Receiver | | $18,228.00 |
| Costs | | $0.00 |
| Raines Feldman | | $18,335.50 |
| Costs | | $46.42 |
| Miller Kaplan | | $1,453.20 |
| Costs | | $0.00 |
| Schinner & Shain | | $1,707.75 |
| | Total | **$39,770.87** |

# EXHIBIT 2

**STANDARDIZED FUND ACCOUNTING REPORT for SRA Management LLC, et al. - Cash Basis**
Receivership; Civil Court Docket No. 3:16-cv-01386-EMC
Reporting Period 10/1/2021 to 12/31/2021

| FUND ACCOUNTING (See Instructions): | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| **Line 1** | **Beginning Balance (As of 10/1/2021):** | | | $ 24,229,561.33 |
| | Wells Fargo Bank Checking | | $ 6,176.37 | |
| | Wells Fargo Brokerage (Mutual Fund and Cash Sweep) | | $ 0.00 | |
| | Wells Fargo Bank - Anna Bivona funds | | $ 502,470.94 | |
| | East West Bank -- Plan Fund Checking | | $ 250,000.00 | |
| | East West Bank -- Plan Fund ICS | | $ 4,342,711.39 | |
| | East West Bank -- Palantir Checking | | $ 250,000.00 | |
| | East West Bank -- Palantir ICS | | $ 12,880,352.23 | |
| | East West Bank -- MongoDB Checking | | $ 250,000.00 | |
| | East West Bank -- MongoDB ICS | | $ 50,695.90 | |
| | East West Bank -- AirBnB Checking | | $ 118,172.34 | |
| | East West Bank -- Tax Holding Account Checking | | $ 250,000.00 | |
| | East West Bank -- Tax Holding Account ICS | | $ 5,328,982.16 | |
| | **Increases In Fund Balance:** | | | |
| **Line 2** | **Business Income** | | | |
| **Line 3** | **Cash and Securities** | | | |
| **Line 4** | **Interest/Dividend Income** | | | |
| | Anna Bivona funds | $ 13.06 | | $ 13.06 |
| | Plan Fund ICS Interest | $ 541.85 | | $ 541.85 |
| | Tax Holding Account ICS Interest | $ 654.26 | | $ 654.26 |
| | Palantir Reserve ICS Interest | $ 1,622.20 | | $ 1,622.20 |
| | Mongo Reserve ICS Interest | $ 6.32 | | $ 6.32 |
| **Line 5** | **Business Asset Liquidation** | | | |
| | Sale of Evernote Stock | $ 96,108.00 | | $ 96,108.00 |
| **Line 6** | **Personal Asset Liquidation** | | | |
| **Line 7** | **Third-Party Litigation Income** | $ - | | $ - |
| **Line 8** | **Miscellaneous - Other** | | | |
| | SEC Claim from Bivona Bankruptcy | $ 32,039.21 | | $ 32,039.21 |
| | **Total Funds Available (Lines 1-8):** | | | $ 24,360,546.23 |
| | *Decreases In Fund Balance:* | | | $ 890,604.30 |
| **Line 9** | **Disbursements to Investors** | | 0.00 | $ - |
| | **Wire Fee** | | 0.00 | |
| | **Bank Fees** | | 0.00 | |
| | **Commission on sale of stock** | | 0.00 | |
| **Line 10** | **Disbursements for Receivership Operations** | | | |
| Line 10a | Disbursements to Receiver or Other Professionals | | 65,604.30 | |
| Line 10b | Business Asset Expenses | | | |
| Line 10c | Personal Asset Expenses | | | |
| Line 10d | Investment Expenses | | | |
| Line 10e | Third-Party Litigation Expenses | | | |
| | 1. Attorney Fees | | | |
| | 2. Litigation Expenses | | | |
| | Total Third-Party Litigation Expenses | | | |
| Line 10f | Tax Administrator Fees and Bonds | | | |
| Line 10g | Federal and State Tax Payments | | 825,000.00 | |
| | Other (Transfer from Mutual Fund to Checking | | | |
| | **Total Disbursements for Receivership Operations** | | | $ 890,604.30 |
| **Line 11** | **Disbursements for Distribution Expenses Paid by the Fund:** | | | N/A |
| Line 11a | *Distribution Plan Development Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administration.................................................... | | | |

