**RAINES FELDMAN LLP**
David Castleman (State Bar No. 326812)
  *dcastleman@raineslaw.com*
1800 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 440-4100
Facsimile: (310) 691-1367

*Counsel to Receiver Kathy Bazoian Phelps*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiffs,<br><br>  v.<br><br>JOHN V. BIVONA; SADDLE RIVER ADVISORS, LLC; SRA MANAGEMENT ASSOCIATES, LLC; FRANK GREGORY MAZZOLA,<br><br>    Defendants, and<br><br>SRA I LLC; SRA II LLC; SRA III LLC; FELIX INVESTMENTS, LLC; MICHELE J. MAZZOLA; ANNE BIVONA; CLEAR SAILING GROUP IV LLC; CLEAR SAILING GROUP V LLC,<br><br>    Relief Defendants. | Case No.:   3:16-cv-01386-EMC<br><br>**DECLARATION OF KATHY BAZOIAN PHELPS IN SUPPORT OF THIRTEENTH INTERIM ADMINISTRATIVE MOTION FOR AN ORDER PURSUANT TO LOCAL RULE 7-11 FOR THE APPROVAL OF FEES AND EXPENSES FOR THE SUCCESOR RECEIVER, RAINES FELDMAN LLP, MILLER KAPLAN ARASE LLP, AND SCHINNER & SHAIN LLP FROM JANUARY 1, 2022 THROUGH MARCH 31, 2022**<br><br>Date:   No Hearing Set<br>Time:   No Hearing Set<br>Judge:  Edward M. Chen |

I, Kathy Bazoian Phelps, declare:

1.      Pursuant to this Court's Revised Order Appointing Receiver, entered on February 28, 2019, I was appointed as the successor receiver ("Receiver") in this case.  I am also an attorney duly licensed to practice in the State of California and am partner at the firm of Raines Feldman LLP ("Raines Feldman").  I have personal knowledge of the matters set forth below and if called as a witness, I would and could testify competently to the matters stated herein.

2.      This declaration is made in support of the Thirteenth Interim Administrative Motion for an Order Pursuant to Local Rule 7-11 for the Approval of Fees and Expenses for the Successor Receiver, Raines Feldman LLP, Miller Kaplan Arase LLP, and Schinner & Shain LLP from January 1, 2022 through March 31, 2022 ("Motion").

3.      Attached hereto as Exhibit "1" is a financial summary of the receivership estate for the first quarter 2022, as of March 31, 2022. The financial summary sets forth the cash on hand in the estate. The summary also includes the known accrued but unpaid administration expenses through March 31, 2022, and the net unencumbered cash of the estate after deducting the known incurred expenses, including the fees and costs subject to this Motion and including holdbacks.

4.      Attached hereto as Exhibit "2" is the Standardized Fund Accounting Report for the first quarter 2022, prepared on the form requested by the SEC to reflect the cash activity in the case during this period.

5.      Attached hereto as Exhibit "3" is a list of prior fee applications I have made to this Court, all of which have been approved.

6.      Pursuant to my proposal for my appointment, and in recognition of the efficiencies and benefits to the estate in my role as Receiver that I can also address legal issues arising in the estate, I have divided my time between various billing categories.  For the period of January 1, 2022 through March 31, 2022 (the "Motion Period"), I performed services between the following three billing categories:

B110 – Case Administration

B120 – Asset Analysis and Recovery

7.      In the interests of the estate and pursuant to the Employment Order, I have discounted my hourly rate to $465.00 from my standard hourly rate is $675.00, thereby generating savings to the estate. Attached hereto as Exhibit "4" are true and correct copies of the billing statements itemizing the legal services provided and the costs incurred by me in this case during the Motion Period.

B110 - Case Administration

8.      As set forth in Exhibit "4," during the Motion Period, with respect to Category B110, I performed 11.80 hours of services for total fees of $5,487.00 in administering the estate.

9.      During the Motion Period, I have continued to take actions to manage the administration of the case, including issues dealing with financial reporting and banking. I review the statements for the multiple accounts in this case on a monthly basis and monitor the financial transactions throughout the month. I manage the funds of the receivership estate and handle banking and the accounts at Wells Fargo Bank and East West Bank.

10.     During the Motion Period, I prepared a status report through the fourth quarter of 2021 to apprise the Court of developments in the receivership and my activities in the case and also prepared the affiliated cash disbursement schedules and the Standard Fund Accounting Report for the SEC.

11.     During the Motion Period, I communicated with the SEC regarding the status of the receivership, and I worked with my advisers and accountants on various tax issues.

B120 – Asset Analysis and Recovery

12.     As set forth in Exhibit "4," during the Motion Period, with respect to Category B120, I performed 2.80 hours of services for total fees of $1,302.00 in the category of asset analysis and recovery.

13.     During the Motion Period, I analyzed the estate's options with respect to the

DECL. OF PHELPS ISO THIRTEENTH MOTION
FOR FEES AND EXPENSES

1    sale or distribution of the remaining three pre-IPO securities (Addepar, Inc., Lookout, Inc., and

2    ZocDoc, Inc.).

3          14.    During the Motion Period, I coordinated with counsel for Ben Sabrin on the

4    continued implementation of that settlement agreement and payments to the estate.

5                              *              *              *

6          15.    I have read the Motion and the billing statements attached to my declaration.

