1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

8

**NORTHERN DISTRICT OF CALIFORNIA**

9

**SAN FRANCISCO DIVISION**

10

11
SECURITIES AND EXCHANGE
COMMISSION,

12

Plaintiffs,

13

v.

14

JOHN V. BIVONA; SADDLE RIVER
ADVISORS, LLC; SRA MANAGEMENT
ASSOCIATES, LLC; FRANK GREGORY
MAZZOLA,

15
16
17

Defendants, and

18
SRA I LLC; SRA II LLC; SRA III LLC; FELIX
INVESTMENTS, LLC; MICHELE J.
MAZZOLA; ANNE BIVONA; CLEAR
SAILING GROUP IV LLC; CLEAR SAILING
GROUP V LLC,

19
20
21

Relief Defendants.

22
23

Case No.:   3:16-cv-01386-EMC

~~[PROPOSED]~~ **ORDER
APPROVING THIRTEENTH
INTERIM ADMINISTRATIVE
MOTION FOR AN ORDER
PURSUANT TO LOCAL RULE
7-11 FOR THE APPROVAL OF
FEES AND EXPENSES FOR THE
SUCCESOR RECEIVER, RAINES
FELDMAN LLP, AND MILLER
KAPLAN ARASE LLP FROM
JANUARY 1, 2022 THROUGH
MARCH 31, 2022**

Date:   No Hearing Set
Time:   No Hearing Set
Judge:   Edward M. Chen

24
25
26
27
28

~~[PROPOSED]~~ ORDER APPROVING THIRTEENTH
ADMINISTRATIVE MOTION FOR FEES AND EXPENSES

1    The successor receiver in this matter appointed pursuant to the Court's Revised Order

2  Appointing Receiver (the "Receiver Order") (Dkt. No. 469), Kathy Bazoian Phelps (the

3  "Receiver"), requests that the Court grant the *Thirteenth Interim Administrative Motion for an*

4  *Order Pursuant to Local Rule 7-11 for the Approval of Fees and Expenses for the Successor*

5  *Receiver, Raines Feldman LLP, and Miller Kaplan Arase LLP from January 1, 2022 Through*

6  *March 31, 2022* ("Motion").

7    The Motion is supported by the Declaration of the Receiver, in which she states that

8  the fees and expenses requested by the Receiver are true and correct, the Motion complies

9  with the Billing Instructions for Receivers in Civil Actions Commenced by the U.S.

10  Securities and Exchange Commission ("Billing Instructions"), and that that the fees charged

11  are reasonable, necessary, and commensurate with the skills and experience required for the

12  activities performed.

13    The Motion is also supported by the Declarations of general counsel for the Receiver

14  David A. Castleman of the firm Raines Feldman LLP ("Raines Feldman"); and Julia

15  Damasco of Miller Kaplan Arase LLP ("Miller Kaplan"), tax advisors for the Receiver; and

16  in which they each provide that the respective fees and expenses requested are true and

17  correct, and the fees charged are reasonable, necessary, and commensurate with the skill and

18  experience required.

19    The Receiver has also represented that she has conferred with counsel for the

20  Securities and Exchange Commission, and counsel for the Progresso Ventures LLC, who

21  have each confirmed that they do not oppose the Motion.

22    GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that:

23    1.    The Motion is GRANTED;

24    2.    The Receiver's fees in the amount of $6,789.00 for services rendered from

25  January 1, 2022 to March 31, 2022 (the "Motion Period") are approved. The Receiver is

26  authorized to pay from assets of the receivership estate $5,431.20 of the fees approved. The

27  sum of $1,357.80 of the approved fees shall be held back as the agreed 20% hold back

28

2

1    subject to further Court approval.

2         3.    Raines Feldman's fees in the amount of $15,345.00 for services rendered and

3    $48.40 for costs incurred during the Motion Period are approved, and the Receiver is

4    authorized to pay from assets of the receivership estate $15,345.00 for the fees approved and

5    $48.40 for costs incurred.

6         4.    Miller Kaplan's fees in the amount of $2,264.00 for services rendered and

7    $50.00 for costs incurred during the Motion Period are approved.  The Receiver is authorized

8    to pay from the assets of the receivership estate $2,264.00 for the fees approved and $50.00

9    for costs incurred.

10

11

12   Dated:  May 16, 2022

                                    _____
13                                  Honorable Edward M. Chen
                                    United States District Court

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                          3
3:16-CV-01386-EMC                    [PROPOSED] ORDER APPROVING THIRTEENTH
                                     ADMINISTRATIVE MOTION FOR FEES AND EXPENSES
3016882.1