**STANDARDIZED FUND ACCOUNTING REPORT for SRA Management LLC, et al. - Cash Basis**
Receivership; Civil Court Docket No. 3:16-cv-01386-EMC
Reporting Period 10/1/2021 to 12/31/2021

|  |  |  |  |
|---|---|---|---|
| | Independent Distribution Consultation (IDC)…………………………………… | | |
| | Distribution Agent………………………………………………………… | | |
| | Consultants………………………………………………………… | | |
| | Legal Advisors……………………………………………………… | | |
| | Tax Advisors……………………………………………………… | | |
| | 2. Administrative Expenses | | |
| | 3. Miscellaneous | | |
| | Total Plan Development Expenses | | |
| Line 11b | *Distribution Plan Implementation Expenses:* | | |
| | 1. Fees | | |
| | Fund Administrator………………………………………………… | | |
| | IDC……………………………………………………………… | | |
| | Distribution Agent………………………………………………… | | |
| | Consultants………………………………………………………… | | |
| | Legal Advisors……………………………………………………… | | |
| | Tax Advisors……………………………………………………… | | |
| | 2. Administrative Expenses | | |
| | 3. Investor Identification: | | |
| | Notice/Publishing Approved Plan | | |
| | Claimant Identification | | |
| | Claims Processing | | |
| | Web Site Maintenance/Call Center | | |
| | 4. Fund Administrator Bond | | |
| | 5. Miscellaneous | | |
| | 6. Federal Account for Investor Restitution | | |
| | (FAIR) Reporting Expenses | | |
| | *Total Plan Implementation Expenses* | | |
| | **Total Disbursements for Distribution Expenses Paid by the Fund** | | |
| **Line 12** | **Disbursements to Court/Other:** | | |
| Line 12a | *Investment Expenses/Court Registry Investment System (CRIS) Fees* | | |
| Line 12b | *Federal Tax Payments* | | |
| | **Total Disbursements to Court/Other** | | |
| | **Total Funds Disbursed (Lines 9-11)** | | $ 890,604.30 |
| **Line 13** | **Ending Balance (As of 12/31/2021)** | | $ 23,469,941.93 |
| **Line 14** | **Ending Balance of Fund - Not Assets:** | | |
| Line 14a | *Cash & Cash Equivalents* | | |
| | Checking | $ 6,176.37 | $ 6,176.37 |
| | Brokerage Cash Sweep | $ 0.00 | $ 0.00 |
| | Anna Bivona funds | $ 534,523.21 | $ 534,523.21 |
| | Plan Fund | $ 250,000.00 | $ 250,000.00 |
| | Plan Fund ICS account | $ 4,277,648.94 | $ 4,277,648.94 |
| | Tax Holding Account | $ 250,000.00 | $ 250,000.00 |
| | Tax Holding Account ICS account | $ 4,504,636.42 | $ 4,504,636.42 |
| | Palantir Administrative Reserve account | $ 250,000.00 | $ 250,000.00 |
| | Palantir Administrative Reserve ICS account | $ 12,881,974.43 | $ 12,881,974.43 |
| | MongoDB Administrative Reserve account | $ 250,000.00 | $ 250,000.00 |
| | MongoDB Administrative Reserve ICS account | $ 50,702.22 | $ 50,702.22 |
| | Airbnb Administrative Reserve account | $ 118,172.34 | $ 118,172.34 |
| | Evernote Reserve Account | $ 96,108.00 | $ 96,108.00 |
| Line 14b | *Investments* | | |
| Line 14c | *Other Assets or Uncleared Funds* | | |
| | **Total Ending Balance of Fund - Not Assets** | | $ 23,469,941.93 |

**OTHER SUPPLEMENTAL INFORMATION:**

| | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| | *Report of Items NOT To Be Paid by the Fund:* | | | |
| Line 15 | **Disbursements for Plan Administration Expenses Not Paid by the Fund:** | | | N/A |

**STANDARDIZED FUND ACCOUNTING REPORT for SRA Management LLC, et al. - Cash Basis**
Receivership; Civil Court Docket No. 3:16-cv-01386-EMC
**Reporting Period 10/1/2021 to 12/31/2021**