7    To the best of my knowledge, information and belief formed after reasonable inquiry, all the

8    fees and expenses requested in the attached billing statements are true and correct and the

9    Motion complies with the Billing Instructions for Receivers in Civil Actions Commenced by

10   the U.S. Securities and Exchange Commission.

11         16.    The fees that I and my staff have charged are reasonable, necessary, and

12   commensurate with the skill and experience required for the activity performed.  I respectfully

13   submit that neither I nor my staff has expended time unnecessarily and that I have rendered

14   efficient and effective services.

15         17.    In seeking reimbursement of services for which I purchased or contracted for

16   from a third party, I have only requested reimbursement for the amount billed by the third-

17   party vendor and paid to the vendor.  I have not made a profit on such reimbursable services.  I

18   have not included in the amount for which reimbursement is sought the amortization of the

19   cost of any investment, equipment, or capital outlay.

20         18.    The detail relating to the fees of Raines Feldman LLP are set forth in the

21   Declaration of David Castleman filed concurrently herewith.  I have reviewed their billing

22   statements and believe that the fees and expenses charged are reasonable and were necessary

23   in this case. To the best of my knowledge, information and belief formed after reasonable

24   inquiry, all the fees and expenses requested in their billing statements are true and correct and

25   the Motion complies with the Billing Instructions for Receivers in Civil Actions Commenced

26   by the U.S. Securities and Exchange Commission.

27         19.    The detail relating to the fees of Miller Kaplan Arase LLP are set forth in the

28

Declaration of Julia Damasco filed concurrently herewith.  I have reviewed their billing statements and believe that the fees and expenses charged are reasonable and were necessary in this case. To the best of my knowledge, information and belief formed after reasonable inquiry, all the fees and expenses requested in their billing statements are true and correct and the Motion complies with the Billing Instructions for Receivers in Civil Actions Commenced by the U.S. Securities and Exchange Commission.

20.     I have agreed to a 20% holdback of my fees requested in this Motion. The SEC has agreed not to require a holdback for my professionals in this Motion so I will pay 80% of my allowed fees and 100% of the allowed fees of my professionals in connection with this Motion.

21.     I have conferred with counsel for the Securities and Exchange Commission and counsel for Progresso Ventures, and I am advised that they do not oppose the Motion. A stipulation with all parties was deemed impractical given, among other things, the entry of judgment against defendants and pending bankruptcy of defendant John Bivona.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 13th day of May 2022 at Los Angeles, California.

*/s/ Kathy Bazoian Phelps*
Kathy Bazoian Phelps

# EXHIBIT 1

**Receivership Estate of SRA Management Associates, LLC et al**
**1st Quarter 2022 - Cash Receipts and Disbursements**

**Checking #0063**

| Date | Notes | Deposits | Withdrawals | Balance |
|------|-------|----------|-------------|---------|
| 1/1/2022 | Opening Balance | | | **$6,176.37** |
| 3/31/2022 | Ending Balance | | | **$6,176.37** |

**Brokerage #2849 (Brokerage with Stocks and Mutual Fund)**

| Date | Notes | Deposits | Withdrawals | Balance |
|------|-------|----------|-------------|---------|
| 1/1/2022 | Opening Balance (Cash Sweep Only) | | | **$0.00** |
| 3/31/2022 | Ending Balance (Cash Sweep Only) | | | **$0.00** |

**Brokerage #7306 (Anna Bivona funds)**

| Date | Notes | Deposits | Withdrawals | Balance |
|------|-------|----------|-------------|---------|
| 1/1/2022 | Opening Balance | | | **$534,523.21** |
| 1/31/2022 | Interest | $4.54 | | $534,527.75 |
| 2/28/2022 | Interest | $4.10 | | $534,531.85 |
| 3/31/2022 | Interest | $4.54 | | $534,536.39 |
| 3/31/2022 | Ending Balance | | | **$534,536.39** |

**East West #0704 (Tax Holding Account)**

| Date | Notes | Deposits | Withdrawals | Balance |
|------|-------|----------|-------------|---------|
| 1/1/2022 | Opening Balance | | | **$250,000.00** |
| 3/31/2022 | Ending Balance | | | **$250,000.00** |

**East West #0697 (Plan Fund)**

| Date | Notes | Deposits | Withdrawals | Balance |
|------|-------|----------|-------------|---------|
| 1/1/2022 | Opening Balance | | | **$250,000.00** |
| 1/4/2022 | transfer in from ICS (maintenance) | $20.00 | | $250,020.00 |
| 1/4/2022 | Monthly maintenance fee | | $20.00 | $250,000.00 |
| 1/26/2022 | Transfer from ICS (Evernote Fee) | $2,838.35 | | $252,838.35 |
| 1/26/2022 | Evernote Fee (Check 1042) | | $2,838.35 | $250,000.00 |
| 1/31/2022 | Transfer from ICS (Professional Fees) | $36,125.27 | | $286,125.27 |
| 1/31/2022 | Payment of Fees to K. Phelps (RF) | | $14,582.40 | $271,542.87 |
| 1/31/2022 | Payment of Fees to Raines Feldman | | $18,335.50 | $253,207.37 |
| 1/31/2022 | Payment of Costs to Raines Feldman | | $46.42 | $253,160.95 |
| 1/31/2022 | Payment of Fees to Miller Kaplan | | $1,453.20 | $251,707.75 |
| 1/31/2022 | Payment of Fees to Schinner Shain (Check 1040) | | $1,707.75 | $250,000.00 |
| 2/1/2022 | transfer in from ICS (maintenance) | $20.00 | | $250,020.00 |
| 2/1/2022 | Monthly maintenance fee | | $20.00 | $250,000.00 |
| 3/1/2022 | transfer in from ICS (maintenance) | $20.00 | | $250,020.00 |
| 3/1/2022 | Monthly maintenance fee | | $20.00 | $250,000.00 |
| 3/31/2022 | Ending Balance | | | **$250,000.00** |