| | | | | |
|---|---|---|---|---|
| | *Line 15a* | *Plan Development Expenses Not Paid by the Fund:* | | |
| | | 1. Fees | | |
| | | Fund Administrator………………………………………………… | | |
| | | IDC………………………………………………………………… | | |
| | | Distribution Agent………………………………………………… | | |
| | | Consultants……………………………………………………….. | | |
| | | Legal Advisors…………………………………………………… | | |
| | | Tax Advisors……………………………………………………... | | |
| | | 2. Administrative Expenses | | |
| | | 3. Miscellaneous | | |
| | | *Total Plan Development Expenses Not Paid by the Fund* | | |
| | *Line 15b* | *Plan Implementation Expenses Not Paid by the Fund:* | | |
| | | 1. Fees: | | |
| | | Fund Administrator………………………………………… | | |
| | | IDC…………………………………………………………… | | |
| | | Distribution Agent………………………………………… | | |
| | | Consultants………………………………………………… | | |
| | | Legal Advisors…………………………………………… | | |
| | | Tax Advisors……………………………………………… | | |
| | | 2. Administrative Expenses | | |
| | | 3. Investor Identification: | | |
| | | Notice/Publishing Approved Plan………………………………… | | |
| | | Claimant Identification………………………………………… | | |
| | | Claims Processing……………………………………………… | | |
| | | Web Site Maintenance/Call Center……………………………… | | |
| | | 4. Fund Administrator Bond | | |
| | | 5. Miscellaneous | | |
| | | 6. FAIR Reporting Expenses | | |
| | | *Total Plan Implementation Expenses Not Paid by the Fund* | | |
| | *Line 15c* | *Tax Administrator Fees & Bonds Not Paid by the Fund* | | |
| | | **Total Disbursements for Plan Administration Expenses Not Paid by the Fund** | | |
| **Line 16** | | **Disbursements to Court/Other Not Paid by the Fund:** | | N/A |
| | *Line 16a* | *Investment Expenses/CRIS Fees* | | |
| | *Line 16b* | *Federal Tax Payments* | | |
| | | **Total Disbursements to Court/Other Not Paid by the Fund:** | | |
| **Line 17** | | **DC & State Tax Payments** | | |
| **Line 18** | | **No. of Claims:** | | |
| | *Line 18a* | *# of Claims Received This Reporting Period*…………………………………………………………… | | |
| | *Line 18b* | *# of Claimants Since Inception of Fund*………………………………………………………………… | | |
| **Line 19** | | **No. of Claimants/Investors:** | | |
| | *Line 19a* | *# of Claimants/Investors Paid This Reporting Period*…………………………………………………… | | |
| | *Line 19b* | *# of Claimants/Investors Paid Since Inception of Fund*………………………………………………… | | |

Receiver:

By: */s/ Kathy Bazoian Phelps*

   (signature)

_____

Kathy Bazoian Phelps

_____

Receiver

Date: 01.--.22

# EXHIBIT 3

**Exhibit 3**

*SEC v. Bivona et al.*, No. 3:16-CV-01386-EMC

**Successor Receiver Prior Fee Applications**

**Order on First Interim Motion (Dkt. 485)**: Receiver fees of $46,287.00 and costs of $3,033.33 and Diamond McCarthy fees of $16,802.80 and costs of $524.67 (fees subject to 20% hold back).

**Order on Second Interim Motion (Dkt. No. 515)**: Receiver fees of $85,735.50 and costs of $185.93 and Diamond McCarthy fees of $30,625.00 and costs of $1,924.16 (fees subject to 20% hold back).

**Order on Third Interim Motion (Dkt. No. 537)**: Receiver fees in the amount of $40,349.40 and costs of $542.73 and Diamond McCarthy fees of $4,450.90 and costs of $131.35 (fees subject to 20% hold back).

**Order on Fourth Interim Motion (Dkt. No. 567)**: Receiver fees in the amount of $50,187.30 and costs of $27.00 and Diamond McCarthy fees of $12,550.00 (fees subject to 30% holdback); Miller Kaplan fees of $42,465.60 and Schinner fees of $5,044.96 (fees subject to 20% holdback).

**Order on the Fifth Interim Motion (Dkt No. 615)**: Receiver fees in the amount of $75,058.00 and costs of $145.00 and Diamond McCarthy fees of $32,454.00 (fees subject to 20% holdback); Schinner fees of $2,450.00 and costs of $622.06.

**Order on Sixth Interim Motion (Dkt. No. 621)**: Receiver fees in the amount of $43,904.00 and costs of $388.39, Diamond McCarthy fees of $29,398.90 and costs of $919.78, and Miller Kaplan fees of $16,399.20 (subject to 20% holdback); Schinner fees of $900.

**Order on Seventh Interim Motion (Dkt. No. 633)**: Receiver fees in the amount of $83,732.00 and costs of $388.39 (fees subject to 20% holdback), Diamond McCarthy fees of $82,500.50 and costs of $508.60, Miller Kaplan fees of $25,996.40; and Schinner fees of $11,371.50.  The Order further authorized the payment of the following holdbacks:  $26,511.32 for Diamond McCarthy, $11,772.96 for Miller Kaplan, and $3,761.24 for Schinner.

**Order on Eighth Interim Motion (Dkt. No. 636)**: Receiver fees in the amount of $32,571.50 (subject to 20% holdback), Diamond McCarthy fees of $43,559.20 and costs of $9.60, and Miller Kaplan fees of $3,555.60 and costs of $99.30.

**Order on Ninth Interim Motion (Dkt. No. 651)**: Receiver fees in the amount of $57,434.00 (subject to 20% holdback) and costs of $222.18, Diamond McCarthy fees of $84,931 and costs of $39.59, Miller Kaplan fees of $6,720.60 and costs of $50.00, Schinner fees of $828.00.

**Order on Tenth Interim Motion (Dkt. No. 662)**: Receiver fees in the amount of $19,596.00 (subject to 20% holdback) and costs of $55.50, Diamond McCarthy fees of $4,149.60 and costs of $178.39, Raines Feldman fees of $12,090.00, and Miller Kaplan fees of $6,227.40.