**East West #1264 (MongoDB Admin Reserve Account)**

| Date | Notes | Deposits | Withdrawals | Balance |
|------|-------|----------|-------------|---------|
| 1/1/2022 | Opening Balance | | | **$250,000.00** |
| 1/24/2022 | Sabrin Settlement Payment | $25,000.00 | | $275,000.00 |
| 1/24/2022 | Transfer to ICS | | $25,000.00 | $250,000.00 |
| 3/30/2022 | Sabrin Settlement Payment | $25,000.00 | | $275,000.00 |
| 3/30/2022 | Transfer to ICS | | $25,000.00 | $250,000.00 |
| 3/31/2022 | Ending Balance | | | **$250,000.00** |

**East West #1257 (Palantir Admin Reserve Account)**

| Date | Notes | Deposits | Withdrawals | Balance |
|------|-------|----------|-------------|---------|
| 1/1/2022 | Opening Balance | | | **$250,000.00** |

**Receivership Estate of SRA Management Associates, LLC et al**
**1st Quarter 2022 - Cash Receipts and Disbursements**

| Date | Notes | | Deposits | Withdrawals | Balance |
|------|-------|---|---------|-------------|---------|
| 3/31/2022 | Ending Balance | | | | **$250,000.00** |

**East West #1432 (Airbnb Admin Reserve Account)**

| Date | Notes | Deposits | Withdrawals | Balance |
|------|-------|----------|-------------|---------|
| 1/1/2022 | Opening Balance | | | **$118,172.34** |
| 3/31/2022 | Ending Balance | | | **$118,172.34** |

**East West #1705 (Evernote Admin Reserve Account)**

| Date | Notes | Deposits | Withdrawals | Balance |
|------|-------|----------|-------------|---------|
| 1/1/2022 | Opening Balance | | | **$96,108.00** |
| 3/31/2022 | Ending Balance | | | **$96,108.00** |

**East West #1070 (ICS Cash Sweep for Tax Holding Account)**

| Date | Notes | Deposits | Withdrawals | Balance |
|------|-------|----------|-------------|---------|
| 1/1/2022 | Opening balance | | | **$4,504,636.42** |
| 1/31/2022 | interest | $191.16 | | $4,504,827.58 |
| 2/28/2022 | interest | $172.68 | | $4,505,000.26 |
| 3/31/2022 | interest | $191.17 | | $4,505,191.43 |
| 3/31/2022 | Ending balance | | | **$4,505,191.43** |

**East West #1062 (ICS Cash Sweep for Plan Fund)**

| Date | Notes | Deposits | Withdrawals | Balance |
|------|-------|----------|-------------|---------|
| 1/1/2022 | Opening Balance | | | **$4,277,648.94** |
| 1/5/2022 | Transfer to checking for maintenance | | $20.00 | $4,277,628.94 |
| 1/27/2022 | Transfer to checking for evernote fees | | $2,838.35 | $4,274,790.59 |
| 1/31/2022 | interest | $181.51 | | $4,274,972.10 |
| 2/1/2022 | Transfer to checking for prof fees | | $36,125.27 | $4,238,846.83 |
| 2/2/2022 | Transfer to checking for maintenance | | $20.00 | $4,238,826.83 |
| 2/28/2022 | interest | $162.47 | | $4,238,989.30 |
| 3/2/2022 | Transfer to checking for maintenance | | $20.00 | $4,238,969.30 |
| 3/31/2022 | interest | $179.84 | | $4,239,149.14 |
| 3/31/2022 | Ending Balance | | | **$4,239,149.14** |

**East West #1120 (ICS Cash Sweep for Palantir Admin Reserve)**

| Date | Notes | Deposits | Withdrawals | Balance |
|------|-------|----------|-------------|---------|
| 1/1/2022 | Opening balance | | | **$12,881,974.43** |
| 1/31/2022 | interest | $546.68 | | $12,882,521.11 |
| 2/28/2022 | interest | $493.77 | | $12,883,014.88 |
| 3/31/2022 | interest | $546.70 | | $12,883,561.58 |
| 3/31/2022 | Ending balance | | | **$12,883,561.58** |

**East West #1161 (ICS Cash Sweep for MongoDB Admin Reserve)**

| Date | Notes | Deposits | Withdrawals | Balance |
|------|-------|----------|-------------|---------|
| 1/1/2022 | Opening balance | | | **$50,702.22** |
| 1/25/2022 | Transfer from checking (Sabrin payment) | $25,000.00 | | $75,702.22 |
| 1/31/2022 | interest | $2.38 | | $75,704.60 |
| 2/28/2022 | interest | $2.90 | | $75,707.50 |
| 3/31/2022 | Transfer from checking (Sabrin payment) | $25,000.00 | | $100,707.50 |
| 3/31/2022 | interest | $3.24 | | $100,710.74 |
| 3/31/2022 | Ending balance | | | **$100,710.74** |