**Order on Eleventh Interim Motion (Dkt. No. 669)**: Receiver fees in the amount of $29,155.50 (subject to 20% holdback), Raines Feldman fees of $37,894.65, Miller Kaplan fees of $1,332.00, and Schinner fees of $3,053.25.

# EXHIBIT 4



RAINESFELDMAN

1800 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

**Invoice Date: 11/24/2021**
**Invoice Number: 93804**

Kathy Bazoian Phelps - SRA Management Assoc LLC
1800 Avenue of the Stars
12th Floor
Los Angeles, CA 90067

**4665-002 / SRA Management Receiver (Receiver file)**

| Professional Services | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/04/2021 | KBP | B110 | Review and respond to email from M. Molumphy regarding claim of creditor regarding Twitter | 0.20 | 465.00 | 93.00 |
| 10/04/2021 | KBP | B110 | Communication with counsel regarding status report, quarterly reporting | 0.20 | 465.00 | 93.00 |
| 10/05/2021 | KBP | B110 | Download and review bank statements | 0.70 | 465.00 | 325.50 |
| 10/06/2021 | KBP | B110 | Review communications regarding K1 reporting | 0.10 | 465.00 | 46.50 |
| 10/13/2021 | KBP | B110 | Additional download and review of ICS statements for funds, communication with counsel | 0.40 | 465.00 | 186.00 |
| 10/13/2021 | KBP | B110 | Review and revise third quarter status report, cash disbursement schedule and SFAR | 2.00 | 465.00 | 930.00 |
| 10/14/2021 | KBP | B110 | Review invoices of professionals | 0.30 | 465.00 | 139.50 |
| 10/14/2021 | KBP | B110 | Communications with counsel regarding status report | 0.20 | 465.00 | 93.00 |
| 10/15/2021 | KBP | B110 | Review and approve status report for third quarter | 0.50 | 465.00 | 232.50 |
| 10/20/2021 | KBP | B110 | Finalize status report, communication with SEC re report | 0.20 | 465.00 | 93.00 |
| 10/20/2021 | KBP | B110 | Draft email to SEC regarding status report and fee application | 0.10 | 465.00 | 46.50 |
| 10/20/2021 | KBP | B110 | Review analysis of creditor claim | 0.40 | 465.00 | 186.00 |
| 10/27/2021 | KBP | B110 | Review and respond to email from SEC regarding delivery of funds for Anne Bivona account | 0.30 | 465.00 | 139.50 |
| 10/28/2021 | KBP | B110 | Telephone conf with E. Chen, P. Schrage and D. Castleman regarding status report, distribution issues | 1.00 | 465.00 | 465.00 |
| 10/29/2021 | KBP | B110 | Review email from P. Schrage regarding status report | 0.10 | 465.00 | 46.50 |
| 10/29/2021 | KBP | B110 | Communications with counsel regarding finalizing SFAR and status report | 0.20 | 465.00 | 93.00 |
| 10/29/2021 | KBP | B110 | Draft emails to IAC and Progresso counsel re papers to be filed | 0.20 | 465.00 | 93.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/29/2021 | KBP | B110 | Communications with IAC, planning meeting regarding pre-IPO shares | 0.20 | 465.00 | 93.00 |
| | | | | **B110** | | **3,394.50** |
| 10/03/2021 | KBP | B120 | Review correspondence from F. Koenen regarding analysis of Lookout shares, possible sale, evaluate options | 0.40 | 465.00 | 186.00 |
| 10/04/2021 | KBP | B120 | Draft email to F. Koenen regarding clarification regarding Lookout forward contract | 0.10 | 465.00 | 46.50 |
| 10/04/2021 | KBP | B120 | Additional communications with counsel regarding possible sale of Lookout shares | 0.30 | 465.00 | 139.50 |
| 10/04/2021 | KBP | B120 | Draft email to C. Klein re possible sale of pre-IPO shares | 0.20 | 465.00 | 93.00 |
| 10/14/2021 | KBP | B120 | Review communications regarding ZocDoc | 0.20 | 465.00 | 93.00 |
| 10/15/2021 | KBP | B120 | Review communications regarding ZocDoc, escrow holder, status of preIPO shares | 0.20 | 465.00 | 93.00 |
| 10/18/2021 | KBP | B120 | Tel conf with C. Aguilar and D. Castleman regarding ZocDoc | 0.40 | 465.00 | 186.00 |
| 10/18/2021 | KBP | B120 | Review email to F. Koenen regarding Lookout forward contract | 0.10 | 465.00 | 46.50 |
| 10/19/2021 | KBP | B120 | Review memo from F. Koenen regarding sale of Lookout shares | 0.10 | 465.00 | 46.50 |
| 10/19/2021 | KBP | B120 | Review and respond to memo from counsel regarding Lookout shares, possible sale | 0.10 | 465.00 | 46.50 |
| 10/19/2021 | KBP | B120 | Review memo regarding possible structure for Lookout sale | 0.20 | 465.00 | 93.00 |
| 10/26/2021 | KBP | B120 | Communications with C. Klein regarding pre-IPO shares | 0.10 | 465.00 | 46.50 |
| 10/26/2021 | KBP | B120 | Review emails regarding Lookout, possible sale or liquidity event | 0.30 | 465.00 | 139.50 |
| 10/27/2021 | KBP | B120 | Telephone conference with C. Klein and D. Castleman regarding sale of preIPO shares | 0.50 | 465.00 | 232.50 |
| 10/27/2021 | KBP | B120 | Telephone conference with D. Castleman regarding Evernote and ZocDoc shares | 0.20 | 465.00 | 93.00 |
| 10/27/2021 | KBP | B120 | Review and respond to email from EquityZen regarding Addepar | 0.20 | 465.00 | 93.00 |
| 10/27/2021 | KBP | B120 | Review emails regarding ZocDoc forward contract | 0.20 | 465.00 | 93.00 |
| 10/27/2021 | KBP | B120 | Review email to Evernote regarding sale process | 0.10 | 465.00 | 46.50 |
| 10/29/2021 | KBP | B120 | Review follow up email regarding Evernote stock | 0.10 | 465.00 | 46.50 |
| | | | | **B120** | | **1,860.00** |
| 10/15/2021 | KBP | B160 | Review and revise fee application and declarations | 0.40 | 0.00 | 0.00 |
| | | | | **B160** | | **0.00** |
| 10/20/2021 | KBP | B320 | Review memo and spreadsheet analysis of distributions and Cilano claim, draft response | 0.80 | 465.00 | 372.00 |
| 10/20/2021 | KBP | B320 | Communications with counsel regarding waterfall of distributions | 0.20 | 465.00 | 93.00 |
| 10/20/2021 | KBP | B320 | Review and respond to analysis regarding waterfall of payments | 0.30 | 465.00 | 139.50 |