**Cash Position of Receivership Estate of SRA Management Associates, LLC et al**
**As of March 31, 2022**

**Receivership Estate of SRA Management Associates, LLC et al**
**1st Quarter 2022 - Cash Receipts and Disbursements**

**Cash**

| | | |
|---|---|---|
| WF Checking | | $6,176.37 |
| WF Brokerage | | $0.00 |
| Anna Bivona Funds | | $534,536.39 |
| Plan Fund checking | | $250,000.00 |
| Tax Holding checking | | $250,000.00 |
| Palantir Admin Reserve checking | | $250,000.00 |
| Mongo Admin Reserve checking | | $250,000.00 |
| Plan Fund ICS | | $4,239,149.14 |
| Tax Holding ICS | | $4,505,191.43 |
| Palantir Admin Reserve ICS | | $12,883,561.58 |
| Mongo Admin Reserve ICS | | $100,710.74 |
| Airbnb Reserve | | $118,172.34 |
| Evernote Reserve | | $96,108.00 |
| | Total | **$23,483,605.99** |

**Holdbacks (incl thru 4Q 2021)**

| | | |
|---|---|---|
| Sherwood Partners, Former Receiver | | $144,627.50 |
| Kathy Bazoian Phelps, Receiver (Diamond McCarthy) | | $108,980.07 |
| Kathy Bazoian Phelps, Receiver (Raines Feldman) | | $12,485.90 |
| | Total | **$266,093.47** |

**Accrued Fees for 1st Qtr 2022**

| | | |
|---|---|---|
| Kathy Bazoian Phelps, Receiver | | $6,789.00 |
| Costs | | $0.00 |
| Raines Feldman | | $15,345.00 |
| Costs | | $48.40 |
| Miller Kaplan | | $2,264.00 |
| Costs | | $50.00 |
| Schinner & Shain | | $0.00 |
| | Total | **$24,496.40** |

# EXHIBIT 2

**STANDARDIZED FUND ACCOUNTING REPORT for SRA Management LLC, et al. - Cash Basis**
Receivership; Civil Court Docket No. 3:16-cv-01386-EMC
Reporting Period 1/1/2022 to 3/31/2022

| | | | Detail | | Subtotal | | Grand Total |
|---|---|---|---|---|---|---|---|
| | FUND ACCOUNTING (See Instructions): | | | | | | |
| Line 1 | Beginning Balance (As of 1/1/2022): | | | | | $ | 23,469,941.93 |
| | | Wells Fargo Bank Checking | | $ | 6,176.37 | | |
| | | Wells Fargo Brokerage (Mutual Fund and Cash Sweep) | | $ | 0.00 | | |
| | | Wells Fargo Bank - Anna Bivona funds | | $ | 534,523.21 | | |
| | | East West Bank -- Plan Fund Checking | | $ | 250,000.00 | | |
| | | East West Bank -- Plan Fund ICS | | $ | 4,277,648.94 | | |
| | | East West Bank -- Palantir Checking | | $ | 250,000.00 | | |
| | | East West Bank -- Palantir ICS | | $ | 12,881,974.43 | | |
| | | East West Bank -- MongoDB Checking | | $ | 250,000.00 | | |
| | | East West Bank -- MongoDB ICS | | $ | 50,702.22 | | |
| | | East West Bank -- AirBnB Checking | | $ | 118,172.34 | | |
| | | East West Bank -- Tax Holding Account Checking | | $ | 250,000.00 | | |
| | | East West Bank -- Tax Holding Account ICS | | $ | 4,504,636.42 | | |
| | | East West Bank - Evernote Reserve | | $ | 96,108.00 | | |
| | Increases In Fund Balance: | | | | | | |
| Line 2 | Business Income | | | | | | |
| Line 3 | Cash and Securities | | | | | | |
| Line 4 | Interest/Dividend Income | | | | | | |
| | | Anna Bivona funds | $ | 13.18 | | $ | 13.18 |
| | | Plan Fund ICS Interest | $ | 523.82 | | $ | 523.82 |
| | | Tax Holding Account ICS Interest | $ | 555.01 | | $ | 555.01 |
| | | Palantir Reserve ICS Interest | $ | 1,587.15 | | $ | 1,587.15 |
| | | Mongo Reserve ICS Interest | $ | 8.52 | | $ | 8.52 |
| Line 5 | Business Asset Liquidation | | | | | | |
| Line 6 | Personal Asset Liquidation | | | | | | |
| Line 7 | Third-Party Litigation Income (Settlement Payments) | | $ | 50,000.00 | | $ | 50,000.00 |
| Line 8 | Miscellaneous - Other | | | | | | |
| | **Total Funds Available (Lines 1-8):** | | | | | $ | 23,522,629.61 |
| | *Decreases In Fund Balance:* | | | | | $ | 39,023.62 |
| Line 9 | Disbursements to Investors | | | | 0.00 | $ | - |
| | Wire Fee | | | | 0.00 | $ | - |
| | Bank Fees | | | | 60.00 | $ | 60.00 |
| | Fees on sale of stock | | | | 2,838.35 | $ | 2,838.35 |
| Line 10 | Disbursements for Receivership Operations | | | | | | |
| Line 10a | *Disbursements to Receiver or Other Professionals* | | | | 36,125.27 | | |
| Line 10b | *Business Asset Expenses* | | | | | | |
| Line 10c | *Personal Asset Expenses* | | | | | | |
| Line 10d | *Investment Expenses* | | | | | | |
| Line 10e | *Third-Party Litigation Expenses* | | | | | | |
| | 1. *Attorney Fees* | | | | | | |
| | 2. Litigation Expenses | | | | | | |
| | Total Third-Party Litigation Expenses | | | | | | |
| Line 10f | *Tax Administrator Fees and Bonds* | | | | | | |
| Line 10g | *Federal and State Tax Payments* | | | | | | |
| | *Other (Transfer from Mutual Fund to Checking)* | | | | | | |
| | Total Disbursements for Receivership Operations | | | | | $ | 36,125.27 |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: | | | | | N/A | |
| Line 11a | *Distribution Plan Development Expenses:* | | | | | | |
| | 1. *Fees:* | | | | | | |
| | Fund Administration............................................................... | | | | | | |