| 10/20/2021 | KBP | B320 | Review additional analysis regarding investor Class 5 claims, distribution model | 0.20 | 465.00 | 93.00 |
|---|---|---|---|---|---|---|
| 10/20/2021 | KBP | B320 | Meeting with D. Castleman regarding distribution issues | 0.50 | 465.00 | 232.50 |
| | | | | **B320** | | **930.00** |

| | Sub-total Fees: | $6,184.50 |
|---|---|---|

**Rate Summary**

| Kathy B. Phelps | | 13.30 hours at $465.00/hr | | $6,184.50 |
|---|---|---|---|---|
| | Total hours: | 13.30 | | $6,184.50 |

**Payments**

| 11/04/2021 | Payment | Wire In | | 23,324.40 |
|---|---|---|---|---|
| | | Sub-total Payments: | $23,324.40 |

| | Total Current Billing: | $6,184.50 |
|---|---|---|
| | Previous Balance Due: | $29,155.50 |
| | Total Payments: | ($23,324.40) |
| | **Total Now Due:** | **$12,015.60** |



1800 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

**Invoice Date: 12/22/2021**
**Invoice Number: 94535**

Kathy Bazoian Phelps - SRA Management Assoc LLC
1800 Avenue of the Stars
12th Floor
Los Angeles, CA 90067