STANDARDIZED FUND ACCOUNTING REPORT for SRA Management LLC, et al. - Cash Basis
Receivership; Civil Court Docket No. 3:16-cv-01386-EMC
Reporting Period 1/1/2022 to 3/31/2022

| | | | | | |
|---|---|---|---|---|---|
| | | Independent Distribution Consultation (IDC)………………………………… | | | |
| | | Distribution Agent…………………………………………………………………… | | | |
| | | Consultants……………………………………………………………………………… | | | |
| | | Legal Advisors………………………………………………………………………… | | | |
| | | Tax Advisors…………………………………………………………………………… | | | |
| | | 2.  Administrative Expenses | | | |
| | | 3.  Miscellaneous | | | |
| | | Total Plan Development Expenses | | | |
| | Line 11b | *Distribution Plan Implementation Expenses:* | | | |
| | | 1.  Fees | | | |
| | | Fund Administrator………………………………………………………… | | | |
| | | IDC……………………………………………………………………………… | | | |
| | | Distribution Agent………………………………………………………… | | | |
| | | Consultants…………………………………………………………………… | | | |
| | | Legal Advisors……………………………………………………………… | | | |
| | | Tax Advisors………………………………………………………………… | | | |
| | | 2.  Administrative Expenses | | | |
| | | 3.  Investor Identification: | | | |
| | | Notice/Publishing Approved Plan | | | |
| | | Claimant Identification | | | |
| | | Claims Processing | | | |
| | | Web Site Maintenance/Call Center | | | |
| | | 4.  Fund Administrator Bond | | | |
| | | 5.  Miscellaneous | | | |
| | | 6.  Federal Account for Investor Restitution | | | |
| | | (FAIR) Reporting Expenses | | | |
| | | *Total Plan Implementation Expenses* | | | |
| | | **Total Disbursements for Distribution Expenses Paid by the Fund** | | | |
| **Line 12** | | **Disbursements to Court/Other:** | | | |
| | Line 12a | *Investment Expenses/Court Registry Investment System (CRIS) Fees* | | | |
| | Line 12b | *Federal Tax Payments* | | | |
| | | **Total Disbursements to Court/Other** | | | |
| | | **Total Funds Disbursed (Lines 9-11)** | | | $        39,023.62 |
| **Line 13** | | **Ending Balance (As of 12/31/2021)** | | | $   23,483,605.99 |
| **Line 14** | | **Ending Balance of Fund - Not Assets:** | | | |
| | Line 14a | *Cash & Cash Equivalents* | | | |
| | | Checking | $         6,176.37 | | $          6,176.37 |
| | | Brokerage Cash Sweep | $              0.00 | | $               0.00 |
| | | Anna Bivona funds | $     534,536.39 | | $      534,536.39 |
| | | Plan Fund | $     250,000.00 | | $      250,000.00 |
| | | Plan Fund ICS account | $  4,239,149.14 | | $   4,239,149.14 |
| | | Tax Holding Account | $     250,000.00 | | $      250,000.00 |
| | | Tax Holding Account ICS account | $  4,505,191.43 | | $   4,505,191.43 |
| | | Palantir Administrative Reserve account | $     250,000.00 | | $      250,000.00 |
| | | Palantir Administrative Reserve ICS account | $ 12,883,561.58 | | $  12,883,561.58 |
| | | MongoDB Administrative Reserve account | $     250,000.00 | | $      250,000.00 |
| | | MongoDB Administrative Reserve ICS account | $     100,710.74 | | $      100,710.74 |
| | | Airbnb Administrative Reserve account | $     118,172.34 | | $      118,172.34 |
| | | Evernote Reserve Account | $       96,108.00 | | $        96,108.00 |
| | Line 14b | *Investments* | | | |
| | Line 14c | *Other Assets or Uncleared Funds* | | | |
| | | **Total Ending Balance of Fund - Not Assets** | | | $   23,483,605.99 |

| | | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|---|
| | | **OTHER SUPPLEMENTAL INFORMATION:** | | | |
| | | *Report of Items NOT To Be Paid by the Fund:* | | | |
| **Line 15** | | **Disbursements for Plan Administration Expenses Not Paid by the Fund:** | | | N/A |