**4665-002 / SRA Management Receiver (Receiver file)**

| **Professional Services** | | | | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|---|
| 11/01/2021 | KBP | B110 | Review numerous communications regarding distribution explanation, investor inquiries | 0.50 | 465.00 | 232.50 |
| 11/01/2021 | KBP | B110 | Review and respond to email from J. Syron regarding future distribution | 0.20 | 465.00 | 93.00 |
| 11/02/2021 | KBP | B110 | Review email from investor regarding inqury regarding tax calcuations | 0.10 | 465.00 | 46.50 |
| 11/02/2021 | KBP | B110 | Review additional communications regarding tax consequences and distributions | 0.20 | 465.00 | 93.00 |
| 11/02/2021 | KBP | B110 | Manage communications with investors regarding recent filings | 0.20 | 465.00 | 93.00 |
| 11/02/2021 | KBP | B110 | Review emails from investors inquiring regarding distributions | 0.20 | 465.00 | 93.00 |
| 11/03/2021 | KBP | B110 | Review emails from investors inquiring regarding distribution | 0.20 | 465.00 | 93.00 |
| 11/03/2021 | KBP | B110 | Review additional emails re investor communications | 0.20 | 465.00 | 93.00 |
| 11/03/2021 | KBP | B110 | Telephone conference with M. Molumphy regarding claimant with no claim regarding Twitter securities | 0.30 | 465.00 | 139.50 |
| 11/03/2021 | KBP | B110 | Prepare wire instructions for payment of fees | 0.30 | 465.00 | 139.50 |
| 11/04/2021 | KBP | B110 | Prepare wire instructions for fees, review forms | 0.40 | 465.00 | 186.00 |
| 11/09/2021 | KBP | B110 | Review emails regarding inquiry regarding Bloom and DropBox shares, counsel response | 0.20 | 465.00 | 93.00 |
| 11/11/2021 | KBP | B110 | Review emails regarding investor inquiry regarding Lookout | 0.10 | 465.00 | 46.50 |
| 11/15/2021 | KBP | B110 | Review emails regarding inquiries regarding distributions, status | 0.20 | 465.00 | 93.00 |
| 11/16/2021 | KBP | B110 | Review communications regarding failed investment investor | 0.20 | 465.00 | 93.00 |
| 11/16/2021 | KBP | B110 | Review and revise Evernote sale motion, declaration, notice and order | 1.30 | 465.00 | 604.50 |
| 11/22/2021 | KBP | B110 | Draft email to J. Damasco regarding review of Evernote tax issues | 0.10 | 465.00 | 46.50 |

| 11/24/2021 | KBP | B110 | Review communications from investors and counsel regarding distribution questions | 0.20 | 465.00 | 93.00 |
|---|---|---|---|---|---|---|
| 11/24/2021 | KBP | B110 | Draft language for response to investor regarding Addepar | 0.20 | 465.00 | 93.00 |
| 11/27/2021 | KBP | B110 | Review emails regarding tax analysis regarding Evernote sale, response to investor inquiry | 0.20 | 465.00 | 93.00 |
| 11/29/2021 | KBP | B110 | Draft email regarding tax analysis, review and respond to analysis from counsel | 0.40 | 465.00 | 186.00 |
| | | | | **B110** | | **2,743.50** |
| 11/01/2021 | KBP | B120 | Review correspondence with Evernote regarding sale of shares | 0.20 | 465.00 | 93.00 |
| 11/02/2021 | KBP | B120 | Call with IAC regarding Evernote stock, possible sale | 0.50 | 465.00 | 232.50 |
| 11/04/2021 | KBP | B120 | Review stock transfer policy from Evernote, review email from counsel, draft email to F. Koenen re process | 0.50 | 465.00 | 232.50 |
| 11/09/2021 | KBP | B120 | Review emails from counsel regarding Evernote, sale of securities | 0.40 | 465.00 | 186.00 |
| 11/09/2021 | KBP | B120 | Review email from counsel regarding next steps for Evernote securities | 0.10 | 465.00 | 46.50 |
| 11/09/2021 | KBP | B120 | Review and approve forms regarding Evernote sale | 0.20 | 465.00 | 93.00 |
| 11/09/2021 | KBP | B120 | Review email regarding forms for buyer for Evernote | 0.10 | 465.00 | 46.50 |
| 11/10/2021 | KBP | B120 | Review emails regarding forms for transfer of Evernote shares | 0.30 | 465.00 | 139.50 |
| 11/11/2021 | KBP | B120 | Telephone conference with Evernote Counsel regarding sale of shares | 0.30 | 465.00 | 139.50 |
| 11/11/2021 | KBP | B120 | Review counsel's emails to Evernote and EAC regarding sale | 0.10 | 465.00 | 46.50 |
| 11/11/2021 | KBP | B120 | Review and respond to email from counsel re offer from Evernote regarding security sale | 0.10 | 465.00 | 46.50 |
| 11/11/2021 | KBP | B120 | Review email from M. Mascaro regarding securities opinion, information regarding Evernote sale | 0.10 | 465.00 | 46.50 |
| 11/15/2021 | KBP | B120 | Review emails regarding information needed for Evernote transaction | 0.20 | 465.00 | 93.00 |
| 11/17/2021 | KBP | B120 | Review emails from counsel regarding sale of Evernote, form of motion and agreement | 0.20 | 465.00 | 93.00 |
| 11/17/2021 | KBP | B120 | Review communications regarding transfer agreement, counsel opinion regarding Evernote | 0.20 | 465.00 | 93.00 |
| 11/17/2021 | KBP | B120 | Review email from Evernote, draft email to securities counsel regarding legal opinion for transfer | 0.30 | 465.00 | 139.50 |
| 11/17/2021 | KBP | B120 | Review email from counsel regarding receiver language required for Evernote transfer agreement | 0.20 | 465.00 | 93.00 |
| 11/17/2021 | KBP | B120 | Telephone conf with D. Castleman regarding Evernote motion, securities and tax opinions | 0.30 | 465.00 | 139.50 |
| 11/17/2021 | KBP | B120 | Review email regarding review of Evernote Motion re tax benefits | 0.10 | 465.00 | 46.50 |
| 11/17/2021 | KBP | B120 | Review and revise agreement with Evernote re transfer of securities | 1.20 | 465.00 | 558.00 |
| 11/18/2021 | KBP | B120 | Review emails from counsel regarding Evernote transfer document, approval of sale | 0.30 | 465.00 | 139.50 |