**STANDARDIZED FUND ACCOUNTING REPORT for SRA Management LLC, et al. - Cash Basis**
**Receivership; Civil Court Docket No. 3:16-cv-01386-EMC**
**Reporting Period 1/1/2022 to 3/31/2022**

| | | | | |
|---|---|---|---|---|
| | *Line 15a* | *Plan Development Expenses Not Paid by the Fund:* | | |
| | | 1. Fees | | |
| | |     Fund Administrator…………………………………………………… | | |
| | |     IDC…………………………………………………………………… | | |
| | |     Distribution Agent…………………………………………………… | | |
| | |     Consultants…………………………………………………….. | | |
| | |     Legal Advisors……………………………………………………… | | |
| | |     Tax Advisors……………………………………………………… | | |
| | | 2. Administrative Expenses | | |
| | | 3. Miscellaneous | | |
| | | *Total Plan Development Expenses Not Paid by the Fund* | | |
| | *Line 15b* | *Plan Implementation Expenses Not Paid by the Fund:* | | |
| | | 1. Fees: | | |
| | |     Fund Administrator………………………………………… | | |
| | |     IDC………………………………………………………… | | |
| | |     Distribution Agent………………………………………… | | |
| | |     Consultants………………………………………………… | | |
| | |     Legal Advisors…………………………………………… | | |
| | |     Tax Advisors…………………………………………… | | |
| | | 2. Administrative Expenses | | |
| | | 3. Investor Identification: | | |
| | |     Notice/Publishing Approved Plan………………………………… | | |
| | |     Claimant Identification………………………………………… | | |
| | |     Claims Processing………………………………………… | | |
| | |     Web Site Maintenance/Call Center……………………………… | | |
| | | 4. Fund Administrator Bond | | |
| | | 5. Miscellaneous | | |
| | | 6. FAIR Reporting Expenses | | |
| | | *Total Plan Implementation Expenses Not Paid by the Fund* | | |
| | *Line 15c* | *Tax Administrator Fees & Bonds Not Paid by the Fund* | | |
| | | **Total Disbursements for Plan Administration Expenses Not Paid by the Fund** | | |
| **Line 16** | | **Disbursements to Court/Other Not Paid by the Fund:** | | N/A |
| | *Line 16a* | *Investment Expenses/CRIS Fees* | | |
| | *Line 16b* | *Federal Tax Payments* | | |
| | | **Total Disbursements to Court/Other Not Paid by the Fund:** | | |
| **Line 17** | | **DC & State Tax Payments** | | |
| **Line 18** | | **No. of Claims:** | | |
| | *Line 18a* | *# of Claims Received This Reporting Period……………………………………………………………* | | |
| | *Line 18b* | *# of Claimants Since Inception of Fund……………………………………………………* | | |
| **Line 19** | | **No. of Claimants/Investors:** | | |
| | *Line 19a* | *# of Claimants/Investors Paid This Reporting Period…………………………………………* | | |
| | *Line 19b* | *# of Claimants/Investors Paid Since Inception of Fund………………………………………* | | |

Receiver:

By: */s/ Kathy Bazoian Phelps*

   (signature)

_____

Kathy Bazoian Phelps

_____

Receiver

Date: 04.--.22

# EXHIBIT 3

**Exhibit 3**

*SEC v. Bivona et al.*, No. 3:16-CV-01386-EMC

**Successor Receiver Prior Fee Applications**

**Order on First Interim Motion (Dkt. 485)**: Receiver fees of $46,287.00 and costs of $3,033.33 and Diamond McCarthy fees of $16,802.80 and costs of $524.67 (fees subject to 20% hold back).

**Order on Second Interim Motion (Dkt. No. 515)**: Receiver fees of $85,735.50 and costs of $185.93 and Diamond McCarthy fees of $30,625.00 and costs of $1,924.16 (fees subject to 20% hold back).

**Order on Third Interim Motion (Dkt. No. 537)**: Receiver fees in the amount of $40,349.40 and costs of $542.73 and Diamond McCarthy fees of $4,450.90 and costs of $131.35 (fees subject to 20% hold back).

**Order on Fourth Interim Motion (Dkt. No. 567)**: Receiver fees in the amount of $50,187.30 and costs of $27.00 and Diamond McCarthy fees of $12,550.00 (fees subject to 30% holdback); Miller Kaplan fees of $42,465.60 and Schinner fees of $5,044.96 (fees subject to 20% holdback).

**Order on the Fifth Interim Motion (Dkt No. 615)**: Receiver fees in the amount of $75,058.00 and costs of $145.00 and Diamond McCarthy fees of $32,454.00 (fees subject to 20% holdback); Schinner fees of $2,450.00 and costs of $622.06.

**Order on Sixth Interim Motion (Dkt. No. 621)**: Receiver fees in the amount of $43,904.00 and costs of $388.39, Diamond McCarthy fees of $29,398.90 and costs of $919.78, and Miller Kaplan fees of $16,399.20 (subject to 20% holdback); Schinner fees of $900.

**Order on Seventh Interim Motion (Dkt. No. 633)**: Receiver fees in the amount of $83,732.00 and costs of $388.39 (fees subject to 20% holdback), Diamond McCarthy fees of $82,500.50 and costs of $508.60, Miller Kaplan fees of $25,996.40; and Schinner fees of $11,371.50.  The Order further authorized the payment of the following holdbacks:  $26,511.32 for Diamond McCarthy, $11,772.96 for Miller Kaplan, and $3,761.24 for Schinner.

**Order on Eighth Interim Motion (Dkt. No. 636)**: Receiver fees in the amount of $32,571.50 (subject to 20% holdback), Diamond McCarthy fees of $43,559.20 and costs of $9.60, and Miller Kaplan fees of $3,555.60 and costs of $99.30.

**Order on Ninth Interim Motion (Dkt. No. 651)**: Receiver fees in the amount of $57,434.00 (subject to 20% holdback) and costs of $222.18, Diamond McCarthy fees of $84,931 and costs of $39.59, Miller Kaplan fees of $6,720.60 and costs of $50.00, Schinner fees of $828.00.