| Date | | | Description | | | |
|---|---|---|---|---|---|---|
| 11/18/2021 | KBP | B120 | Review email from F Koenen regarding Evernote stock transfer agreement | 0.10 | 465.00 | 46.50 |
| 11/19/2021 | KBP | B120 | Review email regarding tax issues in Evernote motion | 0.10 | 465.00 | 46.50 |
| 11/19/2021 | KBP | B120 | Review Opinion letter from Evernote and comments to motion and transfer agreement | 0.80 | 465.00 | 372.00 |
| 11/19/2021 | KBP | B120 | Telephone conference with D. Castleman regarding Evernote transfer agreement | 0.40 | 465.00 | 186.00 |
| 11/19/2021 | KBP | B120 | Telephone conference with D. Castlemen regarding Evernote documentation | 0.20 | 465.00 | 93.00 |
| 11/19/2021 | KBP | B120 | Review email to F. Koenen regarding language in opinion letter | 0.10 | 465.00 | 46.50 |
| 11/19/2021 | KBP | B120 | Review revise agreement and communications from counsel an Evernote | 0.30 | 465.00 | 139.50 |
| 11/20/2021 | KBP | B120 | Review and approve finalized papers regarding Evernote securities sale | 0.30 | 465.00 | 139.50 |
| 11/20/2021 | KBP | B120 | Draft email to SeC regarding Evernote sale motion, review emails with buyer | 0.20 | 465.00 | 93.00 |
| 11/22/2021 | KBP | B120 | Review email from P. Schrage regarding Evernote motion | 0.10 | 465.00 | 46.50 |
| 11/22/2021 | KBP | B120 | Draft email to A. Israeli regarding Evernote motion | 0.10 | 465.00 | 46.50 |
| 11/22/2021 | KBP | B120 | Review email communications regarding Evernote sale | 0.20 | 465.00 | 93.00 |
| 11/23/2021 | KBP | B120 | Call with clerk, revise papers regarding Evernote sale | 0.70 | 465.00 | 325.50 |
| 11/23/2021 | KBP | B120 | Telephone conference with D. Castleman regarding Evernote motion, further revisions to papers | 0.30 | 465.00 | 139.50 |
| 11/23/2021 | KBP | B120 | Review and revise communication to Evernote investors regarding sale | 0.50 | 465.00 | 232.50 |
| 11/24/2021 | KBP | B120 | Review Evernote motion and declaration, draft memo to counsel regarding revisions | 0.50 | 465.00 | 232.50 |
| 11/24/2021 | KBP | B120 | Review additional communications with investors and parties regarding Evernote sale motion | 0.30 | 465.00 | 139.50 |
| 11/24/2021 | KBP | B120 | Telephone conference with D. Castleman regarding Evernote sale motion | 0.30 | 465.00 | 139.50 |
| 11/29/2021 | KBP | B120 | Evaluate estimated tax status, draft email to counsel | 0.20 | 465.00 | 93.00 |
| 11/29/2021 | KBP | B120 | Communications with accountants regarding estimated tax payments | 0.20 | 465.00 | 93.00 |
| | | | | **B120** | | **5,487.00** |
| | | | | Sub-total Fees: | | $8,230.50 |

### Rate Summary

| | | | |
|---|---|---|---|
| Kathy B. Phelps | | 17.70 hours at $465.00/hr | $8,230.50 |
| | Total hours: | 17.70 | $8,230.50 |

| | |
|---|---|
| Total Current Billing: | $8,230.50 |
| Previous Balance Due: | $12,015.60 |
| **Total Now Due:** | **$20,246.10** |



RAINESFELDMAN

1800 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

**Invoice Date: 1/14/2022**
**Invoice Number: 95089**

Kathy Bazoian Phelps - SRA Management Assoc LLC
1800 Avenue of the Stars
12th Floor
Los Angeles, CA 90067