**Order on Tenth Interim Motion (Dkt. No. 662)**: Receiver fees in the amount of $19,596.00 (subject to 20% holdback) and costs of $55.50, Diamond McCarthy fees of $4,149.60 and costs of $178.39, Raines Feldman fees of $12,090.00, and Miller Kaplan fees of $6,227.40.

**Order on Eleventh Interim Motion (Dkt. No. 669)**: Receiver fees in the amount of $29,155.50 (subject to 20% holdback), Raines Feldman fees of $37,894.65, Miller Kaplan fees of $1,332.00, and Schinner fees of $3,053.25.

**Order on Twelfth Interim Motion (Dkt. No. 677)**: Receiver fees in the amount of $18,228.00 (subject to 20% holdback), Raines Feldman fees of $18,335.50 and costs of $46.42, Miller Kaplan fees of $1,453.20, and Schinner fees of $1,707.75.

2

EXHIBIT 4



1800 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

**Invoice Date: 2/15/2022**
**Invoice Number: 95928**

Kathy Bazoian Phelps - SRA Management Assoc LLC
1800 Avenue of the Stars
12th Floor
Los Angeles, CA 90067

**4665-002 / SRA Management Receiver (Receiver file)**

**Professional Services**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/03/2022 | KBP | B110 | Download and review December statements, draft email to accountants re tax return | 0.70 | 465.00 | 325.50 |
| 01/04/2022 | KBP | B110 | Review and revise fourth quarter status report | 1.00 | 465.00 | 465.00 |
| 01/04/2022 | KBP | B110 | Review Anne Blvona statements, confirm SEC payment | 0.20 | 465.00 | 93.00 |
| 01/05/2022 | KBP | B110 | Telephone conf with D. Castleman regarding motion to modify plan, status report, strategy | 0.40 | 465.00 | 186.00 |
| 01/05/2022 | KBP | B110 | Review and comment on additional revisions to status report | 0.40 | 465.00 | 186.00 |
| 01/06/2022 | KBP | B110 | Review professional invoices | 0.20 | 465.00 | 93.00 |
| 01/11/2022 | KBP | B110 | Draft email regarding status report, figures needed, review status | 0.20 | 465.00 | 93.00 |
| 01/13/2022 | KBP | B110 | Review emails regarding cash disbursements, documents for tax return | 0.20 | 465.00 | 93.00 |
| 01/14/2022 | KBP | B110 | Review Miller Kaplan invoice | 0.10 | 465.00 | 46.50 |
| 01/17/2022 | KBP | B110 | Review and revise quarterly status report | 0.40 | 465.00 | 186.00 |
| 01/17/2022 | KBP | B110 | Review draft disbursements and declarations, draft memo to D. Castleman regarding revisions | 0.40 | 465.00 | 186.00 |
| 01/18/2022 | KBP | B110 | Review and finalize status report | 0.50 | 465.00 | 232.50 |
| 01/20/2022 | KBP | B110 | Review emails regarding U.S. Attorney request for status | 0.10 | 465.00 | 46.50 |
| 01/25/2022 | KBP | B110 | Review entered order regarding fees | 0.10 | 465.00 | 46.50 |
| 01/26/2022 | KBP | B110 | Review emails regarding investor inquiry | 0.10 | 465.00 | 46.50 |
| 01/26/2022 | KBP | B110 | Gather information for accountants for tax return | 0.50 | 465.00 | 232.50 |
| 01/27/2022 | KBP | B110 | Review emails re investor inquiry regarding Addepar claim | 0.10 | 465.00 | 46.50 |
| 01/27/2022 | KBP | B110 | Review email from J. Corbin regarding tax information | 0.10 | 465.00 | 46.50 |

| 01/28/2022 | KBP | B110 | Handle banking for payment of professional fees | 0.50 | 465.00 | 232.50 |
|---|---|---|---|---|---|---|
| | | | | **B110** | | **2,883.00** |
| 01/04/2022 | KBP | B120 | Research Sabrin payments, draft email to Sabrin counsel | 0.40 | 465.00 | 186.00 |
| 01/17/2022 | KBP | B120 | Draft email to D. Castleman regarding notice of default regarding Sabrin payment | 0.10 | 465.00 | 46.50 |
| 01/18/2022 | KBP | B120 | Review and respond to emails regarding Sabrin settlement, request for discount | 0.30 | 465.00 | 139.50 |
| 01/18/2022 | KBP | B120 | Review email from EquityZen regarding Addepar | 0.10 | 465.00 | 46.50 |
| 01/18/2022 | KBP | B120 | Review and respond to memo regarding ZocDoc | 0.30 | 465.00 | 139.50 |
| 01/24/2022 | KBP | B120 | Review emails from B. Sabrin re payment, confirm payment at bank | 0.20 | 465.00 | 93.00 |
| 01/25/2022 | KBP | B120 | Review and respond to email regarding ZocDoc shares, transfer to cap table | 0.20 | 465.00 | 93.00 |
| 01/25/2022 | KBP | B120 | Review emails regarding ZocDoc shares | 0.10 | 465.00 | 46.50 |
| | | | | **B120** | | **790.50** |
| | | | Sub-total Fees: | | | $3,673.50 |

**Rate Summary**

| Kathy B. Phelps | | 7.90 hours at $465.00/hr | | $3,673.50 |
|---|---|---|---|---|
| | Total hours: | 7.90 | | $3,673.50 |