**4665-002 / SRA Management Receiver (Receiver file)**

| Professional Services | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/15/2021 | KBP | B110 | Review memo from counsel regarding Evernote sale | 0.10 | 465.00 | 46.50 |
| 12/03/2021 | KBP | B110 | Download and review bank statements | 0.50 | 465.00 | 232.50 |
| 12/03/2021 | KBP | B110 | Review court notice regarding Zoom hearing | 0.10 | 465.00 | 46.50 |
| 12/06/2021 | KBP | B110 | Review emails re tax calculations | 0.20 | 465.00 | 93.00 |
| 12/09/2021 | KBP | B110 | Review and respond to emails regarding tax estimate calculations | 0.20 | 465.00 | 93.00 |
| 12/09/2021 | KBP | B110 | Review and respond to emails regarding Cilano claim, distributions | 0.20 | 465.00 | 93.00 |
| 12/11/2021 | KBP | B110 | Review emails regarding statements, download additional statements, review communications with accountants | 0.40 | 465.00 | 186.00 |
| 12/13/2021 | KBP | B110 | Draft email regarding new Evernote account | 0.10 | 465.00 | 46.50 |
| 12/13/2021 | KBP | B110 | Draft email to accountants regarding estimated tax figure | 0.10 | 465.00 | 46.50 |
| 12/13/2021 | KBP | B110 | Review Evernote account opening documents | 0.20 | 465.00 | 93.00 |
| 12/13/2021 | KBP | B110 | Review email from accountants re estimated taxes, payment of federal taxes | 0.80 | 465.00 | 372.00 |
| 12/14/2021 | KBP | B110 | Review emails from accountants regarding payment of estimated taxes | 0.20 | 465.00 | 93.00 |
| 12/14/2021 | KBP | B110 | Trip to bank regarding FTB check, post office for return receipt for estimated state taxes | 1.20 | 465.00 | 558.00 |
| 12/14/2021 | KBP | B110 | Draft email to East West regarding banking transactions | 0.10 | 465.00 | 46.50 |
| 12/14/2021 | KBP | B110 | Review email with DOJ regarding investor claim status | 0.10 | 465.00 | 46.50 |
| 12/23/2021 | KBP | B110 | Arrange for payment of Evernote closing costs | 0.20 | 465.00 | 93.00 |
| 12/23/2021 | KBP | B110 | Draft email to East West Bank regarding wire transfer | 0.10 | 465.00 | 46.50 |
| | | | | **B110** | | **2,232.00** |

| 12/07/2021 | KBP | B120 | Review docket, draft memo to counsel regarding Sabrin status conference | 0.20 | 465.00 | 93.00 |
|---|---|---|---|---|---|---|
| 12/07/2021 | KBP | B120 | Review and revise stipulation regarding Sabrin hearing | 0.30 | 465.00 | 139.50 |
| 12/08/2021 | KBP | B120 | Telephone conf with D. Castleman regarding Evernote sale, taxes | 0.10 | 465.00 | 46.50 |
| 12/09/2021 | KBP | B120 | Prepare for and attend hearing on Evernote sale | 0.60 | 465.00 | 279.00 |
| 12/09/2021 | KBP | B120 | Review emails regarding closing Evernote stock sale, draft email to C. Klein regarding closing sale and payment | 0.20 | 465.00 | 93.00 |
| 12/09/2021 | KBP | B120 | Review multiple emails regarding closing Evernote sale | 0.20 | 465.00 | 93.00 |
| 12/11/2021 | KBP | B120 | Review court's minute order re approval of Evernote sale | 0.10 | 465.00 | 46.50 |
| 12/11/2021 | KBP | B120 | Review and respond to email regarding closing Evernote sale | 0.10 | 465.00 | 46.50 |
| 12/13/2021 | KBP | B120 | Meeting with D. Castleman regarding Evernote sale | 0.20 | 465.00 | 93.00 |
| 12/13/2021 | KBP | B120 | Execute Evernote transfer agreement, review email from counsel | 0.20 | 465.00 | 93.00 |
| 12/14/2021 | KBP | B120 | Review emails regarding closing of Evernote sale, agreements and wire | 0.20 | 465.00 | 93.00 |
| 12/14/2021 | KBP | B120 | Review confirmation of Evernote funds | 0.10 | 465.00 | 46.50 |
| 12/14/2021 | KBP | B120 | Review emails regarding closing Evernote sale, final documentation | 0.20 | 465.00 | 93.00 |
| 12/23/2021 | KBP | B120 | Review emails regarding Evernote closing, final invoice | 0.30 | 465.00 | 139.50 |
| 12/23/2021 | KBP | B120 | Further communications regarding Evernote closing | 0.30 | 465.00 | 139.50 |
| 12/31/2021 | KBP | B120 | Review email from E. Chan regarding confirmation of Evernote payment | 0.10 | 465.00 | 46.50 |

|  |  | **B120** | **1,581.00** |
|---|---|---|---|
|  | Sub-total Fees: |  | $3,813.00 |

**Rate Summary**

| Kathy B. Phelps | 8.20 hours at $465.00/hr |  | $3,813.00 |
|---|---|---|---|
|  | Total hours: | 8.20 | $3,813.00 |

|  | Total Current Billing: | $3,813.00 |
|---|---|---|
|  | Previous Balance Due: | $20,246.10 |
|  | **Total Now Due:** | **$24,059.10** |