**Payments**

| 01/31/2022 | Payment | Wire In - Receivers Acct Estate | 14,582.40 |
|---|---|---|---|
| | | Sub-total Payments: | $14,582.40 |

| Total Current Billing: | $3,673.50 |
|---|---|
| Previous Balance Due: | $24,245.10 |
| Total Payments: | ($14,582.40) |
| **Total Now Due:** | **$13,336.20** |



1800 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

**Invoice Date: 3/23/2022**
**Invoice Number: 96788**

Kathy Bazoian Phelps - SRA Management Assoc LLC
1800 Avenue of the Stars
12th Floor
Los Angeles, CA 90067

**4665-002 / SRA Management Receiver (Receiver file)**

| Professional Services | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/02/2022 | KBP | B110 | Review investor audit inquiry, proposed response, email to counsel re response | 0.30 | 465.00 | 139.50 |
| 02/08/2022 | KBP | B110 | Download statements and tax documents for accountant | 0.40 | 465.00 | 186.00 |
| 02/08/2022 | KBP | B110 | Review email from counsel regarding tax basis | 0.10 | 465.00 | 46.50 |
| 02/14/2022 | KBP | B110 | Download and review January bank statements, East West information | 0.50 | 465.00 | 232.50 |
| | | **B110** | | | | **604.50** |
| 02/09/2022 | KBP | B120 | Review email from EquityZen regarding Addepar stock, interested buyer | 0.10 | 465.00 | 46.50 |
| 02/09/2022 | KBP | B120 | Review email from D. Castleman regarding ZocDoc | 0.10 | 465.00 | 46.50 |
| | | **B120** | | | | **93.00** |
| | | | Sub-total Fees: | | | $697.50 |

**Rate Summary**

| | | | | |
|---|---|---|---|---|
| Kathy B. Phelps | | 1.50  hours at $465.00/hr | $697.50 | |
| | Total hours: | 1.50 | $697.50 | |

| | |
|---|---|
| Total Current Billing: | $697.50 |
| Previous Balance Due: | $13,336.20 |
| **Total Now Due:** | **$14,033.70** |



1800 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

**Invoice Date: 4/18/2022**
**Invoice Number: 97304**

Kathy Bazoian Phelps - SRA Management Assoc LLC
1800 Avenue of the Stars
12th Floor
Los Angeles, CA 90067

**4665-002 / SRA Management Receiver (Receiver file)**

| Professional Services | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/02/2022 | KBP | B110 | Download and review bank statements | 0.80 | 465.00 | 372.00 |
| 03/04/2022 | KBP | B110 | Emails with East West Bank regarding 1099s | 0.20 | 465.00 | 93.00 |
| 03/08/2022 | KBP | B110 | Download, review, and forward 1099 from East West | 0.30 | 465.00 | 139.50 |
| 03/08/2022 | KBP | B110 | Draft email to accountants regarding 2021 return | 0.10 | 465.00 | 46.50 |
| 03/16/2022 | KBP | B110 | Draft email to accountants regarding tax return timing | 0.10 | 465.00 | 46.50 |
| 03/28/2022 | KBP | B110 | Telephone conf with D. Castleman regarding tax returns, dsitribution | 0.10 | 465.00 | 46.50 |
| 03/28/2022 | KBP | B110 | Draft email to J. Corbin re status of tax returns | 0.10 | 465.00 | 46.50 |
| 03/28/2022 | KBP | B110 | Review and respond to email from J. Corbin regarding information needed for tax returns | 0.40 | 465.00 | 186.00 |
| 03/29/2022 | KBP | B110 | Review draft tax return, draft emails to counsel and accountants | 1.50 | 465.00 | 697.50 |
| 03/30/2022 | KBP | B110 | Review counsel's notes regarding tax return | 0.40 | 465.00 | 186.00 |
| 03/31/2022 | KBP | B110 | Review and respond to emails regarding tax returns | 0.30 | 465.00 | 139.50 |
| | | | | **B110** | | **1,999.50** |
| 03/04/2022 | KBP | B120 | Tel conf with D. Castleman regarding Sabrin settlement, review email | 0.20 | 465.00 | 93.00 |
| 03/29/2022 | KBP | B120 | Draft email regarding Sabrin settlement | 0.10 | 465.00 | 46.50 |
| 03/30/2022 | KBP | B120 | Review confirmation of Sabrin settlement, emails re payment | 0.20 | 465.00 | 93.00 |
| 03/30/2022 | KBP | B120 | Review and respond to email regarding ZocDoc shares | 0.10 | 465.00 | 46.50 |
| 03/30/2022 | KBP | B120 | Review multiple emails regarding ZocDoc shares | 0.20 | 465.00 | 93.00 |

| 03/30/2022 | KBP | B120 | Review email regarding ZocDoc shares | 0.10 | 465.00 | 46.50 |
|---|---|---|---|---|---|---|

|  |  | B120 | 418.50 |
|---|---|---|---|
|  |  | Sub-total Fees: | $2,418.00 |

**Rate Summary**

| Kathy B. Phelps |  | 5.20 hours at $465.00/hr |  | $2,418.00 |
|---|---|---|---|---|
|  | Total hours: | 5.20 |  | $2,418.00 |

| Total Current Billing: | $2,418.00 |
|---|---|
| Previous Balance Due: | $14,033.70 |
| **Total Now Due:** | **$16,451.70** |